IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| LINDA FAIRSTEIN, ) | |
| ) | |
| Plaintiff, ) | Case No: 2:20-cv-180 |
| ) | |
| v. ) | |
| ) | |
| NETFLIX, INC., AVA DUVERNAY, ) | |
| and ATTICA LOCKE, ) | |
| ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE AS CO-COUNSEL**

Kimberly D. Swanson of the law firm of Cheffy Passidomo, P.A. enters her appearance as co-counsel on behalf of Plaintiff, Linda Fairstein, and requests that all pleadings, notices and other papers be served upon her in this matter.

Dated this 18th day of March, 2020.

        Respectfully submitted,

        CHEFFY PASSIDOMO, P.A.

    By: /S/ KIMBERLY D. SWANSON
        Edward K. Cheffy
        Florida Bar No. 393649
        Rachael S. Loukonen
        Florida Bar No. 668435
        Kimberly D. Swanson
        Florida Bar No. 1018219
        821 Fifth Avenue South, Suite 201
        Naples, Florida 34102
        (239) 261-9300
        ekcheffy@napleslaw.com
        rloukonen@napleslaw.com
        kdswanson@napleslaw.com

-and-

NESENOFF & MILTENBERG, LLP

By: /S/  ANDREW MILTENBERG
        Andrew Miltenberg
        (*pro hac vice* admission pending)
        Kara Gorycki
        (*pro hac vice* admission pending)
        363 Seventh Avenue, Fifth Floor
        New York, New York 10001
        (212) 736-4500
        amiltenberg@nmllplaw.com
        kgorycki@nmllplaw.com