**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

| | |
|---|---|
| LINDA FAIRSTEIN, ) | |
| ) | |
| Plaintiff, ) | Case No: 2:20-cv-180 |
| ) | |
| v. ) | |
| ) | |
| NETFLIX, INC., AVA DUVERNAY, ) | |
| and ATTICA LOCKE, ) | |
| ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE AS CO-COUNSEL**

Rachael S. Loukonen of the law firm of Cheffy Passidomo, P.A. enters her appearance as co-counsel on behalf of Plaintiff, Linda Fairstein, and requests that all pleadings, notices and other papers be served upon her in this matter.

Dated this 18th day of March, 2020.

                Respectfully submitted,

                CHEFFY PASSIDOMO, P.A.

                By: /S/  RACHAEL S. LOUKONEN
                      Edward K. Cheffy
                      Florida Bar No. 393649
                      Rachael S. Loukonen
                      Florida Bar No. 668435
                      Kimberly D. Swanson
                      Florida Bar No. 1018219
                      821 Fifth Avenue South, Suite 201
                      Naples, Florida 34102
                      (239) 261-9300
                      ekcheffy@napleslaw.com
                      rloukonen@napleslaw.com
                      kdswanson@napleslaw.com

-and-

NESENOFF & MILTENBERG, LLP

By: /S/  ANDREW MILTENBERG
     Andrew Miltenberg
     (*pro hac vice* admission pending)
     Kara Gorycki
     (*pro hac vice* admission pending)
     363 Seventh Avenue, Fifth Floor
     New York, New York 10001
     (212) 736-4500
     amiltenberg@nmllplaw.com
     kgorycki@nmllplaw.com