**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

| | | |
|---|---|---|
| LINDA FAIRSTEIN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: |
| | ) | |
| v. | ) | |
| | ) | |
| NETFLIX, INC., AVA DUVERNAY, | ) | |
| and ATTICA LOCKE, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Pursuant to Local Rule 2.02 of the United States District Court for the Middle District of Florida, Plaintiff Linda Fairstein files this motion requesting the admission *pro hac vice* of Attorney Andrew Miltenberg. The grounds upon which this motion is based are as follows:

1. Andrew Miltenberg practices with the law firm of Nesenoff & Miltenberg, LLP, in New York, New York.

2. Andrew Miltenberg does not appear regularly in this Court to such a degree as to constitute the regular practice of law in the State of Florida.

3. Andrew Miltenberg is a member in good standing and admitted to practice law in the following jurisdictions: New York State, United States District Court for the Eastern District of New York, United States District Court for the Northern District of New York, United States District Court for the Western District of New York, the United State Court of Appeals for the Second Circuit, and United State Court of Appeals for the Fourth Circuit.

4. Andrew Miltenberg is familiar with the Local Rules and the Code of Professional Responsibility of this Court and agrees to abide by them, as well as other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

5. Attorneys Edward K. Cheffy, Rachael S. Loukonen, and Kimberly D. Swanson, each of the law firm of Cheffy Passidomo, P.A., 821 Fifth Ave. S., Suite 201, Naples, FL 34102, have been designated as local counsel for Plaintiff Linda Fairstein, upon whom all notices and papers may be served, and who will be responsible for the progress of the case, including trial, along with Andrew Miltenberg.

6. Pursuant to Local Rule 2.02(a), Edward K. Cheffy certifies that Andrew Miltenberg has complied with the fee requirements of Local Rule 2.01(d) and will complete the e-filing registration.

WHEREFORE, Plaintiff Linda Fairstein, requests that Attorney Andrew Miltenberg be admitted *pro hac vice* pursuant to Local Rule 2.02 of the United States District Court for the Middle District of Florida.

Respectfully submitted,

CHEFFY PASSIDOMO, P.A.

By: /S/ EDWARD K. CHEFFY
Edward K. Cheffy
Florida Bar No. 393649
Rachael S. Loukonen
Florida Bar No. 668435
Kimberly D. Swanson
Florida Bar No. 1018219
821 Fifth Avenue South, Suite 201
Naples, Florida 34102
(239) 261-9300
ekcheffy@napleslaw.com
rloukonen@napleslaw.com
kdswanson@napleslaw.com

-and-

NESENOFF & MILTENBERG, LLP

By: /S/  ANDREW MILTENBERG
        Andrew Miltenberg
        (*pro hac vice* admission pending)
        363 Seventh Avenue, Fifth Floor
        New York, New York 10001
        (212) 736-4500
        amiltenberg@nmllplaw.com