UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LINDA FAIRSTEIN,

    Plaintiff,

v.	Case No:	2:20-cv-180-FtM-60NPM

NETFLIX, INC., AVA DUVERNAY,
and ATTICA LOCKE,

    Defendants.

## ORDER

Upon review of the Complaint in this matter, the Undersigned finds that he must recuse himself so as to avoid even the appearance of partiality or impropriety.  *See* 28 U.S.C. § 455(a).  The Undersigned was recently affiliated with, and a shareholder of, Cheffy Passidomo, P.A., a firm that represents Plaintiff in this case.

Accordingly, it is hereby **ORDERED:**

The Undersigned hereby disqualifies himself from these proceedings, pursuant to 28 U.S.C. § 455 and in the interest of justice.  This case shall be transferred to the next assigned Magistrate Judge in the Fort Myers Division.

**DONE** and **ORDERED** in Fort Myers, Florida on March 18, 2020.

*/s/ Nicholas P. Mizell*
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties