UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LINDA FAIRSTEIN,

    Plaintiff,

v.                                              Case No.:  2:20-cv-180-FtM-60MRM

NETFLIX, INC., AVA DUVERNAY and
ATTICA LOCKE,

    Defendants.
_____/

## ORDER

Pending before the Court is the Motion to Admit Counsel *Pro Hac Vice*, filed on March 18, 2020.  (Doc. 5).  Kara Gorycki requests that she be permitted to appear specially for Plaintiff, Linda Fairstein.  The Court will allow Kara Gorycki to appear specially.

Therefore, the Court **ORDERS** the following:

    1)    The Motion to Admit Counsel *Pro Hac Vice* (Doc. 5) is hereby **GRANTED**.

    2)    The Clerk is directed to add Kara Gorycki to the service list.

    3)    Unless already completed, within fourteen (14) days from the date of this Order, Kara Gorycki must send the required fee to the Clerk's Office.

    4)    Unless already completed, within fourteen (14) days from the date of this Order, Kara Gorycki must complete and submit the E-Filer Registration Form for CM/ECF.  Failure to register may cause the Court to revoke permission to appear specially.

**DONE AND ORDERED** in Fort Myers, Florida on March 21, 2020.

_____
MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties