IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LINDA FAIRSTEIN,            Case No.:  2-20-CV-00180-TPB-NPM

     Plaintiff,

v.

NETFLIX, INC., AVA DUVERNAY,
and ATTICA LOCKE,

     Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that KELLEY GERAGHTY PRICE of the law firm of DENTONS COHEN & GRIGSBY P.C. hereby appears as counsel for Defendants, NETFLIX, INC., AVA DUVERNAY, and ATTICA LOCKE, in this proceeding.  Notice of all future proceedings, pleadings, motions, briefs, applications and orders should be served to the undersigned.

**DENTONS COHEN & GRIGSBY P.C.**

*/s/ Kelley Geraghty Price*
KELLEY GERAGHTY PRICE
Florida Bar No. 889539
ERIC S. OLSON
Florida Bar No. 99079

Mercato – Suite 6200
9110 Strada Place
Naples, Florida 34108
Telephone:  (239) 390-1913
Facsimile:  (239) 390-1901
E-mail:   kelley.price@dentons.com
              eric.olson@dentons.com

*Attorneys for Defendants*
*NETFLIX, INC., AVA DUVERNAY and ATTICA LOCKE*

Dated:  March 25, 2020
3287240.v1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of March, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Kelley Geraghty Price*