UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LINDA FAIRSTEIN,

    Plaintiff,

v.                                            Case No.:  2:20-cv-180-FtM-60MRM

NETFLIX, INC., AVA DUVERNAY and
ATTICA LOCKE,

    Defendants.
_____/

# ORDER

Pending before the Court is three Motions to Admit Counsel Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing, filed on May 7, 2020. (Docs. 17, 18, 19). Jacqueline A. Gianni, Esq., Natalie J. Spears, Esq., and Gregory R. Naron, Esq. request that they be permitted to appear specially for Defendant, Netflix, Inc. Defendant, Ava DuVernay Defendant, Attica Locke. The Court will allow Jacqueline A. Gianni, Esq., Natalie J. Spears, Esq., and Gregory R. Naron, Esq. to appear specially.

Therefore, the Court **ORDERS** the following:

1)    The Motions to Admit Counsel Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (Docs. 17, 18, 19) is hereby **GRANTED**.

2)    The Clerk is directed to add Jacqueline A. Gianni, Esq., Natalie J. Spears, Esq., and Gregory R. Naron, Esq. to the service list.

3)    Unless already completed, within fourteen (14) days from the date of this Order, Jacqueline A. Gianni, Esq., Natalie J. Spears, Esq., and Gregory R. Naron, Esq. must send the [required fee](#) to the Clerk's Office.

4) Unless already completed, within fourteen (14) days from the date of this Order, Jacqueline A. Gianni, Esq., Natalie J. Spears, Esq., and Gregory R. Naron, Esq. must complete and submit the [E-Filer Registration Form](#) for CM/ECF. Failure to register may cause the Court to revoke permission to appear specially.

**DONE AND ORDERED** in Fort Myers, Florida on May 7, 2020.

_____
MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2