IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| LINDA FAIRSTEIN, | ) |
| | ) |
| Plaintiff, | ) Case No. 20-cv-00180 |
| | ) |
| v. | ) |
| | ) |
| NETFLIX, INC., AVA DUVERNAY, and ATTICA LOCKE, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF ATTICA LOCKE

I, Attica Locke, declare as follows:

1. I am a novelist and television and film writer and producer. I submit this declaration in support of my Motion to Dismiss for Lack of Personal Jurisdiction. I am familiar with the facts herein and make this declaration from my own personal knowledge.

2. I have a Bachelor of Arts degree from Northwestern University.

3. I am originally from Texas and have been a resident of California since 1995. I currently live in Los Angeles with my husband and daughter.

4. I was one of the writers and producers of the four-part film series *When They See Us* ("Series").

5. All of my work on the Series took place in California, including researching and writing portions of the script.

6. I did not travel to Florida in connection with the Series. To the best of my recollection, I did not contact anyone in Florida in connection with the Series or in my research and writing of the Series.

7. I did not speak with a reporter from the *Florida Courier* regarding the Series.

8. The Series was distributed by Netflix on its subscription internet streaming service. I was not involved in and had no control over the distribution of the Series by Netflix.

9. I have never lived in Florida, do not own any property in Florida and do not have any bank accounts in Florida. I do not regularly transact business in Florida. I have traveled to Florida fewer than three (3) times in the last ten years, in connection with work that was unrelated to the Series.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed in  California
on: May 14, 2020

_____
Attica Locke