# EXHIBIT 1

Linda Doggett, Lee County Clerk of Circuit Court
INSTR. # 2019000247026, Doc Type AFF, Pages 1, Recorded 10/25/2019 at 10:23 AM, Deputy Clerk CDEAN
Rec Fees: $10.00

# DECLARATION OF DOMICILE

To the Clerk of the Circuit Court (County Comptroller of Lee County, Florida)

**For Recording Information Only:**

This is my/our declaration of domicile in the State of Florida that I am/we are filing this day in accordance and in conformity with Section 222.17, Florida Statutes.

I/We became a resident on: **Sept. 27, 2019**

I/We hereby declare that I/We reside in and maintain a place of abode at:

**151 Blackwall Court** (Number and Street)
**Boca Grande, Lee Cty** (City and County)   Florida **33921** (Zip Code)

Which place of abode I/we recognize and intend to maintain as my permanent home and, if I/we maintain another place or places of abode in some other state or states, I/we hereby declare that my/our above-described residence and abode in the State of Florida constitutes my/our predominant and principal home, and I/we intend to continue it permanently as such. I am, at the time of making this declaration, a bona fide resident of the State of Florida residing at:

**151 Blackwall Court** (Number and Street)
**Boca Grande, Lee County** (City and County)   Florida **33921** (Zip Code)

And the place or places where I/we maintain another or other place or places of abode are as follows: (Here list street address, city, county, and state of any other place or places of abode.)

I/we maintain another abode at:
**130 East End Avenue** (Number and Street)
**NY, NY, NY County, NYS 10028** (City, County, State and Zip)

I/we formerly resided at:
**130 East End Ave** (Number and Street)
**NY, NY County, NYS 10028** (City, County, State and Zip)

**MUST BE SIGNED IN THE PRESENCE OF A NOTARY**

_____ Signature
**Linda Fairstein** Printed Name

_____ Signature
**Michael Goldberg** Printed Name

Sworn to and subscribed before me this **24** of **October**, **2019**. appeared **Linda Fairstein and Michael Goldberg**. He/She/They are personally known to me or produced **Florida Driver Licenses** as identification.

Place Notary Stamp Here

ALISON HENDERSON
Notary Public - State of Florida
Commission # FF979950
My Comm. Expires Jun 13, 2020

_____ (Signature of Notary Public, State of Florida)

**Alison Henderson** (Print Name of Commissioned Notary Public)