# EXHIBIT 3





# 130 East End Avenue, #PHB

**COOP | FOR SALE**

Upper East Side

Between East 85th Street & East 86th Street

**WEB ID:** 5922571

## $7,995,000

SEE MORE +



4 BEDS          4 BATHS          2900 APPROX. SQFT          PRE-WAR          BUILT 1929

## The Details

**ABOUT 130 EAST END AVENUE, #PHB**

This is perhaps the most romantic river penthouse on the Upper East Side, once owned and occupied by Irving Berlin.  It's a sprawling three plus a library/four bedroom duplex in mint condition with floor-toÃ¢Â€Â"ceiling glass doors highlighting the breathtaking terraces and views of the East River and way beyond.  Huge terraces surround the entertaining floor providing superb indoor/outdoor liv...

SEE MORE +

## Interested? Let's talk.

SAVE LISTING          CONTACT AGENT