# EXHIBIT 9



- About the Charities Bureau
- Complaint Form
- FAQs
- Guides & Publications
- Helpful Websites
- Pennies for Charity
- Search the Registry
- Statutes & Regulations
- Online Seminars
- Contact Us

## Search Charities Database

Posting here does not mean the organization is an approved tax-exempt organization under the Internal Revenue Code. The IRS determines tax-exempt status.

Contributions are not tax deductible unless the IRS determines the organization is tax-exempt. To search a list of tax-exempt organizations, use the IRS Exempt Organization Search Tool provided by the IRS. Some organizations, like religious organizations, may not appear on the IRS list because they are not required to file with IRS in order to be tax-exempt.

For information about the deductibility of contributions to organizations with pending applications for tax exempt status from the IRS, visit IRS.Gov.

The Attorney General's Office does not endorse or approve any organization posted in this website.

| SEARCH RESULTS SELECTION | |
|---|---|
| Organization Name: | Vassar College |
| Registration Type: | NFP |
| Registration Category: | Exempt |
| Month number fiscal year ends : | NO DATA AVAILABLE |
| Federal ID No. (EIN): | 141338587 |
| NY State Reg. No.: | 41-92-66 |
| County: | DUTCHESS |
| Address: | 124 Raymond Avenue, Box 12<br>Poughkeepsie , NY 12604 |
| Web Site: | NO DATA AVAILABLE |

**Documents Available:**

**Underlined documents can be viewed by clicking on the documents' names. When clicking on a document, depending on the browser you are using, it may be necessary to select a choice other than Open to access the document. For example, if given the choices Open and Save, it may necessary to click on Save to view the document.**

**NO DATA AVAILABLE**

If no Filing Year End date appears, then the filing is currently being processed.

Documents listed above include the most commonly requested filings received by the Charities Bureau from the specified registrant. Listed documents that were received on or after November 13, 2006 are available for online viewing by clicking on the appropriate link. Listed documents received prior to November 13, 2006 and other filings made by the registrant are available by utilizing this agency's Freedom of Information Law (FOIL) process.

Private foundations that have filed Internal revenue Service form 990-PF may also have filed a list of contributors and the amounts of their contributions (Schedule B to the 990-PF). A copy of such a list may