# EXHIBIT 11

Charities.com
**New York State Office of the Attorney General**

- **HOME**
- **CHARITIES**
- **TRUSTS & ESTATES**
- **DONORS**
- **FORMS**



# Search Charities Database

-  **About the Charities Bureau**

Posting here does not mean the organization is an approved tax-exempt organization under the Internal Revenue Code. The IRS determines tax-exempt status.

Contributions are not tax deductible unless the IRS determines the organization is tax-exempt. To search a list of tax-exempt organizations, use **the IRS Exempt Organization Search Tool** provided by the IRS. Some organizations, like religious organizations, may not appear on the IRS list because they are not required to file with IRS in order to be tax-exempt.



-  **Complaint Form**

For information about the deductibility of contributions to organizations with pending applications for tax exempt status from the IRS, visit **IRS.Gov**.

The Attorney General's Office does not endorse or approve any organization posted in this website.



-  **FAQs**



-  **Guides & Publications**

| SEARCH RESULTS SELECTION | |
|---|---|
| Organization Name: | A Joyful Heart Foundation |
| Registration Type: | NFP |
| Registration Category: | Dual |
| Month number fiscal year ends : | 12 |
| Federal ID No. (EIN): | 721519537 |
| NY State Reg. No.: | 40-31-64 |
| County: | NO DATA AVAILABLE |
| Address: | 25 BROADWAY, 9TH FL<br>NEW YORK , NY 10004 |
| Web Site: | www.joyfulheartfoundation.org |



-  **Helpful Websites**



-  **Pennies for Charity**



**Documents Available:**

**Underlined documents can be viewed by clicking on the documents' names. When clicking on a document, depending on the browser you are using, it may be necessary to select a choice other than Open to access the document. For example, if given the choices Open and Save, it may necessary to click on Save to view the document.**

-  **Search the Registry**

| **Registration Documents** | **Received** |
|---|---|

- **Statutes & Regulations**

- **Online Seminars**

- **Contact Us**

| | |
|---|---|
| Bylaws/organizational rules | 06/07/2007 |
| Registration Statement for Charitable Organizations | 06/07/2007 |
| Registration Statement for Charitable Organizations | 08/31/2010 |
| Certificate of Incorporation | 06/07/2007 |
| IRS Determination Letter | 08/31/2010 |
| IRS Determination Letter | 06/07/2007 |

| **Annual Filing for Charitable Organizations** | **Fiscal Year End** |
|---|---|
| Annual Filing for Charitable Organizations | |
| Annual Filing for Charitable Organizations | 12/31/2018 |
| Annual Filing for Charitable Organizations | 12/31/2017 |
| Annual Filing for Charitable Organizations | 12/31/2016 |
| Annual Filing for Charitable Organizations | 12/31/2007 |
| Annual Filing for Charitable Organizations | 12/31/2007 |
| Annual Filing for Charitable Organizations | 12/31/2006 |
| Annual Filing for Charitable Organizations | 06/30/2016 |
| Annual Filing for Charitable Organizations | 06/30/2015 |
| Annual Filing for Charitable Organizations | 06/30/2014 |
| Annual Filing for Charitable Organizations | 06/30/2013 |
| Annual Filing for Charitable Organizations | 06/30/2012 |
| Annual Filing for Charitable Organizations | 06/30/2011 |
| Annual Filing for Charitable Organizations | 06/30/2010 |
| Annual Filing for Charitable Organizations | 06/30/2009 |
| Annual Filing for Charitable Organizations | 06/30/2008 |

| **Other Filed Documents** | **Received** |
|---|---|
| Accountant Report | 08/18/2009 |
| IRS Annual Return | 08/18/2009 |
| IRS Form 990 Series Schedule A | 08/18/2009 |

If no Filing Year End date appears, then the filing is currently being processed.

Documents listed above include the most commonly requested filings received by the Charities Bureau from the specified registrant. Listed documents that were received on or after November 13, 2006 are available for online viewing by clicking on the appropriate link. Listed documents received prior to November 13, 2006 and other filings made by the registrant are available by utilizing this agency's **Freedom of Information Law (FOIL)** process.

Private foundations that have filed Internal revenue Service form 990-PF may also have filed a list of contributors and the amounts of their contributions (Schedule B to the 990-PF). A copy of such a list may also be requested through the **Freedom of Information Law (FOIL)** process.

**Home** | **Contact Us**        © 2012 NEW YORK STATE ATTORNEY GENERAL. All rights reserved.
**Privacy Policy** | **Disclaimer**