# EXHIBIT A

Episodes 1-4 of *When They See Us*

(submitted to the Court on a thumb drive)