IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| LINDA FAIRSTEIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 20-cv-00180 |
| | ) |
| NETFLIX, INC., AVA DUVERNAY, and | ) |
| ATTICA LOCKE, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**APPENDIX OF ADDITIONAL EXHIBITS
IN SUPPORT OF NETFLIX'S MOTION TO DISMISS\***

**PUBLIC RECORDS FROM NYC-CPJ WEBSITE**

| Exhibit No. | Document |
|---|---|
| 1 | Linda Fairstein, Stmt. for Pub. Safety Comm. of N.Y.C. Council (Jan. 30. 2003), NYCLD_039826 |
| 2 | July 15, 2002 letter from L. Fairstein to J. Kindler, NYCLD_039818 |
| 3 | Jan. 4, 2010 letter from L. Fairstein to R. Morgenthau, NYCLD_039805 |
| 4 | Excerpts from Deposition of Linda Fairstein, NYCLD_038869 - 039742 |
| 5 | N. Ryan, Affirmation in Response to Motion to Vacate Judgment of Conviction, NYCLD_030681 - 030714. |

\* Highlights (in yellow and red outline) added to documents for reference to matters cited therein.

## PUBLICATIONS AUTHORED BY PLAINTIFF

| Exhibit No. | Document |
|---|---|
| 6 | Linda Fairstein, *Netflix's False Story of the Central Park Five*, WALL ST. JOUR. (June 10, 2019) (emphasis added) (Compl., fn. 131) |
| 7 | Linda Fairstein, In defense of The Central Park 5 Prosecution, New York Law Jour. /Law.com (July 31, 2018) |
| 8 | Linda Fairstein, *It is a season to be fearful*, DAILY NEWS (Apr. 19, 1994) |
| 9 | Linda Fairstein, *Sexual Violence: Our War Against Rape* (New York: Wm. Morrow & Co. 1993) (Compl. ¶ 35) (excerpts) |

## STATEMENTS BY PLAINTIFF IN PUBLICATIONS AND BROADCASTS

| Exhibit No. | Document |
|---|---|
| 10 | "In July, Ms. Fairstein wrote an op-ed in the New York Law Journal defending the prosecution. 'The confessions were not coerced,' she wrote." Sean Piccoli and Michael Gold, *After Furor, Literary Group Withdraws Honor for 'Central Park Five' Prosecutor,* N.Y. TIMES (Nov. 28. 2018) (Compl., fn. 109) |
| 11 | "I think that these men were participants in the attack on the jogger as charged." "Linda Fairstein discusses her book and the New York Jogger muggings," Imus in the Morning, June 20, 2014, https://video.foxbusiness.com/v/3633082806001/#sp=show-clips |
| 12 | "'I was there to be the eight-hundred-pound gorilla, to help Elizabeth and the cops get the resources they needed'….'I think Reyes ran with that pack of kids. He stayed longer when the others moved on. He completed the assault. I don't think there is a question in the minds of anyone present during the interrogation process that these five men were participants, not only in the other attacks that night but in the attack on the jogger.'" Jeffrey Toobin, *A Prosecutor Speaks Up*, THE NEW YORKER (Nov. 25, 2002). |

2

| Exhibit No. | Document |
|---|---|
| 13 | "Linda Fairstein, the chief of the Sex Crimes Unit -- who oversaw the prosecution when she was a member of the district attorney's office -- continue[s] to hold that the teenagers managed to have some contact with the jogger, and perhaps ran the jogger off the path, starting the assault that Mr. Reyes finished." Jim Dwyer and Kevin Flynn, *New Light on Jogger's Rape Calls Evidence Into Question*, N.Y. TIMES (Dec. 1, 2002) |
| 14 | "A key prosecutor in the infamous 1989 attack on a Central Park jogger says she has no regrets about the investigation that led to the convictions of the five youths. 'I don't think there's a question in the minds of anyone present during the interrogation process that these five men were participants' in the rape and beating, former Manhattan prosecutor Linda Fairstein said." *Key prosecutor: No regrets in Central Park attack convictions*, ASSOCIATED PRESS (Nov. 24, 2002) |
| 15 | "Asked if she still believes the five participated in the attack on the jogger, Fairstein replied 'Absolutely.' . . . They were part of 'the pack that saw the jogger, attacked her with a pipe and began to physically assault her as well as sexually assault her,' . . . Fairstein, who also has penned five crime novels, said she still counts the jogger case as one of the high points of her distinguished career." Dave Goldiner, *5 'Absolutely' Guilty: Prosecutor has no regrets in jogger rape convictions,* DAILY NEWS (Nov. 25, 2002). |

### OTHER PUBLICATIONS ABOUT PLAINTIFF AND THE CENTRAL PARK JOGGER CASE

| Exhibit No. | Document |
|---|---|
| 16 | Benjamin Smith, *The Practitioner*, LEGAL AFFAIRS (Sept.-Oct. 2003), https://www.legalaffairs.org/issues/September-October-2003/feature_smith_sepoct03.msp |
| 17 | Rivka Gewirtz Little, *Ash-Blond Ambition*, VILLAGE VOICE (Nov. 19, 2002), https://www.villagevoice.com/2002/11/19/ash-blond-ambition/2/ |
| 18 | Katherine Bouton, *Linda Fairstein Vs. Rape*, N.Y. TIMES (Feb. 25, 1990) |

3

4

| Exhibit No. | Document |
|---|---|
| 19 | Timothy Sullivan, *Unequal Verdicts:  The Central Park Jogger Trials* (New York: Am. Lawyer Books 1992) (excerpts) |
| 20 | Statements of Mayor de Blasio and Zachary W. Carter (Corporation counsel) on Central Park Five Settlement (Sept. 5, 2014). |
| 21 | Collecting contemporaneous news articles re jogger case DNA testing and evidence at trial |
| 22 | Emily Sachar, *Mother's Outburst at Jogger Trial: Proclaims son's innocence on final day of testimony,* NEWSDAY (Aug. 7, 1990) |