UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LINDA FAIRSTEIN,

    Plaintiff,

v.     Case No.:   2:20-cv-180-FtM-60MRM

NETFLIX, INC., AVA DUVERNAY and
ATTICA LOCKE,

    Defendants.
_____/

## **ORDER**

Pending before the Court is the Motion to Admit Counsel Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing, filed on May 18, 2020.  (Doc. 27).  Kiran Patel requests that he be permitted to appear specially for Defendants, Netflix, Inc., Ava DuVernay, and Attica Locke.  The Court will allow Kiran Patel to appear specially.

Therefore, the Court **ORDERS** the following:

1)     The Motion to Admit Counsel Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (Doc. 27) is hereby **GRANTED**.

2)     The Clerk is directed to add Kiran Patel to the service list.

3)     Unless already completed, within fourteen (14) days from the date of this Order, Kiran Patel must send the [required fee](#) to the Clerk's Office.

4)     Unless already completed, within fourteen (14) days from the date of this Order, Kiran Patel must complete and submit the [E-Filer Registration Form](#) for CM/ECF.  Failure to register may cause the Court to revoke permission to appear specially.

**DONE AND ORDERED** in Fort Myers, Florida on May 18, 2020.

_____
MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2