IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| LINDA FAIRSTEIN, | ) |
| Plaintiff, | ) Case No: 2:20-cv-00180-TPB-NPM |
| v. | ) |
| NETFLIX, INC., AVA DUVERNAY, and ATTICA LOCKE, | ) |
| Defendants. | ) |

### DECLARATION OF CAROLYN MADDEN

I, Carolyn Madden, declare as follows:

1. I am the owner of The Tide gift shop and bookstore located at 321 Park Ave., Boca Grande, Florida.

2. The Tide is the only bookstore on the island of Boca Grande.

3. In May 2020, I tried to order Linda Fairstein's novels to sell at The Tide, but I was informed that Ms. Fairstein's novels are unavailable for purchase. Thus, I am unable to sell new copies of Linda Fairstein's novels at The Tide.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of June, 2020.

_____
CAROLYN MADDEN

[13589-0001/3495259/1]