IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| LINDA FAIRSTEIN, | ) |
| Plaintiff, | ) Case No: 2:20-cv-00180-TPB-NPM |
| v. | ) |
| NETFLIX, INC., AVA DUVERNAY, and ATTICA LOCKE, | ) |
| Defendants. | ) |

## DECLARATION OF CHAD LEONARD

I, Chad Leonard, declare as follows:

1. I am the manager of the Vero Beach Book Center located at 392 21st St., Vero Beach, Florida 32960.

2. Although Linda Fairstein's novels were formerly sold at the Vero Beach Book Center, the bookstore does not currently have any new copies of Ms. Fairstein's books available for sale.

3. If a customer were to request to purchase one of Ms. Fairstein's novels published by Penguin Random House, I am unable to order the book from either the publisher, Penguin Random House, or our national book distributor, Ingram, because the publisher no longer makes the books available for sale.

4. Thus, I am unable to sell new copies of Linda Fairstein's novels published by Penguin Random House at the Vero Beach Book Center.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19 day of June, 2020.

_____
CHAD LEONARD