IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | | |
|---|---|---|
| LINDA FAIRSTEIN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 2:20-cv-00180-TPB-NPM |
| | ) | |
| v. | ) | |
| | ) | |
| NETFLIX, INC., AVA DUVERNAY, and ATTICA LOCKE, | ) ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

### DECLARATION OF ARTHUR L. "TIM" CLEMENTS III

I, Arthur L. "Tim" Clements III, declare as follows:

1. I currently reside in the state of Ohio, and I also have a home in Manatee County, Florida.

2. I will not be inconvenienced and will willingly travel to Fort Myers, Florida to testify at the trial in this action without the need for a court ordered subpoena.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

Executed on this __15th__ day of June, 2020.

_____
ARTHUR L. "TIM" CLEMENTS III

[13589-0001/3495249/1]