IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| LINDA FAIRSTEIN, | ) |
| Plaintiff, | ) ) ) Case No: 2:20-cv-00180-TPB-NPM |
| v. | ) ) ) |
| NETFLIX, INC., AVA DUVERNAY, and ATTICA LOCKE, | ) ) ) |
| Defendants. | ) |

## DECLARATION OF ROBERT NUGENT

I, Robert Nugent, declare as follows:

1. I currently reside in the state of New York.

2. I will not be inconvenienced and will willingly travel to Fort Myers, Florida to testify at the trial in this action without the need for a court ordered subpoena.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 16th day of June, 2020.

_____
ROBERT NUGENT