IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| LINDA FAIRSTEIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NETFLIX, INC., AVA DUVERNAY, ) <br> and ATTICA LOCKE, ) <br> ) <br> ) <br> Defendants. ) | Case No: 2:20-cv-00180-TPB-NPM |

## DECLARATION OF ERIC REYNOLDS

I, Eric Reynolds, declare as follows:

1. I currently reside in the state of New York.

2. I will not be inconvenienced and will willingly travel to Fort Myers, Florida to testify at the trial in this action without the need for a court ordered subpoena.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

Executed on this 16th day of June, 2020.

_____
ERIC REYNOLDS