# EXHIBIT 2

# Excel Spreadsheet

# Provided to Court Under

# Separate Cover