
T10-SC-TS

2500

Arroyo - Cross - Rivera

1

2    A    Yes.

3    Q    And the job of a district attorney, the primary job

4 of the district attorney is to assist the police in getting a

5 statement from a defendant?

6    A    That's not correct.

7    Q    They assist the police in getting a video statement

8 from the defendant, is that correct?

9    A    They did perform video statements, yes.

10    Q    When you got the statement from Ramon Santana, you

11 didn't run out and call the DAs office and say we got a

12 statement from Defendant Santana, come on down so we can make

13 a video of it?

14    A    Absolutely not.

15    Q    You waited to get statements from all defendants

16 before you called the DAs office?

17    MR. CLEMENTS:  Objection.

18    THE COURT:  Objection sustained.

19    Q    And so -- were you present when a video statement

20 was taken of Ramon Santana?

21    A    Yes, I was.

22    Q    And who else was present in the room?

23    A    Ramon Santana, Ramon Santana, Sr., district attorney

24 Liz Lederer and detective Mike Sheehan.

25    Q    And yourself, is that correct?

P-APP000413

T10—SC—TS

2501

1                    Arroyo — Cross — Rivera

2        A    And myself.

3        Q         And detective Sheehan is from the Manhattan North

4   Homicide?

5        A    That's correct.

6        Q    Did you escort Ramon into the video room?

7        A    I don't recall.  I don't believe I  did.    I   don't

8   recall if I did escort him.

9        Q         Did you at any point in time tell Ramon that they

10  were going to take a video statement of him?

11       A    No, I don't recall.

12       Q    When you finished questioning Ramon at 4:40  in  the

13  afternoon,  did  you say Ramon, you got to wait around because

14  we're going to take a video statement of you?

15       A    You got to what?

16       Q    You have to wait around because we're going to  take

17  a video statement of you?

18       A    No, I didn't tell him that.

19       Q         It was your testimony you went up and you gave a

20  statement that you took from Ramon  Santana  to  one  of  the

21  supervisors, is that correct, detective supervisors?

22       A    That's correct.

23       Q    Was that detective supervisor lieutenant Doyle?

24       A    That's correct.

25       Q    And this was the commanding officer of the homicide

P-APP000414

14

John Farrell

1
2    43 for almost three years.
3         A.    I can't remember the exact amount
4    of time I was in these places.  I remember being
5    in them.  The exact amount of times, you know, I
6    moved around a lot in the police department.
7         Q.    I appreciate that these events
8    happened quite a long time ago, and I'm only
9    asking you to do the best you can with whatever
10   memory you have.
11        A.    That's fine.
12        Q.    But I do want to, you know, from
13   time to time, I'll press you a little bit to see
14   if I can get a more exact memory of it.
15             Do you remember approximately what
16   year it was that you went to the Manhattan DA's
17   Squad?
18        A.    1981, approximately 1981.
19        Q.    How long were you in the Manhattan
20   DA's Squad?
21        A.    I was in the Manhattan DA's Squad
22   until 1986, I believe, and then I went to the
23   19th Detective Squad.
24        Q.    How long were you there?
25        A.    A very short time, and then I went

NYCLD_058208

P-APP000415

15

1                      John Farrell
2     to the Manhattan South Task Force, Detective
3     Task Force on Night Watch.
4          Q.    On Night Watch, all right.  So the
5     Night Watch was part of the Manhattan South Task
6     Force Detective Squad?
7          A.    Yes.
8          Q.    Approximately what year did you go
9     to Night Watch, if you can remember?
10         A.    I said I believe it was 1986.
11         Q.    '86, all right.  And is that the
12    position you were in when you retired?
13         A.    Yes.
14         Q.    During your time in the Manhattan
15    DA's Squad, which was approximately what, five
16    years, 1981 to 1986?
17         A.    Yes.
18         Q.    Were there any particular cases
19    that you were assigned to work on?
20         A.    I worked on everything, organized
21    crime, white collar crime and anything that the
22    DA's office decided to investigate.
23         Q.    Did you work on any sex crimes
24    cases?
25         A.    No, I don't believe I did, no.

NYCLD_058209

P-APP000416

16

1              John Farrell

2      Q.      Did you work on any homicides when

3  you were in the DA's Squad?

4      A.      I don't believe I did while on the

5  DA's Squad, no.

6      Q.      During the time you were assigned

7  to the Manhattan DA's Squad, did you know Linda

8  Fairstein?

9      A.      Yes.

10     Q.      And did you work on cases with her

11 during the time you were in the Manhattan --

12     A.      District Attorney's.

13     Q.      -- DA's Squad?

14     A.      I don't recall.

15     Q.      How did you know her?

16     A.      She was a sex crimes prosecutor for

17 the DA's office.

18     Q.      During that entire period of time

19 you were there?

20     A.      I believe so.  I'm not sure if she

21 left before me or after me.  I didn't keep track

22 of her.  I don't know.

23     Q.      Do you recall whether you actually

24 worked on a case with her though?

25              MR. MYERBERG:  Objection.

NYCLD_058210

P-APP000417

17

John Farrell

1

2      A.      I don't recall.  I know I've worked

3  on cases with other people that might have

4  worked on cases with her.  But that's the way it

5  was in the DA's Squad, they tell you to go out

6  and help someone.

7      Q.      File your report and go on to the

8  next one?

9      A.      Yes.

10     Q.      Did you know Elizabeth Lederer?

11     A.      Yes.

12     Q.      Do you recall ever working on any

13  cases with her?

14     A.      I've seen her a few times, so I

15  believe maybe I did.  I'm not sure.

16     Q.      Before April of 1989?

17     A.      I'm not really sure.

18     Q.      But you think you may have worked

19  on some matters with her before then?

20             MR. MYERBERG:  Objection.

21     A.      I'm not positive.

22     Q.      I'm not asking you to be positive.

23  But you think you might have worked on some

24  cases with her, right?

25     A.      I don't know.

NYCLD_058211

P-APP000418

18

1                       John Farrell

2          Q.      What about an Assistant District

3    Attorney named Nancy Ryan, do you know her?  Did

4    you know her when you were in the squad?

5          A.      I don't remember the name, no.

6          Q.      Is this the first time you're

7    hearing her name?

8                  MR. MYERBERG:  Objection.  Are you

9          saying outside the presence of counsel?  I

10         mean, is that the question?  If it is, it's

11         privileged.

12         Q.      I'm sorry, outside of the presence

13   of any conversations you may have had with any

14   of your lawyers, have you ever heard her name

15   before?

16         A.      I don't recall hearing her name

17   before.

18         Q.      What about a District Attorney

19   named Peter Casolaro, did you ever work with

20   him?

21         A.      I never heard of him.

22         Q.      You never heard of him, all right.

23                  How about a District Attorney named

24   Harlan Levy, did you ever work with him when you

25   were in the DA's Squad?

NYCLD_058212

P-APP000419

T16-fr

774

POWERS — PEOPLE — DIRECT — LEDERER

Q        What happened after everyone was in the car?

A     Clarence Thomas began to cry and stating "I know who did the murder.  I know who did the murder. I know where he lives and I'll tell you his name."

Q     Prior to Clarence Thomas saying  that,  had you asked him any questions?

A     No, I didn't.

Q     Did he say anything further to you at that time?

A     Kevin Richardson also stated that  he  knew who  did it.  He said, "Yeah, I know who did it, and I'll tell you also."  And then  Clarence  stated  it was  Antron  McCray.     "He  lives  at
         ," and  the  Kevin  Richardson  stated  "Yeah, that's who did it."

Q        Did either of them say anything else to you?

A     Clarence also stated he knows the pipe that he used.  He said he  put  it  at  97th  Street  and Central Park West, near the projects.

                THE COURT:  who said that?

                THE WITNESS:  Clarence Thomas.

Q     Were those statements while the vehicle was

10/16/89

NYCLD_024495

P-APP000420

T16-fr

1
2                                                              775
3                    POWERS - PEOPLE - DIRECT - LEDERER
        moving or while it was still stationary?
4       A            While we were enroute to 100 Street and
5       Central Park West.
6       Q    What happened when you arrived at 100
7       Street and Central Park West?
8       A            I informed my sergeant of the statements
        that the two made.
9       Q    When you say you informed your sergeant, to
10      whom are you referring?
11      A    Sergeant Laile.
12      Q    And where did you inform him of those
13      statements?
14      A    At 100 Street and Central Park West.
15      Q    Were you still in the vehicle at that time?
16      A    No, I had gotten out.
17      Q    Was Kevin Richardson still in the vehicle?
18      A    Yes, he was.
19      Q            And was Clarence Thomas still in the
20      vehicle?
21      A    Yes, he was.
22      Q    Was there a discussion at 100 Street and
23      Central Park West regarding a show-up?
24      A    Yes, there was.
25      Q            Do you recall what was said and who said

10/16/89

NYCLD_024496

P-APP000421

4762/89      VOL.2 of 18

T14-fr

Hearing

1891199

5

COLLOQUY

2    called by the People, having been first duly
     sworn, testified under oath as follows:

              COURT OFFICER:    Officer, please be
4    seated.
5
6             In a loud, clear voice, state your
7    name, full name, spell your last name, your
8    shield number and present command.

              THE WITNESS:    My name is Police
     Officer    Robert    Powers, P-O-W-E-R-S.
11   Shield 13732, Central Park Precinct.

12            THE COURT:    Officer, you are going to
13   have to talk directly into that microphone.
14

DIRECT EXAMINATION

BY MS. LEDERER:

16
17        Q        On April 19, 1989, how long had you been
     assigned to the Central Park Precinct?
18
19        A    A little bit less than two years.
20        Q    And you were assigned to a particular unit
     within the Central Park Precinct?
21
22        A    Central Park Precinct, Anti-Crime Unit.
23        Q        On April 19, 1989, what tour of duty did
     you work?
24
25        A    Four to twelve.
          Q    Who was your partner?

New York Supreme Court 12th
100 C...... Street 17th Flo...
... New York 100...
ENTERED OCT 3 - 1995

10/16/89

T14-fr

746

POWERS — PEOPLE — DIRECT — LEDERER

A      Officer Eric Reynolds.

Q      Were you working on foot that night or were you in a vehicle?

A      We were in a vehicle.

Q      In what vehicle were you in?

A      Green Parks Department van.

Q      Who was driving?

A      I was.

Q      Approximately what time did you take meal that night?

A      Approximately eight o'clock.

Q      And at about what time was it that you finished meal and returned to duty?

A      Nine o'clock.

Q      What, if anything, did you hear over the radio when you returned from meal that night?

A      At approximately 9:30 we heard a call for an assault at 102nd Street and the East Drive.

Q      Was there any more information given in that communication that you heard?

A      A group of seven hispanics.

Q      Did you recognize the voice that put over that communication?

A      No, I didn't.

10/16/89

NYCLD_024467

P-APP000423

T14-fr

747

POWERS — PEOPLE — DIRECT — LEDERER

Q    What did you do when you heard that communication?

A    We responded to the area.

Q    The communication that you heard regarding that assault, was there any description about the age of the seven hispanics?

A    It was a group of seven hispanics approximately 15 to 17 years of age.

Q    And was any description made -- given as to the gender or sex of those people?

A    Seven males.

Q    What did you do when you received that communication?

A    We were canvasing the area, in other words, I mean to search the area for the group.

Q    What area did you search?

A    The east drive -- along the East Drive from 96th Street to 102nd Street, that area.

Q    Did you see anyone in that area?

A    No, we didn't.

Q    Did you see any police vehicles in that area?

A    Yes, I did.

Q    Do you recall whether you saw marked cars

10/16/89

NYCLD_024468

P-APP000424

T14-fr

748

POWERS — PEOPLE — DIRECT — LEDERER

or   scooters   or cars from the Central Park Precinct
or other precincts?

    A    From the Central Park Precinct and from the
23 Precinct.

    Q    Did you see marked cars or unmarked cars?

    A    They were marked.

    Q    And approximately how   many   cars   did   you
see?

    A    I'm not really sure.  A number of them.

    Q    You recall where you saw them?

    A    They were along the drive, the East Drive,
and inside the ballfield area.

    Q    When   you   were   indicating   inside   the
ballfield   area,   could   you   please step down for a
moment and   approach   People's   7   in   evidence   and
indicate   where   it   was   that   you   saw   the   other
vehicles?

    A    Right in this area over here (Indicating).

          MS. LEDERER:  Indicating the northeast
          portion of the ballfield and the west   side
          of the East Drive.

    Q    Where did you go after you responded to the
East Drive and 102nd Street?

    A    We were just searching around this area of

10/16/89

NYCLD_024469

P-APP000425

T15-1f

749

POWERS — PEOPLE — DIRECT — LEDERER

the park (indicating).

Q    When you were indicating the area again of the northeast portion of the ballfield area, were you driving on paths or on the grass or on roads?

A    Either on the main road itself or on the footpaths which are paved.

Q    Did you hear any other communications while you were canvasing that area?

A    Yes, we did.

          MS. LEDERER:   You may resume your seat.

          (Witness complies)

Q    What was the next communication that you heard over the radio?

A    I believe it was Central Park base stating that they had numerous callers for a large group of 30 or 40 teenagers.

Q    Did that report give any reference as to the race of the people that it was describing?

A    I believe it was male black and hispanics.

Q    When you say Central Park base, what are you referring to?

A    The Central Park Precinct has a radio at the base.

10/16/89

NYCLD_024470

P-APP000426

T15-1f

750

POWERS - PEOPLE - DIRECT - LEDERER

Q        When you say Central  Park  base,  are  you
saying  those  radio communications came from within
the Central Park Precinct?

A        Yes.

Q        Did that  message  or  radio  communication
give  a  location  for  that  group of 30 to 40 male
blacks?

A        I believe the  second  message,  which  was
from  the  base,  came about 100 Street and the East
Drive.

Q        Was there a description of the age of those
people?

A        I'm unsure.

Q        When you were describing the  Central  Park
base, are you familiar with -- withdrawn.

         Is  there  a call box system within Central
Park?

A        Yes, there is.

Q        Would you describe what that system is  and
how it works?

A        It is a cellular phone which is -- they are
placed  throughout the precinct where people can call
up and call directly to the precinct.

Q           If  someone  picks up a call box within

10/16/89

NYCLD_024471

P-APP000427

T15-1f

751

POWERS — PEOPLE — DIRECT — LEDERER

Central Park, where is that telephone answered?

    A    At Central Park precinct.

    Q    What happened with the information -- what are the choices that the Central Park Precinct has with respect to receiving that information?

    A    They can either put it over the radio themselves or they can call Communications and have the dispatcher put it over also.

    Q    When you say they can call Communications, is that 911?

    A    Yes.

    Q    At about what time was it that you heard the communication regarding the 30 to 40 male blacks -- excuse me, blacks and hispanics?

    A    About five minutes after the first call.

    Q    And do you recall approximately what time that would make it?

    A    9:35.

    Q    Where did you go when you heard the call from Central Park base?

    A    It went a little further southbound to search the area along there.

    Q    Do you recall exactly -- when you say southbound -- do you recall exactly where you went?

10/16/89

NYCLD_024472

P-APP000428

T 15-1f

752

POWERS - PEOPLE - DIRECT - LEDERER

A    Not exactly.

Q    All right.    Was an area specifically mentioned in that radio communication you heard at 9:35?

A    Not that I remember.

Q    Approximately how long did you drive in that area in response to that communication?

A    Another five or ten minutes.

Q    Did you hear any other radio communications while you were doing that?

A    There were a number of different radio communications based on the group, a large group.

Q    What type of transmissions?

A    I think the next one came from, also from Central Park base stating that the large group was 96th STreet, on the bridle path.

Q    And did you go to that location?

A    Yes, we did.

Q    Did that communication contain a description of the group?

A    Just a large group.

Q    Did it contain any mention of the race of the group?

A    I'm not sure.

10/16/89

NYCLD_024473

P-APP000429

T15-1f

753

POWERS — PEOPLE — DIRECT — LEDERER

Q      Did it contain any mention of  the  age  of the members of the group?

A      I'm not sure.

Q      Did it contain any reference to the gender of the group?

A      All males.

Q      What  did  you  do  when  you  heard  that communication?

A      We continued further south to canvas that area to see if we could find that group.

Q      Where specifically did you go when you went further south?

A      I'm not sure.  We just traveled  along  the footpaths.

Q      And what general area are you referring to?

A      96th Street and the East Drive.

Q      Did you see anything when you went to that location?

A      No.

Q      Did you hear any other communications?

A      The next one I believe was a  Central  Park scooter  who stated that he was informed by a jogger that he was being  harassed  as  he  ran  along  the Reservoir somewhere about the tennis courts.

10/16/89

T15-1f

754

POWERS - PEOPLE - DIRECT - LEDERER

Q            Approximately   what   time   did   that communication come over the air?

A     Not too much after the 96th Street call.

Q     And was there description, if you recall, regarding   the   members   of   the   group   that   had committed that assault?

A     A group of hispanics and blacks.

Q     Did it give any reference to sex?

A     Teenage males.

Q     And where did you go in   response   to   that call?

A        He headed back further north which is the tennis courts -- well, I   should   say   west.      I'm sorry.

We   headed   over   west   to the tennis court area where we once again didn't see anything.

Q     When you say you didn't see   anything,   you referring   to   whether   you   saw any vehicles or any members of a group or any people resembling a group?

A     I mean we didn't see anybody   resembling   a group.

MR.   DILLER:   Impossible to hear.   He must speak slowly and loudly.

THE COURT:   Officer, you have to   talk

10/16/89

NYCLD_024475

P-APP000431

T15-1f

755

POWERS — PEOPLE — DIRECT — LEDERER

1
2
3     directly   into   the   microphone as close as
      you can, talk directly into it.
4
5     Q      After you were at   the   location   you   just
      described   and   you   didn't see any group of persons
6
      resembling the   group you were looking at,   what,   if
7
      anything, did you do?
8
9     A      We continued to search in   the   area   of   the
      north meadow thinking that maybe they   went   further
10
      north.
11
12    Q      Approximately how long did you search in
      that area?
13
14    A      Maybe another five minutes.
15    Q      What, if   anything,   did   you   do   at   that
      point?
16
17    A      We just continued to drive around.
18    Q      Did there come a time you exited the park?
19    A      I don't believe so, no.
20    Q      Did   there come a time when you went to
      100th STreet and Central park West?
21
22    A      Yes.
23    Q      And approximately how long was it after you
      heard -- withdrawn.
24
25    Had you heard any communications   prior   to
      leaving the park?

10/16/89

NYCLD_024476

P-APP000432

T15-1f

756

POWERS - PEOPLE - DIRECT - LEDERER

A     Yes, we did.

Q        And what did you hear before you left the park?  Before you went to 100th Street   and   Central Park West, did you hear any radio communications?

A     Yes, I did.

Q     What did you hear?

A        There   was   a male jogger who was badly bleeding from the head at about 96th Street and   the bridle path.

Q        Did you receive any information from the person putting that communication over the air?

A     Yes, I did.

Q     Did you receive any   information   regarding how that person came to be injured?

A        They -- at the time they believed he was either hit with a bat or a stick across the head.

Q     Did you receive a description of the person or persons who struck that man?

A     It was a description of four or   five   male blacks, teenagers, heading northbound.

Q        Where   were   you   when   you   heard that communication?

A     I'm unsure at this time.

Q     What   did   you   do   when   you   heard   that

10/16/89

NYCLD_024477

P-APP000433

T15-1f

757

POWERS — PEOPLE — DIRECT — LEDERER

communication?

A     We headed towards that area.

Q        When you say that area, where are you referring to?

A     96th Street and the bridle path.

Q     And did you go to that location?

A     We didn't get all the way down there, no.

Q     What happened?

A     We decided to go further north  because  we didn't see anybody in the park.  And as we were going down, we knew they had to be further  down  by then.

Q     And what did you do?

A        We exited the park at 100th Street and Central Park West.

Q     When you say you were  heading  south  and then  you decided to head north, where were you when you made the decision to change direction?

A     Approximately 97th Street or 98th Street.

Q     What did you do at that point?

A     We turned the vehicle around and went  back up north.

Q     And where did you go when you headed north?

A     To 100th Street and Central Park West.

10/16/89

NYCLD_024478

P-APP000434

T15-1f

758

POWERS — PEOPLE — DIRECT — LEDERER

Q       At  the  time that you -- how much time elapsed from the time you heard the call  about  the jogger  with  the  head  injury until you arrived at 100th STreet and Central Park West?

A     About 15 minutes.

Q     And what, if anything, did you see when you got to 100 Street and Central Park West?

A     Saw a group of  about  15  male  black  and hispanic teenagers, 15 to 17.

Q     Where did you see them?

A     101st Street and Central Park West.

Q       What, if anything, did you see that group doing?

A     They were just walking along.

Q     Which direction were they walking?

A     Northbound.

Q     Which side of the street were they on?

A     West side.

Q     When you saw this group, could you describe -- withdrawn.

        Was the group walking on the sidewalk or on the street?

A     On the sidewalk.

Q     Can you describe the formation of the group

10/16/89

NYCLD_024479

P-APP000435

T15-1f

759

POWERS — PEOPLE — DIRECT — LEDERER

that you observed?

A    They were just a group of kids walking along.

Q    When you say it was a group, was the group spread out or was it densely packed?

A    I would say densely packed.

Q    Were the people in the group --

MR. RIVERA:    Objection to "densely packed," your Honor.

THE COURT:  I will allow it.

Q    Were you able to see the sex or gender of the persons you saw in that group?

A    Yes, I was.

Q    What did it appear to you?

A    They all appeared to be male.

Q    When you looked at the group, were you able to form an impression as to the race of those people?

A    Yes, I was.

Q    What did you observe them to be?

A    Black and hispanic.

Q    And were you able to form an impression as to the age of those people?

A    Yes, I was.

10/16/89

NYCLD_024480

P-APP000436

T15-1f

760

POWERS — PEOPLE — DIRECT — LEDERER

Q      And what did the age of those people look to you?

A      Approximately 15 to 17 years.

Q      What did you do when you noticed them?

A      Started heading northbound, and at about 102nd Street, we turned off to the side where they were approximately -- they were approximately at 102nd Street, just a few feet away from 102nd Street.

Q      Was there a reason that you turned off at 102nd Street?

A      Well, we felt they fit the description, and we were planning on stopping them.

Then Officer Flores came up behind us in a scooter, and we thought the group saw the scooter. So we wanted to get over as quickly as possible, before they fled.

MR. RIVERA:  Objection.

THE COURT:  Just tell us what you were doing, what your thoughts were.

Q      Officer Flores -- who was Officer Flores?

A      She is a uniformed police officer in Central Park Precinct.

Q      Was she working in uniform that night?

10/16/89

NYCLD_024481

P-APP000437

T15-1f

761
POWERS - PEOPLE - DIRECT - LEDERER

A      Yes, she was.

Q      And the scooter that you made reference to, was that a marked police scooter?

A      Yes, it was.

Q      Where were you aware of that scooter in relation to your driving as you are driving north on Central Park West?

A      It was just behind us.

Q      Could you see the vehicle?

A      In my mirrors, yes.

Q      When you could see the scooter in your mirrors, where could you see Officer Flores in relation to your van?

A      Just right behind us.

Q      Would you describe the manner in which you pulled the van into 102nd Street?

A      I made a very sharp turn across the double yellow lines to situation the van right between the two cross walks.

Q      What, if anything, did you do when you did that or immediately after you did that?

A      I jumped out of the car and said stop, police; and the group fled.

Q      You said the group fled, what, if anything,

10/16/89

T15-1f

762
POWERS — PEOPLE — DIRECT — LEDERER

did you see the people in that group do?

    A    They just had startled looks on their faces and just ran.

    Q    Did everyone in the group run?

    A    No.

    Q    Would you describe who, if anyone, did not run?

    A    Raymond Santana and Lopez.

    Q    Prior to that occasion, did you know Raymond Santana or Steve Lopez?

    A    No.

    Q    And -- withdrawn.

    When the group ran, were those two people still remaining?

    A    Yes, they were.

    Q    What, if anything, did you do with respect to those two?

    A    We grabbed them and put them up against the wall.

    Q    When you say "we" who are you referring to?

    A    Myself and Officer Reynolds.

    Q    When the van pulled up, who was closer to the group, yourself or Police Officer Reynolds?

    A    I was.

10/16/89

NYCLD_024483

P-APP000439

T15-1f

763

POWERS - PEOPLE - DIRECT - LEDERER

Q       And what did you do when you jumped out of the van?

A       I identified myself as a police officer, and when the group began to flee, I grabbed the first person that I could grab.

Q       And who was that?

A       I'm not sure which one it was.

Q       By the time you did that, where was Officer Reynolds?

A       He was coming around the front of the van to catch somebody else.

Q       At the time -- at the point at which you grabbed one person and two people were stopped, what, if anything, was said?

A       One of the two stated that, "We weren't with the group. We weren't with those guys. We didn't do anything." And the other one said, "Yeah, they were going to jump us."

Q       Do you know if it was Raymond SAntana or Steven Lopez that said those two statements?

A       Lopez stated the first one; and I believe Santana stated the second one.

Q       Would you describe the demeanor of Steven Lopez at the time that he was stopped there?

10/16/89

NYCLD_024484

P-APP000440

T15-1f

764

POWERS - PEOPLE - DIRECT - LEDERER

A     They were kind of shocked.

          MR. BURNS:   I'm sorry, I  didn't  hear
that.   Shocked?

          THE COURT:   Shocked.

          MR. BURNS:   Shocked.

Q     And  what  was  the demeanor of Raymond
Santana?

A     Also shocked and nervous.

          MR. RIVERA:  Objection, your Honor  to
the characterization.

          THE   COURT:  Describe what you mean by
that.      Describe     how     they     appeared
physically?

          THE  WITNESS:    Just   their eyes were
popping out of their heads.

          MR. BURNS:   Did I miss something?

          THE COURT:   Eyes popping out of  their
heads.

          MR. BURNS:   Eyes popping.

Q     How close were Raymond Santana and Steve
Lopez when you pulled up and jumped out?

A     Closer than you and I.

          MS. LEDERER:   For the record --

          THE COURT:   Twelve feet.

10/16/89

NYCLD_024485

P-APP000441

T15-1f

765

POWERS — PEOPLE — DIRECT — LEDERER

MR. BURNS:   Closer   than;   what   does that mean?

THE   COURT:   Closer   than   where   the District   Attorney   is   and   the   officer; closer than that.

THE WITNESS:   Approximately five feet.

Q       You said that those two people were taken and put against the wall.   What, if anything, happened next?

A    Officer Flores was in pursuit in the three-wheel scooter.

Q       Could you describe what you saw Officer Flores going on the scooter?

A    She was heading southbound up Central   Park West and then turned westbound on 101st Street.

Q       What,  if  anything, did you do at that point?

A    I started   heading   southbound   on   Central Park West also.

Q       Prior   to heading south on Central Park West, did you do anything with   respect   to   Raymond Santana and Steve Lopez?

A    No, I didn't.

Q    Did you handcuff them?

10/16/89

NYCLD_024486

P-APP000442

T15-1f

766

POWERS — PEOPLE — DIRECT — LEDERER

A    No.

Q    Where did you go?

A    Before I got to 101st Street, the group had turned around and they came back east along 101st Street and ran across Central Park West and started jumping over the wall back into Central Park.

Q    Approximately how many people from the group did you see running back east on 101st Street?

A    I would say about 10 or 11.

Q    What, if anything, did you do when you saw them doing that?

A    I gave pursuit. I jumped over the wall also.

Q    If you would please step down, with the Court's permission, and approach People's 7 in evidence.

Could you indicate where you went over the wall and the route that you took after you exited Central Park again?

A    I jumped over the wall approximately between 101st Street and 102nd Street, and the group was jumping over about 101st STreet (indicating). And further down and some entered the park without jumping over. There is an entrance at 100 Street.

10/16/89

NYCLD_024487

P-APP000443

T15-1f

767

POWERS — PEOPLE — DIRECT — LEDERER

(Indicating)

Q      And where did you go when you   entered   the
park?

A        I ran down into this area, just south of
the   pool   and   the   group   was   all   --   they   were
scattered all throughout this area (indicating).

           MS.   LEDERER:     Indicating   the   area
           north of 100 Street and south of the pool.

Q      Would you please describe the   course   that
you took as you continued?

A      As I came over the wall I saw a youth with
a red jacket running along the wall as   I   gave   him
pursuit.   Another unit came up, the other half of my
anti-crime unit came up and apprehended him.

Q        You   were   indicating   on People's 7 in
evidence the route that the person in the red jacket
took.   Could   you   please   indicate   that   with   the
pointer and describe what you're referring to?

A         He was running along the wall and I was
running behind.   The Anti-Crime unit came   up   along
this route --

Q      Indicating came north on the West Drive and
turned west on 100th STreet?

A       Right.   They jumped out of the vehicle and

10/16/89

T16-fr

768

POWERS - PEOPLE - DIRECT - LEDERER

also saw him running and apprehended him somewhere around 100 Street and Central Park West.

Q        Do you know the name of who that person turned out to be that was apprehended at that location?

A        Lamont McCall.

Q        Where did you -- well, withdrawn.

Did you observe the other half of the Anti-Crime team apprehend Lamont McCall?

A        Yes I did.

Q        Where did you go after that?

A        I noticed another two youths running eastbound and I gave chase to them also.

Q        And where did you chase those two people?

A        Across the drive, and they were apprehended right about here, somewhere.    There's a ballfield over here.

Q        Indicating -- Can you indicate a general location and describe where it is with respect to the words, "North Meadow" on that map?

A        Northwest of this right here.

Q        Of the writing, "North Meadow"?

A        Yes.

Q        During the time you were in Central Park,

10/16/89

NYCLD_024489

P-APP000445

T16-fr

769

POWERS — PEOPLE — DIRECT — LEDERER

pursuing these people, did you have your radio with you?

A    Yes, I did.

Q    Were you broadcasting your pursuit?

A    Yes, I was.

Q        As you ran into the North Meadow by the ballfield, did you catch anyone?

A    Yes, I did.

Q    Will you describe how it was you came to catch someone?

A        There's a rock formation right over here, quite a large rock formation --

Q    Indicating again above the word "North" in North Meadow.

A        As I was running behind, I was gaining on one of the suspects and I dove on him from behind with a closed fist and came around and caught him -- like kind  of punched him in the face, trying to -- you know, get him to the ground.

Q    When you indicated what you were doing, you came from behind this person,  and  you  were indicating with  your right hand a motion.  You had your hand closed?

A    Yes, I did.

10/16/89

NYCLD_024490

P-APP000446

T16-fr

770

POWERS - PEOPLE - DIRECT - LEDERER

Q    Would you describe exactly what it was that you did in order to apprehend or tackle that person?

A    I was trying to get around his neck, and I missed, and I was a little high and I caught him in the face.

Q    What happened as you did that?

A    We both went down.

Q    And what did you do when you came down with that person that you were chasing, that you grabbed?

A    I grabbed him and placed him in handcuffs.

Q    You may resume the witness stand.

(Witness complies)

Q    As you were doing that, you indicated -- as you were describing how it was how you came to apprehend the person you were pursuing in Central Park, you indicated you were using -- was that your right hand?

A    Right hand, yes.

Q    And as you were coming behind the person, on what side of the person you were chasing, did your hand come around?

A    His right cheek.

Q    And is that when you said you connected with him? Did you connect with his right cheek with

10/16/89

T16-fr

771

POWERS — PEOPLE — DIRECT — LEDERER

your right hand?

A     Yes, I did.

Q     What was the name of that person?

A     Kevin Richardson.

Q     At the time -- as you went through what you just described to catch him, you fell down?

A     Yes.

Q     And did you fall also?

A     Yes, I did.

Q     What did you do next?

A     I turned him around near the rock and handcuffed him.

Q     When you say you turned him around, what do you mean?

A     FAce his face towards the rocks.

Q     Did you have your gun drawn at the time?

A     No, I didn't.

Q     And was there anyone else pursuing any one in the area where you were?

A     Yes, there was. Officer Hennigan was with me and Officer Kozmalski was on the scooter and he kind of corraled the suspect.

Q     Do you know the name of that person?

A     That was Clarence Thomas.

10/16/89

T16-fr

772

POWERS — PEOPLE — DIRECT — LEDERER

Q    When you say Officer Hennigan was with you, at what point did Officer Hennigan join you?

A    She was a little bit behind me.

Q    During the chase of Kevin Richardson?

A    Yes.

Q    At the time you caught Kevin Richardson, was she with you?

A    No, she wasn't.

Q    What did you do after you handcuffed Kevin Richardson?

A    I waited for Officer Kozmalski to make sure he got Clarence Thomas under cuffs —— in cuffs.

Q    And then what did you do?

A    We called for another unit to come over.

Q    Did someone respond to you?

A    Sergeant Carabetta and his operator.

Q    And where did Sergeant Carabetta appear?

A    To the North Meadow.

Q    Did he drive onto the Meadow where you were?

A    Yes, he did.

Q    And what, if anything, did you do when Sergeant Carabetta arrived?

A    We placed Kevin Richardson and Clarence

10/16/89

T16-fr

773

POWERS — PEOPLE — DIRECT — LEDERER

Thomas in the car.

Q   And did anyone else get in that car?

A   Yes, I did.

Q   Was that a marked radio car?

A   Yes, it was.

Q   After you placed Kevin Richardson and Clarence Thomas in that car, who -- who else was in that car?

A   Officer Sullivan and Sergeant Carabetta.

Q   And yourself?

A   And myself.

Q   Will you describe where everyone was seated in the car?

A   Myself and Kevin Richardson and Clarence Thomas were all in the backseat.

Q   And in what relation were the three of you sitting, one to the other?

A   I know I was behind the operator and I don't know how the other two were situated.

Q   And Kevin Richardson was handcuffed at the time?

A   Yes.

Q   Who sat in the front?

A   Sergeant Carabetta and Officer Sullivan.

10/16/89

NYCLD_024494

P-APP000450

T16-fr

774

POWERS — PEOPLE — DIRECT — LEDERER

Q        What happened after everyone was in the car?

A     Clarence Thomas began to cry and stating "I know who did the murder.  I know who did the murder. I know where he lives and I'll tell you his name."

Q     Prior to Clarence Thomas saying  that,  had you asked him any questions?

A     No, I didn't.

Q     Did he say anything further to you at that time?

A     Kevin Richardson also stated that  he   knew who  did it.  He said, "Yeah, I know who did it, and I'll tell you also."  And then  Clarence   stated  it was  Antron  McCray.       "He   lives   at

,"  and  the  Kevin  Richardson  stated  "Yeah, that's who did it."

Q        Did either of them say anything else to you?

A     Clarence also stated he knows the pipe that he used.  He said he  put  it  at  97th  Street  and Central Park West, near the projects.

                THE COURT:   who said that?

                THE WITNESS:   Clarence Thomas.

Q     Were those statements while the vehicle was

10/16/89

T16-fr

775

POWERS - PEOPLE - DIRECT - LEDERER

moving or while it was still stationary?

A        While we were enroute to 100 Street and Central Park West.

Q    What happened when you arrived at 100 Street and Central Park West?

A        I informed my sergeant of the statements that the two made.

Q    When you say you informed your sergeant, to whom are you referring?

A    Sergeant Laile.

Q    And where did you inform him of those statements?

A    At 100 Street and Central Park West.

Q    Were you still in the vehicle at that time?

A    No, I had gotten out.

Q    Was Kevin Richardson still in the vehicle?

A    Yes, he was.

Q        And was Clarence Thomas still in the vehicle?

A    Yes, he was.

Q    Was there a discussion at 100 Street and Central Park West regarding a show-up?

A    Yes, there was.

Q        Do you recall what was said and who said

10/16/89

NYCLD_024496

P-APP000452

T16-fr

776

POWERS — PEOPLE — DIRECT — LEDERER

it?

A     Sergeant Laile and Sergeant Carabetta and Sergeant Wheeler were together and discussed how they were going to try and get together a show-up with the complainant that was hit in the head at 96th STreet.

Q     And was it possible to do a show-up?

A     No, it wasn't possible.

Q     How long did you remain at -- withdrawn.

Did there come a point that you went back to 102nd Street and Central Park West?

A     Yes, there was.

Q     Approximately how long after you arrived at 100 STreet and Central Park West did you go to 102nd STreet and Central Park West?

A     Approximately ten minutes.

Q     What was the reason you went back to 102nd STreet and Central Park West?

A     My partner, Officer Reynolds was back with the van, which I had the keys, so I had to pick him up and the van.

Q     And after you returned to 102nd STreet and Central Park West did you return to 100 and Central Park West again?

10/16/89

T16-fr

777

POWERS — PEOPLE — DIRECT — LEDERER

A     Yes, we did.

Q     And approximately how much time went by?

A     I really don't know.

Q     From the time you first arrived at 100 Street and Central Park West until you left 100 Street and Central Park West to go to the Central Park Precinct, how long were you at that location, at 100 Street and Central Park West?

A     Approximately a half-hour.

Q     At that point did you return to the Central Park Precinct?

A     Yes, we did.

Q     How did you get there?

A     I drove the van with Officer Reynolds.

Q     And do you know how Kevin Richardson got to the Central Park Precinct?

A     He went with Officer Sullivan and Sergeant Carabetta.

Q     At any time at 100 Street had he been taken out of that car?

A     No.

Q     Do you know how Raymond Santana and Steve Lopez got to the Central Park Precinct?

A     No, I don't.

10/16/89

NYCLD_024498

P-APP000454

T16-fr

778

POWERS — PEOPLE — DIRECT — LEDERER

1
2
3      Q      What   happened   when   you   arrived   at   the
Central Park Precinct?
4
5      A      We brought all five of the people in front
of the desk, the Central Park desk.
6
7      Q      When you say "the desk", is that   the   desk
sergeant at the Central Park Precinct?
8
9      A      Right.
10     Q         And   how   long were you before the desk
sergeant?
11
12     A      I was only there for about five minutes.
13     Q      What was the purpose of   going   before   the
desk sergeant?
14
15     A        For everything to be logged for pedigree
information.
16
17     Q      You said   that   you   were   only   there   for
approximately five minutes.
18
19            What,   if   anything, did you do after those
five minutes?
20
21     A        I took   everybody's   phone   number   and
somebody's   name.   Who they can be reached, so I can
22
contact family members.
23
24     Q      Where did you go -- withdrawn.
25            After   you   took   --   did   you   take   that
information from each of the five suspects?

10/16/89

T18-fr

825

POWERS — PEOPLE — CROSS — BERMAN

A    That's right.

Q    Did you have notes that you wrote them from or you just wrote them entirely from your memory?

A    Entirely from my memory.

Q    Was your memory clear about these or was that the best you could reconstruct them three and a half weeks later?

A    I would say it was pretty clear.

Q    Is it fair to say that by May 11th that you knew this was a pretty important case?

A    Yes, it's a very important case.

Q    Is it also fair to say that according to you all these statements were made before 2:30 in the morning on the morning of April 28th, isn't that right?

A    That's right.

Q    And is it fair to say you didn't know anything about a female jogger until at least until after 4 a.m. that morning?

A    That's right.

Q    Is it fair to say that when these statements were allegedly made the case was not all that important?

MS. LEDERER:  Objection.

10/16/89

T18-fr

826

1          POWERS — PEOPLE — CROSS — BERMAN

2              THE COURT:   Objection sustained.

3     Q          You testified about either arresting or

4  being present when three youths were arrested in the

5  park that night; correct?

6     A    That's correct.

7     Q    And two of those then  traveled  in  a  car

8  with you for a while?

9     A    That's right.

10    Q      And I think you testified that they made

11 various statements while in that car?

12    A    That's right.

13    Q    Again, none of which were  in  response  to

14 questions by you; is that right?

15    A    That's right.

16    Q     Did any of those, who were in the car with

17 you, any of those youths say  anything  about  Steve

18 Lopez?

19    A    Nothing that I wrote down.

20    Q     Nothing that you wrote down then or ever;

21 is that right?

22    A    That's right.

23    Q    And in the entire  time  you  were  in  the

24 precinct,  did  any of the youths say anything about

25 Steve Lopez?

10/16/89

NYCLD_024547

P-APP000457

T1-1f

321

1   SUPREME COURT OF THE STATE OF NEW YORK

2   COUNTY OF NEW YORK : CRIMINAL TERM : PART 59

3   THE PEOPLE OF THE STATE OF NEW YORK

4               -against-

5   RAYMOND SANTANA, KHAREY WISE, YUSAF SALAM,
    ANTRON McCRAY, KEVIN RICHARDSON, STEVE LOPEZ,
6   MICHAEL BRISCO,

7               Defendants.

8               October 13, 1989

9   B E F O R E:

10          HONORABLE THOMAS B. GALLIGAN, J.S.C.

11          (Appearances as heretofore noted)

12          *       *       *       *       *

13          COURT CLERK:  Indictment 4762 of 1989,

14   Kharey Wise, Yusaf Salam, Antron McCray,

15   Kevin  Richardson, Steve Lopez, Michael

16   Brisco, and Raymond Santana; continued

17   hearing.

18          (Whereupon, counsel for the defendants

19   gave their appearances.)

20          THE  COURT:  Are we ready to resume?

21   It is now 10:25.  This matter was set  down

22   for  10:00.   The  usual  starting time is

23   9:30.  I  agreed  to  start  at  10:00  for

24   counsel's  convenience  so  they could take

25   care of other  matters.    I  would  advise

10/13/89

T1-1f

322

COLLOQUY

1

2  counsel   to   be  here  at  the   time  scheduled,

3  10:00 in the morning.

4      Ready to proceed?

5      MS. LEDERER:  Yes, your Honor.

6      Prior     to     calling    People's    next

7  witness,   Officer   Reynolds,   there   is

8  additional  Rosario  materials  to   be   turned

9  over.    And I have prepared a packet of the

10 pages for each attorney:  one page of hand-

11 written  notes   for   Officer  Reynolds;  one

12 page, hand-written copy of UF-61, the typed

13 copy     having    been   turned   over;   on-line

14 booking  sheet, one  copy  of  which  has  been

15 turned   over   already.  (Handing  to  Defense

16 Counsel)

17     MR.  MOORE:    Your   Honor,  my   only

18 request is that in the future, the District

19 Attorney    not   release   documents   on   an

20 installment basis, but   to   do   it   at   one

21 particular time so that we may maintain the

22 flow and logic of preparation.

23     THE   COURT:    Okay.   Who is your next

24 witness?

25     MS. LEDERER:  Officer Reynolds.

10/13/89

NYCLD_023068

P-APP000459

T1-1f

323

COLLOQUY

P. O. ERIC REYNOLDS, Shield 17510,
    Twenty-third Precinct Robbery Unit, New York
    City Police Department, called as a witness by
    the People, having been first duly sworn,
    testified under oath as follows:

             COURT OFFICER:   In a loud, clear
    voice, state your full name for the record,
    spelling your last name; your shield
    number, and present assignment.

             THE WITNESS:   Police Officer Eric
    Reynolds; R-E-Y-N-O-L-D-S;  Shield 17510,
    23rd Precinct Robbery Unit.

             THE COURT:  All right.

DIRECT EXAMINATION

BY MS. LEDERER:

    Q    Officer Reynolds, on April 19, 1989, where
were you assigned?

    A    Central Park Anti-Crime Unit.

    Q    What tour of duty were you working on that
day?

    A    Four p.m. to midnight.

    Q    And did you have a particular assignment
within the Central Park Precinct?

    A    Yes, Anti-Crime duties.

10/13/89

T1-1f

324

REYNOLDS - PEOPLE - DIRECT - LEDERER

1

2     Q      What are the duties of the Anti-Crime unit?

3     A        That is to make arrests for any kind of

4  crimes  in  progress  while  working  in  civilian

5  clothes.

6     Q      Does that mean you don't work in uniform?

7     A      That's correct.

8     Q       And that night of April 19, 1989, were you

9  working on foot, or were you in a vehicle?

10    A      I was in a vehicle.

11    Q      What type of vehicle were you in?

12    A      It was a green  Parks  Department  vehicle.

13  It was a van.

14             MR. MADDOX:   I can't hear.

15             THE    COURT:     Green   Parks  Department

16             vehicle.

17    Q      Did you work with a partner on that date?

18    A      Yes, I did.

19    Q      Who was your partner?

20    A      Police Officer Powers.

21    Q      Did there come a time  on  the  evening  of

22  April  19, 1989 that you heard a radio communication

23  regarding activity in Central Park?

24    A      Yes.

25    Q       At  what  time  did  you  hear  such  a

10/13/89

P-APP000461

T1-1f

325

REYNOLDS - PEOPLE - DIRECT - LEDERER

1

2   communication?

3        A       It was approximately 9:30.

4        Q       What was the radio communication that you

5   heard at that time?

6        A       Disorderly males   in   the   park,   harassing

7   people.

8        Q         WHen  you heard that communication, was

9   there  a   communication   give   for   where   that   this

10  orderly group was?

11       A        It was approximately, I believe, the west

12  side of 100th Street.

13       Q       Do you recall where you were when you heard

14  that?

15       A       I believe I was on Central Park West headed

16  northbound.

17       Q       Where did  you   go   after   you   heard   that

18  communication?

19       A       The north end of the park.

20       Q       Who was driving that night?

21       A       Officer Powers.

22       Q        When you say you went to the north end of

23  the park, where did you go?

24       A       We went to the location specified.  We went

25  in that area to canvas.

10/13/89

T1—1f

326

REYNOLDS — PEOPLE — DIRECT — LEDERER

1
2  Q     What area did you go to?

3  A     The East Drive -- West Drive up on the
4  north end, around 102nd Street.

5  Q     Do you recall whether you went to the east
6  side or the west side?

7  A     I started at the west side, and went from
8  the west to the east side.

9  Q     Were you directed to go to the east side?

10  A     Yes, I believe so, yes.

11  Q     When you say you were canvassing the area,
12  what does that mean?

13  A     It means we were searching for people
14  described in the radio run.

15  Q     What route did you take to go to the
16  location of the East Drive on 102nd Street?

17  A     We went north on Central Park West and then
18  into the park.

19  Q     Where did you go into the park?

20  A     I believe it was either 90th Street or
21  100th Street.

22  Q     And when you entered the park, did you
23  drive on the roadway or any of the paths?

24  A     We did both.   We traveled along the
25  roadways, and then we went along some of the paths.

10/13/8⁹

NYCLD_023072

P-APP000463

T1-1f

327

REYNOLDS - PEOPLE - DIRECT - LEDERER

1

2   Q        Did you arrive at the East Drive in the
3   area of 102nd Street?

4   A    Yes.

5   Q    What, if anything, did you see at that
6   location?

7   A    Really nothing in the beginning.

8   Q        Did you see anything resembling the
9   disorderly group?

10   A    No.

11   Q    Did you see any police vehicles?

12   A    Yes.

13   Q    Do you recall what you saw?

14   A    I saw a couple -- several Central Park
15   Police vehicles and vehicles from the 23rd Precinct,
16   and the Manhattan North Task Force.

17   Q    Were those marked radio cars?

18   A    Yes.

19   Q        Did you have a conversation with any of
20   those people?

21   A    I had a couple of conversations, yes.

22   Q    At that time when you first arrived, did
23   you speak to any of these people?

24   A        We might have had a passing conversation,
25   you know, just asking if anybody had seen anything.

10/13/89

T1—1f

REYNOLDS — PEOPLE — DIRECT — LEDERER

1

2        MR. MADDOX:  Object (inaudible).

3        THE  COURT:  Just  tell  us  what

4    conversation you had.

5        THE  WITNESS:  I asked if anybody had

6    seen anything.

7    Q    What did the people you spoke to say?

8    A    Nobody had seen anything at that point.

9    Q    The first communication you heard, did that

10   give any kind of description in the park?

11   A    I believe it was seven to eight males,  the

12   very first one.

13   Q    Did it give any description, race?

14   A    I believe it was male blacks.

15   Q    Are you sure?

16   A    I'm not quite sure.

17       MR. MADDOX:  Objection, your Honor.

18       MR. RIVERA:  Objection.

19       THE COURT:  I will allow it.

20       Are you sure?

21       THE WITNESS:  No, I'm not sure.

22   Q    Did you hear any other radio communication

23   after that first communication?

24   A    Yes.

25   Q    What was that communication?

10/13/8?

T 1—1f

329

REYNOLDS — PEOPLE — DIRECT — LEDERER

1
2    A      That there were approximately, I believe,
3    20 to 30 male blacks harassing and assaulting people
4    in the park.
5    Q          And do you recall at approximately what
6    time you heard that radio communication?
7    A      Do you mind if I look at my notes to
8    refresh my memory?
9           THE COURT:   If you have to, you may.
10          Just tell us what you are using to refresh
11          your recollection.
12          THE WITNESS:   It is a piece of paper
13          that I wrote down with the, you know, the
14          times.
15          MR. BERMAN:    Judge, if I may, this
16          speaker, even when there's no talking,
17          makes such a loud noise we can't hear your
18          Honor talking.
19    A     It was about a quarter to ten.
20    Q     And do you recall where you were when you
21    heard that communication?
22    A      Well, I was in the north end of the park.
23    It might have been at 102nd Street and the East
24    Drive.
25    Q      How long did you stay at 102nd Street and

10/13/89

NYCLD_023075

P-APP000466

T1-1f

330

REYNOLDS — PEOPLE — DIRECT — LEDERER

1

2   the East Drive?

3      A    Not long.

4      Q      After you received that second

5   communication, where did you go?

6      A    Again, we ——

7            MR. MOORE:  Objection.

8            THE COURT:  No, I'll allow it.

9            Go ahead.   He was with somebody, he

10            already said that.

11      A    (Continuing)  We started to ride around the

12   park again to do a further canvas.

13      Q    What area of the park were you driving

14   around in?

15      A    The north end.

16      Q      Would you indicate did you drive on the

17   road or paths?  Where did you go?

18      A    We did both.  We tried to concentrate on

19   the paths because we didn't see anything.

20            THE COURT:   You can tell us where,

21            when you say "we" you are talking about

22            driving around in the car; but tell us only

23            what you saw, talking about what you saw

24            unless somebody said something.  All right.

25      Q    Did you see anything during the time that

10/13/89

NYCLD_023076

P-APP000467

T2-fr

331

REYNOLDS — PEOPLE — DIRECT — LEDERER

1
2          you   were   driving   around the north end of
3          the park?
4     A    No.
5     Q    When you referred to the north end   of   the
6          park,   from   what   street   north   were   you
7          canvassing?
8     A    North of 96th Street.
9     Q    Can you describe   in   a   general   way   what
10         route you took?
11    A    In canvassing?
12    Q    Yes.
13    A    We   went   through all the foot paths and —
14         you know, all the   routes   we   could   to   go
15         through   all the dark areas, and, you know,
16         part of the park that weren't visible.
17    Q    At any time did   you   see   anybody   or   any
18         group   that resembled what you had heard on
19         the radio?
20    A    In the beginning, no.
21    Q    And   did   you   hear   any   other   radio
22         communications   while   you   were canvassing
23         the north end of the park?
24    A    Yes.
25    Q    What was the next radio communication   that

10/13/89

NYCLD_023077

P-APP000468

T2-fr

332

REYNOLDS — PEOPLE — DIRECT — LEDERER

1
2      you heard?

3   A    We got — I heard our sergeant — my
4        sergeant from Anti-Crime had a possible
5        group over at 100 Street and the West Drive
6        in the playground.

7   Q    What is your sergeant's name?

8   A    Sergeant Lyle.

9   Q    What did you do when you heard that
10       communication?

11  A    We responded to the area where he was.

12  Q    Approximately what time was it that you
13       arrived at that playground?

14  A    That was about a quarter to ten, 10:00.

15  Q    Did you have a conversation with Officer
16       Alvarez at that location?

17  A    Yes, I did.

18  Q    Did he tell you whether he had seen
19       anything in the park?

20  A    Yes.

21  Q    What, if anything, did Officer Alvarez tell
22       you?

23  A    He told me he saw a group of youths and
24       when they saw the radio car, they all ran.

25  Q    Did he describe the number of the people in

10/13/89

NYCLD_023078

P-APP000469

T2-fr

333

REYNOLDS - PEOPLE - DIRECT - LEDERER

1
2        the group?

3    A    He said he saw about seven to ten of them.

4    Q    Did he indicate that he had seen a larger

5        group?

6            MR. MOORE:  Objection.

7            MR. RIVERA:  Objection.

8            MR. JOSEPH:  Objection.

9            MR. BURNS:  Objection.

10           MR. DILLER:  Objection.

11           MR. BERMAN:  Objection.

12           MR. MADDOX:  Objection.

13           THE COURT:  Sustained.  Let him

14       testify.

15   Q    What else did he tell you about the people

16   he saw?

17   A        He stated they were male blacks and

18   Hispanics and they were in their teens.

19   Q    Did he tell you where he had seen the

20   group?

21   A     I believe he said he saw them on the east

22   side.

23           MR. MOORE:  Objection.

24           THE COURT:  I'll let him answer.

25   Q    Was he able to tell you whether it was in

10/13/89

NYCLD_023079

P-APP000470

T2-fr

334

REYNOLDS — PEOPLE — DIRECT — LEDERER

1
2   or out of the park?

3       A      He said it was inside the park.

4       Q          Did he tell you what time it was that he

5   had seen them?

6       A      That I don't recall.

7       Q      Did he say anything about the gender or the

8   sex of the people he had seen?

9       A      Yes, he said they were male blacks and

10  Hispanics.

11      Q      Did you have a conversation -- withdrawn.

12             How long did you stay at the playground at

13  100 Street?

14      A      Not long, just long enough to -- for the

15  show-up and to get a description from Police Officer

16  Alvarez and then we resumed canvassing.

17      Q          Where did you go when you left that

18  location?

19      A      Again we stayed in the north end and we

20  went through all the trails and the inaccessible

21  parts of the park.

22      Q      How long did you drive around in the park?

23      A      About another half-hour.

24      Q      Did you hear another radio communication

25  after you had been at the playground where Sergeant

10/13/89

NYCLD_023080

P-APP000471

T2-fr

335

REYNOLDS - PEOPLE - DIRECT - LEDERER

Lyle was?

        A       Yes.

        Q       What was the communication that you heard
then?

        A       That there was a male jogger found beaten
and bleeding profusely from his head.

        Q       Where was that -- was there a location with
respect to where that jogger was found?

        A       Yes. That was 96th Street, I believe,
approximately, and the West Drive off the reservoir.

        Q       Where were you when you got that
communication, if you recall?

        A       I believe we were at the East Drive again
and 102nd Street.

        Q       Did the communication given with respect to
that jogger contain any information about any
people?

        A       He stated there was a group of male
Hispanics and Blacks who had assaulted the jogger.

        Q       Was there any further information about the
assault?

        A       Yes, that they had fled north.

        Q       What, if anything, did you do after you
heard that information?

10/13/8

NYCLD_023081

P-APP000472

T2-fr

336

REYNOLDS — PEOPLE — DIRECT — LEDERER

A     At that point I decided to leave the park and to start the canvas outside at Central Park West at 100 Street.

Q     Where did you leave the park?

A     We left at 100th Street and Central Park West.

Q     Why did you leave the park at that time?

A     Because I felt that the group was no longer in the park.  We had canvassed for quite a while and the entire park was saturated with police vehicles.

Q     Did you see other vehicles in the park other than those you refer to at the East Drive and 102nd Street?

A     Other than what I described earlier?

Q     During the time you were canvassing the park, other than what you already told us at the East Drive and 102nd Street, did you see any other police vehicles in the park?

A     Just what I mentioned.

Q     And when you were canvassing the north end of the park, did you see any sign of other police vehicles?

A     Yes.

Q     What did you see?

10/13/89

NYCLD_023082

P-APP000473

T2-fr

337

REYNOLDS - PEOPLE - DIRECT - LEDERER

1

2  A       As I was going through the fields, I could

3  see further north of me the headlights of the  other

4  vehicles going back and forth also in search for the

5  group.

6              MS.  LEDERER:   With the permission of

7          the Court, I'd ask the witness  to  please

8          step   down   and   approach  People's  7  in

9          evidence.

10             (Witness complies)

11 Q     Would you please point  on  People's  7  in

12 evidence   and   describe   as you do, what area you're

13 possibly  pointing  to,   indicate  where  you   were

14 traveling  and  where you would see the other lights

15 from other vehicles?

16 A     We saw the other lights --

17             THE COURT:  Excuse me, Officer, I have

18         to remind you to speak as loud as  you  can

19         because  everybody over on this side has to

20         hear you, and it is very difficult in  this

21         courtroom.

22             THE WITNESS:  Okay.

23             I saw headlights from the other police

24         cars  going  east  and  west  across  the

25         ballfields here on the north end.   I  was

10/13/89

T2-fr

338

REYNOLDS — PEOPLE — DIRECT — LEDERER

1
2      south   of   them   and   I could   see them  —— I
3      could   see that the ballfields in   this   area
4      was   pretty well saturated with police cars
5      and there was probably no   group   in   there
6      because somebody would have seen ——
7            MR. MADDOX:   Also describe the area
8      that he just referred to on the map.
9            THE COURT:   Yes,   if   there   is   some
10     legend  on that map that describes the area
11     that you're in, please tell us what it   is.
12     I   see   there   is some writing on that map.
13     If you could tell us what it was, the   area
14     that you say you were driving in.
15            THE   WITNESS:   This   is   the   north
16     meadow, and it contains   several   baseball,
17     softball,   and   a   football   field   and   we
18     again, like I   said,   I   had   seen   several
19     radio   cars   going   back and forth and they
20     pretty well had the whole area covered.   If
21     there was any group in there ——
22            MR. BURNS:   Objection.
23            MR. MOORE:   Objection.
24            THE COURT:   Yes, don't speculate, just
25     tell us what you saw.

10/13/8

NYCLD_023084

P-APP000475

T2-fr

339

REYNOLDS — PEOPLE — DIRECT — LEDERER

1

2      THE WITNESS:  I saw the police cars

3      going back and forth and they had the area

4      well covered.

5  Q    Where did you go --

6      MR. BURNS:   I'm sorry.   For the

7      record, the record should reflect the area

8      of the North Meadow.

9      THE COURT:  He covered the whole area

10     of the North Meadow.

11  Q    When you stated earlier that you decided at

12  this time to leave the park, will you point out the

13  route you took to enter the park?

14  A    We left here at 100 Street, going west

15  towards Central Park West.

16  Q     What time was it, approximately, when you

17  were leaving Central Park?

18  A     It was approximately 10:30.

19  Q     What, if anything, did you see as you left

20  Central Park at 100 Street?

21  A     Okay.  When we got to Central Park West at

22  100th Street, just north of us, between 101st Street

23  and 102nd, on the west side of the street, we saw a

24  group of about 10, 15, male blacks and hispanics.

25  They were teenagers.

10/13/89

T2-fr

340

REYNOLDS - PEOPLE - DIRECT - LEDERER

1
2  Q     What, if anything, did you do when you   saw
3  that group?
4  A         What we -- what I did was we started to
5  drive northbound towards them to get a   better   look
6  at the group.
7  Q     What side of the street were they on?
8  A     They were on the west side of the street.
9  Q     And when you were driving, what side of the
10 street were you driving on?
11 A     I was on the east side going northbound.
12 Q         What, if anything, happened as you went
13 northbound on Central   Park   West   approaching   that
14 group?
15 A      Well, we saw the group.  They were all --
16 you know, walking together.  We felt reasonably sure
17 that they didn't --
18         THE COURT:  It's not what you felt.
19         THE WITNESS:  I felt   reasonably   sure
20     they didn't know who we were.
21         MR. RIVERA:  Objection.
22         MR. BURNS:  Objection.
23         MR. MOORE:  Objection.
24         MR. JOSEPH:  Objection.
25         MR. MADDOX:  Objection.

10/13/89

T2-fr

341

REYNOLDS — PEOPLE — DIRECT — LEDERER

1
2       MR. DILLER:  Objection.

3       MR. BERMAN:  Objection.

4       THE COURT:  I'll allow that.  Go

5  ahead.

6       THE WITNESS:  At one point the group

7  had stopped --

8       MR. RIVERA:  I didn't hear the

9  statement he didn't feel reasonably what?

10       THE COURT: Did not make out who they

11  were.

12  Q    Continue.

13  A    The group at one point stopped and they all

14  started to look our way and started to point at us

15  in the van, and I couldn't understand why because

16  nobody wouldn't really --

17       MR. MOORE:  Objection.

18       THE COURT:  Finish your answer.

19       THE WITNESS:  Nobody generally makes

20  who we were.

21       MR. MOORE:  Objection.

22       THE COURT:  Objection sustained.

23       Don't tell us what people generally

24  do.  Just tell us what happened here.

25       THE WITNESS:  What I did was I looked

10/13/89

T2-fr

1
2          to our right and a marked police three-
3      wheel scooter was on our right hand side
4      and that's what panicked them.
5          MR. MOORE:  Objection.
6          MR. MADDOX:  Objection.
7          THE COURT:  Sustained.  Just tell us
8      what you saw.
9      Q      When you looked and saw in your sideview
10 mirror a scooter, where was this scooter?
11     A      Right alongside the van on my side.  It was
12 on the other side of us, from the group.
13     Q      Who was on that scooter?
14     A      Police Officer Flores.
15     Q      What did you do when you became aware that
16 Police Officer Flores was pulling up besides you?
17     A      Well, I felt -- it looked like the group
18 was going to run to me.
19         MR. MOORE:  Objection.
20         MR. JOSEPH:  Objection.
21         THE COURT:  I'll allow it, go ahead.
22     Finish.
23         THE WITNESS:  And I told my partner to
24     take the van and pull it up ahead of them
25     to cut them off so we can stop them.

10/13/89

NYCLD_023088

P-APP000479

T2-fr

343

REYNOLDS - PEOPLE - DIRECT - LEDERER

1

2    Q    And did the van pull up?

3    A    Yes.

4    Q    Where did the van go?

5    A    Okay.  My partner  pulled  up  the  van  to

6  102nd  Street  and  CPW,  Central  Park  West on  the

7  southwest corner.

8    Q    WHen you say the van was pulled up  on  the

9  southwest  corner  of  102nd  and  Central  Park  West, can

10  you  describe  exactly  what  position  it  was in in

11  relation  to  the  sidewalk  and  the  street  of  102nd

12  Street?

13    A    Okay.  The van was facing west with the

14  headlights  facing  west  towards  the  building.    Then

15  my  partner  and  myself  got  out  of  the  van, we

16  identified  ourselves.    AT  that  point  the  group

17  started  to  run  except  for  two.    Those two were

18  Raymond Santana and Steve Lopez.

19    MR. MOORE:    Not  responsive  to  the

20    question.

21    THE COURT:  I'll allow it.

22    Q    When you say you got out of the van -- let

23  me just go back for a second.  The van that you were

24  describing, what color is the van?

25    A    Green.

10/13/89

T2-fr

344

REYNOLDS - PEOPLE - DIRECT - LEDERER

1

2      Q     Are there any windows in the  back  portion

3 of the van?

4      A      In the back two doors -- I'm sorry, there

5 are no windows in it.

6      Q     Are there any side panels?

7      A     I don't believe so.

8      Q     Does it have any insignia?

9      A     Yes, Parks Department emblem on the front.

10      Q     When the van pulled into the  beginning  of

11 102nd Street and Central Park West, you say you both

12 jumped out.  What exactly did you say?

13      A      We identified ourselves as police and we

14 told them not to run.

15      Q     What happened when you said, "Don't run?"

16      A     The group started to run.

17      Q     And what did you do when the group  started

18 to run?

19      A     We got out of the van and we approached the

20 two defendants that had stayed on the corner.

21      Q      And you just named the names of those two

22 people.  Did you at the time that you  stopped  them

23 know their names?

24      A     Not at that time, no.

25      Q      What,  if  anything,  happened when you

10/13/89

NYCLD_023090

P-APP000481

T2-fr

345

REYNOLDS — PEOPLE — DIRECT — LEDERER

1

2   stopped those two?

3       A    We placed them against the wall.

4            MR. MADDOX:   Objection, Judge.   He

5            didn't stop them.   They were already

6            stopped.

7            THE COURT:   Yes.   Objection sustained.

8       Q    What happened when you approached those

9   two?

10      A        We placed them against the wall and

11  searched them.

12      Q    Did you have your gun drawn when you got

13  out of the van?

14      A    No.

15      Q    When you say you placed them against the

16  wall, what exactly did you do?

17      A    We gave them a pat down of their clothes in

18  case they had weapons on them.

19      Q    Did you find any weapons?

20      A    No.

21      Q    What was the next thing that happened?

22      A    My partner, Police Officer Powers and

23  Police Officer Flores chased the group.

24      Q    Did the two people that you placed against

25  the wall, Raymond Santana and Steve Lopez, did

10/13/89

P-APP000482

T2-fr

346

1          REYNOLDS — PEOPLE — DIRECT — LEDERER

2    either of them say anything to you?

3          A     Yes.

4          Q     What, if anything, did they say to you?

5          A       Let's see.  Raymond Santana stated he had

6    just come from his  girlfriend's  house  and  didn't

7    state where or when.

8                     MR. JOSEPH:  Objection.

9                     THE   COURT:    Don't   tell   us what he

10                didn't said.  Just tell us what he did say.

11                    THE  WITNESS:  Steven Lopez  stated  he

12                just   came   from   the   movies   with   his

13                girlfriend  and  they  watched  the   movie

14                "Leviathan".

15         Q       Did either of them say anything about the

16   rest of the group?

17         A    They stated they weren't with the group and

18   Steven Lopez stated, I quote, "The group had  talked

19   shit about ripping them off."

20                    MR. MADDOX:  I can't hear.

21                    THE COURT:  Who said that?

22                    THE WITNESS:  Steven Lopez.

23                    THE COURT:  Stated what?

24                    THE  WITNESS:   They were not with the

25                group and the group had talked -- I  quote,

10/13/89

T2-fr

347

REYNOLDS — PEOPLE — DIRECT — LEDERER

"Talked shit about ripping them off."

Q      When I asked you a moment ago did either of those two people say anything with respect to the rest of the group I believe your answer began, "They said," could you tell us exactly what either one of them said indicating by name what that person said?

MR. MOORE:    Objection.    Asked and answered.

THE COURT:  I'll allow it again.

THE WITNESS: They both stated that they weren't with the group and they didn't know any of the others that had run. They stated that they were walking ahead of them and ——

MR. RIVERA:    Objection, your Honor, not responsive.

THE COURT:  Yes, objection sustained.

Q      Can you tell us what Raymond Santana said to you when he was stopped at 102nd Street and Central Park West?

A      Raymond Santana said he wasn't with the group and he had just come from his girlfriend's house.

Q      What, if anything, did Steven Lopez say at

10/13/8

T2-fr

348

REYNOLDS - PEOPLE - DIRECT - LEDERER

1
2   that time?

3       A    He stated he also was not with  the  group,

4   that  he  had just come from his -- he had just come

5   from the movies with his girlfriend and they watched

6   the picture "Leviathan" and he also  stated,  and  I

7   quote, "Talked  shit  about  ripping off -- ripping

8   them off."

9       Q    Did  you  ask  either  Defendant  Lopez  or

10  Defendant Santana any questions?

11      A    No.

12      Q    When you saw this group, could you describe

13  how  the  group was in relation to the other members

14  of the group?

15      A    The two --

16              MR. BERMAN:  Object as to form.

17              THE COURT:  What is your question?

18      Q    When you saw the group walking  on  Central

19  Park  West,  would  you describe the relation of the

20  group with one to the other?

21      A    It was a  homogenized  group.  They  were

22  altogether  and  they  were  all walking northbound.

23  They were male Blacks, teenaged and Hispanics.

24      Q    When you saw the group on the west side  of

25  the  street, approximately how much of the block was

10/13/89

NYCLD_023094

P-APP000485

T2-fr

349

REYNOLDS — PEOPLE — DIRECT — LEDERER

1
2  taken up by the members of the group?

3      A    Maybe a quarter of the block.

4      Q      And   where   were   Defendant's   Lopez   and
5  Santana,   if you remember, in relation to the others
6  in the group?

7      A    They were in the group   because   the   group
8  was altogether.

9      Q    What, if anything, happened after Lopez and
10  Santana made those statements to you?

11      A        My partner, Police Officer Powers chased
12  the rest of the group with Police Officer Flores.

13      Q    Where did you see him go?

14      A    I saw him   running   southbound   on   Central
15  Park West and then west on 101st Street.

16      Q        Did you see where he went when he turned
17  onto that street?

18      A    When he turned west, I lost sight of him?

19      Q    Officer Reynolds -- I'm sorry --

20      A    And then I saw him again running back   east
21  and the group was ahead of him and they ran into the
22  park, and he ran into the park after them.

23      Q    Approximately how much time elapsed between
24  the time you saw him disappear from your sight going
25  down  the street until you saw the group coming back

10/13/89

T2-fr

350

REYNOLDS — PEOPLE — DIRECT — LEDERER

1
2  with him, chasing?
3      A      Just seconds.
4      Q      Did you then see Officer Powers -- go   into
5  the park?
6      A      Yes, I saw him run and jump over the wall
7  into the park after the defendants.
8              MR. MADDOX:  Objection to "after  the
9          defendants."
10             THE   COURT:   Yes, Objection sustained
11         as to "after the defendants."
12     Q      Did you see how many people were running in
13 front of Officer Powers?
14     A      It looked to be about ten.
15     Q      And you said that they entered the park, do
16 you know where it was that they entered the park?
17     A      It was over the wall and  at  Central  Park
18 West and 101st Street, between 101st and 100.
19     Q       And is that where you saw Officer Powers
20 enter the park?
21     A      Yes.
22     Q      Let me just stop you for  a  moment.    The
23 area  on Central Park West, near 101st and 102nd, to
24 your knowledge are there any movie theaters in  that
25 area?

10/13/89

NYCLD_023096

P-APP000487

T2-fr

351

REYNOLDS — PEOPLE — DIRECT — LEDERER

1
2   A   No, there isn't.

3   Q   Are there any community centers in that
4 area?

5   A   No.

6   MR. MADDOX:  Judge, may I ask if he
7 could repeat the question and answer?

8   THE COURT:  Read the question and
9 answer back, please.

10   (Reporter complies)

11   Q   Are there any stores on Central Park West
12 in that area?

13   A   No.  There's just a grocery store further
14 down, but it's very small north of where they were.

15   Q   After you lost sight of Officer Powers when
16 he went into the park, what was the next thing that
17 happened?

18   A   I stood on the corner with Raymond Santana
19 and Steven Lopez.

20   Q   Did you handcuff them?

21   A   No.

22   Q   And where was the van?

23   A   The van was right where we left it on 102nd
24 Street and Central Park West.

25   Q   Did either of them say anything further to

10/13/89

T2-fr

352
REYNOLDS — PEOPLE — DIRECT — LEDERER

1
2   you?

3        A        They just kept stating that they were not
4   with the rest of them.

5        Q        When you say they kept saying that, who
6   kept saying that?

7        A        Steve Lopez and Raymond Santana.

8        Q        And did you ask them any questions?

9        A        No.

10       Q        Did you have your radio with you?

11       A        Yes, I did.

12       Q        Did you hear communications coming over the
13  radio?

14       A        Yes.

15       Q        Did there come a time when someone came to
16  where you were with Santana and Lopez?

17       A        Yes.

18       Q        Approximately what time was that?

19               THE WITNESS:  May I look at  my  notes
20              to refresh my memory?

21               THE COURT:  If you have to.

22               (Witness peruses notes)

23       A        It was approximately a quarter to eleven.

24               THE COURT:  And what happened at about
25              a quarter to eleven?

10/13/89

NYCLD_023098

P-APP000489

T3-1f

353

REYNOLDS — PEOPLE — DIRECT — LEDERER

1  THE  WITNESS:  Sergeant  Wheeler and

2  Police Officer Morales pulled over after

3  the call over the radio for a unit to pick

4  up the two.

5  Q    What happened when they responded?

6  A    They responded over and we placed them into

7  the car.

8  Q    Placed whom in the car?

9  A    Steven Lopez and Raymond Santana.

10  Q    And what did you do at that point?

11  A    I went with Police Officer Powers into  the

12  van, and we drove back to 100 Street and Central

13  Park West to confer with our sergeant.

14  Q    When Raymond Santana and Steve  Lopez  were

15  put in the car with the sergeant, did you see where

16  they went?

17  A    They went to 100 Street  and  Central  Park

18  West.

19  Q    And  when you arrived at 100 Street and

20  Central Park West, were Raymond  Santana  and  Steve

21  Lopez there?

22  A    Yes.

23  Q    Were they in the car or outside of the car?

24  A    They were in the car.

10/13/89

T3-1f

354

REYNOLDS - PEOPLE - DIRECT - LEDERER

1

2   Q        And at what corner of that intersection
3   were you at?

4   A     The northeast corner.

5   Q     When you arrived at that location, who  did
6   you arrive with?

7   A     Police Officer Powers.

8   Q     And who was already at that location?

9   A        Sergeant Lyle and Police Officer Hennigan
10  and the other officers.

11  Q     And did you see anybody  in  custody  other
12  than Raymond Santana and Steve Lopez?

13  A     Yes.

14  Q     Who did you see at that time?

15  A        I saw Kevin Richardson, Lamont McCall and
16  Clarence Thomas.

17  Q     Where did you see them?

18  A     In the back of the radio car.

19  Q     Were all three in the same radio car?

20  A     I believe so.  I'm not sure.

21  Q     Was there a discussion at  100  Street  and
22  Central Park West?

23  A     Yes, there was.

24  Q     And what was the nature of the conversation
25  had there?

10/13/89

NYCLD_023100

P-APP000491

T3-1f

355

REYNOLDS — PEOPLE — DIRECT — LEDERER

1

2    A    I discussed with our sergeant -- I was told

3  that three of the defendants had made statements.

4                MR. MOORE:  Objection.

5                THE COURT:  I will allow it.

6    A         I   was   told   three  defendants  had  made

7  statements placing themselves at the attack  of  Mr.

8  Loughlin at 96th Street.

9    Q    Who told you that?

10    A      I was told that by Police Officer Powers

11  and Sergeant Lyle.

12    Q    And at that time was there a discussion  at

13  100 Street and Central Park West?

14    A    Yes.

15    Q     Was there a discussion about doing a show-

16  up?

17    A    Yes.

18    Q    And  was  a  show-up  conducted  with  John

19  Loughlin at that time?

20    A    No.

21    Q       How long did you stay at 100 Street and

22  Central Park West?

23    A    I'd say about  ten  minutes;  ten,  fifteen

24  minutes.

25    Q    During that time were you out of the van or

10/13/89

473

REYNOLDS — PEOPLE — CROSS — BERMAN

2 comfortably on the floor of the precinct than at

3 home?

4          MS. LEDERER:  Objection.

5          THE COURT:  Sustained.

6     Q    Now, you told us on direct that about four

7 in the morning, Lieutenant McInerney told you a

8 woman's body had been discovered in the park?

9     A    I believe that's the approximate time.

10         MR. BURNS:  I didn't hear that question

11         and answer.

12         THE COURT:  Read it back.

13         (The court reporter read back the

14         requested portion of the record.)

15    Q    And Lieutenant McInerney told you to keep

16 the kids for questioning about that, didn't he?

17    A    He stated that the detectives wanted to

18 speak to them.

19    Q    And you understood that to mean to keep the

20 kids for questioning about that woman, right?

21    A    That's correct.

22    Q    Now, you have told us by what time was it

23 that Santana's grandmother arrived approximately?

24    A    Let's see.  It was after four.

25    Q    But by 4:30 she was there, right?

Linda Fairstein

Page 221

```
1    at two precincts.                          15:45:53
2         Q.    Others were concerned about what 15:45:56
3    else?                                       15:45:59
4         A.    Other officers I didn't know who 15:45:59
5    were in a similar position, who were not    15:46:06
6    being interviewed and expressed to my       15:46:09
7    former colleagues that they had             15:46:14
8    information they wanted to give to her,     15:46:17
9    her being Ms. Ryan.                         15:46:20
10        Q.    Do you know what officers        15:46:22
11   communicated with your former colleagues    15:46:24
12   to express that opinion or those opinions?  15:46:26
13        A.    As I sit here today, I don't     15:46:29
14   know.  I knew in 19 -- I'm sorry, I knew    15:46:31
15   some of the names in 2002.                  15:46:36
16        Q.    Did you take notes when you were 15:46:38
17   having these conversations with people in   15:46:40
18   the District Attorney's office who were     15:46:42
19   expressing their concern?                   15:46:43
20        A.    Not that I can think of.         15:46:46
21        Q.    I guess we can go to April 20th  15:46:49
22   now for awhile.  Fiston called you what     15:47:15
23   time in the morning?                        15:47:22
24        A.    As I recall, between 8:30 and    15:47:24
25   nine o'clock in the morning.                15:47:27
```

NYCLD_039089

P-APP000494

Linda Fairstein

Page 222

| | | |
|---|---|---|
| 1 | Q.    At that time, did you know | 15:47:29 |
| 2 | anything about the events in Central Park | 15:47:32 |
| 3 | on April 19th? | 15:47:35 |
| 4 | A.    I don't believe that I did. | 15:47:36 |
| 5 | Q.    You saw nothing on television, | 15:47:38 |
| 6 | you heard nothing from other sources? | 15:47:41 |
| 7 | A.    I didn't see anything on | 15:47:44 |
| 8 | television the night of the 19th.  I may | 15:47:46 |
| 9 | have heard a news, radio news report in | 15:47:50 |
| 10 | the morning, not about a rape, but about a | 15:47:53 |
| 11 | riot. | 15:47:58 |
| 12 | Q.    Do you know why Fiston called? | 15:47:59 |
| 13 | A.    Yes, I do. | 15:48:05 |
| 14 | Q.    Why? | 15:48:06 |
| 15 | A.    He called me shortly before nine | 15:48:07 |
| 16 | to tell me that a woman had been found | 15:48:10 |
| 17 | beaten, and presumably because of her | 15:48:22 |
| 18 | state of undress, sexually assaulted in | 15:48:24 |
| 19 | the ravine, and he had been called in | 15:48:28 |
| 20 | because there had been no sexual assault | 15:48:34 |
| 21 | allegation until that woman reached the | 15:48:38 |
| 22 | hospital. | 15:48:40 |
| 23 | Q.    What else did he tell you? | 15:48:41 |
| 24 | A.    He told me that the woman was as | 15:48:47 |
| 25 | yet unidentified, and he asked me in the | 15:48:52 |

NYCLD_039090

P-APP000495

Linda Fairstein

Page 223

| | | |
|---|---|---|
| 1 | usual course of prosecutorial business if | 15:48:57 |
| 2 | I would assign a prosecutor to work on the | 15:49:00 |
| 3 | prosecutorial events that might happen | 15:49:06 |
| 4 | later in the day because there were | 15:49:14 |
| 5 | already were suspects being questioned. | 15:49:16 |
| 6 | Q.   Did you make any notes about | 15:49:22 |
| 7 | this conversation? | 15:49:24 |
| 8 | A.   No. | 15:49:25 |
| 9 | Q.   Did you create any memorandum | 15:49:25 |
| 10 | afterwards about this conversation? | 15:49:29 |
| 11 | A.   Not that I recall. | 15:49:30 |
| 12 | Q.   Did he tell you anything else? | 15:49:31 |
| 13 | A.   At that time, only that we | 15:49:35 |
| 14 | discussed that I would get back to him | 15:49:39 |
| 15 | with the name and number of the Assistant | 15:49:41 |
| 16 | DA, and that I would tell the District | 15:49:44 |
| 17 | Attorney. | 15:49:46 |
| 18 | Q.   Did you understand that Fiston | 15:49:46 |
| 19 | was calling you in line with the | 15:49:48 |
| 20 | arrangement that you and Morgenthau had | 15:49:50 |
| 21 | made, that whenever there was a rape in | 15:49:53 |
| 22 | New York City, you should be contacted? | 15:49:55 |
| 23 | A.   Not exactly. | 15:49:57 |
| 24 | Q.   Why do you say that? | 15:49:58 |
| 25 | A.   Because it was not just a call | 15:50:00 |

NYCLD_039091

P-APP000496

Linda Fairstein

Page 224

| 1 | to give me information.  It was a call in | 15:50:04 |
| 2 | which he was asking for the help that we | 15:50:07 |
| 3 | provide in the instant moment. | 15:50:12 |
| 4 | Q.   Fiston was calling you, right, | 15:50:14 |
| 5 | right? | 15:50:17 |
| 6 | A.   Fiston did call me. | 15:50:17 |
| 7 | Q.   Right? | 15:50:19 |
| 8 | A.   Yes, sir. | 15:50:21 |
| 9 | Q.   And the reason Fiston called you | 15:50:21 |
| 10 | about a rape was the arrangement you and | 15:50:24 |
| 11 | Morgenthau had made with Fiston that you | 15:50:27 |
| 12 | should be called about every rape; is that | 15:50:29 |
| 13 | correct? | 15:50:32 |
| 14 | MS. DAITZ:  Objection. | 15:50:32 |
| 15 | A.   No, sir. | 15:50:32 |
| 16 | Q.   Why is that not correct? | 15:50:33 |
| 17 | MS. DAITZ:  Let her answer the | 15:50:35 |
| 18 | question this time. | 15:50:37 |
| 19 | Q.   Why is that not correct? | 15:50:37 |
| 20 | A.   Because the practice that | 15:50:39 |
| 21 | Morgenthau and I had requested to have | 15:50:41 |
| 22 | with Mr. Fiston and other officers was for | 15:50:45 |
| 23 | the information of a case. | 15:50:49 |
| 24 | So if a rape had happened on | 15:50:50 |
| 25 | 4/15 on East 30th Street and it wasn't | 15:50:51 |

NYCLD_039092

P-APP000497

Linda Fairstein

Page 225

| | | |
|---|---|---|
| 1 | solved, we'd know and have it under our | 15:50:55 |
| 2 | roof as well. | 15:51:00 |
| 3 |         On this morning when he called | 15:51:01 |
| 4 | me, he was calling to ask me to assign a | 15:51:03 |
| 5 | prosecutor now for the purpose, as we ride | 15:51:06 |
| 6 | homicides and sex crimes as the expression | 15:51:13 |
| 7 | is called, to have a prosecutor to be | 15:51:15 |
| 8 | available to him within hours to help with | 15:51:19 |
| 9 | the prosecutorial steps that would be | 15:51:21 |
| 10 | taken at the station house. | 15:51:24 |
| 11 |     Q.    So it's your answer that the | 15:51:26 |
| 12 | call that Fiston made to you had no | 15:51:29 |
| 13 | connection with the arrangements that you | 15:51:32 |
| 14 | and Morgenthau had made with Fiston to | 15:51:33 |
| 15 | call and advise you about a rape, whether | 15:51:37 |
| 16 | or not a person had been arrested? | 15:51:39 |
| 17 |         MS. DAITZ:  Objection.  You can | 15:51:41 |
| 18 | answer. | 15:51:43 |
| 19 |     A.    Those are not my words, sir.  I | 15:51:43 |
| 20 | didn't say they had no connection.  I said | 15:51:46 |
| 21 | this was for a much more urgent purpose. | 15:51:48 |
| 22 | It might also have served that use, hello, | 15:51:51 |
| 23 | this is the event that happened this | 15:51:55 |
| 24 | morning. | 15:51:57 |
| 25 |         On top of that, there was a much | 15:51:58 |

NYCLD_039093

P-APP000498

Linda Fairstein

Page 226

```
 1    more urgent need.  He wanted a prosecutor    15:52:00
 2    assigned, that was the main purpose of the   15:52:04
 3    call.                                        15:52:06
 4         Q.    Did he tell you that it appeared  15:52:06
 5    that a homicide was involved?                15:52:08
 6         A.    No, he didn't tell me that.  He   15:52:09
 7    told me that the victim was in very grave    15:52:12
 8    condition.                                   15:52:18
 9         Q.    The question I think I forgot to  15:52:19
10    ask you earlier when you spoke of one        15:52:21
11    person who had knowledge about the           15:52:23
12    investigation from Ryan, who was that?       15:52:26
13         A.    Lisa Friel.                       15:52:30
14         Q.    Did you know what she had         15:52:31
15    learned from Ryan and how she knew about     15:52:36
16    it?                                          15:52:38
17         A.    I knew some of the things she     15:52:39
18    learned from Ryan.                           15:52:42
19         Q.    What did you learn from Friel?    15:52:43
20         A.    I knew from Friel the point at    15:52:45
21    which Ryan no longer wanted Mooney           15:52:55
22    involved in the investigation.              15:52:59
23              I knew from Friel that she, that  15:53:00
24    on a day, I came to know from Friel that    15:53:03
25    on a date that Ryan arranged with Mooney    15:53:08
```

NYCLD_039094

P-APP000499

T4-fr

390

REYNOLDS — PEOPLE — DIRECT — LEDERER

1
2    Q    At the conclusion of the interview of
3  Lamont McCall, what, if anything, happened?
4    A        At that point he was given an appearance
5  ticket for Family Court.
6    Q    When you say he was given an appearance
7  ticket, who gave him that ticket?
8    A    I did.
9    Q        Did that appearance ticket have a return
10 date?
11   A    Yes.
12   Q    What happened with Lamont  McCall  at  that
13 time?
14   A        He was released to his mother, and given
15 the appearance ticket.
16   Q    Were you present at  another  interview  at
17 that time?
18   A    Yes, I was.
19   Q    Where was that interview conducted?
20   A    That was in the Juvenile room.
21   Q        And is that the lower rectangular room to
22 the bottom of that building on the diagram, People's
23 1?
24   A    Yes, it is.
25   Q    Who was interviewed second?

10/13/8?

P-APP000500

T4-fr

391

REYNOLDS — PEOPLE — DIRECT — LEDERER

1
2    A    Clarence Thomas.
3    Q    And who was present during the interview of
4  Thomas?
5    A    His mother.
6    Q    Did you conduct that interview?
7    A    No.
8    Q    If you know, who conducted that interview?
9    A    I believe that was Detective Whelpley.
10   Q    Would you please name everyone who  was  in
11 the  Juvenile  Room  at  the time that interview was
12 conducted?
13   A    Detective  Farrell,  Detective  Whelpley,
14 Clarence Thomas, his mother, and myself.
15   Q    And  approximately  how  long  was  that
16 interview?
17   A    It was approximately an hour, an hour and a
18 half.
19   Q    During the time that -- in substance,  what
20 did Clarence Thomas say to you?
21   A    He stated that they -- the group came into
22 the park at 110th Street and they  had  no  specific
23 plans  for that evening, and they started to assault
24 -- they assaulted, I believe, a bum, and then  later
25 on  went  up to the reservoir and assaulted a jogger

10/13/89

NYCLD_023137

P-APP000501

T4-fr

392

REYNOLDS — PEOPLE — DIRECT — LEDERER

1
2  up there with a pipe.

3      Q     And did he identify any of the  people  who

4  were with him that night in Central Park?

5      A     Yes, he did.

6      Q     Who did he name?

7      A     I'll have to look at my notes to refresh my

8  memory  on  that.  He named Antron McCray and Lamont

9  McCall.

10     Q     Did he give any  information  about  Antron

11 McCray?

12     A     Yes, he did.

13     Q     What, if any, information did he tell you

14 about Antron McCray?

15     A     I believe he stated that he  had  assaulted

16 the jogger.

17     Q        Did he give you any information about a

18 description of who Antron McCray was?

19     A     He described him as a male  black,  14,  15

20 years old, I believe.

21     Q     Did he tell you anything about where Antron

22 McCray lived?

23     A     He stated he lives on

24     Q        What, if anything, happened at  the

25 conclusion of the interview of Clarence Thomas?

10/13/89

NYCLD_023138

P-APP000502

T4-fr

393

REYNOLDS - PEOPLE - DIRECT - LEDERER

1

2    A    He was released to his mother.

3    Q    Was he given anything prior to his release?

4    A    He was given an appearance ticket for
5  Family Court.

6    Q    And was there a date on that ticket?

7    A    Yes, there was.

8    Q    And was that the same date that had been on
9  the ticket of Lamont McCall?

10   A    Yes.

11   Q    What, if anything, did you do after being
12 present for the interview of Clarence Thomas?

13   A    After that we went -- later on that
14 afternoon we went back to his house.

15   Q    When you say later on that afternoon, what
16 time was it when you --

17   A    It was about 11:30.

18   Q    Is that in the morning or the evening?

19   A    In the morning.

20   Q    On what date?

21   A    On the 20th of April.

22   Q    Who did you go with?

23   A    Detective Whelpley and Farrell.

24   Q    And where did you go?

25   A    We went to his house.

10/13/89

T16-fr

                                                                    777
                    POWERS — PEOPLE — DIRECT — LEDERER

A      Yes, we did.

Q      And approximately how much time went by?

A      I really don't know.

Q      From the time you first arrived at 100
Street and Central Park West until you left 100
Street and Central Park West to go to the Central
Park Precinct, how long were you at that location,
at 100 Street and Central Park West?

A      Approximately a half-hour.

Q      At that point did you return to the Central
Park Precinct?

A      Yes, we did.

Q      How did you get there?

A      I drove the van with Officer Reynolds.

Q      And do you know how Kevin Richardson got to
the Central Park Precinct?

A      He went with Officer Sullivan and Sergeant
Carabetta.

Q      At any time at 100 Street had he been taken
out of that car?

A      No.

Q      Do you know how Raymond Santana and Steve
Lopez got to the Central Park Precinct?

A      No, I don't.

10/16/89

NYCLD_024498

P-APP000504

T16-fr

778

POWERS — PEOPLE — DIRECT — LEDERER

Q    What happened when you arrived at the Central Park Precinct?

A    We brought all five of the people in front of the desk, the Central Park desk.

Q    When you say "the desk", is that the desk sergeant at the Central Park Precinct?

A    Right.

Q    And how long were you before the desk sergeant?

A    I was only there for about five minutes.

Q    What was the purpose of going before the desk sergeant?

A    For everything to be logged for pedigree information.

Q    You said that you were only there for approximately five minutes.

     What, if anything, did you do after those five minutes?

A    I took everybody's phone number and somebody's name. Who they can be reached, so I can contact family members.

Q    Where did you go -- withdrawn.

     After you took -- did you take that information from each of the five suspects?

10/16/89

T16-fr

779

POWERS — PEOPLE — DIRECT — LEDERER

1
2  A    Yes, I did.
3  Q       Where did you go after you had taken that
4  information from each of them?
5  A    I went into the  Anti—Crime   office   inside
6  the Central Park Precinct and made  phonecalls.
7  Q       The Anti—Crime office, which building is
8  that in?
9  A    It's inside the precinct.
10 Q    When you say, "It's inside   the  precinct,"
11 is  that  a  different  building  from the Community
12 Affairs office?
13 A    Yes.
14 Q    Is that  the  same  building  as  the  desk
15 sergeant is?
16
17 A    Yes, the Anti—Crime office and the Desk is
18 in the same building.
19 Q    Do you recall who you called first?
20 A    No, I don't.
21 Q    Did you call someone for Kevin Richardson?
22 A    Yes, I did.
23 Q    Did you reach someone when you called?
24 A    Yes.
25 Q    Do you recall who you spoke to?
   A    I believe it was his mother.

10/16/89

NYCLD_024500

P-APP000506

T16-fr

1                                                                    780
2                   POWERS - PEOPLE - DIRECT - LEDERER
3        Q     And what, if anything, did you say  to  her
   when you reached her?
4
5        A     I explained that her son was arrested.  The
   reason why he was arrested.
6
7        Q         What  did  you tell her for what he was
   arrested?
8
9        A     He was involved in an assault.
10       Q     Did you tell her who you were?
11       A     Yes, I did.
12       Q     And what else did you say to her?
13       A     I gave her the location of the precinct and
   directions how to get here,  how  to  get  there,  I
14
   should say, and a phone number in case she got lost.
15
16       Q     Did you call someone for Steven Lopez?
17       A     Yes.
18       Q     And do you recall who you spoke to when you
   called that number?
19
20       A     No, I don't.
21       Q         Did  you  in fact reach someone at that
   number that he had given you?
22
23       A     Yes, I did.
24       Q     Did  you  have  a  conversation  with  that
   person?
25
         A     Yes, I did.

10/16/89

NYCLD_024501

P-APP000507

T16-fr

781

POWERS — PEOPLE — DIRECT — LEDERER

Q        Do you recall that was a parent or a guardian or a cousin?

A        No, I don't.

Q        What was the substance of what you said to the person?

A        Basically the same as for Richardson.

I informed him that his son was under arrest. I gave him the location of the Central Park Precinct and a phone number in case he got lost and my name. He can call me in case he got lost.

Q        When you said "He could call you," did you reach a man or a woman?

A        I'm not sure.

Q        And with respect to Raymond Santana, did you make a phone call with respect to Raymond Santana's family?

A        Yes, I did.

Q        Do you recall who you spoke to?

A        I spoke to his father.

Q        Tell us, please, what you told his father?

A        I explained to his father that he was under arrest, the reason why, and that he was in the Central Park Precinct. I gave him the location and a phone number in case he got lost.

10/16/89

NYCLD_024502

P-APP000508

T16-fr

782

POWERS — PEOPLE — DIRECT — LEDERER

Q      What, if anything, did he say when he  gave
you that information?

A        He said he would be right down.  He just
needed a few minutes.

Q      Did you also make phonecalls  for  Clarence
Thomas and Lamont McCall?

A      Yes.

Q      And did you also reach parents?

A      Yes, I did.

Q         What,  if anything, did you do when you
completed calling the parents  or  families  of  the
suspects?

A      I went to the Juvenile Room and assisted my
partner with paperwork.

Q        Approximately how long did it take you to
make all of those phone calls?

A      I'm not sure.

Q      Approximately?

A        Approximately  a  half-hour,  maybe  less.
Twenty minutes.

Q         When  you  went  into the room that you
described as the Juvenile Room -- do we  have  that,
People's 1?

I ask you, if you could --

10/16/89

NYCLD_024503

P-APP000509

T16-fr

783

POWERS — PEOPLE — DIRECT — LEDERER

THE COURT:   Just wait a minute.

Q       If you would look at what's been received
as People's 1 in evidence.

Would you step down for a  moment,  please,
and indicate where the juvenile room is?

(Witness complies)

A       We use this as the juvenile room.   This is
the juvenile room right over here.

Q       And when you went into that room  ——  well,
withdrawn.

After  you finished making the phone calls,
where did you go?

A       Into this room right here.

Q       And was  anyone  in  that  room  when  you
entered it?

A       Yes, there was.

Q       Who was already there?

A       The five suspects and Officer Reynolds.

Q       Would you describe, if you could, where did
you see the five suspects within the juvenile room?

A       Lamont was sitting over there.

Q       Indicating by the first window on the right
side of the juvenile room?

A       Kevin Richardson was sitting over there.

10/16/89

NYCLD_024504

P-APP000510

T16-fr

784

POWERS — PEOPLE — DIRECT — LEDERER

Q        Indicating between the --

A        The two desks.

Q        The  desk  at the upper portion and the lowest desk in that room.

A        Clarence Thomas was sitting over here.

Q        Indicating the far right bottom corner.

A        And Santana and  Lopez  were  sitting  over here.

Q        Indicating the wall, middle of the wall in the bottom of the room on the diagram.

         What, if anything, did you do when you came into that room?

A        I sat down on this desk here  and  assisted Officer Reynolds with the paperwork.

Q        Indicating a desk on the left side of the room, closest to the door.

         When  you  say  you  assisted  in  doing paperwork,  what,  if  anything, did you do with the paperwork?

A        I basically took pedigree information  from each of the suspects.

Q        When you say "Pedigree information," what types of questions  did  you  ask  to  get  pedigree information?  What is pedigree information?

10/16/89

NYCLD_024505

P-APP000511

T16-fr

785

POWERS — PEOPLE — DIRECT — LEDERER

A        Name, date of birth, age, height, weight, mother's maiden name, phone numbers —

Q        You recall approximately what time it was that you came to that room after finishing the phone calls?

A        Approximately 11:30.

Q        And while you were in the room doing the — asking the pedigree questions and beginning to fill out the paperwork, did there come a time where you heard any of suspects in the room make a statement?

A        Yes, I did.

Q        And could you tell us who was it, who made a statement?

You may resume your seat.

        (Witness complies)

        MR. BERMAN:   Judge, may the record indicate he's referring to some notes now.

        THE COURT:   Yes.

        THE WITNESS:   I made a statement to the group stating, "You guys shouldn't be out here beating up on people.   You should be out with your girlfriend," and Raymond Santana looked at Steven Lopez with a smile and stated, "I already got mines," and they

10/16/89

T16-fr

786

POWERS — PEOPLE — DIRECT — LEDERER

both began to laugh.

Q        Approximately  what  time  was  it,  if  you
recall, that was said?

A        Approximately 23:40.

Q        23:40  is  what  time?

A        11:40.

THE COURT:   Santana  said  that  to  who?

THE WITNESS:   To Steven Lopez.

Q        Sometime after -- withdrawn.

Did  there  come  a  time  that  evening  or  that
night that you saw Antron McCray at the precinct?

A        Yes, I did.

Q        Would  you  please  describe  how  it  came  about
that Antron McCray came to the Central Park Precinct
on that night?

A        Antron   McCray   showed  up  with  Clarence
Thomas' mother, and Antron's mother also.

Q        Let  me  just  back  up  for  a  moment.   When  you
called Clarence Thomas' parents, were  you  able  to
call his family directly?

A        No, I wasn't.  He gave me a number -- a
phone number of a friend who lived next door.

Q        Did  you  have  a  conversation  with  that
friend?

10/16/89

NYCLD_024507

P-APP000513

T16-fr

787

POWERS - PEOPLE - DIRECT - LEDERER

A      Yes, I did.

Q        What, if anything, did the friend say to you when you called for Clarence Thomas?

A      She told me that Clarence's mother was out looking for Clarence, he had not come home yet and she was worried about him.

Q      Did you ask her -- what did you tell her?

A      I explained the situation to her, that Clarence was under arrest and at the Central Park precinct, and if she could contact Clarence's mother and for Clarence's mother to give a call at the Central Park Precinct, or come to the precinct herself.

Q      And did there come a time when Clarence's mother did come to the precinct?

A      Yes, she did.

Q      Approximately what time was that?

A      Approximately 12:00.

Q      Did she come alone or with someone?

A        She came with Antron McCray's mother and Antron McCray.

Q      Where was it that you first became aware of Clarence Thomas' mother's presence?

A      Well, they opened up the door -- as you can

10/16/89

T16-fr

788

POWERS - PEOPLE - DIRECT - LEDERER

see there's an office next to the juvenile room, adjoining the juvenile room?

Q        Are you referring to the clerical office and there's a door between that and the juvenile room?

A     Yes, that's right.

Q     What were you about to say?

A      We opened the door to show Mrs. Thomas her son, to see if she would like to ask him if he was okay and with that and Tom McCray came walking into the juvenile room.

Q     And did he speak to you or did you speak to him?

A     I asked who he was.

Q     And what, if anything, did he say?

A     He said his name is Antron McCray.

Q     At the time that you saw him in the precinct, did you also see his mother at the time?

A     Yes, I did.

Q     How was it that you saw her?

A     She was right next to him.

Q        Was she in the clerical room or the juvenile room?

A     She was in the juvenile room.

10/16/89

NYCLD_024509

P-APP000515

T17-1f

789
POWERS - PEOPLE - DIRECT - LEDERER

Q    If you can, for the moment, step down, please, and show us where Clarence Thomas' mother was, where Antron McCray was, and where Antron McCray's mother was.

(Witness complies)

A    Clarence Thomas' mother stood in the doorway. Antron McCray's mother came in a little bit further, and Antron walked over to see if Clarence was okay. (Indicating).

Q    Would you indicate, as best you can, where Antron McCray was when he entered and walked into the juvenile room?

A    He walked in here and walked over this way, and Clarence was sitting over here (indicating). He wanted to see if Clarence was okay.

Q    Did you have a conversation with Antron McCray at that point?

A    Yes, I did.

Q    What, if anything, did you say to him, and what, if anything, did he say to you?

A    First, I asked him his name. He said Antron McCray. I said, "Were you with these guys tonight," with his mother present, and he said, "Yes, I was, but I ran when you guys started chasing

10/16/89

NYCLD_024510

P-APP000516

Case 2:20-cv-00180-JLB-MRM Document 46-2 Filed 07/01/20 Page 105 of 171 PageID 1508

T17-1f

790

POWERS - PEOPLE - DIRECT - LEDERER

us."

    Q    Did you say anything further to him?

    A    Yes. I asked him to look me in the eye and tell me the truth. And I said, "Did you hit anybody tonight," and he wouldn't look me in the eye. He looked away and said, "No."

        MR. JOSEPH: Objection, Judge.

        THE COURT: I will allow it.

    Q    Where was his mother standing when you had that conversation with him?

    A    Right next to him. He walked this way and his mother was standing next to him, (indicating).

    Q    Did he say anything further at that point?

    A    No, he didn't.

    Q    Did his mother say anything further at that point?

    A    No.

    Q    What, if anything, did you do after the conversation with him?

    A    I left the room and conferred with my sergeant.

    Q    What, if anything, did you say to your sergeant?

    A    I explained to my sergeant that Clarence

10/16/89

NYCLD_024511

P-APP000517

Thomas and Kevin Richardson both stated that Antron McCray did the murder, and I wanted to see if we could lock up Antron McCray and arrest him also.

Q What, if anything, did your sergeant say?

A He said we didn't catch him at the scene, and the evidence was just -- it wasn't enough to lock them up at that point.

Q Did you then return to the juvenile room?

A Yes, I did.

Q Was Antron McCray still there?

A He was back in the clerical office.

Q And where was his mother?

A With him.

Q And where was Mrs. Thomas?

A She was also in the clerical room.

Q Did you arrest Antron McCray that night?

A No, I didn't.

MS. LEDERER: You may resume your seat.

(Witness complies)

Q Did there come a time after you made the phonecalls to the parents of the suspects, that you became aware of any parents arriving at the precinct?

DETAILS: COMPLAINT: VICTIM FOUND BEAT AND BOUND INSIDE CENTRAL PARK

SUBJECT: INTERVIEW OF CLARENCE THOMAS M/B/14yrs

1) On this date at 0700hrs the undersigned along with Det Whelpley did interview Clarence Thomas M/B/14yrs DOB        of        in the presence of his mother Gloria Thomas who lives at the address. Clarence Thomas was under arrest at this time so the undersigned informed him and his mother of there rights from a card. Both Clarence Thomas and his mother Gloria Thomas acknowledge each right by stating yes and on the last right they agreed to answer questions without an attorney present. Clarence Thomas states that he and his friend Antron Mc Cray who lives on        and goes to JHS 117 ( Exact address unknown) were on E110th St and they met approx 15 other males all about 13 to 15 yrs old. Clarence states that he did not know all of these males but he did know a guy named Polo who is a M/Bor H/15yrs and he hangs out on E 110th and Madison , a guy named Ralph M/B/15yrs who lives in the Taft projects and he knows Lamont Mc'Call ( See DD 5 Det Whelpley Re: Lamont Mc Call). Clarence states that the group was mixed with blacks and hispanics and that they all went into the park at E 110th and started walking into the park and south. Clarence stated that they where just hanging out that there was no plan on what they were going to do in the park. Clarence states that they entered the park at approx 2010hrs and he remembers the time because he knows that he met the group at 2000hrs and it took them about ten minutes to talk and then walk to the park. Clarence further states that as they walked thru the park some of the guys were throwing rocks at cars but none of the cars stopped except for a cab (yellow that did stop but did not chase the group. Clarence also states that as they walked thru the park ( location unknown) approx eight of the guys saw a male white40's jogging,who was wearing a sweater and blue shorts, and these eight guys started chasing the male white but after a few minutes five of the eight returned to the group stating that the guy got away.

Continued on page two

NYC022226

REYNOLDS EXH. 11

NYCLD_057950

P-APP000519

| COMPLAINT FOLLOW-UP INFORMATIONAL | Page 2 | 000873 | Pages |
| PD 313 091A SECOND 4/88 ST (1-83/84) | | | |
| | Pct. 022 | Complaint No. 281 | Date of This Report 4/20/89 |

DETAILS:     CONTINUED FROM PAGE ONE RE: ASSAULT OF UNIDENTIFIED FEMALE WHITE
INSIDE CENTRAL PARK: INTERVIEW OF CLARENCE THOMAS

Cont; Clarence does not know what happened to the other three guys who chased
the male white and states that they were guys he did not know by name that
they were friends of Antron Mc Cray. Clarence states that he and the rest of
the group continued south in the park and them at approx the middle of the
park around 96th St about seven of the guys went after and beat up another
jogger at the fence near the reservoir and this was a male white . Could supply
no further 'discription'. Clarence states that he and Antron Mc Cray ran out of
the park and after awhile the other guys came out and they all started walking
north on Central Park West and as they walked a green van came up the
street and pulled up to the group and one of the guys in the van said that
they were the police and that no one should run but everyone ran any way.
Clarence states that he ran to W 100th St and turned into the park and he trippe.
and fell to the ground and the police caught him. Clarence further states that
the others all ran in different directions

When questioned about anyone else who the group had hit Clarence stated that
there was an old bum  who was a male white or hispanic that Lamont Mc Call
had hit with his fist in the back of the bum's head and knocked him to the
ground. Clarence further stated that the only other person he saw in the
park, outside of the three  he had mentioned was some people on a bike but
that they did not go after them. Clarence states that the Bumwas in the middle
of the park and that the Bum was wearing a dark blue coat with grayish pants.
When asked if anyone in the group had a weapon Clarence stated that there was
a M/B/ in his teens tall wearing blue jeans with patches all over them and
a beige trench coat and he had a pipe that was approx 14 inches long with one
end taped with black tape. Clarence states that he does not know this tall
male's name but that he saw this male take this pipe out of his pants with his
right hand when they were at the reservoir with the man who  had been beat but
he did not see if the tall male hit the male white with the pipe. Clarence
states that he was too far away from the seven guys to see who was hitting the
white male. At this time Clarence was allowed to go home with his mother and
the interview was discontinued

On this date at approx 1130hrs the undersigned along with Det Whelpley were
at the home of Clarence Thomas and spoke to Clarence's mother first and told her
that Clarence had tobe spoken to again. Mrs Thomas invited the undersigned
and Dte Whelpley into her home and then then were woke up Clarence. Mrs Thomas
brought Clarence into her kitchen and he sat down as did Mrs Thomas and at this
point the undersigned reminded both of them of there rights and again told them
they had the right to have an attorney present before speaking to the police.
Both Mrs Thomas and Clarence agreed to speak to us without an attorney present.
At this time Clarencestated that the pipe he told us about there was passed
back and forth between the tall guy and Antron Mc Cray but  Clarence still state
that he did not see either of them hit the guy with the pipe. When asked about
anyone else being beat in the park by this group, Clarence stated that the Bum
Lamont hit but this time Clarence states Lamont beat the Bum with three other
guy's  and that they really beat the guy by punching and kicking him then they
draged this Bum off the road and on the the curb and left him there bleeding.
Clarence states he does not know the names of the three guys who beat the Bum
with Lamont by name but that Antron might know them. Clarence and his mother
agreed to show the undersigned where Antron lived and also agreed to come back
to the Central Park Pct with the undersigned. While in auto 8475 Mrs Thomas
directed the undersigned and Det Whelpley to ███████████ and stated
that Antron lived in this building in apartment ██████ Det Rosario along with
Dets Rivera and Morin from Sex Crimes went into
██████and came out with the subject who was identified as Antron Mc Cary and his
mother Linda Mc Cray and his father Bobby MC Cary. Det Rosario informed the
undersigned that he requested Mr and Mrs Mc Cray and Antron to come to the
CPP and they agreed further Det Rosario asked that Antron wear the clothes he
had been wearing before he went to bed and this was also agreed to by both
parents and Antron. When Antron exited the building his clothes where covered
with dried mud and were very dirty. Mr and Mrs Mc Cray and Antron were trans-
ported to the CPP in Sex Crime auto 731 and Mrs Thomas and Clarence were trans-
ported in DBMSTF auto 8475.

INVESTIGATION CONTINUING

| Reporting Officer's Rank, Signature, Command | Name Printed | Tax Registry No. | Supervisor's Signature | C.O.'s Initials |
| Det ███████ DBMSTF | J FARRELL | 864831 | Sgt. | |

NYC022227

NYCLD_057951

P-APP000520

196

A. MCCRAY

1    Q.    Anyone other than the detectives and the DA?

2    A.    No, sir.

3          MR. DePAUL:  So, for the record, I've just

4          handed Mr. McCray Antron McCray Exhibit B.

5    Q.    Mr. McCray, can you just take a minute to review

6    that?

7          MR. DePAUL:  And for the record, it is a

8          document that was produced by plaintiff's counsel

9          and bears Bates Nos. AM019026 through AM019033.

10         (Whereupon, the Witness perused the

11         document.)

12   Q.    Mr. McCray, have you had the opportunity to

13   review this?

14   A.    Yes, sir.

15   Q.    This is a report --

16         MR. DePAUL:  Strike that.

17   Q.    Other than in the presence of your counsel,

18   Mr. McCray, have you ever seen this document before?

19   A.    I can't recall.

20   Q.    This is a report entitled "Inmate Status Report

21   for Parole Board Appearance," prepared by a M█████

22   Sanacore (phonetic), in or about October of 1994.

23         Mr. McCray, can you please turn to the sixth page

24   of this document?  It says page 6 at the top, and at the

25   bottom it bears Bates No. AM019031.

NYCLD_046476

P-APP000521

197

A. MCCRAY

1          And can you direct your attention to the first

2    two sentences of the first paragraph on this page?

3          A.    Yes.

4          Q.    Okay.  Mr. McCray, this states -- it says,

5    Inmate's statement.  The subject was interviewed by this

6    writer on 9/6/94, at Brookwood Secure Center.  He admitted

7    to everything but the rape and beating of the female

8    jogger.

9          Mr. McCray, did I read that correctly?

10         A.    Yes.

11         Q.    Is that true?

12              MR. WAREHAM:    Is which true?

13         Q.    Is it true that you admitted to this individual

14    that you participated in everything but the rape and

15    beating of the female jogger?

16         A.    I don't know who this individual is.  I don't --

17    this is a parole board?

18         Q.    Yes.  It was an interview with the individual who

19    prepared this document.  His name was M███████ Sanacore,

20    according to that document.

21         And, according to his report, you admitted to him

22    that you participated in everything but the rape and the

23    beating of the female jogger.

24         A.    No, sir, I don't think this is true.

25         Q.    Do you recall being interviewed by anyone before

DIAMOND REPORTING   (718) 624-7200   info@diamondreporting.com

197

NYCLD_046477

P-APP000522

198

A. MCCRAY

1    your parole board appearance?

2        A.    I told you I went twice.  So, which time?

3        Q.    Do you recall being interviewed by someone in

4    September of 1994 about your parole board appearance?

5        A.    No, sir.

6        Q.    So is the statement that you admitted to

7    everything but the rape and the beating of the female

8    jogger, is that mistaken?

9        A.    This is mistaken, sir.

10       Q.    Okay.  I can take that back, Mr. McCray.  We're

11   finished with it.  Thank you.

12             MR. WAREHAM:  You know, I would have let you

13             tell him -- to say, Is that one a lie?  I would

14             have let that one in.

15       Q.    So earlier before we took the break, you said

16   that you returned to your mother's apartment with Orlando?

17       A.    Yes.

18       Q.    And did your mother say anything to Orlando when

19   you were at her apartment?

20       A.    Yes.

21       Q.    What did she say?

22       A.    She said, "Thank you for bringing my son home."

23       Q.    And what did Orlando say?

24       A.    He said, "No problem."

25       Q.    And what happened after that?

DIAMOND REPORTING   (718) 624-7200   info@diamondreporting.com

NYCLD_046478

P-APP000523

A. MCCRAY

1     A.     Orlando left.

2     Q.     And did you have a conversation with your mother

3  at that point?

4     A.     My mother asked me was I okay, was my ankle okay.

5     Q.     And what did you say?

6     A.     I told her it was real sore.

7     Q.     And did your mother mention anything about your

8  clothes?

9     A.     Yes.

10    Q.     And what did your mother say about your clothes?

11    A.     What happened to your clothes?

12    Q.     And what did you say?

13    A.     I told her that I fell playing tag, fell in mud.

14           MR. DePAUL:  I marked another exhibit while

15           we were on the break.  It's Antron McCray Exhibit

16           C.  The mark is on the back.

17    Q.     Mr. McCray, can you take a look at that for me?

18    A.     Yes, sir.

19           MR. DePAUL:  And let the record reflect I'm

20           handing copies to counsel.

21           THE VIDEOGRAPHER:  We're now off the record

22           at approximately 3:46.

23           (Whereupon, an off-the-record

24           discussion was held.)

25           THE VIDEOGRAPHER:  Still tape No. 3.  We are

NYCLD_046479

P-APP000524

200
A. MCCRAY

1           back on the record at approximately 3:48.

2      Q.    So, Mr. McCray, I've just handed you a document

3    which has been marked Antron McCray Exhibit C?

4           MR. DePAUL:  I want to state for the record

5           that this is a document which does not bear a

6           Bates number because it was produced to both

7           sides by the New York County District Attorney's

8           office after a visit that both sides took to the

9           New York County District Attorney's office to

10          decide which photographs each side wanted that

11          were in the possession of the District Attorney's

12          office.

13             For ease of reference, we can produce

14          this document with a Bates number; but for our

15          purposes now it's not necessary.

16     Q.    So, Mr. McCray, have you had a chance to look at

17   the exhibit?

18     A.    Yes, sir.

19     Q.    And are these the clothes that you wore into

20   Central Park on April 19, 1989?

21     A.    Yes, sir.

22     Q.    And does this picture accurately reflect the

23   clothes that you wore into Central Park on April 19, 1989,

24   after you left the park?

25     A.    Yes, sir.


     DIAMOND REPORTING   (718) 624-7200   info@diamondreporting.com

NYCLD_046480

P-APP000525

201

A. MCCRAY

1     Q.     Did your clothes look like this when you left

2  Central Park on April 19, 1989?

3     A.     Yes.

4     Q.     Okay.  We're finished with the exhibit.

5            So after you returned home, what did you do with

6  the clothes that you were wearing?

7     A.     I put them in the tub.

8     Q.     Did you wash the clothes at all?

9     A.     No, sir.

10    Q.     And why did you put them in the tub?

11    A.     Because my mother told me to put them in there.

12  She was going to soak them.

13    Q.     Okay.  Do you know if your mother actually soaked

14  your clothes that night?

15    A.     No, she didn't soak them, sir.

16    Q.     What happened next?

17    A.     I changed -- I changed my clothes.  I put the

18  clothes in the bathtub, like my mother said, and we got a

19  phone call.

20    Q.     What time did you get that phone call?

21    A.     I don't know.

22    Q.     And what happened next?

23    A.     We got a phone call.  I didn't answer the phone,

24  my mother did.  I was sitting down on the couch watching TV

25  and my mother asked me where was Clarence Thomas.

NYCLD_046481

P-APP000526

202
A. MCCRAY

1        Q.      How long were you home before you got the phone
2    call?

3        A.      Like a half hour, forty-five minutes.

4        Q.      Okay.   And then -- so your mother picked up the
5    phone?

6        A.      Yes.

7        Q.      Do you know who was on the line?   At the time
8    that she picked up the phone, did you know who was calling?

9        A.      At the time she picked up the phone?

10       Q.      Yeah.

11       A.      No, I didn't know who was calling.

12       Q.      And your mother asked you where Clarence Thomas
13   was?

14       A.      Yes.

15       Q.      And what did you say?

16       A.      I don't know.

17       Q.      At that point, did you know who was on the phone?

18       A.      Yes.

19       Q.      Who was on the phone?

20       A.      Clarence mother.

21       Q.      Do you know Clarence's mother's name?

22       A.      I did at that time.

23       Q.      You don't now?

24       A.      I can't remember.

25       Q.      Were your mother and Clarence Thomas' mother

DIAMOND REPORTING   (718) 624-7200   info@diamondreporting.com

NYCLD_046482

P-APP000527

A. MCCRAY

1    friends?

2        A.    No.

3        Q.    Did they know each other?

4        A.    Through me and Clarence.

5        Q.    Okay.  Had they -- had they -- so they met before

6    April 19, 1989?

7        A.    Yes.

8        Q.    Could you hear your mother speaking on the phone?

9        A.    Yes.

10       Q.    And what was your mother saying?

11       A.    I'll ask Tron where he's at.

12       Q.    And at that point, had she asked where he was?

13       A.    Yes.

14       Q.    Okay.  And you replied to your mother that you

15   didn't know where Clarence was?

16       A.    Yes, sir.

17       Q.    Where did you think he was?

18       A.    Right then at that point, I didn't know where he

19   was at.

20       Q.    Did you think he had been caught by the police?

21       A.    Caught or he got away or on his way home.

22       Q.    Did you tell your mother at that point that you

23   and Clarence had been in the park earlier?

24       A.    No.

25       Q.    Did you hear your mother say anything else while

NYCLD_046483

P-APP000528

204

A. MCCRAY

1    she was on the phone?

2       A.    Yes.

3       Q.    What did she say?

4       A.    When he get in, give me a call.

5       Q.    Okay.  And how long did that phone call last?

6       A.    I don't know, sir.

7       Q.    Was it more than five minutes?

8       A.    Yes.

9       Q.    Was it more than ten minutes?

10      A.    I don't know, sir.

11      Q.    So what happened after your mother got off the

12   phone?

13      A.    My mother asked me again where's Clarence.

14      Q.    Okay.  And what did you say?

15      A.    I told her I didn't know.

16      Q.    Did you say anything else?

17      A.    She said -- that was it.  She asked me where was

18   he at.  I just told her I didn't know.

19      Q.    And at that point, did you tell her that you had

20   been in Central Park?

21      A.    No.

22      Q.    Why not?

23      A.    Because I know I wasn't supposed to be in Central

24   Park.

25      Q.    What happened next?

DIAMOND REPORTING   (718) 624-7200   info@diamondreporting.com
204

NYCLD_046484

P-APP000529

A. MCCRAY

1      A.      I don't know how many minutes passed by, but

2   Clarence Thomas mother called again.

3      Q.      And what happened when she called?

4      A.      She said Clarence -- I didn't know what she said,

5   but on my mother's end she was like, Come over.  My mother

6   told Clarence mother to come over.

7      Q.      And did Clarence Thomas' mother come over?

8      A.      Yeah, she came over.

9      Q.      And how much time had passed between the first

10  phone call and the second phone call, if you know?

11     A.      I don't know.

12     Q.      Do you know approximately what time Clarence

13  Thomas' mother came to your apartment?

14     A.      I think it's like -- it was like in the range of

15  11 o'clock, 11:30.

16     Q.      Was it past your bedtime at this time?

17     A.      No.

18     Q.      Okay.

19     A.      Because, remember, it was -- like I said, it was

20  a holiday the next day so I was able to stay up, you know.

21  I could stay up until I fall asleep.

22     Q.      Okay.  So what were you doing when Clarence

23  Thomas' mother came to your apartment?

24     A.      Sitting on the couch.

25     Q.      Okay.  Were you watching television?

NYCLD_046485

P-APP000530

206

A. MCCRAY

1    A.    Yes.

2    Q.    What was your mother doing?

3    A.    Just walking back and forth through the house,

4    doing whatever she was doing.

5    Q.    Was your mother angry at all?

6    A.    Yes.

7    Q.    About what?

8    A.    She wanted to know where Clarence was at, where

9    was Clarence at, because he was with me.

10   Q.    And at that point, did you tell her that you had

11   been in Central Park?

12   A.    No.

13   Q.    What happened after Clarence Thomas' mother came

14   to your apartment?

15   A.    Oh, she got to my mother's house.  She -- I heard

16   her say, Linda, I don't know where Clarence is at.  He

17   knows he's supposed to be home by now.  And then I butted

18   in and said, He might be arrested.  He might be arrested.

19   Q.    And what was your mother's reaction?

20   A.    She smacked me.

21   Q.    And what was Clarence mother's reaction?

22   A.    She said, Why?

23   Q.    And what did you say?

24   A.    I said, We was running through the park.

25   Q.    Okay.  And what happened next?

NYCLD_046486

P-APP000531

207

A. MCCRAY

1       A.      My mother said, Okay.  Let's go get him.  Let's

2   go find him.  So I got dressed.  I was already dressed.  So

3   we -- all three of us left the house and went to the

4   precinct that got -- that I had to do the lineup at.

5       Q.      Okay.

6       A.      I took them to that precinct.  And I asked the

7   officer -- no, my mother and Clarence Thomas mother asked

8   the officer about Clarence Thomas.  And they said they

9   didn't have nobody by the name of Clarence Thomas there.

10      Q.      So, just backtrack a little bit, Mr. McCray.

11              Who went to the precinct with you?

12      A.      My mother and Clarence Thomas mother.

13      Q.      Did Bobby McCray go with you?

14      A.      No, sir.

15      Q.      Where was Bobby McCray at that point when you

16  left to go to the precinct?

17      A.      He was at work.

18      Q.      Okay.  And you said that you took your mother and

19  Clarence Thomas' mother to a precinct, right?

20      A.      Yes, the one that I had -- that I got the lineup

21  done.

22      Q.      How did you know to take them to a police

23  precinct?

24      A.      Because I told my mother he might have gotten

25  locked up, so I went to that precinct.  It was on the east

DIAMOND REPORTING   (718) 624-7200   info@diamondreporting.com
207

NYCLD_046487

P-APP000532

A. MCCRAY

1   side.

2       Q.    Why did you pick that one?

3       A.    That's the one I knew.

4       Q.    How did you know it?

5       A.    Because there's a McDonald's over there and my

6   school was in that area.

7       Q.    Okay.  Had you ever been there before then?

8       A.    No, sir.

9       Q.    And, again, you don't know the number of that

10  precinct, right?

11      A.    No, sir.

12      Q.    So what happened after you arrived at that

13  precinct?

14      A.    Like I said, they asked for Clarence.  The police

15  officer said they didn't have nobody by the name of

16  Clarence there.  And then I told them we was in -- I told

17  the -- I told the police officer that me and Clarence was

18  Central Park.

19      Q.    Okay.

20      A.    Then he told my mother and Clarence mother to go

21  -- you might want to go to Central Park to see if he's

22  there, the precinct in Central Park.

23      Q.    Okay.  And did you tell the police officer what

24  you were doing in the Central Park?

25      A.    No, sir.

DIAMOND REPORTING   (718) 624-7200   info@diamondreporting.com
208

NYCLD_046488

P-APP000533

209

A. MCCRAY

1    Q.    Did you tell the police officer about anything
2    that had happened in Central Park?
3    A.    No, sir.
4    Q.    Do you know what that police officer looks like?
5    A.    No, sir.  No.
6    Q.    Was it a male or female?
7    A.    A male.
8    Q.    Was he -- what was his -- what was the color of
9    his skin?
10   A.    Caucasian.
11   Q.    Was he in uniform?
12   A.    Yes.
13   Q.    Do you know if it was a blue uniform or a white
14   uniform or anything else?
15   A.    I can't recall.
16   Q.    So how long were you at that precinct?
17   A.    A few minutes.
18   Q.    And what was your mother's reaction at this
19   point?
20   A.    I was kind of walking behind my mother and
21   Clarence mother so they was talking.
22   Q.    Was your mother angry at you?
23   A.    Yes.
24   Q.    And how did you feel?
25   A.    I felt bad.

NYCLD_046489

P-APP000534

210
A. MCCRAY

1    Q.    So after you left the precinct, where did you go?

2    A.    Central Park.

3    Q.    How long did it take you to get there?

4    A.    We took a cab.  It didn't take that long.

5    Q.    Okay.  And did the cab take you --

6          MR. DePAUL:  Strike that.

7    Q.    Where did the cab take you?

8    A.    To the precinct in Central Park.

9    Q.    And who paid for the cab?

10   A.    I don't know.

11   Q.    Was it a yellow cab?

12   A.    You said who paid?

13   Q.    Yes.

14   A.    I don't know, sir.

15   Q.    Was it a yellow cab?

16   A.    I don't know.

17   Q.    And where did you sit in the cab, if you

18   remember?

19   A.    Next to my mother.

20   Q.    In the back seat?

21   A.    Yes.

22   Q.    And where was Clarence Thomas' mother?

23   A.    On the other side of my mother.

24   Q.    So what happened when you got to the precinct in

25   Central Park?

NYCLD_046490

P-APP000535

211

A. MCCRAY

1      A.      We got there.  Clarence mother went to the desk.

2   I sat there with my mother.  Clarence mother went to the

3   desk and asked was Clarence there.

4      Q.      And did you hear how the police officer

5   responded?

6      A.      No.

7      Q.      Did you learn that Clarence was at that precinct?

8      A.      Yes.

9      Q.      And how did you learn that?

10     A.      While she was talking to him, he went through

11  some papers and said he's here.

12     Q.      Okay.  And did you see -- when you were sitting

13  down in the precinct, did you see anyone else in the

14  precinct besides your mother and Clarence Thomas' mother

15  and the police officers?

16     A.      Yes.

17     Q.      Who did you see?

18     A.      There was a door -- there was a room and the door

19  was cracked and I seen Clarence, like I could see him from

20  where I was sitting at.

21     Q.      Okay.  And did you see anyone else in that room?

22     A.      There was people in the room, but I didn't

23  recognize or I wasn't trying to recognize them at the time.

24     Q.      Did you see Kevin Richardson in that room?

25     A.      No.

NYCLD_046491

P-APP000536

212

A. MCCRAY

1      Q.    Did you see Raymond Santana in that room?

2      A.    No.

3      Q.    Did you see Steve Lopez in that room?

4      A.    No.

5      Q.    Did you recognize anyone that room?

6      A.    Just Clarence at the time.  At that point in

7    time, just Clarence.

8      Q.    Were there any police officers in that room?

9      A.    I can't recall.

10     Q.    Okay.  So what happened next?

11     A.    We stayed.  Me and my mother stayed with Clarence

12   mother.  I know my mother had to go to work.  It was like

13   -- it was getting towards the wee hours of the morning,

14   like I think 2 o'clock, and Clarence mother told my mother

15   that she could go home.

16     Q.    Did you ever learn why Clarence Thomas had been

17   picked up and taken to the precinct?

18     A.    At that time?

19     Q.    Yes.

20     A.    No.

21     Q.    Do you know if he been charged with anything?

22     A.    No.

23     Q.    Do you know if he had been arrested for anything?

24     A.    No.

25     Q.    Was Clarence in handcuffs when he was sitting in

NYCLD_046492

P-APP000537

213

A. MCCRAY

1      that room?

2          A.      I can't remember.

3          Q.      At any point, did you go inside that room?

4          A.      No.

5          Q.      Did you speak with anyone in that room throughout

6      the entire time you were in the precinct?

7          A.      No.

8          Q.      Okay.  Did you yourself speak with anyone while

9      you were at the Central Park precinct?

10         A.      My mother.

11         Q.      Anyone else?

12         A.      I can't remember, sir.

13         Q.      Did you speak with any police officers?

14         A.      I can't recall.

15         Q.      Did your mother tell anyone her name when she was

16     at the precinct?

17         A.      I can't recall.

18         Q.      Did your mother tell anyone your name?

19         A.      I can't recall.

20         Q.      And did you tell anyone your name while you were

21     at the precinct?

22         A.      I don't think so, sir.

23         Q.      Okay.  So you said it was around 2 a.m. when you

24     left?

25         A.      Around that time.

NYCLD_046493

P-APP000538

214
A. MCCRAY

1    Q.    Did you -- at the time that you left, did you

2    know what was going to happen to Clarence?

3    A.    No.

4    Q.    Did Clarence Thomas' mother know what was going

5    to happen to Clarence?

6              MR. WAREHAM:  Objection.

7    A.    I don't know.

8    Q.    When you left, did you have to ask anyone's

9    permission to leave?

10   A.    No.

11   Q.    What happened next?

12   A.    My mother told her, Was she going to be okay.

13   She said yes.  And my mother said, Okay.  Give me a call

14   when he gets home.

15   Q.    Okay.

16   A.    Me and my mother took a cab back home.  I said it

17   was late because I know my mother was like, I'll deal with

18   you after that.  I'm going to get some rest, but I'll deal

19   with you.

20         My mother said she will deal with me when she get

21   back home.  She going to get some rest right now.  She'll

22   deal with me after work.

23   Q.    So at this point, your mother was still angry

24   with you?

25   A.    Yes.

DIAMOND REPORTING   (718) 624-7200   info@diamondreporting.com
214

NYCLD_046494

P-APP000539

215

A. MCCRAY

1    Q.    And what time did your mother normally go to

2    work?

3    A.    7:30 in the morning.

4    Q.    And just to backtrack, Mr. McCray, you didn't

5    have to ask any police officer's permission to leave the

6    Central Park precinct, did you?

7    A.    No, sir.

8    Q.    So how long did it take you to get home in the

9    cab?

10   A.    I don't know, sir.

11   Q.    What time did you go to bed that night?

12   A.    I don't know exactly what time I went to bed.

13   Q.    And when your mother said I'll deal with you in

14   the morning, did she say that --

15   A.    She said, I'll deal with you later.

16   Q.    I'm sorry, I'll deal with you later after work,

17   did she say that to you when you were in the apartment or

18   were you in the cab?

19   A.    In the cab.

20   Q.    And did you have any other type of conversation

21   with your mother while you were in the cab?

22   A.    No, sir.

23   Q.    And did you have any conversation with your

24   mother when you arrived home?

25   A.    She told me to go straight -- straight to bed.

NYCLD_046495

P-APP000540

216

A. MCCRAY

1    Q.    And did you?

2    A.    I was in the bed, but I wasn't sleeping at the

3    time.

4    Q.    What time did you wake up on April 20th?

5    A.    Eight o'clock, 8:30.

6    Q.    Okay.  And just to be clear, you didn't have

7    school that day, right?

8    A.    I didn't have school, sir.

9    Q.    When you woke up on April 20, 1989, was anyone

10   else home?

11   A.    No, sir.

12   Q.    What did you do after you woke up?

13   A.    I got something to eat.  Made myself something to

14   eat and watched TV.

15   Q.    What did you eat?

16   A.    I don't know.

17   Q.    And what TV did you watch?

18   A.    Which TV?

19   Q.    Yeah.  What TV shows?

20   A.    I don't know.

21   Q.    Did you see anything on the news about what had

22   happened in Central Park the night before?

23   A.    No.

24   Q.    Were there any newspapers around your house on

25   the morning of April 20th?

NYCLD_046496

P-APP000541

217

A. MCCRAY

1      A.      I don't know.

2      Q.      Did any of them --

3              MR. DePAUL:  Strike that.

4      Q.      Did any newspapers talk about what happened?

5      A.      Well, I didn't go outside to get the newspaper.

6      Q.      So there was no newspaper inside your house?

7      A.      No newspaper, sir.

8      Q.      Did there come a time on the morning of April 20,

9      1989, when Bobby McCray returned home?

10     A.      Yes.

11     Q.      What time was that?

12     A.      I don't remember the time exactly.

13     Q.      And was that -- was he on the end of his shift,

14     was he taking a break, was he on a lunch break?  Do you

15     know why he came home?

16     A.      I think it was the end of his shift.

17     Q.      Okay.  And did you speak with Bobby McCray after

18     he came home?

19     A.      I just said, How you doing, Dad?

20     Q.      And did he respond?

21     A.      Yes.

22     Q.      And what did he say?

23     A.      He said, I'm doing okay.  How you doing?  I said,

24     Okay.

25     Q.      And then after that?

NYCLD_046497

P-APP000542

218

A. MCCRAY

1     A.    He went in his room.

2     Q.    What happened after that?

3     A.    There was a knock at the door.

4     Q.    I'm sorry, just to backtrack.

5           What were Bobby McCray's hours at work, if you

6     know?

7     A.    I don't know.

8     Q.    Did he have a regular shift?

9     A.    I don't know because some days it'd be like I

10    didn't see him for a whole night or a whole day, like he

11    was doing doubles or something like that.  I don't know.

12    Q.    Okay.  So you said there was a knock at the door?

13    A.    Yes.

14    Q.    Who opened the door?

15    A.    I did.

16    Q.    And when you opened the door, what did you see?

17    A.    Like three Caucasian men.

18    Q.    And did those men identify themselves?

19    A.    Yes.

20    Q.    Who did they identify themselves to be?

21    A.    Police officers.

22    Q.    Were those men in uniform?

23    A.    No.

24    Q.    What were they wearing?

25    A.    Regular clothes.

NYCLD_046498

P-APP000543

219

A. MCCRAY

1    Q.    Okay.  Were they wearing suits or just regular

2    clothes?

3    A.    Suits.

4    Q.    Can you describe each of the men for me so that

5    when -- do you know what any of their ethnicities were?

6    A.    Caucasian.

7    Q.    They were all Caucasian?

8    A.    I think so.

9    Q.    And how tall were they?

10   A.    They was taller than me.  Excuse me.  They was

11   tall.

12   Q.    So other than then --

13         MR. DePAUL:  Strike that.

14   Q.    Other than identifying themselves as police

15   officers, did they say anything else?

16   A.    They asked me was my parents home.  They asked me

17   who was I.

18   Q.    Okay.  And what did you say?

19   A.    Antron.  Excuse me.  Antron.

20   Q.    And did they ask for your last name?

21   A.    I don't know.

22   Q.    And then they asked you if your parents were

23   home?

24   A.    Yes.

25   Q.    And what did you say?

NYCLD_046499

P-APP000544

220

A. MCCRAY

1    A.    I told them my father was home.

2    Q.    Okay.  And then what happened?

3    A.    They told me to go get him.

4    Q.    And did you?

5    A.    Yes, sir.

6    Q.    What happened next?

7    A.    I got my father.  He opened the door back and he

8    let them in.

9    Q.    And what was your reaction when you saw the

10   police officers at your door?

11   A.    I guess I was scared.

12   Q.    Why?

13   A.    Because I had police officers at my door.

14   Q.    Did you think that they were there for you?

15   A.    Yes, he asked me -- one of them asked me -- they

16   asked who I was, so I kind of figured they was there for

17   me.

18   Q.    Okay.  So your father invited them in?

19   A.    Yes, sir.

20   Q.    And then what happened?

21   A.    They were speaking amongst themselves.

22   Q.    Okay.

23   A.    And one of the officers -- I don't know who --

24   one of the officers told my father they need to take me

25   down to the precinct.

NYCLD_046500

P-APP000545

221

A. MCCRAY

1    Q.    Did -- I'm sorry.  Did the police officers ask

2  for you by name or did they ask you what your name was?

3    A.    What my name was.

4    Q.    Okay.  So you said that the officers were having

5  a conversation with Bobby McCray?

6    A.    Yes, sir.

7    Q.    Could you hear any part of that conversation?

8    A.    I just heard they told my father that they were

9  going to take me downtown, they wanted me and my father to

10  go downtown.

11    Q.    And what did your father say?

12    A.    He said okay.

13    Q.    Okay.  And then what happened?

14    A.    Then he said, Let me call my wife --

15    Q.    Okay.

16    A.    -- so she can meet us there or will meet us at

17  the house.

18    Q.    So your dad called your mother?

19    A.    Yes, sir.

20    Q.    And he called her at work?

21    A.    Yes, sir.

22    Q.    And could you hear what your dad was saying to

23  your mother?

24    A.    No.  I mean, I don't know.  I heard -- I can't

25  remember word for word though, but I think he said, like, I

NYCLD_046501

P-APP000546

222
A. MCCRAY

1    need you to come home because Tronny got to go to the

2    precinct.  We got to go the precinct with Tronny.

3       Q.    Okay.  And by "Tronny," he meant you?

4       A.    Yes, sir.

5       Q.    And then what happened?

6       A.    They let us wait for my mother.  My mother came

7    and then we went down.  My mother came and then one of the

8    officers asked me did I have -- the clothes that I have on,

9    did I have on last night.

10      Q.    And what did you say?

11      A.    I said, No, sir.

12      Q.    And then what happened after that?

13      A.    He asked me where was the clothes that I had on

14   last night.

15      Q.    What did you say?

16      A.    I said, In the bathroom, in the tub.

17      Q.    And the officer ask you to do anything?

18      A.    He asked me where the bathroom was.

19      Q.    Okay.  And did you say where the bathroom was?

20      A.    Yes, sir.

21      Q.    And then what happened?

22      A.    I showed him the bathroom, and he got my clothes.

23      Q.    So he took your clothes?

24      A.    Yes.

25      Q.    Can you describe that officer for me?

DIAMOND REPORTING   (718) 624-7200   info@diamondreporting.com
222

NYCLD_046502

P-APP000547

223

A. MCCRAY

1     A.     No, sir.

2     Q.     When he took your clothes, what did he do with

3   them?

4     A.     I don't remember, sir.

5     Q.     Did he put them in a bag?  Did they hold them in

6   his hands?

7     A.     He had them in his hand.

8     Q.     Okay.  And did there come a time when your mom

9   arrived at your apartment?

10    A.     Yes.

11    Q.     Okay.  And how long did it take for her to get to

12   the apartment?

13    A.     Not too long.

14    Q.     And what was your mother's demeanor when she got

15   home?

16    A.     She looked like she was scared.

17    Q.     Okay.  And what was your father's demeanor at

18   this point?

19    A.     He had -- his expression -- he was calm, like he

20   always was.

21    Q.     And how were you feeling?

22    A.     I was nervous.

23    Q.     So what happened after that?

24    A.     Me and my mother and my father went downstairs.

25   And while we was walking out the building, there was like

NYCLD_046503

P-APP000548

224

A. MCCRAY

1    two police cars, and Clarence Thomas was in one of them.

2    And me and my mother and my father got in the other police

3    car.

4        Q.    So you didn't get in the same car as Clarence

5    Thomas?

6        A.    No, sir.

7        Q.    Was Clarence Thomas' mother in the car with him?

8        A.    I can't recall, sir.

9        Q.    Do you know if anyone else besides police

10   officers was in the car with Clarence Thomas?

11       A.    No, sir.

12       Q.    And the police car that you got into with your

13   mother and your father, did that have police markings on

14   it?

15       A.    No, sir.

16       Q.    So it didn't have any police markings on it?

17       A.    No, sir.

18       Q.    Okay.  Do you remember what color the car was?

19       A.    No, sir.

20       Q.    Did you get in the back seat?

21       A.    Yes, sir.

22       Q.    And where were you seated in the back seat?

23       A.    I was seated I think next to my mother.

24       Q.    Were you in the middle?

25       A.    I don't think so, sir.

NYCLD_046504

P-APP000549

A. MCCRAY

1    Q.    Okay.  Do you remember if you were on the right

2  side or the left side?

3    A.    I don't remember.

4    Q.    Were you handcuffed in the police car?

5    A.    No, sir.

6    Q.    At any point before you got into the police car,

7  were you placed in handcuffs?

8    A.    No, sir.

9    Q.    So what happened next?

10   A.    We drove to a precinct.

11   Q.    Do you know which one?

12   A.    No.

13   Q.    Was it any of the precincts you had been to the

14  night before?

15   A.    No, sir.

16   Q.    Did anyone --

17         MR. DePAUL:  Strike that.

18   Q.    How many police officers were in the car with

19  you?

20   A.    I can't recall.

21   Q.    Was there any conversation in the car while you

22  were driving to the police precinct?

23   A.    No.

24   Q.    Did you say anything to your mother or your

25  father?

NYCLD_046505

P-APP000550

226

A. MCCRAY

1    A.    No.

2    Q.    Did they say anything to you?

3    A.    No.

4    Q.    Did the police officers speak to your parents at

5    all?

6    A.    In the car?

7    Q.    Yes.

8    A.    No, sir.

9    Q.    Did the police officer or police officer who was

10   in the car speak to you at all?

11   A.    No, sir.

12   Q.    Did you cry when you were in the car?

13   A.    Yes.

14   Q.    Why were you crying?

15   A.    I was scared.

16   Q.    And did your mother say anything to you while you

17   were crying?

18   A.    She was just wiping my face.

19   Q.    To your knowledge, had your clothes been washed

20   at all before the police officer took them from the tub?

21   A.    No, sir.

22   Q.    Had they been soaked or -- had they been soaked

23   in any way?

24   A.    No, they weren't soaked, sir.

25   Q.    So how long did it take you to get to the police

NYCLD_046506

P-APP000551

227
A. MCCRAY

1    precinct?

2        A.      I don't know.

3        Q.      What happened next?

4        A.      We went to the police precinct.  They put us in a

5    room, me and my mother and father.

6        Q.      And what did the room look like?

7        A.      It was a room with a desk in it.

8        Q.      A room with a desk you said?

9        A.      Yes, yes.

10       Q.      Can you remember anything else in the room?

11       A.      No, sir.

12       Q.      Was the room big or was it small?

13       A.      I don't know, sir.

14       Q.      So what happened next?

15       A.      They sat us down.  Three police officers, they

16    sat down and they asked me what happened last night.

17       Q.      So when you entered the room, did the police

18    officers enter with you?

19       A.      They opened the door and they came in behind us.

20       Q.      Okay.  So you all went in basically at the same

21    time?

22       A.      Yes.

23       Q.      Okay.  And it was three police officers in the

24    room with you?

25       A.      Three or four.  Maybe five.

NYCLD_046507

P-APP000552

T4-fr

383

REYNOLDS — PEOPLE — DIRECT — LEDERER

1

2   came and began interviewing them one at a time.

3     Q     Approximately what time was that if you

4   recall?

5     A     I believe that's approximately 5:50 in the

6   morning.  Let me refresh my memory with that.   I'm

7   sorry, that was approximately 5:30.

8     Q     Were you aware when parents of the family

9   returned with food?

10    A     Yes.

11    Q     Were you aware whether any of that food was

12  given to any of the people you had in  the  Juvenile

13  room?

14    A     Yes.

15    Q     Who do you recall seeing have some food in

16  that room?

17    A     I believe all of them ate.

18    Q     And do you recall whether Raymond Santana

19  made  any statement in your presence while he was in

20  that room?

21    A     Yes, he did.

22              THE COURT:  Which room?

23    Q     I'm sorry.  In the Juvenile room?

24    A     Yes.

25    Q     What, if anything, did you hear him say?

10/13/8

NYCLD_023129

P-APP000553



Farrell Exh. 2

NYC042243



NYC042244

NYCLD_058343

P-APP000555



Thomas, Clarence ███████

m B/H

███████████

Kevin Richardson M/B 10/7/74

Jermont McCall M/B ████████

Raymond Santana M/H 8/7/74

Steven Lopez M/H ███████████

P.O. Reynolds 17810

CPP A/C

NYC042245



NYC042246

NYCLD_058345

P-APP000557



1. went to park at 110th
St East side walking
south 2010 hrs
someone throwing water
at cars. Ralph M/B/15
Left Proctaining
Schombers Project
Lts. chase or scare them
9th St. they started
chaseing on guy M/W
sweater slyde bike
who got away approx
8 guys only 5 returned
the guy got away.
Then there was another
group of about 7 guys
beating some guy M/W
then these guys got

NYC042247

NYCLD_058346

P-APP000558



back together with us
and we starte to leave
an go nott to go
home, then a green
Van turned into the
street and told us
not to run. hepped
up and I stopped an
thats when the cops
caught me.
Hit man a M/wor X/
in the back of the
head in the middle
of the park he was
wearing dark blue coat

NYC042248

NYCLD_058347

P-APP000559



NYC042249

NYCLD_058348

P-APP000560



NYC042250

NYCLD_058349

P-APP000561



NYC042251



NYC042252

NYCLD_058351

P-APP000563

COMPLAINT - FOLLOW UP
PD 313-081A (Rev. 1-86)-31

| | | Pct 022 | OCCB No. | Complaint No. 281 | Date of This Report 4/20/89 | PAGE 1 OF 2 PAGE |
|---|---|---|---|---|---|---|

| Date of Orig. Report 4/20/89 | Date Assigned 4/20/89 | | 67 | Unit Reporting DBMSTF NIGHTWATCH | |
|---|---|---|---|---|---|

Victim's Name - If Different  Unidentified F/W/20-30yrs

003055

Complainant's Name - Last, First, M.I.  P.S.N.Y.

DETAILS:  COMPLAINT: VICTIM FOUND BEAT AND BOUND INSIDE CENTRAL PARK

SUBJECT: INTERVIEW OF CLARENCE THOMAS M/B/14yrs

1) On this date at 0700hrs the undersigned along with Det Whelpley did
interview  Clarence Thomas M/B/14yrs DOB ████████ of ████████
in the presence of his mother Gloria Thomas who lives at the
address. Clarence Thomas was under arrest at this time so the under-
signed informed him and his mother of there rights from a card. Both
Clarence Thomas and his mother Gloria Thomas acknowledge each right
by stating yes and on the last right they agreed to answer questions
without an attorney present. Clarence Thomas states that he and his
friend Antron Mc Cray who lives on ████████ and goes to JHS 117 (
Exact address unknown) were on E110th St and Madison Ave and they met
approx 15 other males all about 13 to 15 yrs old. Clarence states that
he did not know all of these males but he did know a guy named Polo
who is a M/Bor H/14yrs and he hangs out on E 110th and Madison , a guy
named Ralph M/B/15yrs who lives in the Taft projects and he knows
Lamont Mc Call ( See DD 5 Det Whelpley Re; Lamont Mc Call). Clarence
states that the group was mixed with blacks and hispanics and that they
all went into the park at E 110th and started walking into the park and
south. Clarence stated that they where just hanging out that there was
no plan on what they were going to do in the park. Clarence states that
they entered the park at approx 2010hrs and he remembers the time
because he knows that he met the group at 2000hrs and it took them
about ten minutes to talk and then walk to the park. Clarence further
states that as they walked thru the park some of the guys were throw-
ing rocks at cars but none of the cars stopped except for a cab (yellow)
that did stop but did not chase the group. Clarence also states that
as they walked thru the park ( location unknown) approx eight of the
guys saw a male white40's jogging,who was wearing a sweater and blue
shorts, and these eight guys started chasing the white male but after
a few minutes five of the eight returned to the group stating that the
guy got away.

Continued on page two

Reporting Officer's Rank, Signature - Command  Det ████████ DBMSTF  Name Printed J. FARRELL  Tax Registry No. 864831

Farrell Eth.
4

NYC002949

NYCLD_058353

P-APP000564

COMPLAINT FOLLOW-UP INFORMATIONAL
PD 313-081A SECOND SHEET (Rev 2-77)

| Pct. | Complaint No. | Date of This Report |
|------|---------------|---------------------|
| 022  | 281           | 4/20/89             |

DETAILS:    CONTINUED FROM PAGE ONE RE: ASSAULT OF UNIDENTIFIED FEMALE WHITE
INSIDE CENTRAL PARK: INTERVIEW OF CLARENCE THOMAS                003056

) Cont; Clarence does not know what happened to the other three guys who chased
the male white and states that they were guys he did not know by name that
they were friends of Antron Mc Cray. Clarence states that he and the rest of
the group continued south in the park and then at approx the middle of the
park around 96th St  about  seven of the guys went after and beat up another
jogger at the fence near the reservoir and this was a male white ( Could supply
no further discription). Clarence states that he and Antron Mc Cray ran out of
the park and after awhile the other guys came out and they all started walking
north on Central Park West and as they walked a green van turned into the
street and pulled up to the group and one of the guys in the van said that
they were the police and that no one should run but everyone ran any way.
Clarence states that he ran to W 100th St and turned into the park and he trippe
and fell to the ground and the police caught him. Clarence further states that
the others all ran in different directions

) When questioned about anyone else who the group had hit Clarence stated that
there was an old bum  who was a male white or hispanic that Lamont Mc Call
had hit with his fist in the back of the bum's head and knocked him to the
ground. Clarence further stated that the only other person he saw in the
park, outside of the three  he had mentioned was some people on a bike but
that they did not go after them. Clarence states that the Bumwas in the middle
of the park and that the Bum was wearing a dark blue coat with grayish pants.
When asked if anyone in the group had a weapon Clarence stated that there was
a M/B/ in his teens tall wearing blue jeans with patches all over them and
a beige trench coat and he had a pipe that was approx 14 inches long with one
end taped with black tape. Clarence states that he does not know this tall
male's name but that he saw this male take this pipe out of his pants with his
right hand when they were at the reservoir with the man who  had been beat but
he did not see if the tall male hit the male white with the pipe. Clarence
states that he was too far away from the seven guys to see who was hitting the
white male. At this time Clarence was allowed to go home with his mother and
the interview was discontinued

) On this date at approx 1130hrs the undersigned along with Det Whelpley were
at the home of Clarence Thomas and spoke to Clarence's mother first and told her
that Clarence had tobe spoken to again. Mrs Thomas invited the undersigned
and Dte Whelpley into her home and then went an woke up Clarence. Mrs Thomas
brought Clarence into her kitchen and he sat down asf did Mrs Thomas and at this
point the undersigned reminded both of them of there rights and again told them
they had the right to have an attorney present before speaking to the police.
Both Mrs Thomas and Clarence agreed to speak to us without an attorney present.
At this timeClarencestated that the pipe he told us about before was passed
back and forth between the tall guy and Antron Mc Cray but  Clarence still state
that he did not see either of them hit the guy with the pipe. When asked about
anyone else being beat in the park by this group, Clarence stated that the Bum
Lamont hit but this time Clarence states Lamont beat the Bum with three other
guy's  and that they really beat the guy by punching and kicking him then they
draged this Bum off the road and on the the curb and left him there bleeding.
Clarence states he does not know the names of the three guys who beat the Bum
with Lamont by name but that Antron might know them. Clarence and his mother
agreed to show the undersigned where Antron lived and also agreed to come back
to the Central Park Pct with the undersigned. While in auto 8475 Mrs Thomas
directed the undersigned and Det Whelpley to ▮▮▮▮▮▮▮▮ and stated
that Antron lived in this building in apartment ▮▮▮▮▮   Det Rosario  along with
Dets Rivera and Morin from Sex Crimes went into ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮ and came out with the subject who was identified as Antron Mc Cary and his
mother Linda Mc Cray and his father Bobby MC Cary. Det Rosario informed the
undersigned that he requested Mr and Mrs Mc Cary and Antron to come to the
CPP and they agreed further Det Rosario asked that Antron wear the clothes he
had been wearing before he went to bed and this was also agreed to by both
parents and Antron. When Antron exited the building his clothes where covered
with dried mud and they were very dirty. Mr and Mrs Mc Cray and Antron were trans-
ported to the CPP in Sex Crime auto 731 and Mrs Thomas and Clarence were trans-
ported in DBMSTF auto 8475.

INVESTIGATION CONTINUING

| Reporting Officer's Name/Signature/Command | Name Printed | Tax Registry No. | Supervisor's Signature | C.P.I. Initials |
|---|---|---|---|---|
| Det  _____  DBMSTF | J FARRELL | 864831 | Sgt. | |

CRIMINAL RECORDS SECTION

NYC362950

NYCLD_058354

P-APP000565

T4-fr

395

REYNOLDS - PEOPLE - DIRECT - LEDERER

1
2     A     No.

3     Q     Were you present for that interview?

4     A     Yes.

5     Q     After that interview was conducted, where
6     did you go?

7     A          THen went to            to Antron
8     McCray's house.

9     Q     Who did you go with?

10    A     I went with Detective Farrell and  Whelpley
11    and other detectives from Sex Crime.

12    Q     What, if anything -- withdrawn.

13          When you  left Clarence Thomas' apartment,
14    did you leave alone?

15    A     No, I didn't.

16    Q     Who came with you?

17    A     Detective Whelpley, Detective Farrell,  and
18    we  met  with Detective Rosario and Detective Rivera
19    and Morin from Sex Crimes.

20    Q     Did Clarence Thomas and his mother go  with
21    you?

22    A     Yes, they did.

23    Q     Did you travel in the same car with them?

24    A     Yes, I did.

25    Q          Did you have any conversation with them

10/13/89

T4-fr

396

REYNOLDS - PEOPLE - DIRECT - LEDERER

1

2 about why they were going with you?

3     A     With him and his mother?

4     Q     Yes?

5     A     No.

6     Q     How did you know where to go when you    left

7 Clarence Thomas' apartment?

8                 MR. JOSEPH: Objection.

9                 MR. BERMAN:  Objection.

10                THE COURT:  I'll allow it.

11                Where were you going?

12                THE  WITNESS:  We were going to Antron

13         McCray's house.

14     Q     How did you know where Antron McCray's

15 house was?

16     A     Clarence's mother told us where it was.

17     Q        Where did you go to find Antron McCary's

18 apartment?

19     A     To

20     Q     What happened when  you  arrived  at

21         ?

22     A        We  knocked on the door and we spoke to

23 Antron's father, Bobby McCray.

24     Q     Did you go to the door?

25     A     I went to the door, yes.

10/13/89

NYCLD_023142

P-APP000567

T4-fr

397

REYNOLDS — PEOPLE — DIRECT — LEDERER

1

2      Q      Was anyone else with you?

3      A      Yes.

4      Q      Who was that?

5      A      Detective Rosario, Detective Rivera, and

6  Detective Morin.

7      Q      Did you personally speak to the person you

8  identified as Bobby McCray?

9      A      No.

10     Q      Were you present when there was a

11 conversation with him?

12     A      Yes.

13     Q      Who had that conversation?

14     A      Detective Rosario.

15     Q      What did you hear him say and what did you

16 hear Bobby McCray respond?

17     A      He stated that he wanted to speak to Antron

18 at the Central Park Precinct and that Bobby McCray

19 would have to come with us also because Antron is a

20 juvenile.

21     Q      And what happened then?

22     A      And he agreed and told Antron to get

23 dressed.

24     Q      And did Antron McCray and his father then

25 leave with you?

10/13/89

NYCLD_023143

P-APP000568

T4-fr

398

REYNOLDS — PEOPLE — DIRECT — LEDERER

1

2      A      Yes, they did.

3      Q      Do you recall whether anyone else from the

4  McCray family came?

5      A      His mother came also.

6      Q      And did they ride with you or did they ride

7  with someone else?

8      A      I believe they rode with the detectives

9  from Sex Crimes.

10     Q      What time did you return to the Central

11 Park Precinct, approximately?

12     A      I'd say it was after 12:00.

13     Q      When Antron McCray came with you — and

14 left his apartment, what was he wearing?

15     A      He had on the clothes that he was wearing

16 the night before.  They were —

17            MR. MOORE:  Objection.

18            MR. BURNS:  Objection.

19            THE COURT:  Objection sustained.

20            Do you remember what he was wearing?

21            THE WITNESS:  No.

22     Q      Was there a conversation with anyone in

23 your presence about what Antron McCray would wear?

24     A      Yes.

25     Q      What do you remember about that

10/13/8

T4-fr

399

REYNOLDS - PEOPLE - DIRECT - LEDERER

1

2    conversation?

3        A        Detective Rosario asked Bobby McCray, he

4    asked him if Antron could wear the same  clothes  he

5    wore the night before, and they agreed.

6        Q        Did you notice anything about his clothes

7    when he came out of the apartment?

8        A        Yes, they were entirely  covered  with  dry

9    mud.

10       Q        When  you  returned to the Central Park

11   Precinct, did you conduct any interviews of  any  of

12   the  suspects that you already named, that is, Kevin

13   Richardson, Steve Lopez, or Raymond Santana?

14       A        No, I didn't.

15       Q        And did you at any time conduct or were you

16   present during any interviews with  Michael  Brisco,

17   Kharey Wise, Antron McCray or Yusaf Salam?

18       A        No.

19       Q        Did you voucher any property in connection

20   with this case?

21       A        No.

22       Q        Did you  go  out  and  pick  up  any  other

23   suspects in this case?

24       A        No, I didn't.

25               MS. LEDERER:  Thank you very much.

10/13/89

DETAILS: COMPLAINT: VICTIM FOUND BEAT AND BOUND INSIDE CENTRAL PARK

SUBJECT: INTERVIEW OF CLARENCE THOMAS M/B/14yrs

1) On this date at 0700hrs the undersigned along with Det Whelpley did interview Clarence Thomas M/B/14yrs DOB ████████ of ████████ in the presence of his mother Gloria Thomas who lives at the address. Clarence Thomas was under arrest at this time so the undersigned informed him and his mother of there rights from a card. Both Clarence Thomas and his mother Gloria Thomas acknowledge each right by stating yes and on the last right they agreed to answer questions without an attorney present. Clarence Thomas states that he and his friend Antron Mc Cray who lives on ████████ and goes to JHS 117 ( Exact address unknown) were on E110th st and they met approx 15 other males all about 13 to 15 yrs old. Clarence states that he did not know all of these males but he did know a guy named Polo who is a M/Bor H/15yrs and he hangs out on E 110th and Madison , a guy named Ralph M/B/15yrs who lives in the Taft projects and he knows Lamont Mc'Call ( See DD 5 but Whelpley Re; Lamont Mc Call). Clarence states that the group was mixed with blacks and hispanics and that they all went into the park at E 110th and started walking into the park and south. Clarence stated that they where just hanging out that there was no plan on what they were going to do in the park. Clarence states that they entered the park at approx 2010hrs and he remembers the time because he knows that he met the group at 2000hrs and it took them about ten minutes to talk and then walk to the park. Clarence further states that as they walked thru the park some of the guys were throwing rocks at cars but none of the cars stopped except for a cab (yellow that did stop but did not chase the group. Clarence also states that as they walked thru the park ( location unknown) approx eight of the guys saw a male white40's jogging,who was wearing a sweater and blue shorts, and these eight guys started chasing the male white but after a few minutes five of the eight returned to the group stating that the guy got away.                                    Continued on page two

NYC022226

REYNOLDS EXH. 11

NYCLD_057950

P-APP000571

| COMPLAINT FOLLOW-UP INFORMATIONAL | | Page 2 | 000873 Pages |
| PD313 (016 SECOND GRIOT (1-80/94) | | Pct. 022 | Complaint No. 281 | Date of this Report 4/20/89 |

DETAILS:        CONTINUED FROM PAGE ONE RE: ASSAULT OF UNIDENTIFIED FEMALE WHITE
                INSIDE CENTRAL PARK: INTERVIEW OF CLARENCE THOMAS

Cont; Clarence does not know what happened to the other three guys who chased
the male white and states that they were guys he did not know by name that
they were friends of Antron Mc Cray. Clarence states that he and the rest of
the group continued south in the park and them at approx the middle of the
park around 96th St about seven of the guys went after and beat up another
jogger at the fence near the reservoir and this was a male white ( could supply
no further discription). Clarence states that he and Antron Mc Cray ran out of
the park and after awhile the other guys came out and they all started walking
north on Central Park West and as they walked a green van came out and as that
they were the police and that no one should run but everyone ran any way.
Clarence states that he ran to W 100th St and turned into the park and he tripped
and fell to the ground and the police caught him. Clarence further states that
the others all ran in different directions

When questioned about anyone else who the group had hit Clarence stated that
there was an old bum  who was a male white or hispanic that Lamont Mc Call
had hit with his fist in the back of the bum's head and knocked him to the
ground. Clarence further stated that the only other person he saw in the
park, outside of the three  he had mentioned was some people on a bike but
that they did not go after them. Clarence states that the Bumwas in the middle
of the park and that the Bum was wearing a dark blue coat with grayish pants.
When asked if anyone in the group had a weapon Clarence stated that there was
a M/B/ in his teens tall wearing blue jeans with patches all over them and
a beige taped trench coat and he had a pipe that was approx 14 inches long with one
end taped with black tape. Clarence states that he does not know this tall
male's name but that he saw this male take this pipe out of his pants with his
right hand when they were at the reservoir with the man who  had been beat but
he did not see if the tall male hit the male white with the pipe. Clarence
states that he was too far away from the seven guys to see who was hitting the
white male. At this time Clarence was allowed to go home with his mother and
the interview was discontinued

On this date at approx 1130hrs the undersigned along with Det Whelpley were
at the home of Clarence Thomas and spoke to Clarence's mother first and told her
that Clarence had tobe spoken to again. Mrs Thomas invited the undersigned
and Dte Whelpley into her home and then then woke up Clarence. Mrs Thomas
brought Clarence into her kitchen and he sat down asf did Mrs Thomas and at this
point the undersigned reminded both of them of there rights and again told them
they had the right to have an attorney present before speaking to the police.
Both Mrs Thomas and Clarence agreed to speak te us without an attorney present.
At this time Clarencestated that the pipe he told us about everyone was passed
back and forth between the tall guy and Antron Mc Cray but  Clarence still state
that he did not see either of them hit the guy with the pipe. When asked about
anyone else being beat in the park by this group, Clarence stated that the Bum
Lamont hit but this time Clarence states Lamont beat the Bum with three other
guy's and that they really beat the guy by punching and kicking him then they
draged this Bum off the road and on the the curb and left him there bleeding.
Clarence states he does not know the names of the three guys who beat the Bum
with Lamont by name but that Antron might know them. Clarence and his mother
agreed to show the undersigned where Antron lived and also agreed to come back
to the Central Park Pct with the undersigned. While in auto 8475 Mrs Thomas
directed the undersigned and Det Whelpley to ████████████ and stated
that Antron lived in this building in apartment ████ Det Rosario along with
Dets Rivera and Morin from Sex Crimes went into ████████████████████
██ and came out with the subject who was identified as Antron Mc Cary and his
mother Linda Mc Cray and his father Bobby MC Cary. Det Rosario informed the
undersigned that he requested Mr and Mrs Mc Cary and Antron to come to the
CPP and they agreed further Det Rosario asked that Antron wear the clothes he
had been wearing before he went to bed and this was also agreed to by both
parents and Antron. When Antron exited the building his clothes where covered
with dried mud and were very dirty. Mr and Mrs Mc Cray and Antron were trans-
ported to the CPP in Sex Crime auto 731 and Mrs Thomas and Clarence were trans-
ported in DBMSTF auto 8475.

INVESTIGATION CONTINUING

| Reporting Officer's Rank Signature Command Det _____ DBMSTF | Name Printed J FARRELL | Tax Registry No. 864831 | Supervisor's Signature Sgt. | C.O.'s Initials |

NYC022227

COMPLAINT - FOLLOW UP
PD 313-081A (Rev. 1-86)-31

| | | | | Pct | OCCB No. | Complaint No. | Date of This Report | |
|---|---|---|---|---|---|---|---|---|
| | | | | 022 | | 281 | 4/20/89 | |

| Date of Occurrence | Date Assigned | | Unit Reporting | |
|---|---|---|---|---|
| 4/20/89 | 4/20/89 | 67 | DBMSTF NIGHTWATCH | |

Victim's Name - If Different

P.S.N.Y.

003055

Unidentified F/W/20-30yrs

**DETAILS:   COMPLAINT:** VICTIM FOUND BEAT AND BOUND INSIDE CENTRAL PARK

**SUBJECT:** INTERVIEW OF CLARENCE THOMAS M/B/14yrs

1) On this date at 0700hrs the undersigned along with Det Whelpley did
interview Clarence Thomas M/B/14yrs DOB ▓▓▓▓▓ of ▓▓▓▓▓▓▓
▓▓▓▓▓▓▓ in the presence of his mother Gloria Thomas who lives at the
address. Clarence Thomas was under arrest at this time so the under-
signed informed him and his mother of there rights from a card. Both
Clarence Thomas and his mother Gloria Thomas acknowledge each right
by stating yes and on the last right they agreed to answer questions
without an attorney present. Clarence Thomas states that he and his
friend Antron Mc Cray who lives on ▓▓▓▓▓▓ and goes to JHS 117 (
Exact address unknown) were on E110th St and Madison Ave and they met
approx 15 other males all about 13 to 15 yrs old. Clarence states that
he did not know all of these males but he did know a guy named Polo
who is a M/Blor H/14yrs and he hangs out on E 110th and Madison , a guy
named Ralph M/B/15yrs who lives in the Taft projects and he knows
Lamont Mc Call ( See DD 5 Det Whelpley Re; Lamont Mc Call). Clarence
states that the group was mixed with blacks and hispanics and that they
all went into the park at E 110th and started walking into the park and
south. Clarence stated that they where just hanging out that there was
no plan on what they were going to do in the park. Clarence states that
they entered the park at approx 2010hrs and he remembers the time
because he knows that he met the group at 2000hrs and it took them
about ten minutes to talk and then walk to the park. Clarence further
states that as they walked thru the park some of the guys were throw-
ing rocks at cars but none of the cars stopped except for a cab (yellow
that did stop but did not chase the group. Clarence also states that
as they walked thru the park ( location unknown) approx eight of the
guys saw a male white40's jogging,who was wearing a sweater and blue
shorts, and these eight guys started chasing the white but after
a few minutes five of the eight returned to the group stating that the
guy got away.

Continued on page two

| Reporting Officer's Rank, Signature - Command | Name Printed | Tax Registry No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|
| Det ▓▓▓▓▓▓ DBMSTF | J. FARRELL | 864831 | Sgt | |

Farrell Exh.
4

NYC002949

COMPLAINT FOLLOW-UP INFORMATIONAL

| PCT. | Complaint No. | Date of This Report |
|------|---------------|---------------------|
| 022 | 281 | 4/20/89 |

DETAILS: CONTINUED FROM PAGE ONE RE: ASSAULT OF UNIDENTIFIED FEMALE WHITE
INSIDE CENTRAL PARK: INTERVIEW OF CLARENCE THOMAS

003056

1) Cont; Clarence does not know what happened to the other three guys who chased the male white and states that they were guys he did not know by name that they were friends of Antron Mc Cray. Clarence states that he and the rest of the group continued south in the park and then at approx the middle of the park around 96th St about seven of the guys went after and beat up another jogger at the fence near the reservoir and this was a male white ( Could supply no further description). Clarence states that he and Antron Mc Cray ran out of the park and after awhile the other guys came out and they all started walking north on Central Park West and as they walked a green van turned into the street and pulled up to the group and one of the guys in the van said that they were the police and that no one should run but everyone ran any way. Clarence states that he ran to W 100th St and turned into the park and he tripped and fell to the ground and the police caught him. Clarence further states that the others all ran in different directions

2) When questioned about anyone else who the group had hit Clarence stated that there was an old bum who was a male white or hispanic that Lamont Mc Call had hit with his fist in the back of the bum's head and knocked him to the ground. Clarence further stated that the only other person he saw in the park, outside of the three he had mentioned was some people on a bike but that they did not go after them. Clarence states that the Bumwas in the middle of the park and that the Bum was wearing a dark blue coat with grayish pants. When asked if anyone in the group had a weapon Clarence stated that there was a M/B/ in his teens tall wearing blue jeans with patches all over them and a beige trench coat and he had a pipe that was approx 14 inches long with one end taped with black tape. Clarence states that he does not know this tall male's name but that he saw this male take this pipe out of his pants with his right hand when they were at the reservoir with the man who had been beat but he did not see if the tall male hit the male white with the pipe. Clarence states that he was too far away from the seven guys to see who was hitting the white male. At this time Clarence was allowed to go home with his mother and the interview was discontinued

3) On this date at approx 1130hrs the undersigned along with Det Whelpley were at the home of Clarence Thomas and spoke to Clarence's mother first and told her that Clarence had tobe spoken to again. Mrs Thomas invited the undersigned and Dte Whelpley into her home and then went and woke up Clarence. Mrs Thomas brought Clarence into her kitchen and he sat down asf did Mrs Thomas and at this point the undersigned reminded both of them of there rights and again told them they had the right to have an attorney present before speaking to the police. Both Mrs Thomas and Clarence agreed to speak to us without an attorney present. At this time Clarence stated that the pipe he told us about before was passed back and forth between the tall guy and Antron Mc Cray but Clarence still state that he did not see either of them hit the guy with the pipe. When asked about anyone else being beat in the park by this group, Clarence stated that the Bum Lamont hit but this time Clarence states Lamont beat the Bum with three other guy's and that they really beat the guy by punching and kicking him then they draged this Bum off the road and on the the curb and left him there bleeding. Clarence states he does not know the names of there three guys who beat the Bum with Lamont by name but that Antron might know them. Clarence and his mother agreed to show the undersigned where Antron lived and also agreed to come back to the Central Park Pct with the undersigned. While in auto 8475 Mrs Thomas directed the undersigned and Det Whelpley to ████████ and stated that Antron lived in this building in apartment ████ Det Rosario along with Dets Rivera and Morin from Sex Crimes went into ████ ████ and came out with the subject who was identified as Antron Mc Cary and his mother Linda Mc Cray and his father Bobby MC Cary. Det Rosario informed the undersigned that he requested Mr and Mrs Mc Cary and Antron to come to the CPP and they agreed further Det Rosario asked that Antron wear the clothes he had been wearing before he went to bed and this was also agreed to by both parents and Antron. When Antron exited the building his clothes where covered with dried mud and they were very dirty. Mr and Mrs Mc Cray and Antron were transported to the CPP in Sex Crime auto 731 and Mrs Thomas and Clarence were transported in DBMSTF auto 8475.

INVESTIGATION CONTINUING

| Reporting Officer's Name/Signature/Command | Name Printed | Tax Registry No. | Supervisor's Signature | C.O.'s Initials |
|---------------------------------------------|--------------|------------------|------------------------|-----------------|
| Det _____ DBMSTF | J FARRELL | 864831 | Sgt. | |

CRIMINAL RECORDS SECTION

NYC362950

196

A. MCCRAY

1      Q.      Anyone other than the detectives and the DA?

2      A.      No, sir.

3              MR. DePAUL:  So, for the record, I've just

4              handed Mr. McCray Antron McCray Exhibit B.

5      Q.      Mr. McCray, can you just take a minute to review

6      that?

7              MR. DePAUL:  And for the record, it is a

8              document that was produced by plaintiff's counsel

9              and bears Bates Nos. AM019026 through AM019033.

10             (Whereupon, the Witness perused the

11             document.)

12     Q.      Mr. McCray, have you had the opportunity to

13     review this?

14     A.      Yes, sir.

15     Q.      This is a report --

16             MR. DePAUL:  Strike that.

17     Q.      Other than in the presence of your counsel,

18     Mr. McCray, have you ever seen this document before?

19     A.      I can't recall.

20     Q.      This is a report entitled "Inmate Status Report

21     for Parole Board Appearance," prepared by a M█████

22     Sanacore (phonetic), in or about October of 1994.

23             Mr. McCray, can you please turn to the sixth page

24     of this document?  It says page 6 at the top, and at the

25     bottom it bears Bates No. AM019031.

DIAMOND REPORTING   (718) 624-7200   info@diamondreporting.com
196

NYCLD_046476

P-APP000575

197
A. MCCRAY

1          And can you direct your attention to the first

2    two sentences of the first paragraph on this page?

3    A.    Yes.

4    Q.    Okay.  Mr. McCray, this states -- it says,

5    Inmate's statement.  The subject was interviewed by this

6    writer on 9/6/94, at Brookwood Secure Center.  He admitted

7    to everything but the rape and beating of the female

8    jogger.

9          Mr. McCray, did I read that correctly?

10   A.    Yes.

11   Q.    Is that true?

12            MR. WAREHAM:   Is which true?

13   Q.    Is it true that you admitted to this individual

14   that you participated in everything but the rape and

15   beating of the female jogger?

16   A.    I don't know who this individual is.  I don't --

17   this is a parole board?

18   Q.    Yes.  It was an interview with the individual who

19   prepared this document.  His name was M███████ Sanacore,

20   according to that document.

21         And, according to his report, you admitted to him

22   that you participated in everything but the rape and the

23   beating of the female jogger.

24   A.    No, sir, I don't think this is true.

25   Q.    Do you recall being interviewed by anyone before

NYCLD_046477

P-APP000576

198

A. MCCRAY

1    your parole board appearance?

2        A.    I told you I went twice.  So, which time?

3        Q.    Do you recall being interviewed by someone in

4    September of 1994 about your parole board appearance?

5        A.    No, sir.

6        Q.    So is the statement that you admitted to

7    everything but the rape and the beating of the female

8    jogger, is that mistaken?

9        A.    This is mistaken, sir.

10       Q.    Okay.  I can take that back, Mr. McCray.  We're

11   finished with it.  Thank you.

12             MR. WAREHAM:  You know, I would have let you

13             tell him -- to say, Is that one a lie?  I would

14             have let that one in.

15       Q.    So earlier before we took the break, you said

16   that you returned to your mother's apartment with Orlando?

17       A.    Yes.

18       Q.    And did your mother say anything to Orlando when

19   you were at her apartment?

20       A.    Yes.

21       Q.    What did she say?

22       A.    She said, "Thank you for bringing my son home."

23       Q.    And what did Orlando say?

24       A.    He said, "No problem."

25       Q.    And what happened after that?

NYCLD_046478

P-APP000577

199
A. MCCRAY

1      A.    Orlando left.

2      Q.    And did you have a conversation with your mother

3  at that point?

4      A.    My mother asked me was I okay, was my ankle okay.

5      Q.    And what did you say?

6      A.    I told her it was real sore.

7      Q.    And did your mother mention anything about your

8  clothes?

9      A.    Yes.

10     Q.    And what did your mother say about your clothes?

11     A.    What happened to your clothes?

12     Q.    And what did you say?

13     A.    I told her that I fell playing tag, fell in mud.

14           MR. DePAUL:  I marked another exhibit while

15           we were on the break.  It's Antron McCray Exhibit

16           C.  The mark is on the back.

17     Q.    Mr. McCray, can you take a look at that for me?

18     A.    Yes, sir.

19           MR. DePAUL:  And let the record reflect I'm

20           handing copies to counsel.

21           THE VIDEOGRAPHER:  We're now off the record

22           at approximately 3:46.

23           (Whereupon, an off-the-record

24           discussion was held.)

25           THE VIDEOGRAPHER:  Still tape No. 3.  We are

NYCLD_046479

P-APP000578

200

A. MCCRAY

1                 back on the record at approximately 3:48.

2       Q.    So, Mr. McCray, I've just handed you a document

3    which has been marked Antron McCray Exhibit C?

4                 MR. DePAUL:  I want to state for the record

5                 that this is a document which does not bear a

6                 Bates number because it was produced to both

7                 sides by the New York County District Attorney's

8                 office after a visit that both sides took to the

9                 New York County District Attorney's office to

10                decide which photographs each side wanted that

11                were in the possession of the District Attorney's

12                office.

13                     For ease of reference, we can produce

14                this document with a Bates number; but for our

15                purposes now it's not necessary.

16       Q.    So, Mr. McCray, have you had a chance to look at

17    the exhibit?

18       A.    Yes, sir.

19       Q.    And are these the clothes that you wore into

20    Central Park on April 19, 1989?

21       A.    Yes, sir.

22       Q.    And does this picture accurately reflect the

23    clothes that you wore into Central Park on April 19, 1989,

24    after you left the park?

25       A.    Yes, sir.

NYCLD_046480

P-APP000579

201

A. MCCRAY

1     Q.    Did your clothes look like this when you left

2  Central Park on April 19, 1989?

3     A.    Yes.

4     Q.    Okay.  We're finished with the exhibit.

5           So after you returned home, what did you do with

6  the clothes that you were wearing?

7     A.    I put them in the tub.

8     Q.    Did you wash the clothes at all?

9     A.    No, sir.

10    Q.    And why did you put them in the tub?

11    A.    Because my mother told me to put them in there.

12  She was going to soak them.

13    Q.    Okay.  Do you know if your mother actually soaked

14  your clothes that night?

15    A.    No, she didn't soak them, sir.

16    Q.    What happened next?

17    A.    I changed -- I changed my clothes.  I put the

18  clothes in the bathtub, like my mother said, and we got a

19  phone call.

20    Q.    What time did you get that phone call?

21    A.    I don't know.

22    Q.    And what happened next?

23    A.    We got a phone call.  I didn't answer the phone,

24  my mother did.  I was sitting down on the couch watching TV

25  and my mother asked me where was Clarence Thomas.

NYCLD_046481

P-APP000580

202
A. MCCRAY

1    Q.    How long were you home before you got the phone
2    call?
3    A.    Like a half hour, forty-five minutes.
4    Q.    Okay.  And then -- so your mother picked up the
5    phone?
6    A.    Yes.
7    Q.    Do you know who was on the line?  At the time
8    that she picked up the phone, did you know who was calling?
9    A.    At the time she picked up the phone?
10    Q.    Yeah.
11    A.    No, I didn't know who was calling.
12    Q.    And your mother asked you where Clarence Thomas
13    was?
14    A.    Yes.
15    Q.    And what did you say?
16    A.    I don't know.
17    Q.    At that point, did you know who was on the phone?
18    A.    Yes.
19    Q.    Who was on the phone?
20    A.    Clarence mother.
21    Q.    Do you know Clarence's mother's name?
22    A.    I did at that time.
23    Q.    You don't now?
24    A.    I can't remember.
25    Q.    Were your mother and Clarence Thomas' mother

NYCLD_046482

P-APP000581

203

A. MCCRAY

1    friends?

2        A.    No.

3        Q.    Did they know each other?

4        A.    Through me and Clarence.

5        Q.    Okay.  Had they -- had they -- so they met before

6    April 19, 1989?

7        A.    Yes.

8        Q.    Could you hear your mother speaking on the phone?

9        A.    Yes.

10       Q.    And what was your mother saying?

11       A.    I'll ask Tron where he's at.

12       Q.    And at that point, had she asked where he was?

13       A.    Yes.

14       Q.    Okay.  And you replied to your mother that you

15   didn't know where Clarence was?

16       A.    Yes, sir.

17       Q.    Where did you think he was?

18       A.    Right then at that point, I didn't know where he

19   was at.

20       Q.    Did you think he had been caught by the police?

21       A.    Caught or he got away or on his way home.

22       Q.    Did you tell your mother at that point that you

23   and Clarence had been in the park earlier?

24       A.    No.

25       Q.    Did you hear your mother say anything else while

DIAMOND REPORTING   (718) 624-7200   info@diamondreporting.com

NYCLD_046483

P-APP000582

A. MCCRAY

1    she was on the phone?

2        A.    Yes.

3        Q.    What did she say?

4        A.    When he get in, give me a call.

5        Q.    Okay.  And how long did that phone call last?

6        A.    I don't know, sir.

7        Q.    Was it more than five minutes?

8        A.    Yes.

9        Q.    Was it more than ten minutes?

10       A.    I don't know, sir.

11       Q.    So what happened after your mother got off the

12   phone?

13       A.    My mother asked me again where's Clarence.

14       Q.    Okay.  And what did you say?

15       A.    I told her I didn't know.

16       Q.    Did you say anything else?

17       A.    She said -- that was it.  She asked me where was

18   he at.  I just told her I didn't know.

19       Q.    And at that point, did you tell her that you had

20   been in Central Park?

21       A.    No.

22       Q.    Why not?

23       A.    Because I know I wasn't supposed to be in Central

24   Park.

25       Q.    What happened next?

NYCLD_046484

P-APP000583