Page 312

| | | |
|---|---|---|
| 1 | kids? | 10:01:33 |
| 2 | A.    I don't recall any description. | 10:01:33 |
| 3 | Q.    Did they say where the assault | 10:01:35 |
| 4 | had occurred in Central Park? | 10:01:38 |
| 5 | MS. DAITZ:  Objection to form. | 10:01:40 |
| 6 | A.    No, sir. | 10:01:41 |
| 7 | Q.    Was there an occasion whether | 10:01:43 |
| 8 | the assault had occurred by 72nd Street? | 10:01:48 |
| 9 | MS. DAITZ:  Objection to form. | 10:01:53 |
| 10 | A.    I just testified that that | 10:01:54 |
| 11 | wasn't mentioned. | 10:01:56 |
| 12 | Q.    And was there a description of | 10:01:56 |
| 13 | the person, the person, the female jogger | 10:02:07 |
| 14 | who had been attacked or the one who was | 10:02:11 |
| 15 | likely to die, was there any description | 10:02:14 |
| 16 | of her? | 10:02:17 |
| 17 | A.    No, sir. | 10:02:17 |
| 18 | Q.    Did you ask? | 10:02:17 |
| 19 | A.    I asked to be briefed on the | 10:02:18 |
| 20 | case. | 10:02:22 |
| 21 | Q.    Whom did you ask? | 10:02:23 |
| 22 | A.    I asked Inspector James Power. | 10:02:25 |
| 23 | Q.    And what did Inspector Power say | 10:02:30 |
| 24 | to you? | 10:02:33 |
| 25 | A.    He said he was too busy at the | 10:02:33 |

NYCLD_044003

P-APP000832

Page 313

| | | |
|---|---|---|
| 1 | time to brief me. | 10:02:36 |
| 2 | Q.    Was that a normal procedure in | 10:02:37 |
| 3 | your experience as a detective? | 10:02:39 |
| 4 | A.    Certainly in my experience as a | 10:02:40 |
| 5 | detective, I'm just coming in, I see this | 10:02:43 |
| 6 | large group of detectives, I certainly | 10:02:45 |
| 7 | want to be brought up to speed on what's | 10:02:48 |
| 8 | going on. | 10:02:50 |
| 9 | Q.    And so your expectation would be | 10:02:51 |
| 10 | that you would be briefed before you would | 10:02:53 |
| 11 | be sent anyplace? | 10:02:55 |
| 12 | A.    Yes, sir. | 10:02:57 |
| 13 | Q.    And that didn't happen? | 10:02:57 |
| 14 | A.    No, sir. | 10:02:58 |
| 15 | Q.    Did you ask any of the other | 10:02:59 |
| 16 | detectives -- | 10:03:01 |
| 17 | MR. WAREHAM:  Withdrawn. | 10:03:03 |
| 18 | Q.    When you arrived there, there | 10:03:04 |
| 19 | were other detectives there, you said? | 10:03:05 |
| 20 | A.    Yes, sir, a lot. | 10:03:08 |
| 21 | Q.    Mainly from Manhattan North? | 10:03:09 |
| 22 | A.    Yes, sir. | 10:03:11 |
| 23 | Q.    And did you ask any of them | 10:03:11 |
| 24 | after Power, Inspector Power, is it | 10:03:16 |
| 25 | inspector? | 10:03:19 |

NYCLD_044004

P-APP000833

Page 314

1      A.     Yes, Deputy Inspector.            10:03:20

2      Q.     Deputy Inspector Power said he    10:03:21

3  couldn't brief you at that time.  Did you    10:03:25

4  ask any of the other officers who had been   10:03:27

5  there what was happening?                     10:03:30

6      A.     I don't believe I had a chance    10:03:32

7  because I was assigned.                        10:03:33

8      Q.     Who assigned you?                  10:03:34

9      A.     Sergeant T. J. O'Connor.           10:03:35

10      Q.     What did he assign you to do?      10:03:38

11      A.     He assigned me, along with        10:03:44

12  Detective Jonza and Detective Hall, to go    10:03:46

13  with a group of uniformed police officers    10:03:51

14  who were in a van, a marked van to the        10:03:54

15  vicinity of Central Park West between 97th    10:03:57

16  Street and West 100th Street to search for   10:04:02

17  a length of pipe that was allegedly used     10:04:06

18  in the assaults.                              10:04:12

19      Q.     Did they give you a description   10:04:13

20  of the pipe?                                   10:04:15

21      A.     Nothing more than a length of     10:04:16

22  pipe.                                          10:04:19

23      Q.     And were you satisfied with that  10:04:19

24  description?                                   10:04:32

25          MS. DAITZ:  Objection to form.       10:04:33

NYCLD_044005

P-APP000834

Page 315

1      A.     I mean, it would have been nicer        10:04:34

2   if I would have gotten an exact                   10:04:38

3   description, but quite often that's not           10:04:41

4   the case.                                         10:04:43

5      Q.     And as a -- would that be --            10:04:44

6   would you consider that search for a pipe         10:04:50

7   a routine assignment for a detective from         10:04:53

8   Manhattan North Homicide?                         10:04:55

9           MS. DAITZ:  Objection.                    10:04:57

10     A.     I don't know.  I mean, as a             10:04:58

11  detective, you're part of the New York           10:05:03

12  City Police Department which is a                 10:05:06

13  paramilitary organization, and you take          10:05:07

14  orders and you obey orders, and you take         10:05:10

15  assignments and you perform your                  10:05:12

16  assignments.  I mean, this was my                 10:05:14

17  assignment, and that's what I did.               10:05:16

18     Q.     Understanding the paramilitary          10:05:18

19  nature, what you said was the paramilitary       10:05:27

20  nature of the New York City Police               10:05:31

21  Department, notwithstanding that, what was       10:05:33

22  your reaction to being given that                 10:05:36

23  assignment?                                       10:05:37

24          MS. DAITZ:  Objection.                    10:05:38

25     A.     I don't recall having a reaction        10:05:39

NYCLD_044006

P-APP000835

Page 316

| | | |
|---|---|---|
| 1 | at all, sir. | 10:05:40 |
| 2 | Q.    Do you think it was a useful, | 10:05:41 |
| 3 | efficient use of your skills? | 10:05:45 |
| 4 | MS. DAITZ:   Objection. | 10:05:49 |
| 5 | A.    Well, certainly the recovery of | 10:05:50 |
| 6 | a weapon used in an assault would be | 10:05:53 |
| 7 | useful to the investigation. | 10:05:56 |
| 8 | Q.    So you, Detective Jonza and | 10:06:00 |
| 9 | Detective Hall went along with how many | 10:06:03 |
| 10 | other people? | 10:06:04 |
| 11 | A.    A group of, I'm approximating | 10:06:05 |
| 12 | now because it's been so long, four or | 10:06:09 |
| 13 | five uniformed officers in a marked van, | 10:06:13 |
| 14 | and we separately in an unmarked car. | 10:06:17 |
| 15 | Q.    And so you went to the area you | 10:06:19 |
| 16 | indicated? | 10:06:22 |
| 17 | A.    Yes, sir. | 10:06:22 |
| 18 | Q.    And then what happened? | 10:06:22 |
| 19 | A.    To the best of my recollection, | 10:06:23 |
| 20 | we kind of split up.  I think some, the | 10:06:30 |
| 21 | uniformed cops might have gone up towards | 10:06:33 |
| 22 | 100th Street, some stayed with us at 97th | 10:06:37 |
| 23 | Street. | 10:06:37 |
| 24 | We climbed over the wall, and we | 10:06:41 |
| 25 | walked along on the inside of the wall | 10:06:43 |

NYCLD_044007

P-APP000836

Page 317

1    looking to see if there was a pipe.              10:06:46
2        Q.     You, Detective Jonza and Hall         10:06:48
3    rode together over to that area?                 10:06:54
4        A.     Yes, sir.                             10:06:56
5        Q.     What is D4?                           10:06:56
6            MS. DAITZ:   Objection.                  10:07:03
7        Q.     D4?                                   10:07:04
8        A.     I have no idea.                       10:07:05
9        Q.     Yesterday there was some              10:07:07
10   testimony around you went to D4.  Do you         10:07:10
11   know, is that a geographical location?           10:07:12
12       A.     I have no idea what D4 refers         10:07:15
13   to.                                              10:07:17
14       Q.     On your way to the location, did      10:07:17
15   you and Detective Jonza and Hall have a          10:07:20
16   discussion around what's going on?               10:07:24
17       A.     I'm sure we had some kind of a        10:07:26
18   discussion, but I don't recall exactly           10:07:29
19   what we said.                                    10:07:31
20       Q.     Did you know whether you asked        10:07:33
21   them had they found out what was happening       10:07:35
22   with this case?                                  10:07:37
23       A.     My assumption was that they           10:07:39
24   didn't because they were standing next to        10:07:42
25   me when I asked Power.                           10:07:44

NYCLD_044008

P-APP000837

Page 318

| | | |
|---|---|---|
| 1 | Q.    Was there any, if you remember, | 10:07:46 |
| 2 | was there any discussion around there | 10:07:49 |
| 3 | certainly are a lot of people involved | 10:07:52 |
| 4 | with this, a lot of members of service | 10:07:57 |
| 5 | involved with this case at this point? | 10:07:59 |
| 6 | MS. DAITZ:  Objection. | 10:08:02 |
| 7 | A.    Once again, I don't remember any | 10:08:02 |
| 8 | specific conversation about that. | 10:08:05 |
| 9 | Q.    How long did you spend searching | 10:08:06 |
| 10 | for the pipe? | 10:08:14 |
| 11 | A.    Not long.  As long as it would | 10:08:14 |
| 12 | take you to walk the length, I guess, | 10:08:19 |
| 13 | examine, look, a half hour maybe. | 10:08:24 |
| 14 | Q.    And during that time, were you | 10:08:30 |
| 15 | in communication with your fellow | 10:08:35 |
| 16 | officers? | 10:08:38 |
| 17 | MS. DAITZ:  Objection. | 10:08:40 |
| 18 | A.    I don't know what you mean by | 10:08:40 |
| 19 | communication.  We probably had some | 10:08:43 |
| 20 | conversation as we walked along the park, | 10:08:45 |
| 21 | yeah. | 10:08:47 |
| 22 | Q.    Was there any further discussion | 10:08:48 |
| 23 | around, you know, what is this case about? | 10:08:50 |
| 24 | A.    It's a long time ago.  I can't | 10:08:54 |
| 25 | remember any specific conversations. | 10:08:57 |

NYCLD_044009

P-APP000838

Page 319

1    Q.    At the point when -- you said          10:08:58
2    you think it was about a half an hour?        10:09:16
3    A.    It's an approximation on my            10:09:19
4    part, yes.  I'm not certain.  I mean, we      10:09:21
5    didn't spend hours there, let's put it        10:09:25
6    that way.                                      10:09:31
7    Q.    Do you remember approximately          10:09:31
8    what time it was that you arrived at the      10:10:23
9    Central Park Precinct when you first came     10:10:30
10   from the 25th?                                10:10:32
11   A.    I'd have to give you an               10:10:33
12   approximate time.  I'd say maybe 4:30 or      10:10:35
13   something like that.                          10:10:40
14   Q.    And how soon after that did you       10:10:41
15   leave to go to 97th Street?                   10:10:44
16   A.    Fairly soon.                          10:10:47
17   Q.    Five minutes, ten minutes, 15        10:10:50
18   minutes?                                       10:10:52
19   A.    Maybe 15 minutes.                     10:10:53
20   Q.    And you said you spent              10:10:54
21   approximately a half an hour or more         10:10:59
22   searching for it.  After you finished        10:11:02
23   searching, did you find anything, did you    10:11:04
24   find the pipe?                                10:11:06
25   A.    No, we didn't.                       10:11:07

NYCLD_044010

P-APP000839

Page 320

| | | |
|---|---|---|
| 1 | Q.    What did you do after that? | 10:11:09 |
| 2 | A.    Myself, Detective Jonza, | 10:11:12 |
| 3 | Detective Hall got back in our car, and we | 10:11:19 |
| 4 | returned to the Central Park Precinct. | 10:11:23 |
| 5 | Q.    And when you returned, were | 10:11:29 |
| 6 | there any more -- was there any activity | 10:11:31 |
| 7 | outside of the precinct? | 10:11:33 |
| 8 | A.    Yes. | 10:11:35 |
| 9 | Q.    What, please describe what you | 10:11:36 |
| 10 | saw. | 10:11:40 |
| 11 | A.    Members of the media had begun | 10:11:41 |
| 12 | to gather in the parking lot.  I think I | 10:11:45 |
| 13 | saw one or two news trucks, that's how I | 10:11:49 |
| 14 | knew there was media. | 10:11:53 |
| 15 | Q.    Were you familiar with any of | 10:11:54 |
| 16 | the media members that you saw there? | 10:11:56 |
| 17 | A.    I can't say as I, going back all | 10:11:58 |
| 18 | those years, I may have seen someone I | 10:12:07 |
| 19 | recognized from the local news.  Sitting | 10:12:10 |
| 20 | here today, I can't be exact. | 10:12:12 |
| 21 | Q.    Would it be fair to say that you | 10:12:13 |
| 22 | were a well-known member of the service to | 10:12:15 |
| 23 | the local news due to your work in prior | 10:12:21 |
| 24 | cases? | 10:12:27 |
| 25 | MS. DAITZ:  Objection. | 10:12:27 |

NYCLD_044011

P-APP000840

Page 321

1      A.     Some of my prior cases generated      10:12:29

2   media attention, if that's what you're         10:12:33

3   referring to.                                   10:12:35

4      Q.     Right.  But that they knew, the       10:12:36

5   media knew you, Detective Michael Sheehan,      10:12:39

6   as a key person in those prior cases?           10:12:42

7           MS. DAITZ:  Objection.                  10:12:45

8      A.     I don't know what my perception       10:12:46

9   was at the time by the media.  I mean,          10:12:49

10  they perhaps saw me testify or perhaps          10:12:54

11  they saw me involved in another case, I         10:12:57

12  don't know.                                     10:13:00

13     Q.     For example, in the Chambers,         10:13:00

14  during the Chambers case --                     10:13:02

15     A.     Yes, sir.                             10:13:04

16     Q.     -- did you do media interviews?       10:13:05

17     A.     During the case?                      10:13:07

18     Q.     Yes.                                  10:13:08

19     A.     I don't believe I did, no, sir.       10:13:09

20     Q.     Following the case, did you, did      10:13:11

21  you conduct media interviews?                   10:13:15

22     A.     I may have, yes.  I do recall         10:13:17

23  one, yes, I think so.                           10:13:21

24     Q.     You were interviewed once            10:13:24

25  following the Chambers case?                    10:13:28

NYCLD_044012

P-APP000841

Page 322

| | | |
|---|---|---|
| 1 | A. One that I remember. I don't | 10:13:30 |
| 2 | know if there perhaps could have been more | 10:13:32 |
| 3 | than one. | 10:13:35 |
| 4 | Q. As you came into the precinct as | 10:13:35 |
| 5 | you returned to the Central Park Precinct, | 10:13:45 |
| 6 | did any of the media members call out to | 10:13:49 |
| 7 | you? | 10:13:51 |
| 8 | A. No, sir. | 10:13:51 |
| 9 | Q. Did they call out to any of the | 10:13:52 |
| 10 | other detectives? | 10:13:55 |
| 11 | A. Not that I recall. | 10:13:55 |
| 12 | Q. Nobody was questioning, you | 10:13:56 |
| 13 | know, what's going on, Mike? | 10:13:59 |
| 14 | MS. DAITZ: Objection. | 10:14:03 |
| 15 | A. Not that I recall. | 10:14:04 |
| 16 | Q. So when you got back in the | 10:14:05 |
| 17 | precinct, the Central Park Precinct, was | 10:14:08 |
| 18 | it still crowded? | 10:14:10 |
| 19 | A. Not as hectic, you know. Not | 10:14:12 |
| 20 | as, not as confusing. It seemed to be | 10:14:23 |
| 21 | less, less guys. | 10:14:27 |
| 22 | Q. And you still were looking to be | 10:14:31 |
| 23 | briefed? | 10:14:33 |
| 24 | A. Yes, sir. | 10:14:34 |
| 25 | Q. And when you got back, what | 10:14:34 |

NYCLD_044013

P-APP000842

Page 323

| | | |
|---|---|---|
| 1 | happened? | 10:14:38 |
| 2 | A.    I had a conversation with | 10:14:38 |
| 3 | Lieutenant Doyle, Lieutenant Jack Doyle, | 10:14:39 |
| 4 | Commanding Officer. | 10:14:49 |
| 5 | Q.    What was that conversation? | 10:14:50 |
| 6 | A.    I reported to him that we had | 10:14:51 |
| 7 | gone with the uniformed personnel to | 10:14:54 |
| 8 | search for a length of pipe, and the | 10:14:56 |
| 9 | results of the search were negative.  And, | 10:14:58 |
| 10 | you know, could he enlighten us a little | 10:15:01 |
| 11 | further as to what was happening or what | 10:15:06 |
| 12 | happened the night before in Central Park. | 10:15:08 |
| 13 | Q.    And what did Lieutenant Doyle | 10:15:11 |
| 14 | say? | 10:15:13 |
| 15 | A.    Lieutenant Doyle said there's a | 10:15:13 |
| 16 | number of victims, a variety of injuries, | 10:15:17 |
| 17 | and there are a number of suspects, all | 10:15:27 |
| 18 | young, all males.  The investigation is | 10:15:31 |
| 19 | continuing, and he then directed me to the | 10:15:37 |
| 20 | youth room. | 10:15:45 |
| 21 | Q.    And the description he gave to | 10:15:49 |
| 22 | you was a number of injuries? | 10:15:54 |
| 23 | A.    Yes. | 10:15:57 |
| 24 | Q.    A number of suspects? | 10:15:58 |
| 25 | A.    Yes. | 10:16:00 |

NYCLD_044014

P-APP000843

Page 324

| | | | |
|---|---|---|---|
| 1 | Q. | Young and male? | 10:16:01 |
| 2 | | MS. DAITZ:  Objection. | 10:16:04 |
| 3 | A. | Yes, sir. | 10:16:08 |
| 4 | Q. | That was the discussion, it | 10:16:08 |
| 5 | wasn't male black or male Hispanic or male | | 10:16:10 |
| 6 | white? | | 10:16:16 |
| 7 | A. | I don't think there was any | 10:16:16 |
| 8 | further description at the time, no, sir. | | 10:16:18 |
| 9 | Q. | In your experience as a police | 10:16:20 |
| 10 | officer and as a detective, when | | 10:16:24 |
| 11 | descriptions are being given, isn't it | | 10:16:30 |
| 12 | normally gender and then race? | | 10:16:34 |
| 13 | | MS. DAITZ:  Objection. | 10:16:39 |
| 14 | A. | Depending on the case, yes, sir. | 10:16:40 |
| 15 | Q. | But would you agree that the | 10:16:44 |
| 16 | standard description is male white, male | | 10:16:49 |
| 17 | black? | | 10:16:53 |
| 18 | A. | Male white, male black. | 10:16:53 |
| 19 | | MS. DAITZ:  Objection to the | 10:16:56 |
| 20 | standard description. | | 10:16:57 |
| 21 | A. | I mean, once again, it would | 10:16:58 |
| 22 | depend on the case. | | 10:17:01 |
| 23 | Q. | But your testimony is in this | 10:17:02 |
| 24 | case he just stopped with young male? | | 10:17:11 |
| 25 | | MS. DAITZ:  Objection. | 10:17:14 |

NYCLD_044015

P-APP000844

Page 325

1      A.      To the best of my recollection,      10:17:14

2   yes, sir.                                        10:17:16

3      Q.      Was there any description of the      10:17:17

4   victims?                                         10:17:18

5      A.      Not at this time, no, sir.            10:17:19

6      Q.      Did you ask about who were the        10:17:21

7   victims?                                         10:17:28

8      A.      To the best of my recollection,       10:17:28

9   I don't think I had a chance to ask              10:17:32

10  because I was assigned a second                  10:17:33

11  assignment.                                      10:17:36

12     Q.      While you were talking with           10:17:37

13  Lieutenant Doyle?                                10:17:40

14     A.      Right.                                10:17:41

15     Q.      Someone came up and gave you,         10:17:41

16  and said cut this -- well, Lieutenant            10:17:45

17  Doyle was the commander; is that correct?        10:17:47

18     A.      It was Doyle himself who              10:17:50

19  directed me to my next assignment.               10:17:51

20     Q.      What did Lieutenant Doyle say?        10:17:54

21     A.      He directed me to the Central         10:17:56

22  Park Precinct youth room.                        10:17:59

23     Q.      And what were you supposed to do      10:18:01

24  there?                                           10:18:03

25     A.      In the youth room I met               10:18:04

NYCLD_044016

P-APP000845

Page 326

| | | |
|---|---|---|
| 1 | Detective Hartigan, John Hartigan, | 10:18:09 |
| 2 | Detective Burt Arroyo, Sergeant T. J. | 10:18:13 |
| 3 | O'Connor was there, Detective Jonza and | 10:18:20 |
| 4 | Detective Hall were with me.  And I was | 10:18:24 |
| 5 | introduced to, actually Hartigan | 10:18:27 |
| 6 | introduced me to Raymond Santana. | 10:18:32 |
| 7 | Q.    And then what happened? | 10:18:39 |
| 8 | A.    Hartigan advised me that Raymond | 10:18:43 |
| 9 | was cooperating in the investigation, that | 10:18:52 |
| 10 | he had been part of the group involved in | 10:18:56 |
| 11 | the assaults, and he was 14 years old. | 10:18:59 |
| 12 | Hartigan said he had taken a | 10:19:08 |
| 13 | statement from him earlier.  His | 10:19:11 |
| 14 | grandmother was present for that, and that | 10:19:18 |
| 15 | he was going to give another statement, | 10:19:23 |
| 16 | that he had more information. | 10:19:33 |
| 17 | And Hartigan was being, I guess | 10:19:39 |
| 18 | sent home.  He had worked all night, and | 10:19:43 |
| 19 | that I was going to take this over, | 10:19:47 |
| 20 | myself, Jonza and Hall, at sometime take a | 10:19:50 |
| 21 | second statement, and reach out for | 10:19:58 |
| 22 | Raymond's father. | 10:20:02 |
| 23 | Q.    So he indicated that the first | 10:20:11 |
| 24 | statement, Raymond's grandmother had been | 10:20:15 |
| 25 | present? | 10:20:18 |

NYCLD_044017

P-APP000846

Page 327

```
1      A.    Yes, sir.                        10:20:19
2      Q.    Did he tell you that there was a  10:20:19
3  problem because Raymond's grandmother did  10:20:30
4  not speak English?                         10:20:33
5      A.    I don't recall that              10:20:35
6  conversation, no, sir.                     10:20:36
7      Q.    He didn't mention that at all?   10:20:37
8      A.    As I sit here today, to the best 10:20:40
9  of my recollection, he didn't.             10:20:42
10     Q.    Did he show you the statement?   10:20:44
11     A.    He did not show it to me to      10:20:53
12 read.  He kind of pointed to it.  It was   10:20:58
13 on the desk.                               10:21:01
14     Q.    Did you ask to read it?          10:21:02
15     A.    No, sir.                         10:21:08
16     Q.    Why not?                         10:21:11
17     A.    No reason, sir.  I don't, I      10:21:20
18 don't recall why not.                      10:21:26
19     Q.    Well, you had indicated earlier  10:21:28
20 that you, you know, you wanted to be       10:21:32
21 briefed on this case, correct?            10:21:34
22     A.    Yes, sir.                        10:21:35
23     Q.    And now you had one of the       10:21:36
24 suspects who had given a statement.        10:21:41
25     A.    Yes, sir.                        10:21:43
```

NYCLD_044018

P-APP000847

Page 328

| | | |
|---|---|---|
| 1 | Q.    And the detective who took the | 10:21:44 |
| 2 | statement told you that he was | 10:21:48 |
| 3 | cooperating, this person Raymond was | 10:21:52 |
| 4 | cooperating. | 10:21:54 |
| 5 | A.    Yes, sir. | 10:21:54 |
| 6 | Q.    And that he needed to take | 10:21:55 |
| 7 | another statement. | 10:21:58 |
| 8 | A.    Yes, sir. | 10:21:58 |
| 9 | Q.    And so you have an opportunity | 10:21:59 |
| 10 | to find out what it is this cooperating | 10:22:04 |
| 11 | suspect is alleged to have done or has | 10:22:08 |
| 12 | signed a statement saying that he did, | 10:22:13 |
| 13 | correct? | 10:22:15 |
| 14 | MS. DAITZ:  Objection. | 10:22:15 |
| 15 | A.    I don't know what you mean by | 10:22:15 |
| 16 | the opportunity to find out. | 10:22:19 |
| 17 | Q.    Well, he was cooperating, and he | 10:22:20 |
| 18 | wrote a statement or a statement was | 10:22:28 |
| 19 | written that he supposedly signed and the | 10:22:32 |
| 20 | statement was there on the table. | 10:22:34 |
| 21 | A.    Okay. | 10:22:35 |
| 22 | Q.    And you were going to take the | 10:22:39 |
| 23 | case over -- | 10:22:41 |
| 24 | MS. DAITZ:  Objection. | 10:22:42 |
| 25 | Q.    -- for Detective Hartigan. | 10:22:43 |

NYCLD_044019

P-APP000848

Page 329

1    A.    I was not going to take the case         10:22:43

2  over.  I was going to re-interview               10:22:44

3  Raymond.                                          10:22:44

4    Q.    But you were taking over the             10:22:44

5  responsibility that Detective Hartigan           10:22:46

6  had?                                              10:22:49

7           MS. DAITZ:  Objection.                  10:22:49

8    Q.    Is that right?                           10:22:50

9    A.    I was going to re-interview              10:22:50

10  Raymond, that was my assignment.                 10:22:52

11    Q.    But he said he was going home,          10:22:52

12  and it was your testimony that he was            10:22:55

13  going to take it over -- that you were           10:22:57

14  going to take it over.                           10:22:58

15    A.    My testimony was, that was my           10:23:00

16  second assignment was to interview               10:23:02

17  Raymond, re-interview Raymond.                   10:23:05

18    Q.    So given that, why wouldn't you         10:23:14

19  look at the statement right then since you       10:23:18

20  had said you wanted to be briefed, and now       10:23:20

21  you had the opportunity to do it?                10:23:22

22           MS. DAITZ:  Objection.                 10:23:24

23    A.    To the best of my recollection,         10:23:25

24  I believe Lieutenant Doyle picked up the         10:23:28

25  statement and asked us to take Raymond out       10:23:31

NYCLD_044020

P-APP000849

Page 330

| | | |
|---|---|---|
| 1 | of the precinct. | 10:23:38 |
| 2 | He wanted to move the | 10:23:41 |
| 3 | investigation to the 20th Precinct for | 10:23:42 |
| 4 | security reasons because, because of the | 10:23:46 |
| 5 | media had been gathering.  And we had had | 10:23:50 |
| 6 | problems at the Central Park Precinct in | 10:23:53 |
| 7 | the past because it's, it's, it doesn't | 10:23:56 |
| 8 | give itself to a secure setting. | 10:24:04 |
| 9 | Q.    So you were going to take | 10:24:06 |
| 10 | Raymond to the 20th Precinct? | 10:24:10 |
| 11 | A.    Yes, sir. | 10:24:12 |
| 12 | Q.    So why didn't you take the | 10:24:12 |
| 13 | statement with you? | 10:24:15 |
| 14 | A.    Because Lieutenant Doyle took | 10:24:15 |
| 15 | it. | 10:24:18 |
| 16 | Q.    Did you ask Lieutenant Doyle can | 10:24:18 |
| 17 | I take the statement so I can read it on | 10:24:21 |
| 18 | the way over to the 20th Precinct? | 10:24:24 |
| 19 | MS. DAITZ:  Objection. | 10:24:25 |
| 20 | A.    I don't recall asking him, and I | 10:24:25 |
| 21 | certainly didn't take the statement. | 10:24:29 |
| 22 | Q.    Didn't you want to know what was | 10:24:30 |
| 23 | in the statement? | 10:24:36 |
| 24 | MS. DAITZ:  Objection. | 10:24:36 |
| 25 | A.    Well, I was going to | 10:24:37 |

NYCLD_044021

P-APP000850

Page 331

```
 1   re-interview Raymond.  I mean --            10:24:39
 2        Q.    My question is, didn't you at    10:24:43
 3   that time when Raymond was there and the    10:24:46
 4   statement was there, didn't you want to     10:24:48
 5   know what was in the statement?             10:24:50
 6        A.    I don't recall if I wanted to    10:24:52
 7   know back then what was in the statement    10:24:53
 8   or if I wanted to, you know, find out from  10:24:55
 9   Raymond.                                     10:25:00
10        Q.    And in the discussion you had    10:25:00
11   with Detective Hartigan when he described   10:25:10
12   what you set out before, did Detective      10:25:14
13   Hartigan mention that he had just taken a   10:25:18
14   statement from Raymond that he had been     10:25:22
15   involved in the rape of the jogger?         10:25:24
16        A.    No, sir.                         10:25:29
17        Q.    He didn't mention that at all?   10:25:29
18        A.    No, sir.                         10:25:31
19        Q.    You saw Detective Hartigan at    10:25:32
20   approximately what time, 6:00 p.m.?  You    10:25:36
21   had just --                                 10:25:41
22        A.    I, I don't want to give you an   10:25:43
23   exact time because I'd be approximating.    10:25:48
24   Maybe slightly before six.                  10:25:53
25        Q.    Because you had just returned    10:25:56
```

NYCLD_044022

P-APP000851

Page 332

| | | |
|---|---|---|
| 1 | from 97th Street? | 10:26:02 |
| 2 | A.    Right. | 10:26:03 |
| 3 | Q.    And so slightly before six.   And | 10:26:04 |
| 4 | Detective Hartigan never mentioned that we | 10:26:09 |
| 5 | have a possible rape and murder? | 10:26:12 |
| 6 | MS. DAITZ:   Objection. | 10:26:14 |
| 7 | A.    That was never mentioned. | 10:26:15 |
| 8 | Q.    Let me show you what has, this | 10:26:17 |
| 9 | is out of order, but what has been marked | 10:26:26 |
| 10 | as Exhibit Sheehan 39.   This is the | 10:26:31 |
| 11 | statement. | 10:26:46 |
| 12 | MS. DAITZ:   Thank you.   39 you | 10:26:48 |
| 13 | said? | 10:26:54 |
| 14 | MR. WAREHAM:   39, yes. | 10:26:54 |
| 15 | MS. DAITZ:   This is a document | 10:27:02 |
| 16 | bearing Bates stamp number YS001098, 1099 | 10:27:04 |
| 17 | and 1100. | 10:27:09 |
| 18 | Q.    And this is the copy of the | 10:27:10 |
| 19 | statement that you eventually saw, that | 10:27:14 |
| 20 | Detective Hartigan had taken from Mr. | 10:27:17 |
| 21 | Santana that you eventually saw.  Do you | 10:27:20 |
| 22 | recognize this? | 10:27:23 |
| 23 | A.    Yes, sir, I do. | 10:27:24 |
| 24 | Q.    And let me direct you to the | 10:27:25 |
| 25 | last page, the Bates number YS001100. | 10:27:31 |

NYCLD_044023

P-APP000852

Page 333

| | | |
|---|---|---|
| 1 | A.     Right. | 10:27:36 |
| 2 | MS. DAITZ:  I just would note | 10:27:43 |
| 3 | that the redactions on this version, I | 10:27:45 |
| 4 | think that this was the version that was | 10:27:47 |
| 5 | used in court and not the version that was | 10:27:50 |
| 6 | available then.  I don't know if that was | 10:27:52 |
| 7 | your intention or not. | 10:27:55 |
| 8 | MR. WAREHAM:  No, no, that's the | 10:27:56 |
| 9 | one that I saw, I'm sorry. | 10:28:00 |
| 10 | Q.     I direct you to the paragraph | 10:28:02 |
| 11 | that begins 1740 hours. | 10:28:08 |
| 12 | A.     Yes, sir. | 10:28:13 |
| 13 | Q.     And have you read that | 10:28:14 |
| 14 | paragraph?  Please read it. | 10:28:22 |
| 15 | A.     Sure.  Okay. | 10:28:23 |
| 16 | Q.     Let me just -- you're familiar | 10:28:59 |
| 17 | with this exhibit, correct? | 10:29:06 |
| 18 | A.     Yes, sir. | 10:29:07 |
| 19 | Q.     Okay.  Let me just ask you, | 10:29:08 |
| 20 | before we get to the one beginning 1740 | 10:29:10 |
| 21 | hours, would it be fair to say that the, | 10:29:14 |
| 22 | just above the paragraph that begins 1740 | 10:29:17 |
| 23 | hours, there is a paragraph that begins, | 10:29:21 |
| 24 | that says this statement signed at 1640 | 10:29:25 |
| 25 | hours. | 10:29:29 |

NYCLD_044024

P-APP000853

Page 334

| | | |
|---|---|---|
| 1 | A.   Yes, sir. | 10:29:29 |
| 2 | Q.   Also present during statement is | 10:29:29 |
| 3 | grandmother of Raymond Santana, Nevita | 10:29:29 |
| 4 | Colon of ███████████████████ | 10:29:35 |
| 5 | And that statement that I just | 10:29:39 |
| 6 | read is in reference to the first part, | 10:29:42 |
| 7 | the first two pages of the statement. | 10:29:47 |
| 8 | A.   Right. | 10:29:48 |
| 9 | MS. DAITZ:  Objection. | 10:29:49 |
| 10 | Q.   Would it be fair to say that the | 10:29:50 |
| 11 | first, the first, the prior statement that | 10:29:52 |
| 12 | this refers to sets out some of the events | 10:29:58 |
| 13 | that occurred in the park, you know, fair? | 10:30:02 |
| 14 | MS. DAITZ:  Do you want him to | 10:30:07 |
| 15 | read it again? | 10:30:09 |
| 16 | A.   Yes, I'm familiar with it, yes, | 10:30:09 |
| 17 | sir. | 10:30:11 |
| 18 | Q.   It does not deal with the attack | 10:30:11 |
| 19 | on the jogger -- | 10:30:14 |
| 20 | MS. DAITZ:  Objection. | 10:30:16 |
| 21 | Q.   -- in his first statement? | 10:30:16 |
| 22 | MS. DAITZ:  The female jogger? | 10:30:18 |
| 23 | MR. WAREHAM:  The female jogger. | 10:30:21 |
| 24 | A.   That's correct. | 10:30:22 |
| 25 | Q.   Patricia Meili. | 10:30:23 |

NYCLD_044025

P-APP000854

Page 335

```
1        A.    Yes.                              10:30:24

2        Q.    Okay.  So this statement we just  10:30:25

3   read is all the events that did not         10:30:27

4   include the attack on Patricia Meili?       10:30:30

5             MS. DAITZ:  Objection to form.     10:30:32

6        A.    What was your question again?     10:30:33

7        Q.    I'm getting to my question.       10:30:38

8   This was at 1640 hours which in civilian    10:30:43

9   terms would be?                             10:30:47

10       A.    4:40.                             10:30:47

11       Q.    P.m. on April 20th?              10:30:49

12       A.    20th, yeah.                       10:30:52

13       Q.    And that statement has the,       10:30:53

14  those -- it's signed by Raymond Santana,    10:30:58

15  Jr.?                                         10:31:02

16       A.    Yes.                              10:31:02

17       Q.    And signed by detective, is that  10:31:03

18  Detective Hartigan?                          10:31:09

19       A.    That might be Arroyo, actually.   10:31:12

20            MS. DAITZ:  Where are you          10:31:15

21  looking?  There are signatures all over     10:31:16

22  this page.                                   10:31:18

23            MR. WAREHAM:  What?                10:31:19

24            MS. DAITZ:  There are signatures   10:31:20

25  all over the page.  Where are you looking?   10:31:21
```

NYCLD_044026

P-APP000855

Page 336

| 1 | MR. WAREHAM:   I'm looking at | 10:31:23 |
| 2 | just above the statement, the statement | 10:31:24 |
| 3 | signed that says Raymond Santana, | 10:31:25 |
| 4 | detective, I can't read the handwriting. | 10:31:26 |
| 5 | But there's a detective, shield number | 10:31:31 |
| 6 | 365. | 10:31:35 |
| 7 | A.     Hu-huh. | 10:31:36 |
| 8 | Q.     Is there a signature of | 10:31:36 |
| 9 | Raymond's grandmother?  Do you see a | 10:31:42 |
| 10 | signature for Ms. Nevita Colon on that | 10:31:44 |
| 11 | statement, anywhere on that statement? | 10:31:49 |
| 12 | A.     No, I do not. | 10:31:50 |
| 13 | Q.     And on the prior two pages, | 10:31:51 |
| 14 | there are, there's a signature on the side | 10:31:59 |
| 15 | of the first page. | 10:32:02 |
| 16 | A.     Right. | 10:32:03 |
| 17 | Q.     And that signature is that of, | 10:32:03 |
| 18 | the first page -- no, the first page. | 10:32:07 |
| 19 | A.     Right. | 10:32:07 |
| 20 | Q.     1098, whose signature do you see | 10:32:09 |
| 21 | there? | 10:32:13 |
| 22 | A.     Detective John Hartigan. | 10:32:13 |
| 23 | Q.     On the next page on the side, | 10:32:15 |
| 24 | whose signature do you see there? | 10:32:19 |
| 25 | A.     Detective John Hartigan. | 10:32:20 |

NYCLD_044027

P-APP000856

Page 337

| | | |
|---|---|---|
| 1 | Q. On neither of those pages do you | 10:32:24 |
| 2 | see Raymond Santana Jr.'s signature, do | 10:32:26 |
| 3 | you? | 10:32:30 |
| 4 | A. No, sir. | 10:32:30 |
| 5 | Q. Nor do you see the signature of | 10:32:30 |
| 6 | Nevita Colon? | 10:32:33 |
| 7 | A. No, sir. | 10:32:35 |
| 8 | Q. Now, back to the page at 1740 | 10:32:36 |
| 9 | hours which states: After talking to | 10:32:39 |
| 10 | father Ramon Santana, son Raymond Santana | 10:32:48 |
| 11 | stated after leaving the beaten jogger, we | 10:32:53 |
| 12 | stayed in park and I observed Kevin, a | 10:32:56 |
| 13 | male black with scratch on face was | 10:33:00 |
| 14 | struggling with a female white, and he | 10:33:05 |
| 15 | tripped her with his leg. Steve came over | 10:33:08 |
| 16 | and was holding her hands -- | 10:33:11 |
| 17 | MS. DAITZ: Arms. | 10:33:14 |
| 18 | Q. -- her arms with his legs. | 10:33:15 |
| 19 | There's a redaction. Came and started | 10:33:17 |
| 20 | ripping her clothes off. Redaction. | 10:33:22 |
| 21 | Pulled her pants off and she was | 10:33:24 |
| 22 | screaming. Steve covered her mouth with | 10:33:28 |
| 23 | his right hand, and Kevin pulled down his | 10:33:30 |
| 24 | pants and had sex with her when she was on | 10:33:33 |
| 25 | the floor. I grabbed her tits. I then | 10:33:36 |

NYCLD_044028

P-APP000857

Page 338

| | | |
|---|---|---|
| 1 | left with everyone else and she was naked, | 10:33:38 |
| 2 | lying on the ground not moving.  I did not | 10:33:42 |
| 3 | have sex with her.  While Steve was | 10:33:44 |
| 4 | holding her down, I saw him hit the woman | 10:33:46 |
| 5 | with a brick twice.  Then it says 6:00 | 10:33:49 |
| 6 | p.m., the above statement is in addition | 10:33:52 |
| 7 | to the statement I made above and is true. | 10:33:54 |
| 8 | And there's the signature of Raymond | 10:33:57 |
| 9 | Santana? | 10:33:59 |
| 10 | A.    Yes, sir. | 10:34:00 |
| 11 | Q.    A signature of Detective John | 10:34:00 |
| 12 | Hartigan? | 10:34:04 |
| 13 | A.    Yes, sir. | 10:34:04 |
| 14 | Q.    And then the detective whose | 10:34:05 |
| 15 | name I can't make out, shield number 365. | 10:34:07 |
| 16 | A.    Right. | 10:34:12 |
| 17 | Q.    Is there a signature or any | 10:34:12 |
| 18 | indication -- is there a signature of | 10:34:14 |
| 19 | Nevita Colon? | 10:34:18 |
| 20 | A.    No, sir. | 10:34:19 |
| 21 | Q.    Is there a signature of Raymond | 10:34:20 |
| 22 | Santana, Sr.? | 10:34:23 |
| 23 | A.    No, sir. | 10:34:23 |
| 24 | (Mr. Dong entered the room.) | 10:34:27 |
| 25 | MS. DAITZ:  Can we just note for | 10:34:27 |

NYCLD_044029

P-APP000858

Page 339

| | | |
|---|---|---|
| 1 | the record who just arrived? | 10:34:29 |
| 2 | MS. FISHER-BYRIALSEN:  We will | 10:34:31 |
| 3 | in just a second. | 10:34:32 |
| 4 | MS. DAITZ:  Mr. Wareham. | 10:34:39 |
| 5 | MR. WAREHAM:  Who just arrived? | 10:34:42 |
| 6 | MR. BELDOCK:  This is a | 10:34:44 |
| 7 | gentleman from the District Attorney's | 10:34:45 |
| 8 | office. | 10:34:46 |
| 9 | MR. WAREHAM:  Gregory Dong. | 10:34:50 |
| 10 | MR. DONG:  D-O-N-G. | 10:34:53 |
| 11 | MR. BELDOCK:  He's bringing | 10:34:55 |
| 12 | McKenna's notebook, original, pardon me, | 10:34:59 |
| 13 | not McKenna's. | 10:34:59 |
| 14 | MS. NELSON:  Whose notebook? | 10:35:01 |
| 15 | MS. DIPPOLD:  Mr. Sheehan's. | 10:35:03 |
| 16 | MR. BELDOCK:  Sheehan's | 10:35:03 |
| 17 | notebook. | 10:35:07 |
| 18 | MS. NELSON:  Can we see that | 10:35:07 |
| 19 | notebook before it's given to him? | 10:35:09 |
| 20 | MR. BELDOCK:  Why? | 10:35:11 |
| 21 | MS. DAITZ:  Because we went over | 10:35:12 |
| 22 | this when we did the inspection with the | 10:35:14 |
| 23 | District Attorney's office, and that's why | 10:35:14 |
| 24 | we applied certain documents to be | 10:35:16 |
| 25 | redacted to the official information | 10:35:17 |

NYCLD_044030

P-APP000859

Page 340

```
 1    privilege.                              10:35:17

 2          Pursuant to court order, we had   10:35:18

 3    put sticky notes over the originals before   10:35:19

 4    plaintiffs were permitted to inspect.  I'm   10:35:22

 5    confused as to why this was not raised   10:35:24

 6    with us before today either.            10:35:27

 7          MS. NELSON:  I'm sorry, what's    10:35:28

 8    his name?                                10:35:30

 9          MR. WAREHAM:  Gregory Dong.       10:35:31

10    D-O-N-G.                                 10:35:34

11          MR. DONG:  Gregory Dong,          10:35:35

12    D-O-N-G.                                 10:35:38

13          MS. NELSON:  Thank you.           10:35:38

14          MR. WAREHAM:  One second.         10:35:43

15          MS. NELSON:  May we speak with    10:35:46

16    you for a second?                        10:35:47

17          MR. DONG:  Yes.                    10:35:49

18          MS. DAITZ:  We're going to go     10:35:55

19    off the record.                          10:35:55

20          THE VIDEOGRAPHER:  We're going    10:35:56

21    off the record at 10:35 a.m.             10:35:58

22          (A recess was taken.)             10:36:05

23          THE VIDEOGRAPHER:  We're back on  10:44:16

24    at 10:44 a.m.                            10:45:04

25       Q.    Mr. Sheehan, I believe I just  10:45:06
```

NYCLD_044031

P-APP000860

Page 341

| | | |
|---|---|---|
| 1 | finished reading you the statement that | 10:45:22 |
| 2 | Raymond Santana allegedly made to | 10:45:26 |
| 3 | Detective Hartigan, and we went over the | 10:45:29 |
| 4 | signatures. | 10:45:31 |
| 5 | Was, when you went into the | 10:45:33 |
| 6 | youth room, when you were first introduced | 10:45:37 |
| 7 | to Mr. Santana, can you just describe the | 10:45:39 |
| 8 | dimensions of the youth room, if you | 10:45:43 |
| 9 | remember? | 10:45:46 |
| 10 | A.    I'm really not good at | 10:45:46 |
| 11 | estimating space, but -- | 10:45:51 |
| 12 | Q.    Can you do it in relation to | 10:45:52 |
| 13 | this room? | 10:45:54 |
| 14 | A.    That's just what I was going to | 10:45:54 |
| 15 | actually do.  The -- it's, I think they | 10:45:56 |
| 16 | had like a divider wall in one of those, | 10:46:01 |
| 17 | where it doesn't go fully up to the | 10:46:05 |
| 18 | ceiling, to the best of my recollection, | 10:46:08 |
| 19 | in 1989.  And the front part, this was a | 10:46:10 |
| 20 | separate building. | 10:46:15 |
| 21 | Q.    Right. | 10:46:16 |
| 22 | A.    I'm going to stress that.  When | 10:46:16 |
| 23 | you come out of the Central Park Precinct, | 10:46:18 |
| 24 | there's a driveway that cars go in and | 10:46:21 |
| 25 | out, out to the 86th Street Transverse | 10:46:24 |

NYCLD_044032

P-APP000861

Page 342

| | | |
|---|---|---|
| 1 | Road. | 10:46:28 |
| 2 | So you cross that driveway, and | 10:46:28 |
| 3 | there's a separate building.  And in that | 10:46:30 |
| 4 | building, as you first walk in, that is | 10:46:36 |
| 5 | what's described as the youth room. | 10:46:39 |
| 6 | Q.    Okay. | 10:46:41 |
| 7 | A.    And I think the auxiliary police | 10:46:41 |
| 8 | used the back part of that, I'm not | 10:46:45 |
| 9 | certain. | 10:46:48 |
| 10 | So the youth room would be maybe | 10:46:48 |
| 11 | about the size of this room, that portion | 10:46:52 |
| 12 | of it would be about the size of this | 10:46:55 |
| 13 | room. | 10:46:58 |
| 14 | Q.    And I'd say it's about -- | 10:46:58 |
| 15 | MS. DAITZ:  Why don't you put on | 10:47:04 |
| 16 | the record what room we're in. | 10:47:05 |
| 17 | MR. WAREHAM:  What? | 10:47:07 |
| 18 | MS. DAITZ:  Why don't you put on | 10:47:09 |
| 19 | the record what room we're in. | 10:47:10 |
| 20 | MR. WAREHAM:  We're in the | 10:47:10 |
| 21 | conference room at Beldock, Levine, | 10:47:11 |
| 22 | Hoffman in New York, approximately 30 | 10:47:15 |
| 23 | feet, 20 feet by ten feet.  We can get the | 10:47:19 |
| 24 | exact dimensions. | 10:47:22 |
| 25 | Q.    Was Raymond Santana the only one | 10:47:24 |

NYCLD_044033

P-APP000862

Page 343

| | | |
|---|---|---|
| 1 | of the other -- were there other youths in | 10:47:26 |
| 2 | the room, other suspects? | 10:47:29 |
| 3 | A.    No, sir. | 10:47:31 |
| 4 | Q.    So it was just Raymond Santana, | 10:47:32 |
| 5 | Jr. and the six detectives, including | 10:47:35 |
| 6 | yourself and Lieutenant Doyle? | 10:47:37 |
| 7 | MS. DAITZ:   Objection. | 10:47:39 |
| 8 | A.    Are you asking me when I walked | 10:47:39 |
| 9 | in? | 10:47:42 |
| 10 | Q.    Yes, when you walked in. | 10:47:43 |
| 11 | A.    When I walked in, it was Raymond | 10:47:44 |
| 12 | Santana seated at a table, Detective | 10:47:47 |
| 13 | Hartigan sitting next to him, and | 10:47:52 |
| 14 | Detective Arroyo, I believe, was standing. | 10:47:55 |
| 15 | Q.    I think you had indicated there | 10:47:58 |
| 16 | were other detectives who came into the | 10:48:00 |
| 17 | room, Jonza and Hall? | 10:48:02 |
| 18 | A.    They came in with me.  Doyle and | 10:48:04 |
| 19 | Sergeant O'Connor. | 10:48:09 |
| 20 | Q.    And in the room, what other | 10:48:10 |
| 21 | furniture was there?  You said there was a | 10:48:13 |
| 22 | table.  How large was the table, what part | 10:48:16 |
| 23 | of the room did it take up? | 10:48:19 |
| 24 | A.    A small portion.  It was like | 10:48:21 |
| 25 | just a basic, basic table against the | 10:48:26 |

NYCLD_044034

P-APP000863

Page 344

| | | |
|---|---|---|
| 1 | wall.  So as you walked in, let's say you | 10:48:31 |
| 2 | walked in, well, if you came in the door | 10:48:34 |
| 3 | here, the table -- | 10:48:38 |
| 4 | Q.    Indicating to your left. | 10:48:39 |
| 5 | A.    Yeah, the table would be right | 10:48:40 |
| 6 | there where those cabinets are. | 10:48:42 |
| 7 | Q.    Okay, as you walked in to the | 10:48:43 |
| 8 | left. | 10:48:45 |
| 9 | A.    Where those cabinets are, maybe | 10:48:45 |
| 10 | one or two of those tables.  Maybe there | 10:48:47 |
| 11 | was a, maybe it was a desk.  All I | 10:48:50 |
| 12 | remember it was a flat surface. | 10:48:54 |
| 13 | Q.    Indicating to your immediate | 10:48:56 |
| 14 | left. | 10:48:58 |
| 15 | A.    I'm saying a table, but you know | 10:48:58 |
| 16 | what, it could have been a desk, to the | 10:49:01 |
| 17 | best of my recollection.  I remember | 10:49:03 |
| 18 | sitting at a flat surface. | 10:49:06 |
| 19 | Q.    Were there chairs in the room? | 10:49:07 |
| 20 | A.    Yes, sir. | 10:49:09 |
| 21 | Q.    Do you know how many? | 10:49:12 |
| 22 | A.    No. | 10:49:13 |
| 23 | Q.    More than five? | 10:49:14 |
| 24 | A.    Certainly Santana was seated and | 10:49:15 |
| 25 | Hartigan was seated.  I don't know, I | 10:49:17 |

NYCLD_044035

P-APP000864

Page 345

| | | |
|---|---|---|
| 1 | don't recall specifically how many other | 10:49:20 |
| 2 | chairs. | 10:49:22 |
| 3 | Q. Was there a bench? | 10:49:22 |
| 4 | A. I don't recall that. | 10:49:23 |
| 5 | Q. Were there windows? | 10:49:24 |
| 6 | A. I don't recall that. | 10:49:26 |
| 7 | Q. Can you describe the lighting? | 10:49:32 |
| 8 | A. The lighting was adequate. I | 10:49:38 |
| 9 | don't know, you know. | 10:49:46 |
| 10 | Q. Bright, medium, dim? | 10:49:47 |
| 11 | MS. DAITZ: Objection. | 10:49:50 |
| 12 | A. I said adequate. I guess | 10:49:50 |
| 13 | medium, not blinding. | 10:49:55 |
| 14 | Q. And back to -- so this statement | 10:49:57 |
| 15 | was taken, according to the statement at | 10:50:05 |
| 16 | 6:00 p.m. You had just, which is about | 10:50:08 |
| 17 | the time you had just returned from the | 10:50:12 |
| 18 | 97th Street search? | 10:50:16 |
| 19 | A. Again, I want to stress, I | 10:50:16 |
| 20 | don't -- this is many, many years ago, and | 10:50:19 |
| 21 | my recollection of the exact times is, you | 10:50:20 |
| 22 | know, it's 23 years later. To the best of | 10:50:24 |
| 23 | my recollection, it was around that time, | 10:50:29 |
| 24 | yeah. | 10:50:31 |
| 25 | Q. And your testimony is that | 10:50:31 |

NYCLD_044036

P-APP000865

Page 346

| | | |
|---|---|---|
| 1 | Detective Hartigan, having just taken a | 10:50:42 |
| 2 | statement where a rape is alleged of this | 10:50:48 |
| 3 | jogger who might die, never mentioned to | 10:50:51 |
| 4 | you, never told you that that was what | 10:50:55 |
| 5 | Raymond Santana, Jr. had told him? | 10:50:59 |
| 6 | MS. DAITZ:   Objection to form. | 10:51:06 |
| 7 | A.     What portion, you know. | 10:51:08 |
| 8 | Q.     Your testimony is Detective | 10:51:13 |
| 9 | Hartigan never told you that Raymond | 10:51:17 |
| 10 | Santana had admitted to being part of a | 10:51:19 |
| 11 | rape of a female jogger? | 10:51:21 |
| 12 | A.     That's correct. | 10:51:23 |
| 13 | MS. DAITZ:   Mr. Wareham, I | 10:51:48 |
| 14 | believe I misspoke before when I | 10:51:50 |
| 15 | identified this as the version that was | 10:51:52 |
| 16 | used at trial.   This is a Grand Jury | 10:51:53 |
| 17 | exhibit, just so the record is clear. | 10:51:56 |
| 18 | MR. WAREHAM:   All right. | 10:51:58 |
| 19 | Q.     So Lieutenant Doyle took the | 10:52:04 |
| 20 | statement and told you to go to the, to | 10:52:14 |
| 21 | take Raymond Santana, Jr. to the 20th | 10:52:21 |
| 22 | Precinct? | 10:52:26 |
| 23 | A.     Yes, sir. | 10:52:26 |
| 24 | Q.     And to contact his father? | 10:52:27 |
| 25 | A.     Yes, sir. | 10:52:30 |

NYCLD_044037

P-APP000866

Page 347

| | | |
|---|---|---|
| 1 | Q.    And Detective Hartigan, did | 10:52:31 |
| 2 | Detective Hartigan tell you that there was | 10:52:39 |
| 3 | a problem with the statement? | 10:52:41 |
| 4 | MS. DAITZ:  Objection to form. | 10:52:42 |
| 5 | A.    No, sir. | 10:52:43 |
| 6 | Q.    That there might be a problem | 10:52:44 |
| 7 | with admissibility of the statement? | 10:52:46 |
| 8 | MS. DAITZ:  Objection. | 10:52:48 |
| 9 | A.    No, sir. | 10:52:49 |
| 10 | Q.    That Raymond's grandmother | 10:52:49 |
| 11 | didn't sign either part of the statement? | 10:52:55 |
| 12 | MS. DAITZ:  Objection. | 10:52:58 |
| 13 | A.    No, sir. | 10:52:58 |
| 14 | Q.    That Raymond's grandmother | 10:52:59 |
| 15 | didn't speak English? | 10:53:02 |
| 16 | MS. DAITZ:  Objection, asked and | 10:53:03 |
| 17 | answered. | 10:53:04 |
| 18 | A.    No, sir. | 10:53:05 |
| 19 | Q.    And Detective Hartigan didn't | 10:53:07 |
| 20 | tell you that he needed a clean version | 10:53:12 |
| 21 | that would be admissible in court? | 10:53:14 |
| 22 | MS. DAITZ:  Objection. | 10:53:19 |
| 23 | A.    No, sir. | 10:53:19 |
| 24 | Q.    And that he needed you to take | 10:53:20 |
| 25 | the clean version? | 10:53:23 |

NYCLD_044038

P-APP000867

Page 348

| | | |
|---|---|---|
| 1 | MS. DAITZ:  Objection. | 10:53:24 |
| 2 | A.    Once again, no, sir. | 10:53:25 |
| 3 | Q.    And that -- did Detective | 10:53:26 |
| 4 | Hartigan tell you I need the, I need the | 10:53:32 |
| 5 | cover of Raymond saying he's giving | 10:53:43 |
| 6 | additional details to justify you taking | 10:53:46 |
| 7 | another statement? | 10:53:49 |
| 8 | MS. DAITZ:  Objection. | 10:53:50 |
| 9 | A.    No, sir. | 10:53:50 |
| 10 | Q.    And that was your understanding | 10:53:51 |
| 11 | of why you were taking a second statement? | 10:53:55 |
| 12 | MS. DAITZ:  Objection. | 10:53:58 |
| 13 | A.    Was what my statement? | 10:53:58 |
| 14 | Q.    That there were problems with | 10:54:01 |
| 15 | the first statement, the two parts of the | 10:54:02 |
| 16 | first statement? | 10:54:05 |
| 17 | A.    Not at all, sir. | 10:54:05 |
| 18 | Q.    So then describe what happened | 10:54:06 |
| 19 | when you left the Central Park Precinct. | 10:54:14 |
| 20 | A.    Detective Jonza, Detective Hall | 10:54:18 |
| 21 | and I told Raymond Santana we were going | 10:54:24 |
| 22 | to a different precinct on the West Side, | 10:54:29 |
| 23 | and that when we got there, I was going to | 10:54:32 |
| 24 | call his dad and try to arrange for him to | 10:54:35 |
| 25 | come to the precinct. | 10:54:39 |

NYCLD_044039

P-APP000868

Page 349

| | | |
|---|---|---|
| 1 | And that I wanted to talk to him | 10:54:42 |
| 2 | again, but I would wait until his dad got | 10:54:43 |
| 3 | there.  He said he understood. | 10:54:46 |
| 4 | We got in the car, and we pulled | 10:54:50 |
| 5 | out of the parking lot.  We headed west on | 10:54:54 |
| 6 | 86th Street Transverse Road towards the | 10:54:59 |
| 7 | 20th Precinct. | 10:55:04 |
| 8 | Q.    Who got in the car? | 10:55:06 |
| 9 | A.    I drove.  To the best of my | 10:55:08 |
| 10 | recollection, Detective Hall sat in the | 10:55:17 |
| 11 | front seat with me.  I could be wrong on | 10:55:20 |
| 12 | that.  Again, to the best of my | 10:55:23 |
| 13 | recollection, Detective Jonza sat in the | 10:55:27 |
| 14 | back seat with Raymond Santana. | 10:55:30 |
| 15 | Q.    Before you left the precinct, | 10:55:34 |
| 16 | did you attempt to call Raymond's father? | 10:55:43 |
| 17 | A.    No, sir. | 10:55:46 |
| 18 | Q.    And why not? | 10:55:46 |
| 19 | A.    No reason, sir, other than I was | 10:55:49 |
| 20 | going to call him when I got to the 20th. | 10:55:54 |
| 21 | Q.    Before you left the precinct, | 10:55:56 |
| 22 | did you give -- was -- | 10:56:03 |
| 23 | MR. WAREHAM:  Withdrawn. | 10:56:14 |
| 24 | Q.    Was Raymond's grandmother in the | 10:56:14 |
| 25 | youth room when you came in? | 10:56:18 |

NYCLD_044040

P-APP000869

Page 350

| | | |
|---|---|---|
| 1 | A.     I don't recall seeing her, no, | 10:56:23 |
| 2 | sir. | 10:56:25 |
| 3 | Q.     Before you left the precinct, | 10:56:25 |
| 4 | did you give Raymond any Miranda warnings? | 10:56:26 |
| 5 | A.     No, sir. | 10:56:32 |
| 6 | Q.     Why not? | 10:56:32 |
| 7 | A.     I wasn't going to question him | 10:56:33 |
| 8 | at that time. | 10:56:37 |
| 9 | Q.     Did you caution Raymond not to | 10:56:38 |
| 10 | say anything on his own to you? | 10:56:43 |
| 11 | MS. DAITZ:  Objection. | 10:56:48 |
| 12 | A.     What I remember telling Raymond | 10:56:48 |
| 13 | is that we were going to the 20th | 10:56:51 |
| 14 | Precinct, I was going to call his father | 10:56:53 |
| 15 | because I needed his father to be present | 10:56:55 |
| 16 | when I did interview him. | 10:56:59 |
| 17 | Q.     But did you caution Raymond not | 10:57:01 |
| 18 | to volunteer any information about what | 10:57:03 |
| 19 | had allegedly happened that previous night | 10:57:07 |
| 20 | to you? | 10:57:09 |
| 21 | MS. DAITZ:  Objection. | 10:57:09 |
| 22 | A.     I don't recall cautioning him, | 10:57:10 |
| 23 | no. | 10:57:14 |
| 24 | Q.     You knew he was 14? | 10:57:15 |
| 25 | A.     Yes, sir, I did. | 10:57:16 |

NYCLD_044041

P-APP000870

Page 351

| | | |
|---|---|---|
| 1 | Q.    You knew he was probably not | 10:57:18 |
| 2 | familiar with the question of | 10:57:23 |
| 3 | self-incrimination? | 10:57:28 |
| 4 | MS. DAITZ:  Objection. | 10:57:29 |
| 5 | A.    I had no idea what Mr. Santana | 10:57:30 |
| 6 | was familiar with at that time. | 10:57:35 |
| 7 | Q.    And -- | 10:57:36 |
| 8 | MR. WAREHAM:  Withdrawn. | 10:57:45 |
| 9 | Q.    On Exhibit 39, the one I just | 10:57:46 |
| 10 | showed you, the statement that was taken | 10:58:14 |
| 11 | by Detective Hartigan -- | 10:58:17 |
| 12 | A.    Yes, sir. | 10:58:19 |
| 13 | Q.    -- is there any indication in | 10:58:19 |
| 14 | any part of the statement that Detective | 10:58:25 |
| 15 | Hartigan read Mr. Santana and/or his | 10:58:28 |
| 16 | grandmother his Miranda warnings? | 10:58:31 |
| 17 | MS. DAITZ:  He'll have to read | 10:58:37 |
| 18 | the whole statement.  The document speaks | 10:58:39 |
| 19 | for itself. | 10:58:41 |
| 20 | Q.    Sir, you don't have to take the | 10:58:43 |
| 21 | time to read it.  Let me ask you, is this | 10:58:45 |
| 22 | one of the documents that you reviewed in | 10:58:48 |
| 23 | terms of refreshing your recollection in | 10:58:51 |
| 24 | preparation for this deposition? | 10:58:52 |
| 25 | MS. DAITZ:  If it refreshed your | 10:58:54 |

NYCLD_044042

P-APP000871

Page 352

1    recollection, you can answer the question.    10:58:56

2        A.    Yes, sir.    10:58:57

3        Q.    So you got in the car, Detective    10:58:58

4    Jonza, Hall and Mr. Santana, and then what    10:59:09

5    happened?    10:59:12

6        A.    As I testified, we, we headed    10:59:12

7    west on the 86th Street Transverse towards    10:59:18

8    the 20th, which was located at 82nd Street    10:59:25

9    between Columbus Avenue and Amsterdam    10:59:28

10   Avenue.    10:59:32

11        There was a discussion in the    10:59:32

12   car among the three of us detectives about    10:59:34

13   the prior search for the pipe at Central    10:59:43

14   Park West.    10:59:51

15        A joint decision was made to    10:59:53

16   take a detour from going directly to the    11:00:02

17   20th and heading up to, back to 97th    11:00:05

18   Street and Central Park West to do a more    11:00:14

19   thorough search, I think we discussed    11:00:23

20   maybe outside the wall, looking a little    11:00:29

21   closer outside the wall because most of    11:00:32

22   our -- the prior search was done inside    11:00:35

23   the wall.  In other words, within the,    11:00:38

24   actually inside Central Park.    11:00:41

25        Q.    At that point in time, you had    11:00:45

NYCLD_044043

P-APP000872

Page 353

| | | |
|---|---|---|
| 1 | no idea whether Raymond Santana had any | 11:00:48 |
| 2 | relationship to the pipe you were looking | 11:00:52 |
| 3 | for? | 11:00:55 |
| 4 | MS. DAITZ:  Objection to form. | 11:00:56 |
| 5 | A.    Not at all, sir. | 11:00:57 |
| 6 | Q.    And would you consider, did you | 11:00:59 |
| 7 | consider it good police procedure to | 11:01:09 |
| 8 | discuss your investigation in front of a | 11:01:11 |
| 9 | suspect? | 11:01:18 |
| 10 | MS. DAITZ:  Objection to form. | 11:01:18 |
| 11 | A.    We weren't actually discussing | 11:01:20 |
| 12 | the investigation.  We were discussing | 11:01:22 |
| 13 | looking for a piece of pipe. | 11:01:25 |
| 14 | Q.    But you were discussing looking | 11:01:28 |
| 15 | for a piece of pipe that allegedly was a | 11:01:30 |
| 16 | weapon in the investigation. | 11:01:33 |
| 17 | MS. DAITZ:  Objection. | 11:01:36 |
| 18 | A.    That's what we were looking for, | 11:01:38 |
| 19 | but I don't remember discussing that in | 11:01:40 |
| 20 | detail in front of Santana. | 11:01:45 |
| 21 | Q.    And, so then continue.  What | 11:01:47 |
| 22 | happened when you went to look for the | 11:01:53 |
| 23 | pipe? | 11:01:54 |
| 24 | A.    We drove to the vicinity of 97th | 11:01:55 |
| 25 | Street, West 97th Street to West 100th | 11:01:59 |

NYCLD_044044

P-APP000873

Page 354

| | | |
|---|---|---|
| 1 | Street on the east side of Central Park | 11:02:04 |
| 2 | West.  And I can't recall if we all got | 11:02:08 |
| 3 | out of the car or Jonza and Hall got out | 11:02:14 |
| 4 | of the car, I'm not exactly sure. | 11:02:18 |
| 5 | To the best of my recollection | 11:02:21 |
| 6 | sitting here today, there was a look, a | 11:02:27 |
| 7 | search, so to speak, for the pipe. | 11:02:31 |
| 8 | Q.    And then what happened, did you | 11:02:39 |
| 9 | find the pipe? | 11:02:42 |
| 10 | A.    No, sir. | 11:02:43 |
| 11 | Q.    You stayed in the car with | 11:02:45 |
| 12 | Raymond? | 11:02:47 |
| 13 | A.    You know, as I sit here today, I | 11:02:47 |
| 14 | can't honestly tell you whether I stayed | 11:02:50 |
| 15 | in the car with Raymond or one of the | 11:02:52 |
| 16 | other detectives stayed in the car with | 11:02:54 |
| 17 | Raymond. | 11:02:58 |
| 18 | Q.    Someone stayed in the car with | 11:02:58 |
| 19 | Raymond? | 11:03:00 |
| 20 | A.    To the best of my recollection, | 11:03:01 |
| 21 | yes. | 11:03:03 |
| 22 | Q.    Was he under arrest at that | 11:03:03 |
| 23 | point? | 11:03:05 |
| 24 | A.    No, sir. | 11:03:05 |
| 25 | Q.    Was he free to go? | 11:03:06 |

NYCLD_044045

P-APP000874

Page 355

```
 1      A.     I don't believe he was free to      11:03:08

 2  go, no.                                         11:03:09

 3      Q.     He couldn't have just got out of     11:03:10

 4  the car and gone home?                          11:03:12

 5      A.     No, sir.                             11:03:14

 6      Q.     So you didn't find the pipe, and    11:03:14

 7  then what happened?                             11:03:17

 8      A.     We got back in the car and, to      11:03:17

 9  the best of my recollection, Raymond said,      11:03:25

10  if you're looking for that pipe, I'm not        11:03:34

11  saying the exact words now, I'm                 11:03:37

12  paraphrasing what he said, sum and              11:03:41

13  substance, my friend Antron McCray had the      11:03:42

14  pipe.  The pipe's not here.                     11:03:46

15          He used -- we ran along, and he         11:03:52

16  pointed to an area on the west side of          11:03:55

17  Central Park West that roughly ran from         11:04:00

18  100th Street down to 97th Street.               11:04:06

19          There was protective covering,          11:04:09

20  construction covering, covering the             11:04:13

21  sidewalk.  He said, see all those lights,       11:04:16

22  pointing to the bulbs.  He says, we ran         11:04:20

23  along there, Antron used the pipe to break      11:04:24

24  those bulbs.                                    11:04:28

25      Q.     And at that point in time, did       11:04:31
```

NYCLD_044046

P-APP000875

Page 356

| | | |
|---|---|---|
| 1 | you tell Raymond Santana, Jr., a 14-year | 11:04:34 |
| 2 | old, that he should not be making any | 11:04:39 |
| 3 | statements to you until his father was | 11:04:42 |
| 4 | present? | 11:04:44 |
| 5 | MS. DAITZ: Objection. | 11:04:45 |
| 6 | A.    No, sir. | 11:04:45 |
| 7 | Q.    And why not? | 11:04:46 |
| 8 | A.    I have no reason, sir.  I mean, | 11:04:50 |
| 9 | he made the statement. | 11:04:55 |
| 10 | Q.    He was 14. | 11:04:57 |
| 11 | A.    Yes, he was. | 11:04:59 |
| 12 | Q.    And he was a suspect, as far as | 11:05:01 |
| 13 | you knew, in a series of assaults? | 11:05:04 |
| 14 | A.    Yes, sir. | 11:05:07 |
| 15 | Q.    And his statements could be used | 11:05:07 |
| 16 | against him on trial. | 11:05:13 |
| 17 | MS. DAITZ: Objection. | 11:05:14 |
| 18 | A.    Yes, sir. | 11:05:15 |
| 19 | Q.    And you had no prior indication | 11:05:16 |
| 20 | that Raymond Santana, Jr. knew anything | 11:05:25 |
| 21 | about the pipe? | 11:05:29 |
| 22 | A.    That's correct. | 11:05:30 |
| 23 | Q.    Go on, then what happened? | 11:05:31 |
| 24 | A.    At some point in that | 11:05:35 |
| 25 | discussion, or not discussion, in his | 11:05:41 |

NYCLD_044047

P-APP000876

Page 357

| | | |
|---|---|---|
| 1 | statement, he said I know where the pipe | 11:05:43 |
| 2 | was dropped and it's not here, it's on | 11:05:47 |
| 3 | Columbus Avenue. | 11:05:52 |
| 4 | We drove west on 97th Street to | 11:05:55 |
| 5 | Columbus Avenue, and Raymond pointed | 11:06:07 |
| 6 | north, he said it's on the other corner, | 11:06:16 |
| 7 | 100th Street, I think. | 11:06:20 |
| 8 | I made a right turn on Columbus | 11:06:22 |
| 9 | and kind of carefully drove down to 100th | 11:06:27 |
| 10 | Street, because we were going against | 11:06:33 |
| 11 | traffic in the right lane, to the corner | 11:06:35 |
| 12 | of, the southeast corner of West 100th | 11:06:38 |
| 13 | Street and Columbus Avenue. | 11:06:46 |
| 14 | We all got out of the car, | 11:06:47 |
| 15 | including Raymond, he pointed to the | 11:06:51 |
| 16 | corner, and there was a fence separating | 11:06:53 |
| 17 | the sidewalk and the west side tennis | 11:06:58 |
| 18 | courts. | 11:07:02 |
| 19 | And he said this is where Antron | 11:07:04 |
| 20 | dropped the pipe. We looked around, the | 11:07:06 |
| 21 | pipe wasn't there. There was actually a | 11:07:11 |
| 22 | construction, a hole, so to speak, I think | 11:07:15 |
| 23 | a Con Ed hole in the crosswalk. And I | 11:07:23 |
| 24 | walked to that and looked in there and | 11:07:31 |
| 25 | there was no pipe. | 11:07:34 |

NYCLD_044048

P-APP000877

Page 358

```
 1       Q.     And this location, the southeast     11:07:36
 2   corner of 100th Street and Columbus, is         11:07:39
 3   approximately a half a block from the 24th      11:07:42
 4   Precinct?                                        11:07:46
 5       A.     Yes, it's a long block, but          11:07:46
 6   yeah, you're right, about a half a block.       11:07:49
 7       Q.     And once again, you had no prior     11:07:53
 8   knowledge that Raymond knew anything about      11:07:55
 9   the pipe?                                        11:07:58
10       A.     No, sir.                             11:07:59
11       Q.     It was just a coincidence that       11:07:59
12   you were discussing the pipe and you had        11:08:02
13   Raymond in the car, and he said I know          11:08:03
14   where the pipe is?                               11:08:06
15            MS. DAITZ:  Objection.                 11:08:07
16       A.     He said I think if you're            11:08:07
17   looking for this pipe, my friend Antron         11:08:10
18   had it.                                          11:08:12
19       Q.     You testified yesterday that         11:08:13
20   during 2002 you had a meeting with ADAs         11:08:27
21   Ryan and Casolaro?                               11:08:37
22       A.     I'm not certain what year that       11:08:39
23   was.                                             11:08:42
24       Q.     During the year of the              11:08:42
25   reinvestigation.                                 11:08:44
```

NYCLD_044049

P-APP000878

Page 359

1      A.     It was during the              11:08:45

2   reinvestigation, certainly, yes, sir.  So   11:08:46

3   I'm not sure when that year was exactly.    11:08:49

4      Q.     But it was a meeting with ADA      11:08:52

5   Ryan and ADA Casolaro?                       11:08:55

6      A.     Yes, sir.                           11:08:57

7      Q.     And that's the one where you       11:08:58

8   testified that they said the investigation   11:09:02

9   is over?                                      11:09:03

10         MS. DAITZ:  Objection.              11:09:04

11      A.     In sum and substance, yes, sir.   11:09:04

12      Q.     And do you remember at that        11:09:06

13   meeting describing to ADA Casolaro the      11:09:10

14   events of transporting, the events that we  11:09:25

15   just talked about, from the time you came   11:09:27

16   to the Central Park Precinct until you      11:09:29

17   took Raymond to the 20th Precinct?          11:09:33

18      A.     No, sir.  There was no            11:09:35

19   discussion about the case whatsoever.       11:09:38

20      Q.     Do you remember when you had       11:09:41

21   that meeting with ADAs Casolaro and Ryan?   11:09:42

22         MS. DAITZ:  Objection to asked       11:09:46

23   and answered, yesterday and today.          11:09:48

24      A.     When I had the meeting?            11:09:50

25      Q.     Do you remember the month?         11:09:52

NYCLD_044050

P-APP000879

Page 360

| | | |
|---|---|---|
| 1 | A.    I don't remember the exact date, | 11:09:53 |
| 2 | and I testified about that yesterday. | 11:09:55 |
| 3 | Q.    Let me show you Plaintiffs' | 11:09:57 |
| 4 | marked Sheehan 36. | 11:10:01 |
| 5 | MS. DAITZ:   Thank you. | 11:10:14 |
| 6 | Q.    Let me know when you're finished | 11:10:14 |
| 7 | reading. | 11:10:31 |
| 8 | A.    Okay. | 11:11:14 |
| 9 | Q.    Have you seen this document | 11:11:16 |
| 10 | before? | 11:11:18 |
| 11 | MS. DAITZ:   I'm instructing the | 11:11:18 |
| 12 | witness not to answer on the grounds of | 11:11:19 |
| 13 | attorney-client privilege. | 11:11:21 |
| 14 | Q.    Does this document refresh your | 11:11:22 |
| 15 | recollection about the meeting you had | 11:11:26 |
| 16 | with ADA Casolaro? | 11:11:27 |
| 17 | A.    No, sir. | 11:11:30 |
| 18 | Q.    Does the date, October 28, 2002, | 11:11:31 |
| 19 | refresh your recollection about the, when | 11:11:45 |
| 20 | you had the meeting with Inspector | 11:11:48 |
| 21 | Casolaro -- Detective Casolaro -- I mean | 11:11:51 |
| 22 | ADA Casolaro? | 11:11:54 |
| 23 | A.    No, sir. | 11:11:56 |
| 24 | Q.    Do you see the notation on the | 11:11:56 |
| 25 | top left that says MS? | 11:12:05 |

NYCLD_044051

P-APP000880

Page 361

| | | |
|---|---|---|
| 1 | A.     Yes, sir. | 11:12:07 |
| 2 | Q.     These are notes of ADA Casolaro | 11:12:08 |
| 3 | that we received in terms of this | 11:12:13 |
| 4 | litigation. | 11:12:18 |
| 5 | MS. DAITZ:  Objection.  That has | 11:12:19 |
| 6 | not been established. | 11:12:21 |
| 7 | Q.     These are notes of ADA Casolaro | 11:12:31 |
| 8 | that he took during the reinvestigation. | 11:12:37 |
| 9 | MS. DAITZ:  Object, objection, | 11:12:42 |
| 10 | if that's the question. | 11:12:45 |
| 11 | Q.     Do you see on the top left where | 11:12:50 |
| 12 | it says MS? | 11:12:52 |
| 13 | A.     Yes, sir. | 11:12:54 |
| 14 | Q.     It says came in afternoon at | 11:12:54 |
| 15 | 4:20. | 11:12:58 |
| 16 | MS. DAITZ:  Afternoon of 4/20. | 11:12:59 |
| 17 | Q.     Afternoon, came in afternoon of | 11:13:03 |
| 18 | 4/20. | 11:13:08 |
| 19 | A.     Yes, sir. | 11:13:08 |
| 20 | Q.     Do you remember meeting with ADA | 11:13:09 |
| 21 | Casolaro -- no, I'm sorry.  And then the | 11:13:16 |
| 22 | notes describe the events that you've | 11:13:21 |
| 23 | testified to earlier. | 11:13:32 |
| 24 | MS. DAITZ:  Objection. | 11:13:34 |
| 25 | Q.     Central Park, CPP bosses galore. | 11:13:36 |

NYCLD_044052

P-APP000881

Page 362

| | | |
|---|---|---|
| 1 | MS. DAITZ:  I don't think that's | 11:13:42 |
| 2 | what it says. | 11:13:43 |
| 3 | Q.    Confusion, lots of detectives, | 11:13:47 |
| 4 | Doyle, no briefing, which is what you | 11:13:50 |
| 5 | testified to earlier. | 11:13:55 |
| 6 | A.    Yes, sir. | 11:13:56 |
| 7 | Q.    Inspector Power yelled at | 11:13:57 |
| 8 | Sheehan. | 11:14:01 |
| 9 | MS. DAITZ:  I think you're | 11:14:02 |
| 10 | missing a word. | 11:14:02 |
| 11 | Q.    Inspector Power, is that Jim, | 11:14:03 |
| 12 | Jonza, I'm not sure.  Inspector Power, and | 11:14:12 |
| 13 | I'm not sure if it's a J, I'm not sure if | 11:14:16 |
| 14 | that's Jonza, Jim, yelled at Sheehan talk | 11:14:23 |
| 15 | to that kid, knows where, quote, unquote, | 11:14:26 |
| 16 | pipes be. | 11:14:30 |
| 17 | MS. DAITZ:  I don't think that's | 11:14:32 |
| 18 | what it says either. | 11:14:33 |
| 19 | Q.    Do you remember telling ADA | 11:14:37 |
| 20 | Casolaro that? | 11:14:42 |
| 21 | A.    Well, first of all, I don't | 11:14:45 |
| 22 | recall telling ADA Casolaro that at the | 11:14:50 |
| 23 | meeting I just described. | 11:14:53 |
| 24 | Q.    Do you remember telling him that | 11:14:54 |
| 25 | at any other meeting? | 11:14:57 |

NYCLD_044053

P-APP000882

Page 363

| | | |
|---|---|---|
| 1 | A.    I could have had a discussion | 11:14:58 |
| 2 | with him at another time. | 11:15:00 |
| 3 | Q.    But you don't remember? | 11:15:02 |
| 4 | A.    I don't recall that, no. | 11:15:03 |
| 5 | Q.    But does that sound, does that | 11:15:04 |
| 6 | refresh your recollection around one of | 11:15:07 |
| 7 | the -- that you needed to talk -- | 11:15:11 |
| 8 | MR. WAREHAM:  Withdrawn. | 11:15:14 |
| 9 | Q.    Further it goes on and says, new | 11:15:15 |
| 10 | people beaten, didn't know about female | 11:15:21 |
| 11 | jogger.  That reflects your testimony | 11:15:24 |
| 12 | today? | 11:15:26 |
| 13 | MS. DAITZ:  Objection, no, it | 11:15:27 |
| 14 | doesn't. | 11:15:29 |
| 15 | Q.    Santana introduced by Hartigan | 11:15:33 |
| 16 | go find pipe - go find pipe.  The only -- | 11:15:37 |
| 17 | if you read through the entire document, | 11:15:57 |
| 18 | the only kid or suspect referred to in | 11:16:00 |
| 19 | this is Raymond Santana, Jr. | 11:16:05 |
| 20 | MS. DAITZ:  Objection.  Do you | 11:16:09 |
| 21 | know that the witness' copy has sticky | 11:16:16 |
| 22 | notes on it? | 11:16:19 |
| 23 | MR. WAREHAM:  That's mine to | 11:16:21 |
| 24 | myself.  Excuse me, forgive me.  There you | 11:16:24 |
| 25 | go. | 11:16:27 |

NYCLD_044054

P-APP000883

Page 364

| | | |
|---|---|---|
| 1 | A.    I got you. | 11:16:28 |
| 2 | MR. WAREHAM:  And there's | 11:16:30 |
| 3 | another one on the other side too. | 11:16:31 |
| 4 | A.    It's blank. | 11:16:33 |
| 5 | MR. WAREHAM:  Excuse me, it's a | 11:16:34 |
| 6 | secret code. | 11:16:38 |
| 7 | Q.    Aside from the reference where | 11:16:42 |
| 8 | Santana says my friend Antron, which is | 11:16:46 |
| 9 | what you testified to, dropped pipe on | 11:16:50 |
| 10 | that side of street, so my question is, | 11:16:53 |
| 11 | did Inspector Powers tell you to go talk | 11:16:59 |
| 12 | to that kid, that is Santana, he knows | 11:17:03 |
| 13 | where pipe is.  Do you remember making | 11:17:06 |
| 14 | that statement? | 11:17:08 |
| 15 | A.    I don't recall that conversation | 11:17:09 |
| 16 | at all. | 11:17:11 |
| 17 | (Kharey Wise entered the room.) | 11:17:13 |
| 18 | MR. WAREHAM:  Let the record | 11:17:17 |
| 19 | reflect that Kharey Wise, one of the | 11:17:20 |
| 20 | plaintiffs in the case, is in the room. | 11:17:22 |
| 21 | Q.    So, you can put that aside for a | 11:17:26 |
| 22 | second.  After Mr. Santana -- you had the | 11:17:43 |
| 23 | discussion around the pipe, and you looked | 11:17:50 |
| 24 | for the pipe at 100th Street and Columbus | 11:17:52 |
| 25 | Avenue, and did you find the pipe? | 11:17:55 |

NYCLD_044055

P-APP000884

Page 365

| | | |
|---|---|---|
| 1 | A.    No, sir. | 11:17:57 |
| 2 | Q.    Then what did you do? | 11:17:58 |
| 3 | A.    We all, Detective Jonza, | 11:18:00 |
| 4 | Detective Hall, Raymond Santana and myself | 11:18:05 |
| 5 | drove south on Columbus Avenue toward the | 11:18:09 |
| 6 | 20th Precinct. | 11:18:13 |
| 7 | Q.    And then what, if anything, | 11:18:19 |
| 8 | happened? | 11:18:21 |
| 9 | A.    Made a stop at around 84th | 11:18:21 |
| 10 | Street and Columbus Avenue at a pizzeria | 11:18:27 |
| 11 | which was on the west side of the avenue, | 11:18:32 |
| 12 | slightly off the corner. | 11:18:36 |
| 13 | One of the detectives, and I'm | 11:18:42 |
| 14 | not sure who, went in and got a slice of | 11:18:47 |
| 15 | pizza, four slices of pizza, as I recall. | 11:18:53 |
| 16 | We asked Raymond if he would like a slice | 11:18:58 |
| 17 | of pizza and he said yes. | 11:19:02 |
| 18 | We ate the four slices of pizza | 11:19:06 |
| 19 | in the car.  I think he had a soda as | 11:19:11 |
| 20 | well, I'm not 100 percent positive.  And I | 11:19:18 |
| 21 | continued to drive south to the 20th | 11:19:25 |
| 22 | Precinct, which is on West 82nd Street. | 11:19:30 |
| 23 | Q.    And what, if anything, happened | 11:19:33 |
| 24 | then? | 11:19:39 |
| 25 | A.    At some point in that ride -- | 11:19:40 |

NYCLD_044056

P-APP000885

Page 366

| 1 | Q. | Between 84th and 80th Street? | 11:19:45 |
| 2 | A. | Between 84th and 82nd Street. | 11:19:47 |
| 3 | Q. | 82nd Street. | 11:19:50 |

4       A.      Raymond Santana leaned up,       11:19:51
5    forward from the back seat and said, in     11:19:58
6    sum and substance, to the best of my        11:20:02
7    recollection, I don't know, I don't recall  11:20:04
8    his exact words, but he said I just want,    11:20:08
9    you know, you guys to know that I didn't     11:20:12
10   fuck that lady, I played with her tits, I    11:20:16
11   touched her tits.                            11:20:25

12           I told him we were going to go       11:20:29
13   upstairs and I was going to call his dad.    11:20:34
14   We parked the car.  Detective Jonza,         11:20:38
15   Detective Hall, myself and Raymond Santana   11:20:46
16   went into the 20th Precinct and upstairs     11:20:50
17   to the second floor and into the 20th        11:20:54
18   Squad.                                       11:21:00

19       Q.      Let me just stop you there a     11:21:00
20   second, Detective, former detective.         11:21:02

21           When Raymond Santana, Jr. said I     11:21:07
22   didn't fuck that lady, I just touched her    11:21:15
23   tits, what did you say to him?               11:21:19

24       A.      Nothing.                         11:21:21

25       Q.      Did you tell him he needs to     11:21:23

NYCLD_044057

P-APP000886

Page 367

| | | |
|---|---|---|
| 1 | stop talking, stop making statements? | 11:21:26 |
| 2 | A.    I told him we would talk about | 11:21:28 |
| 3 | what happened in Central Park after I had | 11:21:31 |
| 4 | an opportunity to call his dad. | 11:21:33 |
| 5 | Q.    But you didn't tell him to stop | 11:21:34 |
| 6 | talking, stop making any statements? | 11:21:37 |
| 7 | A.    No, sir. | 11:21:40 |
| 8 | Q.    And what was your reaction when | 11:21:41 |
| 9 | he made that statement, what were you | 11:21:44 |
| 10 | thinking when he made that statement? | 11:21:47 |
| 11 | A.    I was surprised. | 11:21:49 |
| 12 | Q.    Why were you surprised? | 11:21:56 |
| 13 | A.    It was the first time I had | 11:21:58 |
| 14 | heard that there was any sexual assault. | 11:22:02 |
| 15 | Q.    Right, because Hartigan never | 11:22:07 |
| 16 | told that to you? | 11:22:10 |
| 17 | A.    That's right. | 11:22:14 |
| 18 | Q.    And so then you got to the -- | 11:22:15 |
| 19 | what were the reactions of Detective Jonza | 11:22:22 |
| 20 | and Hall? | 11:22:25 |
| 21 | A.    No visible reaction. | 11:22:26 |
| 22 | Q.    When you got to the precinct, | 11:22:33 |
| 23 | did the three of you have a discussion | 11:22:34 |
| 24 | about that? | 11:22:37 |
| 25 | A.    Yes, we did. | 11:22:37 |

NYCLD_044058

P-APP000887

Page 368

| | | |
|---|---|---|
| 1 | Q.   And what did you say, what was | 11:22:38 |
| 2 | discussed? | 11:22:40 |
| 3 | A.   What was discussed was, you | 11:22:41 |
| 4 | know, we were a bit angry that we hadn't | 11:22:45 |
| 5 | been properly briefed, that we had to be | 11:22:50 |
| 6 | told by a 14-year old kid that there was a | 11:22:54 |
| 7 | sexual assault. | 11:22:57 |
| 8 | Q.   And did that raise a question in | 11:23:01 |
| 9 | your mind why Detective Hartigan asked you | 11:23:10 |
| 10 | to take another statement? | 11:23:13 |
| 11 | MS. DAITZ:  Objection. | 11:23:15 |
| 12 | A.   No, Hartigan had simply said to | 11:23:16 |
| 13 | me that he had more information, and that | 11:23:21 |
| 14 | we needed his father present. | 11:23:25 |
| 15 | Q.   That he had more information or | 11:23:29 |
| 16 | he had additional details? | 11:23:31 |
| 17 | MS. DAITZ:  Objection. | 11:23:33 |
| 18 | A.   More information, additional | 11:23:33 |
| 19 | details, sitting here today, 23, 24 years | 11:23:35 |
| 20 | later, to the best of my recollection, in | 11:23:41 |
| 21 | sum and substance, I don't remember the | 11:23:44 |
| 22 | exact words. | 11:23:46 |
| 23 | Q.   But it was sufficient rationale | 11:23:49 |
| 24 | to take another statement? | 11:23:53 |
| 25 | MS. DAITZ:  Objection. | 11:23:54 |

NYCLD_044059

P-APP000888

Page 369

1     A.     I don't know what you mean by          11:23:55
2  sufficient rationale.                            11:23:57
3     Q.     Well, he had already made a            11:23:58
4  statement, and as you subsequently found         11:24:01
5  out, there was very little difference            11:24:06
6  between the statement that he made in the         11:24:09
7  afternoon and the statement that he gave          11:24:11
8  to you.                                           11:24:14
9          MS. DAITZ:  Objection.                   11:24:14
10    A.     When you say subsequently found         11:24:16
11  out, do you have a time reference?               11:24:19
12    Q.     After you had an opportunity to         11:24:21
13  read the statement that he gave Detective        11:24:24
14  Hartigan and then the statement that he          11:24:29
15  gave you, there was very little difference       11:24:33
16  in terms of his personal involvement in          11:24:39
17  the event that happened with the jogger.         11:24:44
18          MS. DAITZ:  Objection to form.           11:24:48
19    Q.     The female jogger, Patricia             11:24:49
20  Meili.                                           11:24:51
21    A.     Without having both statements          11:24:52
22  in front of me, it's very difficult for me       11:24:54
23  to answer that.  They were similar, I'll         11:24:56
24  give you that.                                   11:24:59
25    Q.     And the difference being that           11:25:00

NYCLD_044060

P-APP000889

Page 370

| | | |
|---|---|---|
| 1 | one, there was no Miranda warnings given, | 11:25:05 |
| 2 | that's one significant difference between | 11:25:10 |
| 3 | what we can call the Hartigan statement | 11:25:13 |
| 4 | and the Sheehan statement, right? | 11:25:15 |
| 5 | MS. DAITZ:  Objection. | 11:25:17 |
| 6 | A.    I don't know there were no | 11:25:17 |
| 7 | Miranda warnings given. | 11:25:20 |
| 8 | Q.    On the statement, there's no | 11:25:22 |
| 9 | indication that Miranda warnings were | 11:25:24 |
| 10 | given to Mr. Santana on the Hartigan | 11:25:26 |
| 11 | statement. | 11:25:30 |
| 12 | MS. DAITZ:  Again, you told him | 11:25:30 |
| 13 | not to read the whole thing. | 11:25:32 |
| 14 | MR. WAREHAM:  I did not tell him | 11:25:34 |
| 15 | not to read the whole thing. | 11:25:35 |
| 16 | MS. DAITZ:  Well, then we'll go | 11:25:38 |
| 17 | back to it, and he can read it. | 11:25:39 |
| 18 | MR. WAREHAM:  I don't know if he | 11:25:40 |
| 19 | -- he said that he was very familiar with | 11:25:40 |
| 20 | the statement.  He said that it was one of | 11:25:42 |
| 21 | the documents he used in terms of his | 11:25:42 |
| 22 | preparation. | 11:25:43 |
| 23 | MS. DAITZ:  He said he reviewed | 11:25:43 |
| 24 | the document and it refreshed his | 11:25:45 |
| 25 | recollection.  He didn't say anything | 11:25:47 |

NYCLD_044061

P-APP000890

Page 371

| | | |
|---|---|---|
| 1 | about being very familiar.  And when I | 11:25:48 |
| 2 | asked you to give the witness an | 11:25:52 |
| 3 | opportunity to read it, you opted and said | 11:25:52 |
| 4 | to move on because the document speaks for | 11:25:54 |
| 5 | itself. | 11:25:56 |
| 6 | Q.    Do you want to read the entire | 11:25:57 |
| 7 | statement?  You know, let's wait at this | 11:25:59 |
| 8 | point, we'll get back to it. | 11:26:02 |
| 9 | No, you can read it, go ahead, | 11:26:04 |
| 10 | to answer my question around whether | 11:26:07 |
| 11 | Miranda warnings were given in the | 11:26:11 |
| 12 | Hartigan statement, whether there's any | 11:26:12 |
| 13 | indication in the statement that Miranda | 11:26:15 |
| 14 | warnings were given to Raymond Santana, | 11:26:17 |
| 15 | Jr. | 11:26:22 |
| 16 | MS. DAITZ:  We're wasting time, | 11:26:24 |
| 17 | Mr. Wareham. | 11:26:25 |
| 18 | MR. WAREHAM:  You're wasting | 11:26:26 |
| 19 | time because you said that -- I was very | 11:26:27 |
| 20 | clear and he was very clear that he was | 11:26:30 |
| 21 | familiar with the statement, and he | 11:26:32 |
| 22 | answered that question that there were no | 11:26:33 |
| 23 | Miranda warnings indicated. | 11:26:35 |
| 24 | MS. DAITZ:  And you're asking | 11:26:37 |
| 25 | him again? | 11:26:38 |

NYCLD_044062

P-APP000891

Page 372

| | | |
|---|---|---|
| 1 | MS. NELSON:  It's his | 11:26:39 |
| 2 | deposition. | 11:26:40 |
| 3 | MS. DIPPOLD:  I have to remind | 11:26:41 |
| 4 | you that your office called the Court, and | 11:26:42 |
| 5 | all attorneys were instructed that | 11:26:45 |
| 6 | speaking at depositions is to be limited | 11:26:47 |
| 7 | to an objection and a basis for the | 11:26:51 |
| 8 | objection. | 11:26:54 |
| 9 | MS. DAITZ:  I'm not making an | 11:26:55 |
| 10 | objection. | 11:26:57 |
| 11 | MS. DIPPOLD:  And nothing more. | 11:26:57 |
| 12 | MS. FISHER-BYRIALSEN:  You're | 11:26:59 |
| 13 | not supposed to talk at all. | 11:27:00 |
| 14 | MS. DAITZ:  What I'm doing is | 11:27:02 |
| 15 | following the Court's order regarding | 11:27:03 |
| 16 | timing, the length of time that the | 11:27:06 |
| 17 | deposition is taking. | 11:27:08 |
| 18 | MS. FISHER-BYRIALSEN:  That is | 11:27:08 |
| 19 | ridiculous. | 11:27:09 |
| 20 | MS. DAITZ:  And this deposition | 11:27:09 |
| 21 | is an overtime deposition -- | 11:27:09 |
| 22 | MS. FISHER-BYRIALSEN:  Do you | 11:27:11 |
| 23 | know that at Kharey's deposition we spent | 11:27:11 |
| 24 | an hour and a half watching a video.  You | 11:27:14 |
| 25 | couldn't keep that up, that's what you | 11:27:14 |

NYCLD_044063

P-APP000892

Page 373

| | | |
|---|---|---|
| 1 | chose to do.  So let Roger do what he | 11:27:17 |
| 2 | choses to do.  You're outrageous. | 11:27:22 |
| 3 | MS. DAITZ:  I'm noting for the | 11:27:22 |
| 4 | record, as I've been instructed to do by | 11:27:24 |
| 5 | the Court -- | 11:27:24 |
| 6 | MS. FISHER-BYRIALSEN:  No way. | 11:27:24 |
| 7 | You can call the Court.  You're not | 11:27:24 |
| 8 | supposed to note things for the record. | 11:27:24 |
| 9 | MS. DAITZ:  We can call the | 11:27:24 |
| 10 | court because this is an issue of time. | 11:27:30 |
| 11 | MS. FISHER-BYRIALSEN:  We have | 11:27:30 |
| 12 | 14 hours, and we're going to use them how | 11:27:31 |
| 13 | we choose. | 11:27:34 |
| 14 | MS. DAITZ:  That is not true at | 11:27:34 |
| 15 | all.  You gave a good faith estimate of 14 | 11:27:35 |
| 16 | hours.  And what the Court instructed us | 11:27:35 |
| 17 | to do is that if the time is being wasted, | 11:27:39 |
| 18 | to call the Court. | 11:27:41 |
| 19 | So if you want to call the | 11:27:42 |
| 20 | Court, then we'll do that. | 11:27:45 |
| 21 | MS. FISHER-BYRIALSEN:  It's been | 11:27:45 |
| 22 | wasted by you. | 11:27:46 |
| 23 | MS. DAITZ:  I disagree. | 11:27:48 |
| 24 | MR. BELDOCK:  Let's go ahead, | 11:27:48 |
| 25 | come on, move. | 11:27:49 |

NYCLD_044064

P-APP000893

Page 374

| | | |
|---|---|---|
| 1 | Q.     Have you had an opportunity to | 11:27:49 |
| 2 | look at the document, to read the | 11:27:51 |
| 3 | document? | 11:27:53 |
| 4 | A.     Yes, sir. | 11:27:54 |
| 5 | Q.     Is there any indication there | 11:27:54 |
| 6 | that Miranda warnings were given to | 11:27:56 |
| 7 | Raymond Santana, Jr. in that document? | 11:27:59 |
| 8 | A.     There is no written indication, | 11:28:01 |
| 9 | no, sir. | 11:28:03 |
| 10 | Q.     Thank you.  When you got to the | 11:28:03 |
| 11 | 20th Precinct, did you get a chance to -- | 11:28:30 |
| 12 | were you briefed on the case? | 11:28:36 |
| 13 | A.     Not when I first got there, no, | 11:28:38 |
| 14 | sir. | 11:28:41 |
| 15 | Q.     What happened when you got to | 11:28:41 |
| 16 | the 20th Precinct? | 11:28:43 |
| 17 | A.     I went up to the second floor, | 11:28:44 |
| 18 | went into the squad room, found a desk | 11:28:47 |
| 19 | that wasn't being used in a remote | 11:28:53 |
| 20 | section.  I advised the detectives in the | 11:28:58 |
| 21 | 20th Squad that the entire investigation | 11:29:02 |
| 22 | was now going to be moved, so if they | 11:29:06 |
| 23 | could free up as much room as they could | 11:29:10 |
| 24 | for us, it would be appreciated. | 11:29:13 |
| 25 | I sat down with Raymond, and I | 11:29:17 |

NYCLD_044065

P-APP000894

Page 375

| | | |
|---|---|---|
| 1 | asked for his father's phone number and I | 11:29:24 |
| 2 | called his dad. | 11:29:30 |
| 3 | Q.    And what was that discussion? | 11:29:32 |
| 4 | A.    Which discussion? | 11:29:36 |
| 5 | Q.    When you called his father, what | 11:29:37 |
| 6 | happened? | 11:29:39 |
| 7 | A.    The discussion between myself | 11:29:39 |
| 8 | and Raymond, Sr.? | 11:29:42 |
| 9 | Q.    Uh-huh. | 11:29:43 |
| 10 | A.    Okay.  Again, I don't remember | 11:29:44 |
| 11 | the exact conversation, it's a long time | 11:29:46 |
| 12 | ago.  But as I sit here today, I recall | 11:29:49 |
| 13 | that I spoke to him, I introduced myself | 11:29:52 |
| 14 | over the phone, Detective Mike Sheehan | 11:29:57 |
| 15 | from Manhattan North Homicide Squad.  I'm | 11:30:00 |
| 16 | with your son.  He's no longer at the | 11:30:03 |
| 17 | Central Park Precinct.  For reasons, we | 11:30:09 |
| 18 | moved the investigation to the West Side, | 11:30:13 |
| 19 | to the 20th. | 11:30:15 |
| 20 | I gave him the location of the | 11:30:18 |
| 21 | 20th Precinct, 82nd Street and Columbus | 11:30:20 |
| 22 | Avenue, between Columbus and Amsterdam. | 11:30:23 |
| 23 | And I advised him that I wanted to | 11:30:26 |
| 24 | interview his son, that I would need his | 11:30:29 |
| 25 | presence.  I wanted him to be present when | 11:30:37 |

NYCLD_044066

P-APP000895

Page 376

| | | |
|---|---|---|
| 1 | I did. | 11:30:40 |
| 2 | Q.    What did Mr. Santana say? | 11:30:42 |
| 3 | A.    He said he knew his son was with | 11:30:44 |
| 4 | the police, and that he needed about an | 11:30:49 |
| 5 | hour to an hour and a half to get there. | 11:30:54 |
| 6 | And I said fine, but when you | 11:31:00 |
| 7 | get here, it's on the second floor.  I'm | 11:31:02 |
| 8 | on the second floor, so just let the | 11:31:04 |
| 9 | people at the desk downstairs know that | 11:31:07 |
| 10 | you're here. | 11:31:12 |
| 11 | Q.    Then what happened, what did you | 11:31:12 |
| 12 | do after you spoke to Mr. Santana? | 11:31:16 |
| 13 | A.    I told Raymond that his father | 11:31:18 |
| 14 | was going to come here to the 20th, that | 11:31:21 |
| 15 | he asked for some time, about an hour, | 11:31:26 |
| 16 | hour and a half. | 11:31:30 |
| 17 | We then -- I, Jonza and Hall had | 11:31:34 |
| 18 | a discussion, I believe, with Sergeant | 11:31:38 |
| 19 | O'Connor.  I believe he was now at the | 11:31:41 |
| 20 | 20th Precinct as well. | 11:31:44 |
| 21 | He instructed us to use that | 11:31:46 |
| 22 | time to go eat something.  I can give you | 11:31:51 |
| 23 | an approximate time.  About 7:00 o'clock | 11:32:02 |
| 24 | we left the precinct. | 11:32:04 |
| 25 | Q.    Okay.  And you returned when? | 11:32:06 |

NYCLD_044067

P-APP000896

Page 377

| 1 | A.     Roughly an hour later. | 11:32:10 |

1      A.     Roughly an hour later.      11:32:10

2      Q.     Where was Raymond Santana, Jr.      11:32:15

3   during that time or where had you left      11:32:19

4   him?      11:32:21

5      A.     I left him seated at the desk.      11:32:21

6   As you walk into the squad, at the extreme      11:32:24

7   left toward the windows.      11:32:28

8      Q.     Was somebody, was there anyone      11:32:30

9   monitoring him?      11:32:34

10      A.     I advised the detectives who      11:32:35

11   were working that area, 20th Squad      11:32:38

12   detectives, and I also advised O'Connor      11:32:41

13   that I was leaving him here, obviously we      11:32:45

14   were going to go out to grab a sandwich      11:32:48

15   and keep an eye on him.      11:32:51

16      Q.     Was he handcuffed?      11:32:53

17      A.     No, sir.      11:32:54

18      Q.     Was he free to leave?      11:32:54

19      A.     No, sir.      11:32:57

20      Q.     When you got back, you got back      11:32:58

21   approximately an hour later, you said?      11:33:06

22      A.     Yeah, approximately, yes, sir,      11:33:08

23   about eight o'clock.      11:33:10

24      Q.     And then what happened?      11:33:11

25      A.     I asked Raymond if his dad had      11:33:13

VERITEXT REPORTING COMPANY
www.veritext.com
212-267-6868      516-608-2400

NYCLD_044068

P-APP000897

Page 378

| | | |
|---|---|---|
| 1 | come, and he said no.  I said okay.  When | 11:33:18 |
| 2 | your father gets here, let the detectives | 11:33:22 |
| 3 | know that he's here to come get me because | 11:33:26 |
| 4 | I'm going into another room, the other end | 11:33:29 |
| 5 | of the squad for a conference. | 11:33:35 |
| 6 | So if your father does come, | 11:33:40 |
| 7 | which I assume he was going to come, make | 11:33:43 |
| 8 | sure to come and get me. | 11:33:47 |
| 9 | MS. NELSON:  Mr. Wareham -- | 11:33:53 |
| 10 | MR. WAREHAM:  We'll take a break | 11:33:55 |
| 11 | now.  The tape is about to end. | 11:33:57 |
| 12 | THE VIDEOGRAPHER:  We're going | 11:34:00 |
| 13 | off the record at 11:33 a.m.  This marks | 11:34:01 |
| 14 | the end of media unit No. 1. | 11:34:01 |
| 15 | (A recess was taken.) | 11:34:15 |
| 16 | THE VIDEOGRAPHER:  We are back | 11:47:03 |
| 17 | on the record at 11:49 a.m.  This marks | 11:49:42 |
| 18 | the beginning of media unit No. 2. | 11:49:45 |
| 19 | Q.    Mr. Sheehan, when we left, you | 11:49:50 |
| 20 | had returned to the precinct, to the 20th | 11:49:54 |
| 21 | Precinct.  You told Raymond to let you | 11:50:00 |
| 22 | know when his father was coming, and then | 11:50:03 |
| 23 | what did you do? | 11:50:06 |
| 24 | MS. DAITZ:  Objection. | 11:50:06 |
| 25 | A.    What did I do when, sir? | 11:50:07 |

NYCLD_044069

P-APP000898

Page 379

| | | |
|---|---|---|
| 1 | Q. After you finished speaking to | 11:50:09 |
| 2 | Raymond, you told him you were going to be | 11:50:11 |
| 3 | down the hall in another room. You went | 11:50:14 |
| 4 | down the hall to the other room? | 11:50:17 |
| 5 | A. Yes, sir. | 11:50:19 |
| 6 | Q. What happened there? | 11:50:19 |
| 7 | A. I went to a briefing. | 11:50:21 |
| 8 | Q. Conducted by? | 11:50:23 |
| 9 | A. To the best of my recollection, | 11:50:26 |
| 10 | Inspector Power, Lieutenant Doyle, | 11:50:32 |
| 11 | Sergeant O'Connor and other people. | 11:50:38 |
| 12 | Q. And what happened at the | 11:50:40 |
| 13 | briefing? What was said at the briefing? | 11:50:44 |
| 14 | A. Some more details on the case. | 11:50:50 |
| 15 | Q. Did the details include the rape | 11:50:56 |
| 16 | of Patricia Meili? | 11:51:00 |
| 17 | A. The details included the fact | 11:51:03 |
| 18 | that a female jogger was raped or appeared | 11:51:05 |
| 19 | to be raped. | 11:51:12 |
| 20 | Q. Did the briefing indicate the | 11:51:12 |
| 21 | rape -- did the briefing indicate the race | 11:51:19 |
| 22 | of the suspects? | 11:51:26 |
| 23 | A. I don't specifically recall | 11:51:28 |
| 24 | that. | 11:51:29 |
| 25 | Q. Did the briefing indicate how | 11:51:29 |

NYCLD_044070

P-APP000899

Page 380

| | | |
|---|---|---|
| 1 | many people had been arrested? | 11:51:32 |
| 2 | A.    I don't recall that either. | 11:51:34 |
| 3 | Q.    Did the briefing indicate who | 11:51:36 |
| 4 | the victims were? | 11:51:43 |
| 5 | A.    To the best of my recollection, | 11:51:45 |
| 6 | I don't recall that either. | 11:51:53 |
| 7 | Q.    Did the briefing indicate how | 11:51:54 |
| 8 | many victims there were? | 11:51:56 |
| 9 | A.    To the best of my recollection, | 11:51:58 |
| 10 | I don't remember that either.  I can't, I | 11:52:00 |
| 11 | don't want to venture a guess. | 11:52:03 |
| 12 | Q.    Did you take notes of the | 11:52:04 |
| 13 | briefing? | 11:52:17 |
| 14 | A.    I don't believe I did, sir. | 11:52:18 |
| 15 | Q.    Did you take notes of the | 11:52:19 |
| 16 | statements that Raymond Santana, Jr. | 11:52:22 |
| 17 | allegedly made when you were driving him | 11:52:26 |
| 18 | from the Central Park Precinct to the 20th | 11:52:29 |
| 19 | Precinct? | 11:52:31 |
| 20 | A.    I don't, I don't recall if I did | 11:52:31 |
| 21 | or not. | 11:52:34 |
| 22 | Q.    After you -- after the briefing | 11:52:34 |
| 23 | -- what time was the briefing over? | 11:52:46 |
| 24 | A.    Well, shortly after it began, | 11:52:50 |
| 25 | let's say 20 minutes or a half hour into | 11:52:56 |

NYCLD_044071

P-APP000900

Page 381

| | | |
|---|---|---|
| 1 | it, I was, I was called out of the | 11:52:59 |
| 2 | briefing. | 11:53:04 |
| 3 | Q.    Why? | 11:53:05 |
| 4 | A.    Apparently Mr. Santana had come | 11:53:05 |
| 5 | to the precinct. | 11:53:11 |
| 6 | Q.    And? | 11:53:12 |
| 7 | A.    I went to the, into the squad | 11:53:13 |
| 8 | room. | 11:53:18 |
| 9 | Q.    And you spoke with him? | 11:53:18 |
| 10 | A.    No, sir. | 11:53:20 |
| 11 | Q.    Why not? | 11:53:20 |
| 12 | A.    He wasn't there. | 11:53:21 |
| 13 | Q.    Where had he gone? | 11:53:23 |
| 14 | A.    I spoke with Raymond Santana, | 11:53:25 |
| 15 | Jr. | 11:53:29 |
| 16 | Q.    And, describe in a narrative | 11:53:29 |
| 17 | form what happened. | 11:53:32 |
| 18 | A.    Raymond basically told me that | 11:53:33 |
| 19 | his father had come and had gone out again | 11:53:36 |
| 20 | but would return. | 11:53:38 |
| 21 | Q.    What did you tell Raymond | 11:53:39 |
| 22 | Santana, Jr.? | 11:53:43 |
| 23 | A.    When he comes, when dad comes | 11:53:43 |
| 24 | back, you know, try to have him stay here. | 11:53:45 |
| 25 | Q.    So then what did you do? | 11:53:51 |

NYCLD_044072

P-APP000901

Page 382

1      A.    I went back into the room where      11:53:54

2    the briefing was continuing.                 11:53:58

3      Q.    And at the end of the briefing,       11:54:00

4    what had you learned, anything than what     11:54:03

5    you just indicated?                          11:54:08

6      A.     To the best of my recollection,     11:54:09

7    I mean sitting here today, I mean, I don't   11:54:11

8    remember the entire briefing.  But the one   11:54:14

9    thing I did learn is that there was a        11:54:17

10   female who was sexually assaulted.           11:54:21

11     Q.    And after the briefing, then         11:54:24

12   what did you do?                             11:54:34

13          MR. WAREHAM:  Let the record          11:54:40

14   reflect that Mr. Dong from the District      11:54:42

15   Attorney's office is leaving and taking      11:54:44

16   the originals of the notes that he had       11:54:47

17   brought here, and that we have copies of     11:54:50

18   it.                                          11:54:53

19          MS. NELSON:  And the notes are        11:54:54

20   from Detective Sheehan's notebook.           11:54:55

21          MR. WAREHAM:  Right, from             11:54:58

22   Detective Sheehan's notebook.                11:54:59

23          MS. NELSON:  Thank you.               11:55:02

24          MR. WAREHAM:  Thank you.              11:55:05

25          MS. DAITZ:  Thank you.                11:55:06

NYCLD_044073

P-APP000902

Page 383

| | | |
|---|---|---|
| 1 | (Mr. Dong left the hearing | 11:55:06 |
| 2 | room.) | 11:55:10 |
| 3 | Q.   Did you -- let me -- was | 11:55:10 |
| 4 | Detective Hartigan at the briefing at the | 11:55:15 |
| 5 | 20th Precinct? | 11:55:20 |
| 6 | A.   I don't recall seeing him. | 11:55:21 |
| 7 | Q.   Did you receive a copy of | 11:55:23 |
| 8 | Raymond Santana, Jr's. first statement? | 11:55:28 |
| 9 | A.   Not at that time. | 11:55:32 |
| 10 | Q.   When did you receive a copy? | 11:55:33 |
| 11 | A.   Much later. | 11:55:35 |
| 12 | Q.   Can you give me an approximate | 11:55:36 |
| 13 | time when you received the copy? | 11:55:39 |
| 14 | A.   Just before I took, just before | 11:55:40 |
| 15 | I interviewed Raymond Santana, Jr. | 11:55:44 |
| 16 | Q.   Around what time was that? | 11:55:47 |
| 17 | A.   Approximately ten o'clock. | 11:55:49 |
| 18 | Q.   And so you read the statement at | 11:55:53 |
| 19 | ten o'clock? | 11:55:58 |
| 20 | MS. DAITZ:  Objection. | 11:56:00 |
| 21 | A.   I can't give you an exact time | 11:56:02 |
| 22 | when I read the statement, but it was just | 11:56:04 |
| 23 | prior to me talking to Raymond. | 11:56:08 |
| 24 | Q.   Ten minutes, five minutes? | 11:56:12 |
| 25 | A.   I don't want to make an | 11:56:16 |

NYCLD_044074

P-APP000903

Page 384

| | | |
|---|---|---|
| 1 | approximation, sir.  I'm not good at that, | 11:56:18 |
| 2 | I don't know. | 11:56:21 |
| 3 | Q.    And how -- you read the | 11:56:22 |
| 4 | statement? | 11:56:28 |
| 5 | A.    I read it, yes, sir. | 11:56:29 |
| 6 | Q.    How many times did you read it? | 11:56:31 |
| 7 | A.    I don't recall.  I certainly | 11:56:33 |
| 8 | read it once. | 11:56:37 |
| 9 | Q.    And shortly thereafter, you | 11:56:37 |
| 10 | began, you conducted an interview with | 11:56:42 |
| 11 | Raymond Santana, Jr.? | 11:56:44 |
| 12 | A.    Yes, sir. | 11:56:46 |
| 13 | Q.    Who was -- where was it | 11:56:47 |
| 14 | conducted? | 11:56:53 |
| 15 | A.    The 20th Precinct youth room. | 11:56:54 |
| 16 | Q.    And just back up.  When you -- | 11:56:57 |
| 17 | when Mr. Santana, when Raymond Santana's | 11:57:09 |
| 18 | father returned to the precinct, you came | 11:57:12 |
| 19 | out and spoke with him? | 11:57:15 |
| 20 | A.    Yes, sir. | 11:57:16 |
| 21 | Q.    And what did you tell him about | 11:57:16 |
| 22 | why they were doing -- why you were having | 11:57:21 |
| 23 | -- why he needed to come there? | 11:57:27 |
| 24 | MS. DAITZ:  Objection. | 11:57:29 |
| 25 | A.    As I previously testified, I | 11:57:31 |

NYCLD_044075

P-APP000904

Page 385

1    told Mr. Santana by telephone that I          11:57:34

2    wanted to interview his son, and I needed      11:57:38

3    him to be present.                             11:57:42

4        Q.    Did you indicate to him that you    11:57:44

5    had -- did you tell him that his son had       11:57:46

6    made a previous statement that implicated      11:57:54

7    himself in a serious crime?                    11:57:57

8             MS. DAITZ:   Objection.              11:57:59

9        A.    I don't recall if I had that        11:58:00

10   conversation or not.                           11:58:02

11       Q.    Did you indicate that he wanted     11:58:12

12   to add additional information to a             11:58:14

13   statement that he had made at the Central      11:58:17

14   Park Precinct?                                 11:58:20

15       A.    Again, I don't recall, I don't      11:58:20

16   recall that specific conversation that I       11:58:21

17   had with Mr. Santana.                          11:58:23

18       Q.    Do you remember testifying at a     11:58:25

19   suppression hearing in this case in 1989?      11:58:54

20   I think you testified to it yesterday.         11:59:00

21       A.    If you're asking me if I            11:59:03

22   testified at a suppression hearing in          11:59:05

23   1989, yes, I did.                              11:59:08

24       Q.    Let me show you what is marked      11:59:09

25   Sheehan 34.  It is, they are excerpted         11:59:15

NYCLD_044076

P-APP000905

Page 386

| | | |
|---|---|---|
| 1 | pages from the suppression hearing, | 11:59:23 |
| 2 | October 29, 1989.  And I'll indicate the | 11:59:26 |
| 3 | pages I want you to look at. | 11:59:35 |
| 4 | MS. DAITZ:  Thank you. | 11:59:36 |
| 5 | MR. WAREHAM:  This isn't the | 11:59:38 |
| 6 | entire suppression hearing. | 11:59:40 |
| 7 | MS. DAITZ:  Is it excerpts? | 11:59:42 |
| 8 | MR. WAREHAM:  Of the suppression | 11:59:43 |
| 9 | hearing. | 11:59:45 |
| 10 | MS. DAITZ:  But is it his full | 11:59:45 |
| 11 | testimony excerpted from the suppression | 11:59:47 |
| 12 | hearing or excerpts of his testimony? | 11:59:50 |
| 13 | MR. WAREHAM:  Excerpts of his | 11:59:52 |
| 14 | testimony, right. | 11:59:54 |
| 15 | Q.   And I would direct your | 11:59:55 |
| 16 | attention to the first page, 16 -- I'm | 11:59:57 |
| 17 | sorry, it's 34. | 12:00:01 |
| 18 | MS. DAITZ:  34.  And which page | 12:00:11 |
| 19 | are you directing the witness to? | 12:00:13 |
| 20 | Q.   1688, I'm sorry.  It actually | 12:00:56 |
| 21 | begins on 1687, the answer, the question, | 12:01:09 |
| 22 | the last question on 1687, and it | 12:01:15 |
| 23 | continues on 1688.  Did you have a chance | 12:01:19 |
| 24 | to read it? | 12:01:24 |
| 25 | A.   Pages 1687 and 1688? | 12:01:28 |

NYCLD_044077

P-APP000906

Page 387

| | | |
|---|---|---|
| 1 | Q.    Right, just the last question on | 12:02:03 |
| 2 | 1687, did there come a time. | 12:02:06 |
| 3 | A.    Yes. | 12:02:09 |
| 4 | Q.    Having read it, does that | 12:02:09 |
| 5 | refresh your recollection around your | 12:02:10 |
| 6 | statement to -- your discussion with Mr. | 12:02:13 |
| 7 | Santana around his son having made a | 12:02:15 |
| 8 | statement and him having implicated | 12:02:18 |
| 9 | himself? | 12:02:21 |
| 10 | MS. DAITZ:  Objection. | 12:02:22 |
| 11 | A.    This is my testimony at the | 12:02:22 |
| 12 | time.  I certainly had a better | 12:02:25 |
| 13 | recollection of events than I do now. | 12:02:27 |
| 14 | Q.    Certainly.  Let me just for the | 12:02:29 |
| 15 | record, the question is, did there come a | 12:02:30 |
| 16 | time when you left the briefing again, | 12:02:31 |
| 17 | this starts on 1687. | 12:02:34 |
| 18 | "ANSWER:  Yes, I met with Mr. | 12:02:36 |
| 19 | Santana.  He had now arrived back at the | 12:02:38 |
| 20 | station house.  I advised him that we | 12:02:41 |
| 21 | wanted to take another statement from his | 12:02:44 |
| 22 | son, that he had made a statement already | 12:02:46 |
| 23 | and that he implicated he wanted to put | 12:02:48 |
| 24 | additional information into that | 12:02:51 |
| 25 | statement.  We didn't want to do it | 12:02:53 |

NYCLD_044078

P-APP000907

Page 388

| | | |
|---|---|---|
| 1 | without his father being present." | 12:02:54 |
| 2 | That was your testimony at the | 12:02:56 |
| 3 | time.  Does that sound right to you? | 12:02:58 |
| 4 | A.    This was my testimony at the | 12:03:00 |
| 5 | time and, like I just testified to, | 12:03:02 |
| 6 | obviously I had a better recollection when | 12:03:06 |
| 7 | I testified to this than I do today. | 12:03:08 |
| 8 | Q.    Who was in the interview room | 12:03:13 |
| 9 | with you when you began your interview | 12:03:15 |
| 10 | with Mr., with Raymond Santana, Jr.? | 12:03:18 |
| 11 | A.    Raymond Santana, Jr., Raymond | 12:03:22 |
| 12 | Santana, Sr., Detective August Jonza and | 12:03:25 |
| 13 | myself. | 12:03:31 |
| 14 | Q.    And when you began your | 12:03:31 |
| 15 | questioning of, your interview of Raymond | 12:03:47 |
| 16 | Santana, Jr., do you remember telling him | 12:03:53 |
| 17 | that you, you know, he should just tell | 12:03:55 |
| 18 | you what happened, that you really knew | 12:04:00 |
| 19 | nothing about the case? | 12:04:01 |
| 20 | MS. DAITZ:  Objection to form. | 12:04:02 |
| 21 | A.    I don't recall those exact | 12:04:03 |
| 22 | words. | 12:04:07 |
| 23 | Q.    Do you remember telling him | 12:04:09 |
| 24 | something to that effect, that you really | 12:04:10 |
| 25 | knew nothing so he should just tell you | 12:04:12 |

NYCLD_044079

P-APP000908

Page 389

| | | |
|---|---|---|
| 1 | what happened? | 12:04:16 |
| 2 | A.    Once again, I don't remember | 12:04:16 |
| 3 | that conversation. | 12:04:18 |
| 4 | Q.    Let me, do you remember | 12:04:19 |
| 5 | testifying at the trial of Antron McCray | 12:04:23 |
| 6 | and Yusef Salaam and Raymond Santana in | 12:04:30 |
| 7 | 1990? | 12:04:36 |
| 8 | A.    I testified at two trials. | 12:04:36 |
| 9 | Q.    Okay.  Well, I'm talking about | 12:04:40 |
| 10 | the first trial. | 12:04:42 |
| 11 | MS. DAITZ:  You need to give | 12:04:47 |
| 12 | verbal answers. | 12:04:48 |
| 13 | THE WITNESS:  Sorry? | 12:04:49 |
| 14 | MS. DAITZ:  You need to give | 12:04:49 |
| 15 | verbal answers. | 12:04:51 |
| 16 | A.    Yes. | 12:04:52 |
| 17 | Q.    This is marked Sheehan 35.  This | 12:04:52 |
| 18 | is testimony of Mr. Sheehan on July 25th, | 12:04:55 |
| 19 | excerpts of testimony of Mr. Sheehan on | 12:04:59 |
| 20 | July 25, 1990, and I would direct you to | 12:05:02 |
| 21 | look at 3777. | 12:05:05 |
| 22 | MS. DAITZ:  Do you want to just | 12:05:14 |
| 23 | give out the copies? | 12:05:19 |
| 24 | MR. WAREHAM:  Yes. | 12:05:21 |
| 25 | MS. DAITZ:  That has sticky | 12:05:21 |

NYCLD_044080

P-APP000909

Page 390

```
 1    notes on them.                              12:05:24
 2            MR. WAREHAM:  Some more blank,       12:05:24
 3    secret code.                                12:05:27
 4            MS. DAITZ:  Thank you.  For          12:05:30
 5    record, Mr. Wareham, are these excerpts or  12:05:36
 6    the full testimony?                         12:05:41
 7            MR. WAREHAM:  These are              12:05:42
 8    excerpts, these are not the full            12:05:43
 9    testimony.  We are trying to do our bit     12:05:45
10    for saving the trees.                       12:05:48
11            MS. DAITZ:  35.                      12:05:49
12            MR. WAREHAM:  3777.                  12:05:50
13            MS. DAITZ:  No, I mean Exhibit       12:05:52
14    number 35?                                  12:05:53
15            MR. WAREHAM:  Exhibit number 35,    12:05:54
16    yes.                                        12:05:55
17        Q.    But in particular, I'm sorry,     12:06:36
18    look at 3787, page 3787.                    12:06:39
19        A.    Yes.                              12:06:47
20        Q.    From the middle of the page,      12:06:48
21    from line 11 through 3788, line 6.  I'm     12:06:50
22    sorry, through line 14, and let me know     12:07:09
23    when you're finished.                       12:07:45
24        A.    How far do you want me to go?     12:07:48
25        Q.    To line 16.                       12:07:51
```

NYCLD_044081

P-APP000910

Page 391

| | | |
|---|---|---|
| 1 | MS. DAITZ:  On 3788? | 12:07:58 |
| 2 | Q.    On 3788.  Line 11 on 3787 to | 12:08:00 |
| 3 | line 16 on 3788. | 12:08:07 |
| 4 | A.    Okay. | 12:08:28 |
| 5 | Q.    If you just read from line 11, | 12:08:29 |
| 6 | 3787.  "QUESTION:  When you started to | 12:08:33 |
| 7 | question Raymond, you indicated to Raymond | 12:08:35 |
| 8 | that you had no knowledge of this case; is | 12:08:37 |
| 9 | this correct? | 12:08:37 |
| 10 | "ANSWER:  That's right. | 12:08:39 |
| 11 | "QUESTION:  And you wanted to | 12:08:40 |
| 12 | hear from his own words exactly what he | 12:08:42 |
| 13 | knew about this case; is that correct? | 12:08:45 |
| 14 | "ANSWER:  That's correct. | 12:08:46 |
| 15 | "Does that refresh your | 12:08:47 |
| 16 | recollection as to whether you used words | 12:08:48 |
| 17 | to that affect? | 12:08:50 |
| 18 | "ANSWER:  Yeah. | 12:08:52 |
| 19 | "But you knew something about | 12:08:53 |
| 20 | the case -- "QUESTION: -- I'm sorry -- But | 12:08:54 |
| 21 | you knew something about the case? | 12:08:54 |
| 22 | "ANSWER:  Right. | 12:08:55 |
| 23 | "QUESTION:  You were lying to | 12:08:56 |
| 24 | Raymond; am I correct? | 12:08:57 |
| 25 | "ANSWER:  I don't call it lying. | 12:08:59 |

NYCLD_044082

P-APP000911

Page 392

| | | |
|---|---|---|
| 1 | "QUESTION:  You wanted to hear | 12:09:02 |
| 2 | about Raymond's own words? | 12:09:04 |
| 3 | "ANSWER:  Right. | 12:09:04 |
| 4 | "QUESTION:  You didn't want to | 12:09:07 |
| 5 | poison Raymond adding your own words; am I | 12:09:09 |
| 6 | correct? | 12:09:12 |
| 7 | "MS. LEDERER:  Objection. | 12:09:12 |
| 8 | "THE COURT:  I'll let him | 12:09:14 |
| 9 | answer. | 12:09:16 |
| 10 | "ANSWER:  I asked Raymond | 12:09:16 |
| 11 | Santana what happened, tell me what | 12:09:18 |
| 12 | happened, I wasn't there. | 12:09:20 |
| 13 | "QUESTION:  But you also told | 12:09:21 |
| 14 | him you knew nothing about the case; am I | 12:09:22 |
| 15 | correct? | 12:09:25 |
| 16 | "ANSWER:  That's what I | 12:09:25 |
| 17 | testified to.  I guess that's what I told | 12:09:27 |
| 18 | him. | 12:09:29 |
| 19 | "QUESTION:  And you wanted to | 12:09:29 |
| 20 | hear it in his own words? | 12:09:30 |
| 21 | "ANSWER:  Right." | 12:09:32 |
| 22 | Do you remember that testimony? | 12:09:36 |
| 23 | A.    I don't remember that testimony, | 12:09:38 |
| 24 | but, I mean, it's here. | 12:09:41 |
| 25 | Q.    So after you told Raymond | 12:09:43 |

NYCLD_044083

P-APP000912

Page 393

1    Santana, Jr. that you wanted him to say        12:09:49

2    what happened, what happened, did you read    12:09:56

3    him Miranda rights?                            12:09:58

4         A.    Yes, sir, I did.                    12:10:00

5         Q.    Did he indicate that he            12:10:02

6    understood them?                               12:10:04

7         A.    Yes, sir, he did.                   12:10:05

8         Q.    Was his father there?              12:10:06

9         A.    His father was sitting right       12:10:08

10   next to him.                                   12:10:09

11        Q.    Did his father indicate that he    12:10:10

12   understood?                                    12:10:12

13        A.    Yes, sir.                           12:10:12

14        Q.    Did you tell, before you began     12:10:13

15   the interview, did you tell Raymond            12:10:16

16   Santana, Jr. he needed to just keep            12:10:20

17   telling his story so he could go home?         12:10:24

18        A.    No, sir, I never said that to      12:10:27

19   Raymond Santana.                               12:10:29

20        Q.    You never led Raymond Santana to   12:10:30

21   believe that if he cooperated with you or      12:10:33

22   the police that he could go home?              12:10:35

23        A.    I never said that to Raymond       12:10:38

24   Santana nor did I give him the impression.     12:10:41

25        Q.    Did you hear any other officer     12:10:44

NYCLD_044084

P-APP000913

Page 394

| | | |
|---|---|---|
| 1 | or detective tell Raymond Santana, Jr. | 12:10:49 |
| 2 | that if he cooperated, he could go home? | 12:10:52 |
| 3 | A.    No, sir, I did not. | 12:10:55 |
| 4 | Q.    Did you tell Raymond Santana | 12:10:56 |
| 5 | that he needed to put himself in this | 12:10:59 |
| 6 | incident so that it would be believable? | 12:11:04 |
| 7 | A.    No, sir, I never said that to | 12:11:06 |
| 8 | Raymond Santana. | 12:11:09 |
| 9 | Q.    Did you tell him that he needed | 12:11:10 |
| 10 | to offer some more details to the first | 12:11:12 |
| 11 | statement so that it would be more | 12:11:15 |
| 12 | believable? | 12:11:17 |
| 13 | A.    No, sir, I never said that to | 12:11:18 |
| 14 | Raymond Santana. | 12:11:21 |
| 15 | Q.    Did you tell Raymond Santana | 12:11:21 |
| 16 | that if he did not cooperate, Jr., that if | 12:11:26 |
| 17 | he did not cooperate, he was going to jail | 12:11:28 |
| 18 | for the rape of Patricia Meili, of the | 12:11:32 |
| 19 | female jogger? | 12:11:36 |
| 20 | A.    No, sir, I never said that to | 12:11:36 |
| 21 | Raymond Santana. | 12:11:38 |
| 22 | Q.    Did you tell Raymond Santana, | 12:11:39 |
| 23 | Jr. that if the jogger died, he was going | 12:11:41 |
| 24 | to go to jail for life? | 12:11:44 |
| 25 | A.    No, sir, I never said that to | 12:11:46 |

NYCLD_044085

P-APP000914

Page 395

| | | |
|---|---|---|
| 1 | Raymond Santana. | 12:11:48 |
| 2 | Q.    How did the interview begin | 12:11:49 |
| 3 | after you read him his Miranda warnings, | 12:11:54 |
| 4 | he signed the card? | 12:11:57 |
| 5 | A.    I don't, to the best of my | 12:12:00 |
| 6 | recollection, there was no card to sign. | 12:12:02 |
| 7 | That was my, my own card that I carried in | 12:12:04 |
| 8 | my wallet. | 12:12:08 |
| 9 | I read him his Miranda warnings. | 12:12:11 |
| 10 | He answered in the affirmative after each | 12:12:16 |
| 11 | question.  His father nodded to some, | 12:12:20 |
| 12 | answered to others.  And then I asked | 12:12:23 |
| 13 | Raymond to tell me what happened. | 12:12:30 |
| 14 | Q.    And so how did that -- you made | 12:12:33 |
| 15 | notes as he -- just tell us what happened. | 12:12:37 |
| 16 | A.    Raymond, you know, where were | 12:12:41 |
| 17 | you, what time, you know, and tell us, | 12:12:46 |
| 18 | tell us here what happened, and he began | 12:12:52 |
| 19 | to tell a story. | 12:12:55 |
| 20 | Q.    And in that story, he, did he | 12:12:58 |
| 21 | incorporate the two separate parts of the | 12:13:02 |
| 22 | Hartigan statement? | 12:13:06 |
| 23 | MS. DAITZ:  Objection. | 12:13:07 |
| 24 | Q.    Did he incorporate, the story | 12:13:11 |
| 25 | that Raymond Santana, Jr. told you | 12:13:14 |

NYCLD_044086

P-APP000915

Page 396

| | | |
|---|---|---|
| 1 | incorporate the parts of the Hartigan | 12:13:16 |
| 2 | statement that were signed at 1640, at | 12:13:19 |
| 3 | 4:40 p.m. and the parts that were signed | 12:13:22 |
| 4 | at 6:00 p.m.? | 12:13:25 |
| 5 | MS. DAITZ:  Objection to form. | 12:13:26 |
| 6 | A.    I mean, to the best of my | 12:13:26 |
| 7 | recollection, Raymond Santana told me a | 12:13:28 |
| 8 | version of the events.  There may have | 12:13:32 |
| 9 | been some questions from me during his | 12:13:37 |
| 10 | narrative, and I don't remember sitting | 12:13:40 |
| 11 | here today whether or not he told me every | 12:13:49 |
| 12 | single detail in those two, as you | 12:13:55 |
| 13 | mentioned, statements from Hartigan. | 12:13:59 |
| 14 | Q.    You said you read the Hartigan | 12:14:05 |
| 15 | statement once before you started the | 12:14:08 |
| 16 | interview? | 12:14:10 |
| 17 | A.    Maybe I glanced at it a second | 12:14:11 |
| 18 | time, but I definitely read it once. | 12:14:15 |
| 19 | Q.    And where was the statement when | 12:14:17 |
| 20 | you were interviewing Raymond, Jr.? | 12:14:20 |
| 21 | A.    On the desk or the table in | 12:14:22 |
| 22 | front of me. | 12:14:26 |
| 23 | Q.    And did you refer to it while | 12:14:27 |
| 24 | you were interviewing him? | 12:14:29 |
| 25 | A.    No, I didn't. | 12:14:31 |

NYCLD_044087

P-APP000916

Page 397

| | | |
|---|---|---|
| 1 | Q.     Did Raymond, did you have it | 12:14:32 |
| 2 | there so that Raymond could refer to it | 12:14:35 |
| 3 | while he was telling you the story? | 12:14:38 |
| 4 | A.     It wasn't in front of Raymond, | 12:14:39 |
| 5 | actually. | 12:14:41 |
| 6 | Q.     Did he ask to look at it while | 12:14:42 |
| 7 | he was telling the story? | 12:14:45 |
| 8 | A.     No, sir, he did not. | 12:14:48 |
| 9 | Q.     Did -- you said -- were you | 12:14:49 |
| 10 | making notes when he was telling you this | 12:15:08 |
| 11 | story? | 12:15:11 |
| 12 | A.     No, sir, I was asking questions. | 12:15:11 |
| 13 | I was letting him give a narrative.  But | 12:15:15 |
| 14 | there were times in the narrative I may | 12:15:18 |
| 15 | have asked him, I may have asked a | 12:15:20 |
| 16 | qualifying question. | 12:15:22 |
| 17 | Q.     And that was based upon, the | 12:15:25 |
| 18 | questions that you asked were based upon | 12:15:29 |
| 19 | the Hartigan statement? | 12:15:31 |
| 20 | A.     No, sir. | 12:15:33 |
| 21 | Q.     Did you, before you began the | 12:15:33 |
| 22 | interview, did you ask Raymond Santana, | 12:15:37 |
| 23 | Jr. what were the additional details that | 12:15:40 |
| 24 | he had told Detective Hartigan he wanted | 12:15:42 |
| 25 | to add to what he had already testified | 12:15:45 |

NYCLD_044088

P-APP000917

Page 398

| | | |
|---|---|---|
| 1 | to? | 12:15:49 |
| 2 | MS. DAITZ:  Objection to form. | 12:15:50 |
| 3 | A.    What I told Raymond Santana, Jr. | 12:15:51 |
| 4 | was to tell me the truth about what | 12:15:55 |
| 5 | happened in Central Park the night before. | 12:15:59 |
| 6 | Q.    How, what was the process by | 12:16:07 |
| 7 | which his statements to you got reduced to | 12:16:15 |
| 8 | writing? | 12:16:16 |
| 9 | MS. DAITZ:  Objection. | 12:16:17 |
| 10 | Q.    You didn't take notes, so how | 12:16:20 |
| 11 | did it get reduced to writing? | 12:16:22 |
| 12 | A.    He gave a narrative.  I had a | 12:16:25 |
| 13 | few questions.  I don't recall if Jonza | 12:16:27 |
| 14 | had a few questions, perhaps he did. | 12:16:30 |
| 15 | There came a point in time, I | 12:16:36 |
| 16 | know I asked him is there anything else, | 12:16:39 |
| 17 | and Raymond said no, that's what happened. | 12:16:43 |
| 18 | I said okay, I'm now going to reduce this | 12:16:49 |
| 19 | to writing. | 12:16:53 |
| 20 | Q.    Okay, and then what happened? | 12:16:54 |
| 21 | A.    I, I'm not sure if I put the | 12:16:56 |
| 22 | heading on the page already. | 12:17:05 |
| 23 | Q.    Okay. | 12:17:10 |
| 24 | A.    I asked him to give me a | 12:17:12 |
| 25 | reference point and, like he did before | 12:17:14 |

NYCLD_044089

P-APP000918

Page 399

| | | |
|---|---|---|
| 1 | during the narrative, and I began to write | 12:17:18 |
| 2 | essentially what he had told me. | 12:17:24 |
| 3 | Q.    And once you finished doing | 12:17:26 |
| 4 | that, did you question -- | 12:17:28 |
| 5 | MR. WAREHAM:  Withdrawn. | 12:17:30 |
| 6 | Q.    Once you finished writing it | 12:17:31 |
| 7 | down, what did you do? | 12:17:35 |
| 8 | A.    After I finished writing the | 12:17:37 |
| 9 | statement? | 12:17:42 |
| 10 | Q.    Once you finished writing the | 12:17:42 |
| 11 | statement, right, did you show it to him? | 12:17:44 |
| 12 | A.    I read it to him first. | 12:17:47 |
| 13 | Q.    Okay.  Then did you give him a | 12:17:49 |
| 14 | copy, did you give him the statement to | 12:17:56 |
| 15 | read? | 12:17:58 |
| 16 | A.    I read the statement to Raymond | 12:17:58 |
| 17 | and his father aloud, and I told Raymond, | 12:18:00 |
| 18 | if there's anything in here that is not | 12:18:06 |
| 19 | what happened or perhaps I made a mistake, | 12:18:11 |
| 20 | we can correct it.  I read him the | 12:18:15 |
| 21 | statement.  I then handed him the | 12:18:18 |
| 22 | statement to read. | 12:18:21 |
| 23 | Q.    Okay, did he read it? | 12:18:22 |
| 24 | A.    He certainly looked at it.  I | 12:18:24 |
| 25 | don't know if he read it.  But I, you | 12:18:29 |

NYCLD_044090

P-APP000919

Page 400

| | | |
|---|---|---|
| 1 | know, it was given to him. | 12:18:30 |
| 2 | Q.   And at that time, did you know | 12:18:32 |
| 3 | when Raymond had been arrested or had, had | 12:18:35 |
| 4 | first been arrested or detained? | 12:18:39 |
| 5 | A.   I don't know anything about an | 12:18:42 |
| 6 | arrest. | 12:18:45 |
| 7 | Q.   When he had first been detained | 12:18:46 |
| 8 | by the police? | 12:18:49 |
| 9 | A.   I did not know the exact time, | 12:18:50 |
| 10 | no. | 12:18:52 |
| 11 | Q.   But since that, after that you | 12:18:52 |
| 12 | found out that he had been detained from | 12:18:54 |
| 13 | when, when had he first been taken into | 12:18:57 |
| 14 | custody? | 12:19:00 |
| 15 | A.   I don't recall, sir. | 12:19:01 |
| 16 | Q.   Do you know whether it was the | 12:19:02 |
| 17 | night of April 19th? | 12:19:04 |
| 18 | A.   Sitting here today, I honestly | 12:19:05 |
| 19 | don't recall whether it was the night of | 12:19:09 |
| 20 | April 19th or the early morning hours of | 12:19:11 |
| 21 | April 20th.  I don't honestly recall. | 12:19:13 |
| 22 | Q.   But by that point it had been | 12:19:17 |
| 23 | nearly 24 hours? | 12:19:20 |
| 24 | A.   Excuse me? | 12:19:21 |
| 25 | Q.   It had been nearly 24 hours by | 12:19:22 |

NYCLD_044091

P-APP000920

Page 401

| | | |
|---|---|---|
| 1 | the time you interviewed him, it had been | 12:19:25 |
| 2 | nearly -- | 12:19:28 |
| 3 | A.    As I just -- | 12:19:28 |
| 4 | MS. DAITZ:   Let him finish the | 12:19:29 |
| 5 | question before you answer. | 12:19:31 |
| 6 | Q.    It had been nearly 24 hours? | 12:19:32 |
| 7 | MS. DAITZ:   Objection. | 12:19:34 |
| 8 | A.    Twenty-four hours? | 12:19:34 |
| 9 | Q.    From the time he had first been | 12:19:35 |
| 10 | detained by the police, came into police | 12:19:37 |
| 11 | custody. | 12:19:40 |
| 12 | A.    As I just testified, I'm not | 12:19:40 |
| 13 | sure exactly what time he was picked up by | 12:19:42 |
| 14 | the police. | 12:19:45 |
| 15 | Q.    And let me show you what has | 12:19:45 |
| 16 | been marked as Sheehan 40, which is -- | 12:20:29 |
| 17 | A.    You have a thing on there.   Got | 12:20:35 |
| 18 | it? | 12:20:37 |
| 19 | Q.    Yep. | 12:20:38 |
| 20 | A.    Okay. | 12:20:42 |
| 21 | MS. DAITZ:   Thank you.   This | 12:20:46 |
| 22 | document bears Bates stamped numbers | 12:20:59 |
| 23 | NYC019880 through 884. | 12:21:02 |
| 24 | Q.    Would you look at that, and do | 12:21:06 |
| 25 | you recognize that as the copy of the | 12:21:17 |

NYCLD_044092

P-APP000921

Page 402

| | | |
|---|---|---|
| 1 | statement that you wrote out on April 20, | 12:21:20 |
| 2 | 1989 at approximately 2210 hours, 10:10 | 12:21:24 |
| 3 | p.m.? | 12:21:34 |
| 4 | A.    Yes, sir, it bears my signature. | 12:21:34 |
| 5 | Q.    And was this a statement you | 12:21:39 |
| 6 | reviewed in preparation for this | 12:22:18 |
| 7 | deposition? | 12:22:21 |
| 8 | MS. DAITZ:  I'm instructing the | 12:22:21 |
| 9 | witness not to answer. | 12:22:22 |
| 10 | Q.    Are you familiar with this | 12:22:26 |
| 11 | statement?  Do you need -- I'm going to | 12:22:27 |
| 12 | ask you a question about it.  Do you need | 12:22:30 |
| 13 | to reread, do you need to read the | 12:22:33 |
| 14 | statement? | 12:22:36 |
| 15 | Let me ask the question. | 12:22:37 |
| 16 | A.    Okay. | 12:22:39 |
| 17 | Q.    Would it be fair to say -- | 12:22:40 |
| 18 | MR. WAREHAM:  Withdrawn. | 12:22:45 |
| 19 | Q.    In terms of Raymond Santana's | 12:22:46 |
| 20 | personal involvement in the alleged | 12:22:57 |
| 21 | involvement in the incidents that occurred | 12:23:01 |
| 22 | on April 19th, was there any significance | 12:23:04 |
| 23 | -- is there any difference -- | 12:23:08 |
| 24 | MR. WAREHAM:  Excuse me, | 12:23:12 |
| 25 | withdrawn. | 12:23:13 |

NYCLD_044093

P-APP000922

Page 403

| | | |
|---|---|---|
| 1 | Q.    Are there new facts around | 12:23:13 |
| 2 | Raymond Santana, Jr.'s personal | 12:23:22 |
| 3 | involvement in the events of April 19th in | 12:23:26 |
| 4 | the statement he gave you that weren't in | 12:23:29 |
| 5 | the statement he gave Detective Hartigan? | 12:23:33 |
| 6 | MS. DAITZ:  Objection to form. | 12:23:36 |
| 7 | A.    To properly answer that | 12:23:37 |
| 8 | question, I would have to reread both | 12:23:39 |
| 9 | statements and compare them. | 12:23:41 |
| 10 | Q.    Okay.  You read the Hartigan | 12:23:43 |
| 11 | statement.  Did you read the Hartigan | 12:23:49 |
| 12 | statement today? | 12:23:52 |
| 13 | A.    Yes, sir. | 12:23:52 |
| 14 | Q.    Okay.  Then take the time to | 12:23:53 |
| 15 | read that. | 12:23:59 |
| 16 | A.    Is the Hartigan statement here? | 12:24:01 |
| 17 | Q.    The Hartigan statement? | 12:24:05 |
| 18 | MS. DAITZ:  Here. | 12:24:07 |
| 19 | A.    Yes, I have it. | 12:24:08 |
| 20 | MS. DAITZ:  What number is on | 12:24:09 |
| 21 | that? | 12:24:11 |
| 22 | THE WITNESS:  The Hartigan | 12:24:11 |
| 23 | statement is Sheehan 39. | 12:24:13 |
| 24 | Q.    You know what, before you do | 12:24:14 |
| 25 | that, do you remember -- would you look at | 12:24:16 |

NYCLD_044094

P-APP000923

Page 404

| | | |
|---|---|---|
| 1 | Exhibit 35, your testimony at the McCray, | 12:24:26 |
| 2 | Richardson -- I mean, the McCray, Salaam, | 12:24:36 |
| 3 | Santana trial on July 20, 1990, and I | 12:24:40 |
| 4 | refer you to page 3825, which is near the | 12:24:52 |
| 5 | end, to line 17 through line, through line | 12:24:57 |
| 6 | 5 on 3827, I'm sorry. | 12:25:52 |
| 7 | A.    To line what? | 12:25:55 |
| 8 | Q.    To line 5 on 3827. | 12:25:56 |
| 9 | A.    Okay.  Okay. | 12:26:01 |
| 10 | Q.    Just so we can speed this along, | 12:26:17 |
| 11 | on page 3825, line 17: | 12:26:24 |
| 12 | "QUESTION:  Officer, referring | 12:26:28 |
| 13 | back to your statement and comparing that | 12:26:31 |
| 14 | to the Hartigan statement, and concerning | 12:26:33 |
| 15 | Raymond's personal involvement, am I | 12:26:35 |
| 16 | correct in stating, Officer, that there | 12:26:38 |
| 17 | are no new facts about Raymond's personal | 12:26:40 |
| 18 | involvement in the Sheehan statement that | 12:26:43 |
| 19 | are not reflected in the Hartigan | 12:26:46 |
| 20 | statement?  We are talking about Raymond's | 12:26:48 |
| 21 | personal involvement. | 12:26:51 |
| 22 | "ANSWER:  That's correct. | 12:26:52 |
| 23 | Next question:  Is your answer | 12:26:54 |
| 24 | -- | 12:26:54 |
| 25 | "ANSWER:  That's correct. | 12:26:56 |

NYCLD_044095

P-APP000924

Page 405

1        "QUESTION:  The answer is that's    12:26:57

2  correct?    12:27:00

3        "ANSWER:  Yes.    12:27:00

4        "QUESTION:  There is no new    12:27:02

5  facts that are different; am I correct?    12:27:04

6        "ANSWER:  Concerning his    12:27:06

7  personal involvement?    12:27:08

8        "QUESTION:  Right.    12:27:09

9        "ANSWER:  No more detail.    12:27:10

10        "QUESTION:  He said he touched    12:27:12

11  her breasts in the Hartigan statement,    12:27:14

12  that adds no new facts to the Sheehan    12:27:16

13  statement?    12:27:20

14        "ANSWER:  That's correct.    12:27:20

15        "QUESTION:  There is one    12:27:22

16  difference, Officer, if you look at the    12:27:23

17  beginning of the statement with reference    12:27:24

18  to Raymond's personal involvement and the    12:27:26

19  fact that Raymond --    12:27:28

20        "ANSWER:  Which statement are    12:27:31

21  you referring to now?    12:27:31

22        "QUESTION:  I will get to that    12:27:33

23  in a moment.  The big difference is that    12:27:34

24  in the Sheehan statement, the fact that    12:27:36

25  you advised him of his constitutional    12:27:37

VERITEXT REPORTING COMPANY
www.veritext.com
212-267-6868    516-608-2400

NYCLD_044096

P-APP000925

Page 406

| | | |
|---|---|---|
| 1 | rights is reflected there, but in the | 12:27:40 |
| 2 | Hartigan statement, there is no mention of | 12:27:42 |
| 3 | that; am I correct? | 12:27:43 |
| 4 | "MS. LEDERER:  Objection as to | 12:27:44 |
| 5 | form. | 12:27:46 |
| 6 | "THE COURT:  I will sustain as | 12:27:47 |
| 7 | to form. | 12:27:48 |
| 8 | "QUESTION:  Officer, is there a | 12:27:50 |
| 9 | mention of the fact in the Hartigan | 12:27:51 |
| 10 | statement that Raymond was advised of his | 12:27:53 |
| 11 | constitutional rights? | 12:27:53 |
| 12 | "ANSWER:  No. | 12:27:56 |
| 13 | "QUESTION:  Is there a statement | 12:27:59 |
| 14 | in the Sheehan statement that Raymond was | 12:28:00 |
| 15 | advised of his constitutional rights? | 12:28:02 |
| 16 | "ANSWER:  Yes." | 12:28:04 |
| 17 | That was your testimony in 1990. | 12:28:09 |
| 18 | Do you have any reason to change that? | 12:28:13 |
| 19 | A.   Like I said, the 1990, my | 12:28:15 |
| 20 | recollection of the facts was a lot better | 12:28:20 |
| 21 | than it certainly is today, it's a lot of | 12:28:23 |
| 22 | years later. | 12:28:25 |
| 23 | Q.   So the additional details that | 12:28:29 |
| 24 | Detective Hartigan told you necessitated | 12:28:36 |
| 25 | taking another statement did not include | 12:28:39 |

NYCLD_044097

P-APP000926

Page 407

| | | |
|---|---|---|
| 1 | any personal involvement by Raymond | 12:28:40 |
| 2 | Santana, Jr., according to your testimony | 12:28:44 |
| 3 | 23 years ago? | 12:28:48 |
| 4 | MS. DAITZ:  Objection to form. | 12:28:49 |
| 5 | A.    According to what I just read of | 12:28:50 |
| 6 | my testimony, his personal involvement, | 12:28:53 |
| 7 | yes.  However, I think I did say in here, | 12:28:58 |
| 8 | in fact I read it, that there was more | 12:29:01 |
| 9 | detail as to his personal involvement. | 12:29:04 |
| 10 | Line 9, page 3826. | 12:29:10 |
| 11 | Q.    Right.  And then you went to the | 12:29:13 |
| 12 | question and answer with -- and then the | 12:29:36 |
| 13 | response was, you said no more detail. | 12:29:45 |
| 14 | "QUESTION:  He said he touched | 12:29:49 |
| 15 | her breasts and Hartigan said that that | 12:29:51 |
| 16 | adds no new facts in the Sheehan | 12:29:52 |
| 17 | statement. | 12:29:54 |
| 18 | "ANSWER:  That's correct." | 12:29:55 |
| 19 | So I don't see how that speaks | 12:29:56 |
| 20 | to the -- it doesn't speak to the issue | 12:30:04 |
| 21 | of, that the rationale for -- that | 12:30:08 |
| 22 | Detective Hartigan told you that he needed | 12:30:15 |
| 23 | a new statement was, another statement was | 12:30:17 |
| 24 | that Raymond had additional details to | 12:30:20 |
| 25 | add. | 12:30:23 |

NYCLD_044098

P-APP000927

Page 408

1   And, as it turns out, there were                12:30:23

2   no new additional details in terms of his       12:30:29

3   personal involvement.                           12:30:35

4   MS. DAITZ:  Objection to form.                  12:30:35

5   A.   You know, you're talking about             12:30:37

6   his personal involvement, and I'm telling       12:30:39

7   you, reading from my testimony, my answer       12:30:42

8   was concerning his personal involvement.        12:30:48

9   I asked the question of the                     12:30:52

10  attorney, the attorney says right.  I           12:30:54

11  answer no, more detail.  So to answer your      12:30:57

12  question, there were more details in this       12:31:03

13  statement.                                      12:31:06

14  Q.   And you said Detective Hartigan            12:31:10

15  didn't show up -- do you remember whether       12:31:20

16  Detective Hartigan showed up at the 20th        12:31:23

17  Precinct?                                       12:31:25

18  MS. DAITZ:  Objection to form.                  12:31:25

19  A.   To the best of my recollection,            12:31:27

20  I don't believe he was there.  Thinking         12:31:28

21  back on it sitting here now all these           12:31:31

22  years later, I believe Hartigan went off        12:31:34

23  duty and that was the reason that I was         12:31:37

24  given the assignment to interview Raymond       12:31:40

25  Santana.                                        12:31:45

NYCLD_044099

P-APP000928

Page 409

| | | |
|---|---|---|
| 1 | Q.    After you took the statement, | 12:31:52 |
| 2 | what did you do?  Approximately what time | 12:31:58 |
| 3 | was it you finished interviewing -- how | 12:32:03 |
| 4 | long was the interview? | 12:32:06 |
| 5 | A.    A little less than two hours, an | 12:32:07 |
| 6 | hour and 50 minutes. | 12:32:12 |
| 7 | MS. DAITZ:  If you need to refer | 12:32:14 |
| 8 | to the document, just let Mr. Wareham know | 12:32:15 |
| 9 | that you're referring to the document for | 12:32:19 |
| 10 | the record. | 12:32:20 |
| 11 | Q.    Is that what you're doing -- | 12:32:20 |
| 12 | A.    Yes, sir. | 12:32:23 |
| 13 | Q.    -- to refresh your recollection? | 12:32:23 |
| 14 | A.    Yes, sir, I am. | 12:32:25 |
| 15 | MS. DAITZ:  And the document | 12:32:26 |
| 16 | being his statement. | 12:32:27 |
| 17 | Q.    The Sheehan statement.  And how | 12:32:28 |
| 18 | much of that time was spent actually | 12:32:30 |
| 19 | writing up this statement? | 12:32:33 |
| 20 | A.    As I sit here today, again, my | 12:32:35 |
| 21 | recollection, it's probably, if you divide | 12:32:40 |
| 22 | this in half, it's 50/50. | 12:32:43 |
| 23 | Q.    And once you finished taking | 12:32:46 |
| 24 | that statement, what did you do? | 12:32:49 |
| 25 | A.    I had, as I already testified, I | 12:32:50 |

NYCLD_044100

P-APP000929

Page 410

1    had Raymond -- I read it aloud.  I had              12:32:57

2    Raymond read it.  I signed in the margin           12:33:02

3    of each page, and Raymond signed in the            12:33:10

4    margin of each page.                               12:33:15

5           And at the completion, Raymond              12:33:17

6    signed his name, I signed my name,                 12:33:21

7    witnessed by Raymond Santana, his father           12:33:25

8    signed, and Detective August Jonza signed.         12:33:29

9       Q.    And once you had finished taking          12:33:34

10   the written statement, what did you tell           12:33:36

11   them, what was going to happen?  Did               12:33:38

12   Raymond Santana, Jr. say okay, I've                12:33:44

13   cooperated, can I go home now?                     12:33:49

14      A.    No, he did not say that.                  12:33:51

15      Q.    So what happened?                         12:33:56

16      A.    I told Mr. Santana and Raymond,           12:33:57

17   we were going to go back upstairs to the           12:34:02

18   Detective Squad.  That's what we did.              12:34:05

19      Q.    And what was -- then what                 12:34:14

20   happened?                                          12:34:19

21      A.    In this time, in this time               12:34:19

22   period immediately following the                   12:34:24

23   statement, while we were in the 20th               12:34:28

24   Squad, I was advised by someone, and I'm           12:34:33

25   not sure who, that the District Attorney's         12:34:38

NYCLD_044101

P-APP000930

Page 411

| | | |
|---|---|---|
| 1 | office video unit was here, I guess at the | 12:34:43 |
| 2 | 20th. | 12:34:52 |
| 3 | Q.    And so that -- what did you tell | 12:34:53 |
| 4 | Mr. Santana, what did you tell Raymond | 12:35:00 |
| 5 | Santana? | 12:35:02 |
| 6 | A.    Well, I learned that the | 12:35:03 |
| 7 | District Attorneys, the Assistant District | 12:35:06 |
| 8 | Attorney Elizabeth Lederer, wanted to take | 12:35:09 |
| 9 | a videotape statement of Raymond. | 12:35:12 |
| 10 | Q.    You told him that? | 12:35:16 |
| 11 | A.    Yes, sir. | 12:35:18 |
| 12 | Q.    And what did he say? | 12:35:18 |
| 13 | A.    I advised him that he would have | 12:35:21 |
| 14 | to stay because we needed him to be | 12:35:24 |
| 15 | present during that, and he agreed. | 12:35:30 |
| 16 | Q.    Did he have a choice? | 12:35:32 |
| 17 | MS. DAITZ:  Objection. | 12:35:40 |
| 18 | Q.    Around doing the video | 12:35:42 |
| 19 | statement? | 12:35:45 |
| 20 | A.    Did who have a choice? | 12:35:45 |
| 21 | Q.    Did Raymond Santana, Jr. have a | 12:35:47 |
| 22 | choice in doing the video statement? | 12:35:51 |
| 23 | A.    Certainly. | 12:35:52 |
| 24 | Q.    But he could have refused to do | 12:35:53 |
| 25 | the video statement? | 12:35:55 |

NYCLD_044102

P-APP000931

Page 412

| | | |
|---|---|---|
| 1 | A.    That's correct. | 12:35:57 |
| 2 | Q.    And did you tell him that this | 12:35:57 |
| 3 | will help, this will help you to go home | 12:36:03 |
| 4 | if you take the video, if you do the video | 12:36:09 |
| 5 | statement? | 12:36:12 |
| 6 | MS. DAITZ:  Objection. | 12:36:12 |
| 7 | A.    No, I never said that to | 12:36:12 |
| 8 | Raymond. | 12:36:14 |
| 9 | Q.    And did any other member of the | 12:36:15 |
| 10 | service tell Raymond Santana, Jr. that he | 12:36:20 |
| 11 | should do the video statement, it will | 12:36:24 |
| 12 | help him so he can go home? | 12:36:27 |
| 13 | A.    Certainly not in my presence, | 12:36:29 |
| 14 | no, sir. | 12:36:31 |
| 15 | Q.    So you gave him a choice to do | 12:36:31 |
| 16 | the video statement and he said okay? | 12:36:35 |
| 17 | MS. DAITZ:  Objection to form. | 12:36:37 |
| 18 | Q.    He said I'll do it? | 12:36:39 |
| 19 | A.    What I said is the District | 12:36:41 |
| 20 | Attorneys are here.  They would like to | 12:36:47 |
| 21 | take your statement on videotape.  And I | 12:36:51 |
| 22 | said this to both Raymond and his father, | 12:36:55 |
| 23 | and I advised his father that, you know, | 12:36:59 |
| 24 | obviously if they're going to take another | 12:37:05 |
| 25 | statement, they would want a parent to be | 12:37:07 |

NYCLD_044103

P-APP000932

Page 413

| | | |
|---|---|---|
| 1 | there.  That's what I said. | 12:37:10 |
| 2 | Q.    And so then what happened, did | 12:37:11 |
| 3 | you take the video statement at the 20th | 12:37:25 |
| 4 | Precinct? | 12:37:28 |
| 5 | MS. DAITZ:  Objection to form. | 12:37:28 |
| 6 | A.    No, sir, I didn't take any | 12:37:29 |
| 7 | videotaped statement. | 12:37:32 |
| 8 | Q.    Was the videotaped statement | 12:37:34 |
| 9 | done at the 20th Precinct? | 12:37:37 |
| 10 | A.    No, sir. | 12:37:39 |
| 11 | Q.    Why not? | 12:37:39 |
| 12 | A.    The investigation was moved once | 12:37:40 |
| 13 | again to a different precinct. | 12:37:48 |
| 14 | Q.    Which was? | 12:37:50 |
| 15 | A.    The 24. | 12:37:51 |
| 16 | Q.    So then what happened? | 12:37:52 |
| 17 | A.    I transported Raymond Santana | 12:37:56 |
| 18 | and his father with Detective Jonza from | 12:38:03 |
| 19 | the 20th to the 24th. | 12:38:08 |
| 20 | Q.    And around what time was that? | 12:38:10 |
| 21 | A.    To the best of my recollection, | 12:38:14 |
| 22 | it was around two a.m. | 12:38:27 |
| 23 | Q.    And what happened at the 24th | 12:38:33 |
| 24 | Precinct? | 12:38:39 |
| 25 | A.    T the 24th Precinct, I escorted | 12:38:39 |

NYCLD_044104

P-APP000933

Page 414

| | | |
|---|---|---|
| 1 | Raymond Santana, Jr. and his father to | 12:38:47 |
| 2 | what was designated the youth room, and we | 12:38:51 |
| 3 | took a seat. | 12:38:58 |
| 4 | Q.    Go on.  Can you do a narrative | 12:39:00 |
| 5 | in terms of what happened? | 12:39:04 |
| 6 | MS. DAITZ:  Objection to form. | 12:39:05 |
| 7 | A.    At some point, I'm not sure | 12:39:06 |
| 8 | exactly what time, but after I arrived, | 12:39:10 |
| 9 | Assistant District Attorney Elizabeth | 12:39:19 |
| 10 | Lederer arrived at the 24th with a | 12:39:21 |
| 11 | videographer.  And at some point, a | 12:39:26 |
| 12 | videotaped statement was taken. | 12:39:36 |
| 13 | Q.    Were you present for that? | 12:39:37 |
| 14 | A.    Yes, I was. | 12:39:39 |
| 15 | Q.    Were you the arresting officer | 12:39:41 |
| 16 | in this? | 12:39:44 |
| 17 | A.    No, sir. | 12:39:44 |
| 18 | Q.    Who was the arresting officer? | 12:39:45 |
| 19 | A.    I'm not sure who the arresting | 12:39:46 |
| 20 | officer was, but the case detective, the | 12:39:49 |
| 21 | person who in the vernacular of New York | 12:39:51 |
| 22 | City detectives at the time, the person | 12:39:57 |
| 23 | who caught the case was Detective Burt | 12:39:59 |
| 24 | Arroyo. | 12:40:01 |
| 25 | Q.    Was he part of Manhattan North | 12:40:02 |

NYCLD_044105

P-APP000934

Page 415

| | | |
|---|---|---|
| 1 | Homicide Squad? | 12:40:06 |
| 2 | A.    Not at that time, no, sir. | 12:40:07 |
| 3 | Q.    Was he present for the | 12:40:09 |
| 4 | interview? | 12:40:11 |
| 5 | A.    Yes, he was. | 12:40:12 |
| 6 | MS. DAITZ:  Objection, the | 12:40:14 |
| 7 | video. | 12:40:15 |
| 8 | Q.    The video interview? | 12:40:16 |
| 9 | A.    The video interview, yes, sir. | 12:40:17 |
| 10 | Q.    He was not present when you took | 12:40:20 |
| 11 | the statement at the 20th Precinct? | 12:40:22 |
| 12 | A.    No, the only detective present | 12:40:24 |
| 13 | when I took the written statement at the | 12:40:26 |
| 14 | 20th Precinct was Detective August Jonza. | 12:40:29 |
| 15 | Q.    Is that a customary procedure | 12:40:32 |
| 16 | for a detective who didn't, for the | 12:40:39 |
| 17 | detective who didn't catch the case to be | 12:40:44 |
| 18 | present at the video interview? | 12:40:46 |
| 19 | MS. DAITZ:  Objection to form. | 12:40:48 |
| 20 | A.    I don't know about the | 12:40:49 |
| 21 | characterization as being a customary | 12:40:52 |
| 22 | procedure.  I'm not sure exactly what you | 12:40:54 |
| 23 | mean. | 12:40:55 |
| 24 | Q.    Had you done video interviews | 12:40:56 |
| 25 | before? | 12:41:00 |

NYCLD_044106

P-APP000935

Page 416

```
 1      A.     Yes, many times.              12:41:00
 2      Q.     And had you, on the interviews 12:41:01
 3  that you did before, were you the case   12:41:12
 4  detective?                               12:41:14
 5      A.     Sometimes.                     12:41:14
 6      Q.     And were there instances where 12:41:15
 7  you sat in on interviews where you weren't 12:41:19
 8  the case detective?                      12:41:22
 9      A.     Yes, sir.                      12:41:24
10          MS. DAITZ:  Objection to form.   12:41:25
11  You're just talking about video          12:41:27
12  interviews?                              12:41:30
13          MR. WAREHAM:  Videos, yes.       12:41:30
14      A.     Video interviews, yes, sir.   12:41:31
15      Q.     And after the video interview  12:41:31
16  was completed, what happened?            12:41:35
17      A.     There was a second video done. 12:41:36
18      Q.     And of what?                   12:41:48
19      A.     A second video was of the, was 12:41:50
20  of Raymond Santana, was to document the  12:42:01
21  clothing that he was wearing.            12:42:04
22      Q.     When was the second video done? 12:42:06
23      A.     Again, a long time ago.  I'm not 12:42:10
24  sure of the exact time, but it was shortly 12:42:13
25  after Raymond Santana's videotaped       12:42:16
```

NYCLD_044107

P-APP000936

Page 417

| | | |
|---|---|---|
| 1 | statement to Elizabeth Lederer, Assistant | 12:42:24 |
| 2 | DA. | 12:42:29 |
| 3 | Q.    Fifteen minutes, a half an hour? | 12:42:29 |
| 4 | A.    I don't want to make an | 12:42:32 |
| 5 | assumption.  It was shortly thereafter, | 12:42:34 |
| 6 | and I'm not exactly sure. | 12:42:37 |
| 7 | Q.    Was he wearing the clothes at | 12:42:38 |
| 8 | the time? | 12:42:42 |
| 9 | A.    The clothes that Raymond Santana | 12:42:42 |
| 10 | was wearing when I interviewed him were | 12:42:44 |
| 11 | the same clothes that he was wearing | 12:42:47 |
| 12 | during his videotaped interview with the | 12:42:48 |
| 13 | Assistant DA.  Those were the clothes that | 12:42:51 |
| 14 | he was wearing when we did the second | 12:42:55 |
| 15 | videotape. | 12:42:57 |
| 16 | Q.    And once that was complete, what | 12:42:58 |
| 17 | did you do? | 12:43:00 |
| 18 | A.    Detective Jonza and I escorted | 12:43:01 |
| 19 | Raymond Santana, Jr. and Raymond Santana, | 12:43:13 |
| 20 | Sr. in an unmarked car to Raymond's | 12:43:19 |
| 21 | residence on ███████████████ | 12:43:25 |
| 22 | Q.    Can you describe what happened? | 12:43:28 |
| 23 | Did anything happen on the way there? | 12:43:32 |
| 24 | A.    Yes, sir.  On the way to ████ | 12:43:34 |
| 25 | ███████████  I drove east on 100th Street | 12:43:43 |

NYCLD_044108

P-APP000937

Page 418

| | | |
|---|---|---|
| 1 | from the 24th Precinct to Central Park | 12:43:50 |
| 2 | West. | 12:43:55 |
| 3 | I entered Central Park at 100th | 12:43:56 |
| 4 | Street to the West Drive.  I veered to the | 12:44:00 |
| 5 | left, slightly to the left, and again to | 12:44:06 |
| 6 | the right, and I drove onto the, what was | 12:44:10 |
| 7 | known to us in the police department as | 12:44:14 |
| 8 | the 102nd Street Cross Path. | 12:44:16 |
| 9 | Q.    And why did you go there? | 12:44:23 |
| 10 | A.    I had been told, and I'm not | 12:44:27 |
| 11 | sure when, but this was the, this was the | 12:44:31 |
| 12 | area of the, somewhere on this path was | 12:44:34 |
| 13 | the area of the attack on the female | 12:44:39 |
| 14 | jogger. | 12:44:44 |
| 15 | Q.    And was that the area that | 12:44:46 |
| 16 | Raymond Santana, Jr. had indicated in his | 12:44:52 |
| 17 | statement to Hartigan? | 12:44:56 |
| 18 | A.    I don't recall that, sir.  I | 12:45:00 |
| 19 | don't recall. | 12:45:05 |
| 20 | Q.    Was that the statement that | 12:45:05 |
| 21 | Raymond Santana, Jr. had indicated to you | 12:45:06 |
| 22 | in the statement that he made to you? | 12:45:09 |
| 23 | MS. DAITZ:  Objection to form. | 12:45:11 |
| 24 | A.    Once again, I don't recall | 12:45:12 |
| 25 | whether that was indicated specifically in | 12:45:17 |

NYCLD_044109

P-APP000938