5/12/2020     TV Guide - The Trailer for Ava DuVernay's Central Park Five Series When They See Us Is Deeply Unsettling - Entertainment - The Palm Beach P…

Case 2:20-cv-00180-JLB-MRM Document 46-16 Filed 07/01/20 Page 1 of 4 PageID 3880

# The Palm Beach Post
### REAL NEWS STARTS HERE

Entertainment

# The Trailer for Ava DuVernay's Central Park Five Series When They See Us Is Deeply Unsettling

By TV Guide

Posted Apr 19, 2019 at 11:54 AM

The official trailer for Ava DuVernay's limited series *When They See Us* has arrived, and fair warning, it will stay with you for a while.

The gripping drama tackles the notorious case of five teenagers of color who were wrongfully accused of the rape and attempted murder of a white female jogger in New York City. In the harrowing trailer, Harlem natives Antron McCray, Kevin Richardson, Yusef Salaam, Raymond Santana and Korey Wise -- dubbed the Central Park Five -- face the daunting reality that they will probably go to jail for a crime they didn't commit. In reality, all five were convicted and sentenced to between five and 15 years in prison.

**Discover your new favorite show: Watch This Now!**

It's a deeply unsettling series that spans 25 years of their lives, from their questionable interrogation by police in 1989 to their exoneration in 2002 and settlement with the city of New York in 2014. In addition to producing, DuVernay also co-wrote and directed all four installments.

The project has enlisted an elite crop of actors to bring this story to life, including Michael K. Williams, Vera Farmiga, John Leguizamo, Felicity Huffman, Niecy Nash, Blair Underwood, Christopher Jackson, Joshua Jackson, Omar Dorsey, Adepero Oduye, Famke Janssen, and Aurora Perrineau. Dascha Polanco, William Sadler, Jharrel Jerome, Jovan Adepo, Aunjanue Ellis, Kylie Bunbury, Marsha Stephanie Blake, Storm Reid, Chris Chalk, Freddy Miyares, Justin Cunningham, Ethan Herisse, Caleel Harris, Marquis Rodriguez and Asante Blackk also star.



*When They See Us* heads to Netflix Friday, May 31.

### Other Links From TVGuide.com

- When They See Us
- Ava DuVernay
- Michael K. Williams
- John Leguizamo
- Niecy Nash
- Felicity Huffman
- Joshua Jackson
- Blair Underwood
- Storm Reid
- Christopher Jackson
- Asante Blackk
- Kylie Bunbury
- Famke Janssen



P-APP002891

# Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

← **Tweet**

🔍 Search Twitter

**Ava DuVernay** ✓
@ava

I wish it was fiction too. Thanks for watching early.
#whentheyseeus

> **mrmalcolmvee** @malcolmvenable · May 18
> Watching @WhenTheySeeUs and shattering into a thousand pieces. It's stunning; I wish this was fiction. It hurts. @ava

2:06 AM · May 18, 2019 · Twitter for iPhone

**39** Retweets   **332** Likes

---

**mrmalcolmvee** @malcolmvenable · May 18
Replying to @ava
Remarkable job. Bravo.

This Tweet is unavailable

**Linda Singleton** @LindaSi99013862 · May 18
Replying to @ava
Queen please support me as I start my own senior home care business 🙏🏽. This is my true passion and I would appreciate any donation and/or support through sharing my info! I just need some help! Thank you



**Click here to support Startup Business for Senior Home Care organiz...**
Linda Singleton Startup Business for Senior Home Care Hi my name is Linda and I have had a passion for supporting senior citizens since I ...
🔗 gofundme.com

🆖 explosion m𝕌ℝDER @bakugoexplode · May 18
Replying to @ava
any update on the New Gods film? 😭

♡ 1

**Kristina Beverlin** @krisbeverlin · May 18
Replying to @ava
@Ava is changing the world through film. Thank you 🙏🏽

♡ 1

This Tweet is unavailable

**Ava DuVernay** ✓ @ava · May 18
Press. 🎬

💬 1   ♡ 1

---

## Relevant people

**Ava DuVernay** ✓   [Follow]
@ava
Mom of 10: When They See Us, Wrinkle in Time, Queen Sugar, 13th, Selma, Middle of Nowhere, Venus VS, I Will Follow, My Mic Sounds Nice, This is The Life. xo

**mrmalcolmvee**   [Follow]
@malcolmvenable
journo virgo, Hollywood. sr. editor @tvguide.com

**When They See Us** ✓   [Follow]
@WhenTheySeeUs
The true story of the boys they called the Central Park Five. Ava DuVernay's #WhenTheySeeUs is now streaming, only on @Netflix.

## Trends for you ⚙

Trending in United States
**#Fortnite**
Trending with: #fortniteevent, #TheEnd, #ripfortnite

Gaming
Fortnite's season 10 black hole mystery deepens with ...   [Fort]