

twitter.com/ava/status/1134675309981102080?lang=en

**Tweet**

**Ava DuVernay** ✔
@ava

Not drama. 100% real. The real rapist is Matias Reyes. I shot the prison yard scene just as Korey told it to me. And the words Matias says to Nancy Ryan are almost word for word from his real confession. Wild, I know. #WhenTheySeeUs

> **Nick Fury** @WritingTheWrong · May 31, 2019
> WAIT!!! Is this for drama or did it really happen that the person who did it was in jail with Korey?!?! Please say it's drama. Somebody tell me it's for TV. #WhenTheySeeUS
> Show this thread

12:17 AM · Jun 1, 2019 · Twitter for iPhone

**3.9K** Retweets   **12.4K** Likes

Search Twitter

**Relevant people**

**Ava DuVernay** ✔
@ava                                    Follow
When They See Us, 13th, Wrinkle in Time, Queen Sugar, Selma, Middle of Nowhere, Venus VS, I Will Follow, My Mic Sounds Nice, This is The Life

**Nick Fury**
@WritingTheWrong                        Follow
Playwright. Dramaturg. Agent of S.H.I.E.L.D.

**What's happening**

World news · Yesterday
**Controversial national security law goes into effect in Hong Kong**

Entertainment · Trending
Viola Davis

P-APP002904

**The New York Times** | https://nyti.ms/2I9YTes

# Linda Fairstein Attacks Her Portrayal in 'When They See Us'

In an op-ed in The Wall Street Journal, the prosecutor-turned-novelist said that a Netflix series based on the Central Park Five case was full of "distortions and falsehoods."

 **By Elizabeth A. Harris**

June 11, 2019

Linda Fairstein, a former prosecutor who has been the focus of public outrage since Netflix began streaming a series based on the Central Park Five case, has criticized the show in an op-ed as "so full of distortions and falsehoods as to be an outright fabrication."

Since "When They See Us" began airing on May 31, Ms. Fairstein, who became a successful crime novelist after retiring from the Manhattan district attorney's office, has faced calls for a boycott of her books, has stepped down from several nonprofit boards and was dropped by her publisher. The four-part series created by Ava DuVernay portrayed Ms. Fairstein, who was played by Felicity Huffman, as pushing for the convictions of the five teenagers despite overt inconsistencies in their confessions, which they said had been coerced.

Ms. Fairstein was running the sex crimes unit in the Manhattan district attorney's office in 1989, when five black and Latino teenagers were arrested in connection with the brutal rape and beating of a white woman who had been jogging in Central Park. Their convictions were vacated in 2002 after a man named Matias Reyes confessed to the crime, an assertion confirmed by DNA evidence. Mr. Reyes said he had acted alone.

"Ms. DuVernay's film attempts to portray me as an overzealous prosecutor and a bigot, the police as incompetent or worse, and the five suspects as innocent of all charges against them," Ms. Fairstein wrote in the op-ed, published in The Wall Street Journal in print on Tuesday and online Monday night. "None of this is true."

Ms. Fairstein, 72, wrote that there were discrepancies between the facts and how they were dramatized, though some of her assertions do not match up with the record.

In what she called "the film's most egregious falsehoods," she noted that the series depicts the teenagers as being held without food and their parents as not always being present during questioning. "If that had been true, surely they would have brought those issues up and prevailed in pretrial hearings on the voluntariness of their statements, as well as in their lawsuit against the city," Ms. Fairstein wrote. "They didn't, because it never happened."

In fact, according to a 2003 report on the investigation commissioned by the New York Police Department, the defendants did raise these issues in a pretrial hearing, though they did not prevail.

P-APP002905

Ms. Fairstein wrote that she agreed with the decision to vacate the rape charges, but that other convictions against the five for lesser crimes should not have been overturned. She said that there was testimony to back up the accusations that the boys had been part of a group of more than 30 teenagers who were in Central Park that night, some of whom assaulted and robbed people.

The strength of those charges has been in dispute. The district attorney's office, in a 2002 report examining whether the convictions should be overturned, argued that the lesser crimes had been presented to the jury as part of a pattern of behavior, a pattern that included the rape. The report also said the evidence against the five teenagers for the other attacks "consisted almost entirely of the defendants' statements" — the same problematic statements in which they confessed to a rape committed by somebody else.

But the Police Department report said that there was "no new evidence or reason to review the old evidence regarding those crimes" and noted that two of the men had admitted their involvement in those crimes during parole hearings.

The five men — Yusef Salaam, Korey Wise, Kevin Richardson, Raymond Santana and Antron McCray — had already served several years in prison when their convictions were erased. New York City settled a lawsuit with them for $41 million in 2014, but admitted no wrongdoing.

Jonathan C. Moore, a lawyer who represented four of the five men in their lawsuit, said that the men had not committed any crimes that night, but that since 1989, there has been a suggestion that if they were guilty of lesser assaults, then they were likely involved in the rape of the jogger, Trisha Meili, as well.

"That's a false connection," Mr. Moore said. "The attack on Trisha Meili was so different than what was going on in the park that night. It was a sadistic sexual assault."

"At no point did the police or prosecution stop and say, these are young kids, like in the eighth grade," he added. "Do we really believe they're really capable of committing this kind of crime?"

Ms. Fairstein also decried her portrayal in "When They See Us" as that of an "evil mastermind." The series does stray from documented fact in the timing of certain events and in dialogue delivered by Ms. Fairstein's character, portraying her as seeking to ensure that the timeline offered by the boys matched actual events, or declaring that "every young black male" who was in the park when Ms. Meili was attacked was a suspect.

Mr. Moore has contended that the series "captures the essence of who she was."

A spokeswoman for Netflix declined to comment. Ms. DuVernay, who directed the series and was one of its writers, responded to Ms. Fairstein's claims in a few words on Twitter: "Expected and typical. Onward …"





wrongly accuse a brilliant bit of filmmaking by @ava of being "so full of distortions and falsehoods as to be an outright fabrication." (Fairstein's words. Spoiler: Nope.)

Let's review how that went last time with Selma.

10:30 PM · Jun 10, 2019

♡ 14K   💬 2.8K people are Tweeting about this

Ms. Fairstein led the sex crimes unit for 25 years and then went on to be a best-selling crime novelist and celebrity former prosecutor. She held seats on a number of prestigious boards, including those of Vassar College and Safe Horizon, which helps victims of abuse and sexual assault.

Since "When They See Us" began streaming, Ms. Fairstein has resigned from several boards and was dropped by her publisher, Dutton, an imprint of Penguin Random House.

Elizabeth Harris is a culture reporter. A Times reporter since 2009, she has covered education, retail companies for the business section, real estate and New York politics.  @Liz_A_Harris

A version of this article appears in print on June 12, 2019, Section C, Page 3 of the New York edition with the headline: Netflix Series Is Criticized

P-APP002907

**Home**

**Explore**

**Notifications**

**Messages**

**Bookmarks**

**Lists**

**Profile**

**More**

**Tweet**

**Ava DuVernay** ✓ @ava

The incredible work of @AtticaLocke who was my partner on this part of the script. She delved deep into the court transcripts, testimony, legal manuevers. She had the patience + experience to decipher the legal mumbo jumbo, explain it to me, build the suspense. She's sensational. twitter.com/TheVokality/st...

> This Tweet is unavailable.

12:55 PM · Jun 1, 2019 · Twitter for iPhone

**111** Retweets   **580** Likes

**Joyce** 🌸 ~ 94% @MelaninMagic10 · Jun 1
Replying to @ava and @atticalocke
When the DNA found in the sock didn't match any of the boys I was ready for a dismissal; but reality 😣 #WhenTheySeeUs

♡ 5

**attica locke** ✓ @atticalocke · Jun 1
Replying to @ava
One of the great privileges of my life.

♡ 2   ⟲ 1   ♡ 34

**Jazmín Aguilera** @ascentofjazmin · Jun 1
Yay! I love @atticalocke 's work.

**Nate Richards** @NateJRichards · Jun 1
Replying to @ava and @atticalocke
Cannot fathom the pain of Tron's dad having his words twisted and used against his son. This court maneuvering makes for interesting TV on Law & Order but seems utterly inhumane in real life situations. Feels like it's about being clever rather than correct. 😣

♡ 2

**Tembi Locke** ✓ @TembiLocke · Jun 1
Replying to @ava and @atticalocke
So moved by this story being in the world. Thank you both for your work and your light!

♡ 4

**Carolyn *Candycorn Tastes Like Despair* Hinds** @Carrie... · Jun 1
Replying to @ava and @atticalocke
The court scenes were riveting and distressing. I kept waiting for the defence to jump in and go after the prosecution for leading questions. I'm still aghast at how the jury wasn't hung, and have a mistrial declared.

⟲ 1   ♡ 4

**Alice GL** @alicegonl · Jun 2
Replying to @ava and @atticalocke
Thank you both for your work

> This Tweet is unavailable.

**Soniah Kamal** @SoniahKamal · Jun 4
Replying to @ava and @atticalocke
👏👏👏👏👏👏👏👏👏👏👏

**Adrienne Southard** 💙 @adjrun · Jun 1
Replying to @ava and @atticalocke
I just read my first @atticalocke novel this year: The Cutting Season. It won't be the last. She mixes a nail-biter mystery with a profound message about how slavery and plantation culture still propagate damage, generations later.

♡ 1

**Fedup** @whatmelaniasees · Jun 1
Replying to @ava and @atticalocke
I turned on the TV to start watching part 1. I had some things to do, didn't get to any of it. Just finished watching the whole series 😭😭😭😭😭 Damn!! Thank you  Ms DuVernay👏🏾👏🏾👏🏾

♡ 1

**Deborah Stoppel** @NotMyMonkys · Jun 1
Replying to @ava and @atticalocke
Congratulations on this stellar piece of work, Ladies

♡ 1

**Rhonda Lynn** @frogsgirl2016 · Jun 1
Replying to @ava @yashar and @atticalocke
I cheered at the DNA reveal and then said Well Fuck....because I knew it didn't matter. That's good film making.

♡ 1





Search Twitter

Log in

Sign up

**Ava DuVernay**
@ava

Famke played Nancy Ryan beautifully. And the arc of the Fairstein/Ryan relationship is real. Fairstein really battled Ryan for the case in 1989. Ryan really ended up getting it back after Matias Reyes confessed. Wild. #WhenTheySeeUs

> **DeMane Davis** @DeManeDavis · Jun 1, 2019
> "While you were writing crime novels Kevin, Antron, Yusef, Raymon and Korey were serving time for crimes they didn't commit." -#FamkeJanssen
> Drop #LindaFairstein @PenguinBooks
> @WhenTheySeeUs #WhenTheySeeUs

7:44 PM · Jun 2, 2019 · Twitter for iPhone

**151** Retweets **788** Likes

**Silver** @SilverEulalia · Jun 2, 2019
Replying to @ava
Famke was a real savior in this movie... So was Logan Marshall-Green. Seeing them fight for those boys kept me in tears.

1 2 15

**Tanya** @ssmgirl2012 · Jun 2, 2019
Yes. This. %. Logan Marshall-Green was one of the few people; other than the boys & their parents, who actually gave me hope throughout

1 2 11

Case 2:20-cv-00180-JLB-MRM Document 46-19 Filed 07/01/20 Page 7 of 45 PageID 3900

P-APP002910

Search Twitter

Log in

Sign up

P-APP002911

# Linda Fairstein condemns Netflix series on Central Park Five

Former 'Central Park Five' prosecutor Fairstein condemns her portrayal in Netflix's 'When They See Us'

Published June 11

NEW YORK (AP) — Former "Central Park Five" prosecutor Linda Fairstein is condemning how she's portrayed in the Netflix series "When They See Us," writing that the program is "full of distortions and falsehoods."

Directed by Ava DuVernay, the film tells of the wrongful conviction of five black and Latino teenagers for the 1989 assault on a female jogger in Central Park. Fairstein, who headed Manhattan's sex crimes unit at the time, has long been criticized for her role in the suspects' interrogation. Fallout from the Netflix show has led to her being dropped by her book publisher, Dutton.

In an op-ed Tuesday in The Wall Street Journal, Fairstein said the film's falsehoods included saying the suspects were held without food and attributing racist remarks to her that she never said.

"Ms. DuVernay's film attempts to portray me as an overzealous prosecutor and a bigot, the police as incompetent or worse, and the five suspects as innocent of all charges against them. None of this is true," she wrote.

Netflix declined comment Tuesday, but DuVernay responded to a tweet from film executive Franklin Leonard, who wrote that "It appears we've come to the part of the cycle where folks wrongly accuse a brilliant bit of filmmaking by @ava of being 'so full of distortions and falsehoods as to be an outright fabrication.'"

DuVernay wrote: "Expected and typical. Onward."

**TRENDING NOW**

Ads by Revcontent

**Born Before 1985? Gov't Will Pay Up to $355/month off Your Mortgage**
Money Save Guide

**25 Pickup Trucks You Want to Avoid at All Costs**
Moneypop

**Off-the-Shoulder Comment Belted Jumpsuit**
$36 · NASTY GAL LIMITED

P-APP002912

**MD: This "Ends" Diabetes - Do It Immediately**

Diabetes Remedy

**Lakeland woman held 11-month-old daughter under scalding hot water, killing her, police say**

**He Was A Famous Actor Before His Plastic Surgery, Guess Who**

Brainstay.com

P-APP002913

**Reese Witherspoon** ✓
@ReeseW

What an extraordinary telling of a harrowing story. A story that needed to be retold with truth and accuracy. @WhenTheySeeUs is profound and so heartbreaking. And necessary. Bravo @ava and her @ARRAYNow team who are changing the way stories are told. 💯🌟 #Exonerated5 @netflix

2:23 AM · Jun 9, 2019 · Twitter for iPhone

**921** Retweets  **7.8K** Likes

**Ava DuVernay** ✓ @ava · Jun 9, 2019
Replying to @ReeseW @WhenTheySeeUs and 2 others
Adore you, my friend. Thanks for watching with your heart. xo

💬 1    ⟲ 12    ♡ 469

**Late Blooming Women** @latebloomwomen · Jun 10, 2019
❤️

**Lee Eisenberg** @leepdx123 · Jun 9, 2019
Replying to @ReeseW @WhenTheySeeUs and 3 others
So far only seen the first episode. The story should not get seen in isolation. Our criminal INJUSTICE system has spent years railroading non-white people into jail, in collaboration w/pols who want to look "tough on crime".

And don't forget what the orange fascist called for.

💬    ⟲ 2    ♡ 9

**Renee** @ReneeRevelation · Jun 9, 2019

P-APP002914

And don't forget what the orange fascist called for.

💬    🔁 2    ♡ 9



**Renee** @ReeneeRevelation · Jun 9, 2019
Replying to @ReeseW @terrycrews and 4 others
It's also@important because we need prosecutors and judges and cops must be held accountable. #WhenTheySeeUs can't be limited to a one time viewing and forget the issues. This happens in every city across this country.

💬    🔁 2    ♡ 14



**Nicholas Hammond** ✔ @nicholasham1 · Jun 9, 2019
Replying to @WhenTheySeeUs and 3 others
I've already sent @ava one fan letter tweet but I couldn't agree more. This is important storytelling at its best.

💬    🔁 1    ♡ 9

**JM** @jamesmcelweejr · Jun 9, 2019
Replying to @ReeseW @WhenTheySeeUs and 3 others
It's ESSENTIAL viewing. So beautiful and heartbreaking.

💬    🔁 1    ♡ 6

**Meg Caviglia** 🇺🇸 ☮ ♀ @Jerseygirlagain · Jun 9, 2019
Replying to @ReeseW @WhenTheySeeUs and 3 others
This is such an important story to tell. We definitely need reform in our "justice system". Please, if you watch and are called for jury duty, remember what you saw. Coerced/False confessions. It happens too often.

💬    🔁 1    ♡ 5

**MellyMed** @mel_med_larson · Jun 9, 2019
Replying to @ReeseW @WhenTheySeeUs and 3 others
I know I need to watch it. I owe it to the people who went thru it...at the very least. I have three young Black men I'm raising and I'm scared to watch it. That's as honest as I can be🙏🏾

💬 3    🔁 1    ♡ 24

**Trina** @brandnewtree · Jun 9, 2019
Be scared not to watch! Watch with your young men. It's necessary viewing.

💬 1    🔁    ♡ 28

1 more reply


Search Twitter

move away from white actors
voicing non-White characters

Baseball · Trending
**Scherzer**
Trending with: Cole vs Scherzer, Opening Day

Show more

Terms   Privacy policy   Cookies   Ads info   More ▾
© 2020 Twitter, Inc.

P-APP002916

1 more reply

**jk youngblood** @YoungbloodJk · Jun 9, 2019
Replying to @ReeseW @WhenTheySeeUs and 3 others
#CancelLindaFairstein #cancelElizabethLederer All of their cases need to be reopened & take her books down. @BNBuzz
9

**Janet Greig** @JanetGreig · Jun 9, 2019
Replying to @ReeseW @WhenTheySeeUs and 3 others
I got a Netflix subscription just for this. About to watch part 3.
2  1  5

**Jazzy #VoteBlue 🌍👨🏾🇺🇸** @YoliGSXR · Jun 9, 2019
Part 4 will break you
1  1  16

1 more reply

**Brandon Scales** @movieguy28 · Jun 9, 2019
Replying to @ReeseW @WhenTheySeeUs and 3 others
Nice outfit Reese.
1

**Brandon Scales** @movieguy28 · Jun 9, 2019
Replying to @ReeseW @WhenTheySeeUs and 3 others
Loved seeing you in Overalls Reese.
1

**Kostis Bitsios** @kostisbitsios · Jun 9, 2019
Replying to @ReeseW @WhenTheySeeUs and 3 others
#canceltrump youtu.be/5-ekdCYzRDQ #CentralParkFive #CancelLinda #CancelLindaFairstein #WhenTheySeeUsNetflix #WhenTheyUs #anaduvernay #FelicityHuffman #CentralPark5 #BarbraStreisand #banracism #banfacism #apotis4stis5 #Oprah #harpo #CancelElizabethLederer #spikelee 👊🏾 #bannazism

The Trump Files: Donald Says He Would Have Don...
▶ Full article at Mother Jones: http://bit.ly/2OafNen
Donald Trump discusses his views on the advantag...
🔗 youtube.com

Case 2:20-cv-00180-JLB-MRM  Document 46-19  Filed 07/01/20  Page 14 of 45 PageID 3907

# DAILY BEAST

JOIN

# *Ava DuVernay on the Central Park Five Case and Why She Treated*

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT



Roy Rochlin/Getty

**2020 has been a rough couple of years.
We're here to help.**

JOIN FOR $1

P-APP002917

Case 2:20-cv-00180-JLB-MRM Document 46-19 Filed 07/01/20 Page 15 of 45 PageID 3908

# DAILY BEAST

JOIN

**The acclaimed filmmaker and activist opens up about her new Netflix miniseries 'When They See Us,' exploring the lives of the so-called Central Park Five, and the Trump of it all**

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

The Oscar-nominated filmmaker and TV showrunner is discussing the role of President Donald Trump in the Central Park Five case, wherein five teenage boys of color—Korey Wise, Antron McCray, Yusef Salaam, Kevin Richardson, and Raymond Santana—were falsely convicted of the 1989 rape and vicious assault of Trisha Meili, a white investment banker, and subsequently spent up to 14 years in prison.

**2020 has been a rough couple of years. We're here to help.**

JOIN FOR $1

P-APP002918



JOIN

At the time Trump, then a PR-hungry

# JOIN
# EXCLUSIVE CONTENT
# MY ACCOUNT
# LOG OUT

purchased for $85,000, calling the boys "crazed misfits" and urging the state of New York to "bring back to the death penalty," essentially calling for their pre-trial execution. He concluded: "Maybe hate is what we need if we're gonna get something done."

Of course, after having their youth snatched from them through years in prison, the five men—whose confessions were coerced by police after 30 hours of interrogation—were exonerated for the crime in 2002 when Matias Reyes, a serial rapist, confessed to it, and DNA evidence

**2020 has been a rough couple of years.**
**We're here to help.**

JOIN FOR $1

P-APP002919

vacated and the five men were subsequently awarded $41 million from the city in 2014. The settlement prompted Trump to pen a *Daily News* op-ed railing against the settlement, claiming that he was still convinced of their guilt and that "these young men do not exactly have the pasts of angels."

*When They See Us*, DuVernay's four-part Netflix series on the famous case, provides a riveting—and maddening—portrait of the five boys, chronicling their lives from

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

iniquitous system and a media all too ready to feed it.

### New York's 'Crime of the Century'

| CENTRAL PARK FIVE |

Ken Burns



### Michael K. Williams Almost Didn't Live to Be This Angry

| 'WHEN THEY SEE US' |

Kevin Fallon



**2020 has been a rough couple of years. We're here to help.**

JOIN FOR $1

P-APP002920



JOIN

biopic *Selma* helped inspire [the #OscarsSoWhite movement](#), and documentary *13th* examined the racist history of America's criminal justice system, about her latest eye-opening work.

**Before we get into your excellent new miniseries, I'm curious when you knew that you wanted to be a change agent?**

I definitely never made a decision and said "I want to be a change agent," I just was always interested in the world of justice.

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

Amnesty International concert as a young teenager, 14 or 15, and seeing U2 for the first time. And I remember, I had my Amnesty International card *and* jacket. I felt like there was something more to be a fan of than boy bands, and that's the earliest thing I can remember in terms of that kind of "formal" activism. But in terms of the community in which I lived, there was always a lot going on in front of me, and I think I was trying to make connections between what I was seeing and ways to remedy them.

Advertisement

**2020 has been a rough couple of years.**
**We're here to help.**

JOIN FOR $1

P-APP002921



JOIN

## And overpolicing must have been

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

AD BY **DIREXIONINVESTMENTS.COM**

Watch to learn more

SEE MORE ›

## I did read that you initially started out in journalism, which is one way

**2020 has been a rough couple of years.**
**We're here to help.**

JOIN FOR $1

P-APP002922

Case 2:20-cv-00180-JLB-MRM Document 46-19 Filed 07/01/20 Page 20 of 45 PageID 3913



JOIN

I was an intern on the O.J. Simpson unit. As a junior at UCLA, I'd really pursued this internship that was really hard to get at *CBS Evening News* with <u>Dan Rather</u> and Connie Chung. It was a tough one, because they were one of the only networks that had real active bureaus in Los Angeles. So I got it, and was thrilled. I got it maybe two weeks before the O.J. trial began, was assigned a juror, and my job was to be outside the juror's home all day. I was never told to dig through the

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

beginning of a tabloid era, even though I couldn't articulate it at that point. I just knew this wasn't what I thought it was, or wanted to do, and didn't think it was completely ethical. So, I found other ways to engage with news and fell into publicity.

**Let's talk *When They See Us*. The project was first announced in July 2017, and I'm curious if you were at least in part inspired to tackle it by Trump's presidential run.**

No, no. Trump wasn't even thought of when we first started this—it was in early

2020 has been a rough couple of years.
We're here to help.

JOIN FOR $1

P-APP002923


secure the life rights, so it's been a four-year process and I don't even remember thinking about Trump other than his minor involvement in this case at that time. He hadn't even said his 2016 comments about thinking that they were still guilty, and he hadn't announced [his presidential run] yet.

**This sort of began on Twitter, right?**

Advertisement

I

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

this was maybe early 2015 or 2014. And the account had tweeted me, "What's your next film" after *Selma*? CP5? So then, I direct-messaged the account and found out it was run by Raymond Santana and asked, "Does no one have your life rights?" It turns out they didn't, and that began a conversation where I met the men one by one and became passionate about telling their story.

**So the project gets rolling in early 2015, and then in June 2015 Trump announces his presidential candidacy. Did it feel like kismet at**

2020 has been a rough couple of years.
We're here to help.

JOIN FOR $1

P-APP002924

# DAILY BEAST

thought it was a joke; and I never would have connected it to this, because he's not my primary signifier, barometer, or signpost. He's really a minor part of the story. It's their story. It's the story of five boys ripped out of their youth, and the story of their families, which was always my priority. He's an interesting footnote, but from what you'll see in the piece, we treat him that way—because that's what he was in the eyes of the boys as they were going through this chaos and terror. And that wasn't the chaos and terror of being

**JOIN**

**EXCLUSIVE CONTENT**

**MY ACCOUNT**

**LOG OUT**

your life as a free citizen. He didn't figure prominently in that moment, and to be honest, never really did for us.



When They See Us | Official Trailer [HD

**RELATED IN ENTERTAINMENT**

**2020 has been a rough couple of years.**
**We're here to help.**

JOIN FOR $1

P-APP002925

Case 2:20-cv-00180-JLB-MRM   Document 46-19   Filed 07/01/20   Page 23 of 45 PageID 3916

# DAILY BEAST

JOIN

  

**What sort of research did you do for this project? And how did you gain the men's trust?**

I got to know them really well. Much more than dinners, I consider them all friends—I've been in their homes, they've been in mine. Over the course of the four years, I've developed personal relationships with each of them that are separate and apart

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

that best represented them; that, in addition to reading the court transcripts and all the paperwork on the case.

**Did you reach out to Trisha Meili for this?**

Yes, I reached out to Ms. Meili, I reached out to Ms. Fairstein, I reached out to Ms. Lederer, I reached out to Mr. Sheehan—a lot of the key figures on the other side. I informed them that I was making the film, that they would be included, and invited them to sit with me and talk with me so that they could share their point of view

**2020 has been a rough couple of years.**
**We're here to help.**

JOIN FOR $1

P-APP002926

**DAILY BEAST**

JOIN

I've told anyone this, but she tried to negotiate conditions for her to speak with me, including approvals over the script and some other things. So you know what my answer was to that, and we didn't talk.

**And Trisha Meili also declined to talk?**

Yes.

# ❝ Right now he's the president

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

tweeting about the 1994 crime bill and his "staunch advocacy" for African-Americans—all this ridiculousness that we know to be opportunistic,

2020 has been a rough couple of years.
We're here to help.

JOIN FOR $1

P-APP002927

Case 2:20-cv-00180-JLB-MRM Document 46-19 Filed 07/01/20 Page 25 of 45 PageID 3918



# DAILY BEAST

JOIN

manufactured for political
gain.



**There were a lot of big creative choices to make in this film, many of which pay off. Why did you decide to almost immediately thrust viewers into the night of the alleged attack in the park?**

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

and then do it through the case and their redress with the city. You can do it through an investigator who's looking at the crime, or a lawyer. But for me, it just came down to the boys—to stay with the boys, because it's *their* story. When I really committed myself to that point of view it became easy to, even when tempted to follow different people, return to the mission of telling their story. We thought, no, we wouldn't go have an actor play Trump to go see what he's doing, because *he* is not *them*. We stay with *them*. And we need to deal with him and others in the way that they were, so he only figures into

**2020 has been a rough couple of years.
We're here to help.**

JOIN FOR $1

P-APP002928



JOIN

addressed every kind of story point that might have taken us down another path.

**Although Trump is, like you said, a bit of a "footnote" in this story, he also was one of the people who led the charge in shaping public opinion around these boys.**

I have to say, you know, he actually wasn't the hugest ringleader at the time. Right now he's the president of the United States, so it figures in when he's tweeting

**JOIN**

**EXCLUSIVE CONTENT**

**MY ACCOUNT**

**LOG OUT**

Buchanan said that they should be tried, convicted, and hung in a public square; and in 1989, Pat Buchanan was a *huge* figure. So there were a number of them, and I wouldn't say Trump was the ringleader. It was New York, he was a businessman, he was looking to get on the map nationally, and it was a sensationalistic thing to do. He was one of many players, he saw an opportunity—he's an opportunist—and he went for it.

**What were your big takeaways from spending time with Korey Wise, Antron McCray, Yusef Salaam, Kevin**

**2020 has been a rough couple of years. We're here to help.**

JOIN FOR $1

P-APP002929



JOIN

but they're not all completely well-adjusted. There are different levels of that, based on the support that they have in their lives and based on the level of trauma that they've experienced, all of which are different. I think the two that are having the most challenging time, even now, are Korey Wise and Antron McCray. Korey Wise lost more than his youth—it was 14 years; he goes in at 16; he was the one in there the longest; he goes straight into Rikers at 16 and never comes out; he's still in while the others are out; and he

**JOIN**

**EXCLUSIVE CONTENT**

**MY ACCOUNT**

**LOG OUT**

the family broke apart. That family never recovered. And now that both of his parents have passed away, and his mother passed away just over a month ago—she never got to see the film, and she worked on it with me pretty closely—he's in a state of brokenness. There's great trauma there that $41 million from the city, split between the five, with no acknowledgement of what was done, doesn't really fix.

**The film is an indictment of many things and the media is one of them, as the media at the time played a**

**2020 has been a rough couple of years.**
**We're here to help.**

JOIN FOR $1

P-APP002930

Case 2:20-cv-00180-JLB-MRM Document 46-19 Filed 07/01/20 Page 28 of 45 PageID 3921



JOIN

and addresses even though they were underage.

The press coverage was biased. There was a study done by Natalie Byfield, one of the journalists at the time for the New York papers who later wrote a book about covering the case, and it saw that a little more than 89 percent of the press coverage at the time didn't use the word "alleged," that we had irresponsibility in the press corps at the time not to ask second questions and literally take police

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

Trump's comments in his ads that he took out in 1989 were taken out just two weeks after the crime was announced—they hadn't even gone to trial, so it was impossible for them to have an impartial jury pool. The printing of their names in the papers for minors, and where they lived, was a jaw-dropper. All of this was done by "reputable" papers in New York that we still read, so I'm curious how these papers take responsibility for their part in this, and also possibly use this to review the part they play in *other* cases that may not be as famous as this.

**2020 has been a rough couple of years.
We're here to help.**

JOIN FOR $1

P-APP002931

Case 2:20-cv-00180-LB-MRM Document 46-19 Filed 07/01/20 Page 29 of 45 PageID 3922

# DAILY BEAST

JOIN

and criminal justice reform, and I'm curious what your thoughts are on the Trump administration's actions concerning criminal justice reform, with legislation like the First Step Act. I recently had <u>a semi-contentious conversation with one of the subjects of *13th*, Van Jones</u>, about the Trump administration's work in this area.

It's been a disaster. It's been an upsetting backslide from any of the small gains that

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

so, conversation about it seems to be silly games on a Ferris wheel, because you'll keep going round-and-round if you take anything that's been proposed seriously. The context with which it's being proposed—in an administration that's done nothing but harm to people of color, to women, to LGBTQ people, to anyone that's outside of the dominant culture of cis white men—to have serious conversations with serious people wasting breath on debating the merits of any of it is not my focus. Not my focus. So, I leave it to you and Van to have those convos and I

**2020 has been a rough couple of years.**
**We're here to help.**

JOIN FOR $1

P-APP002932



DAILY BEAST                                              JOIN

✉ marlow.stern@thedailybeast.com

Got a tip? Send it to The Daily Beast here.

Loading...

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

*Shuts Down Rand Paul for Minimizing Virus Fears*

| CHILL PILL |

Fauci also referenced the idea that the virus could "disappear"—something President Trump raised as recently as last week. "That's just not going to happen," Fauci said.

Sam Brodey
Congressional Reporter

Updated May. 12, 2020 5:07PM ET
Published May. 12, 2020 12:14PM ET

f   🐦   ✉   reddit

**Aimee Stephens, Who Made Trans History at SCOTUS, Dies at 59**
TIM TEEMAN

**MAGA-Loving Congressman May Have Accidentally Stepped In It**
LACHLAN MARKAY

**Comedian Jimmy O. Yang Mocks 'Ignorant' Coronavirus Racists**
MATT WILSTEIN

**Reality TV Tattooist Arrested for DUI Murder of YouTuber Pal**
PILAR MELENDEZ

**2020 has been a rough couple of years.**
**We're here to help.**

JOIN FOR $1

P-APP002933



**DAILY BEAST**

In his first appearance before Congress since the worst of the COVID-19 outbreak has unfolded, Dr. Anthony Fauci, the government's foremost expert on infectious disease, warned that if state and local governments do not follow step-by-step guidelines for reopening, they risk triggering "an outbreak you might not be able to control… leading to some suffering and death that could be avoided."

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

should abide by the system developed by the federal COVID-19 task force and remain vigilant about a virus that is not going to disappear anytime soon. "My concern is that we'll see little spikes that might turn into outbreaks," he said.

**Team Trump Has Data Showing May Restart Could Be Disas...**



**2020 has been a rough couple of years. We're here to help.**

JOIN FOR $1

P-APP002934



JOIN

At another point, Fauci
referenced the notion that the
virus could "disappear"—
something President Donald
Trump himself has
mentioned as recently as last
week—and said "that's just
not going to happen, because
it's such a highly
transmissible virus."

Fauci's appearance was the
first chance in two months

## JOIN

## EXCLUSIVE CONTENT

## MY ACCOUNT

## LOG OUT

recommended to pounce on
them.

One of them, Sen. Rand Paul
(R-KY), told Fauci that he
shouldn't be the "end-all"
and key decision-maker in
the virus response, while
urging "humility" on the part
of doctors regarding what
they don't know about the
virus.

Calmly, Fauci fired back, "I
don't give advice about
anything other than public

**2020 has been a rough couple of years.**
**We're here to help.**

JOIN FOR $1

P-APP002935



JOIN

everything about this virus
and we have to be careful,
<u>particularly when it comes to
children</u>.”

Critics of the administration's
handling of the outbreak,
meanwhile, got an
opportunity to sound off—
with perhaps the strongest
words coming from
Republican Sen. Mitt
Romney of Utah. In his line
of questioning, Romney

**JOIN**

**EXCLUSIVE CONTENT**

**MY ACCOUNT**

**LOG OUT**

person, in particular, for
making what he called
misleading comparisons to
testing capabilities of other
countries. "I find our testing
record nothing to celebrate
whatsoever," said Romney.

Romney also directed to
Fauci a tricky question—
Trump's insistence that his
administration was behind
on responding to the virus
because of inaction by former
President Barack Obama.
The doctor said it wasn't the

**2020 has been a rough couple of years.
We're here to help.**

JOIN FOR $1

P-APP002936



**DAILY BEAST**                                    JOIN



**Suddenly
Spiking in Kids?**

| **'CLEARLY
EXTRAORDINARY'**

**Adam Rawnsley**

Those careful responses were
indicative of the needle Fauci
has threaded for months
during media interviews and
press briefings: conveying the
reality of the deadly virus
while avoiding the

# JOIN

# EXCLUSIVE CONTENT

# MY ACCOUNT

# LOG OUT

before lawmakers in two
months, is the most high-
profile arena yet for the
doctor's balancing act.

In that time period, the
country has completely
transformed in its fight
against COVID-19, with state
and local officials locking
down economies almost
entirely to stop the virus'
spread. There are over 1.38
million confirmed cases of
COVID-19 and 80,000 dead
across the country, and cases

**2020 has been a rough couple of years.
We're here to help.**

JOIN FOR $1

P-APP002937



JOIN

local government just
finished converting the city
convention center into a field
hospital to prepare for the
possibility that hospitals will
be overwhelmed.

The highly unusual staging
for the committee meeting
was a perfect reflection of the
moment: Conducted half in
person and half over video,
one of the most highly-
anticipated congressional

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

earbuds, apparently
forgetting to hit mute.

Despite the title of the
hearing "getting Americans
back to work and school"—all
of the witnesses testified via
video from home—because
several are self-quarantining
because of exposure to
COVID-19. Alexander,
meanwhile, testified from his
own self-quarantine at home
in Tennessee—he too had
been exposed to the virus
after an aide in his office

**2020 has been a rough couple of years.**
**We're here to help.**

JOIN FOR $1

P-APP002938

Case 2:20-cv-00180-JLB-MRM Document 46-19 Filed 07/01/20 Page 36 of 45 PageID 3929



JOIN

room on Capitol Hill.

**RELATED IN POLITICS**



Expect Fireworks as Capitol Hill Begins COVID-19 Hearings



Trump's Coronavirus Task Force Increasingly Ignores Trump



Trump Blocks Azar and Verma from Testifying About COVID

# JOIN

# EXCLUSIVE CONTENT

# MY ACCOUNT

# LOG OUT

chamber. Sen. Tim Kaine (D-VA) sat with a red cloth around his face; across the room, a goateed Paul reclined in his chair, mask-less.

The tone from Republicans on the committee was geared toward Trump's goal of reopening the economy and reversing the damage as soon as possible. The task force officials called to testify can all speak to elements of that reopening: Fauci, the country's foremost infectious

**2020 has been a rough couple of years.
We're here to help.**

JOIN FOR $1

P-APP002939

Case 2:20-cv-00180-JLB-MRM Document 46-19 Filed 07/01/20 Page 37 of 45 PageID 3930

**DAILY BEAST**

JOIN

reopening might reasonably begin. Another witness, CDC director Robert Redfield, is closely tracking the virus' spread and is offering in-depth guidelines for Americans to navigate the virus' risks in day to day life.

Admiral Brett Giroir, a longtime public health official, is the task force's testing coordinator—a critical position, given that

**JOIN**

**EXCLUSIVE CONTENT**

**MY ACCOUNT**

**LOG OUT**

and Drug Administration, leads the agency responsible for vetting any of the anti-viral remedies that could help restore confidence in re-opening.

Asked by Alexander what the outlook was for students and faculty around the country hoping for a fall return, Fauci stressed on Tuesday morning that the U.S. is moving quickly on remedies for COVID-19 but likely not fast enough to meet the high

**2020 has been a rough couple of years.**
**We're here to help.**

JOIN FOR $1

P-APP002940

Case 2:20-cv-00180-JLB-MRM   Document 46-19   Filed 07/01/20   Page 38 of 45 PageID 3931

# DAILY BEAST

JOIN

country.

"Even at the top speed we're going," said Fauci, "we don't see a vaccine playing in the ability of individuals to get back to school this term."

### When Will Kids Go Back to School?



**REALLY OUT FOREVER?**

## JOIN

## EXCLUSIVE CONTENT

## MY ACCOUNT

## LOG OUT

# DAILY BEAST



Advertise With Us

**2020 has been a rough couple of years. We're here to help.**

JOIN FOR $1

IARK   SITEMAP   COUPONS

P-APP002941



JOIN

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

**2020 has been a rough couple of years.**
We're here to help.

JOIN FOR $1

P-APP002942



This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/netflixs-false-story-of-the-central-park-five-11560207823

OPINION | COMMENTARY

# Netflix's False Story of the Central Park Five

Ava DuVernay's miniseries wrongly portrays them as totally innocent—and defames me in the process.

By Linda Fairstein

June 10, 2019 7:03 pm ET

At about 9 p.m. April 19, 1989, a large group of young men gathered on the corner of 110th Street and Fifth Avenue for the purpose of robbing and beating innocent people in Central Park. There were more than 30 rioters, and the woman known as the "Central Park jogger," Trisha Meili, was not their only victim. Eight others were attacked, including two men who were beaten so savagely that they required hospitalization for head injuries.

Reporters and filmmakers have explored this story countless times from numerous perspectives, almost always focusing on five attackers and one female jogger. But each has missed the larger picture of that terrible night: a riot in the dark that resulted in the apprehension of more than 15 teenagers who set upon multiple victims. That a sociopath named Matias Reyes confessed in 2002 to the rape of Ms. Meili, and that the district attorney consequently vacated the charges against the five after they had served their sentences, has led some of these reporters and filmmakers to assume the prosecution had no basis on which to charge the five suspects in 1989. So it is with filmmaker Ava DuVernay in the Netflix miniseries "When They See Us," a series so full of distortions and falsehoods as to be an outright fabrication.

It shouldn't have been hard for Ms. DuVernay to discover the truth. The facts of the original case are documented in a 117-page decision by New York State Supreme Court Justice Thomas Galligan, in sworn testimony given in two trials and affirmed by two appellate courts, and in sworn depositions of more than 95 witnesses—including the five themselves. Instead she has written an utterly false narrative involving an evil mastermind (me) and the falsely accused (the five).

I was one of the supervisors who oversaw the team that prosecuted the teenagers apprehended after that horrific night of violence. Ms. DuVernay's film attempts to portray me as an

P-APP002944

overzealous prosecutor and a bigot, the police as incompetent or worse, and the five suspects as innocent of all charges against them. None of this is true.

Consider the film's most egregious falsehoods. "When They See Us" repeatedly portrays the suspects as being held without food, deprived of their parents' company and advice, and not even allowed to use the bathroom. If that had been true, surely they would have brought those issues up and prevailed in pretrial hearings on the voluntariness of their statements, as well as in their lawsuit against the city. They didn't, because it never happened.

In the first episode, the film portrays me at the precinct station house before dawn on April 20, the day after the attacks, unethically engineering the police investigation and making racist remarks. In reality, I didn't arrive until 8 p.m., 22 hours after the police investigation began, did not run the investigation, and never made any of the comments the screenwriter attributes to me.

Ms. DuVernay depicts suspects Yusef Salaam and Korey Wise being arrested on the street. In fact, two detectives went to the door of the Salaam apartment on the night of the 20th because both had been named by other rioters as attackers in multiple assaults.

The film claims that when Mr. Salaam's mother arrived and told police her son was only 15— meaning they could not question him without a parent in the room—I tried to stop her, demanding to see a birth certificate. The truth is that Mr. Salaam himself claimed to be 16 and even had a forged bus pass to "prove" it. When I heard his mother say he was 15, I immediately halted his questioning. This is all supported by sworn testimony.

Ms. DuVernay would have you believe the only evidence against the suspects was their allegedly forced confessions. That is not true. There is, for example, the African-American woman who testified at the trial—and again during the 2002 re-investigation—that when Korey Wise called her brother, he told her that he had held the jogger down and felt her breasts while others attacked her. There were blood stains and dirt on clothing of some of the five. And then there are the statements of more than a dozen of the other kids who participated in the park rampage. Although none of the others admitted joining in the rape of Trisha Meili, they admitted attacking male victims and a couple on a tandem bike, and each of them named some or all of the five as joining them.

Nor does the film note that Mr. Salaam took the stand at his trial, represented by a lawyer chosen and paid for by his mother, and testified that he had gone into the park carrying a 14-inch metal pipe—the same type of weapon that was used to bludgeon both a male schoolteacher and Ms. Meili. Mr. Reyes's confession changed none of this. He admitted being the man whose DNA had been left in the jogger's body and on her clothing, but the two juries that heard those facts knew the main assailant in the rape had not been caught. The five were charged as accomplices, as persons "acting in concert" with each other and with the then-unknown man

P-APP002945

Case 2:20-cv-00180-JLB-MRM    Document 46-19    Filed 07/01/20    Page 43 of 45 PageID 3936

who raped the jogger, not as those who actually performed the act. In their original confessions —later recanted—they admitted to grabbing her breasts and legs, and two of them admitted to climbing on top of her and simulating intercourse. Semen was found on the inside of their clothing, corroborating those confessions.

Mr. Reyes's confession, DNA match and claim that he acted alone required that the rape charges against the five be vacated. I agreed with that decision, and still do. But the other charges, for crimes against other victims, should not have been vacated. Nothing Mr. Reyes said exonerated these five of those attacks. And there was certainly more than enough evidence to support those convictions of first-degree assault, robbery, riot and other charges.

It is a wonderful thing that these five men have taken themselves to responsible positions and community respect. That Ms. DuVernay ignored so much of the truth about the gang of 30 and about the suffering of their victims—and that her film includes so many falsehoods—is nonetheless an outrage.

Ms. DuVernay does not define me, and her film does not speak the truth.

*Ms. Fairstein, a former sex crimes prosecutor, is a best-selling crime novelist.*

*Appeared in the June 11, 2019, print edition.*

Copyright © 2019 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

P-APP002946

🔍 Search Twitter

## Left Navigation

🐦

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

**Ava DuVernay** ✓
@ava

It's their time. #WhenTheySeeUsNow

> 👑 Angie Thomas @angiecthomas · Jun 12
> Not a single publication needs to give  Linda Fairstein a chance to speak. These men are broken because of her actions. She has done more than enough damage. #WhenTheySeeUsNow

11:21 PM · Jun 12, 2019 · Twitter for iPhone

**295** Retweets  **1.6K** Likes

---

**ColitaFairfaxPhD1619-2019** @clnfairfax · Jun 12
Replying to @ava
Thank you so much for developing the documentary that chronicles the injustice applied to Black male children. Your documentary provides the corrective lens required for institutional change. Their stories, their lives are now immortalized for generations to come.
♡ 8

**SavMom** @CJTS7006 · Jun 13
Replying to @ava
Thank you for bringing this story back to life and allowing us to learn from it in real time......
♡ 6

**TAMARA** @perspectglft · Jun 13
Replying to @ava
And yet the Op-Ed is already out...a hit dog wi holler...doesn't matter there is nothing that can stop their truth from being told and shared with the world...some ppl get so comfortable in privilege they are incensed by truth & accountability #WhenTheySeeUsNow
♡ 4

**Michael Nimmons** @TOLRadioHostMSN · Jun 13
Replying to @ava
Just wanted to thank you for bringing his story back to our nation's conscious. I watched the 1st hr with my son and plan to watch the last 3 and talk about it on my podcast @TOLRadioShow



♡ 2

**Studious Spice** @TheRealMonicom · Jun 13
Replying to @ava
It still astounds me that a convicted serial rapist had more of a moral compass than the prosecutors and the police detectives.
♡ 2

**Intergraded Vertically** ✂ @niccodrake21 · Jun 12
Replying to @ava

GIF

♡

**leslie smith** @leslies5130 · Jun 12
Replying to @ava
Thank you for telling their story. God Bless these men. 🙏 We see you!
♡

**Kayce** @Kayce79802701 · Jun 13
Replying to @ava
Ava thank you so much for telling their stories.
♡

**Bigsexy** @CarQueen18 · Jun 15
Replying to @ava
Nothing.
♡

**Afiong** @elleoboho · Jun 16
Replying to @ava
I would love those judges, policemen, wardens, lawyers, and everyone involved to pay.
♡

**YOAN** @haitianprodigy7 · Jun 12
Replying to @ava
FANTASTIC JOB AGAIN on telling their story!
♡ 1

**Trisse** @AnitasIfan4life · Jun 12
Replying to @ava
❤❤❤
♡ 1

**Tay** @taytay_100crs · Jun 13
Replying to @ava
Thank you. At the least, she's had since 2002 t apologize or just admit that she and others were wrong. Do you know how that may have helped these men? A simple I'm sorry or we were WRONG! How hard is that?
♡ 1

**Ike Garner** @garner_ike · Jun 12
Replying to @ava
She has truly spoken with her action. We don't need to hear anymore! At all
♡ 2

---

**More replies**

**lovingmyplanet** @lindas106 · Jun 13
Replying to @ava
She owes them every blood money she earned because she would not listen to the pleas of innocence their cries of injustice she owes them the lives she took from them! In regards to Kory Wise Linda Farenstein Donald Trump and the police force owe him everything they have!
♡ 1

