

## Here's What Really Happened to Korey Wise



## Who Really Attacked the Central Park Jogger?

Though there was no physical evidence to tie the boys to the crime, the mini-series depicts Fairstein of being immediately convinced of their guilt.

The interrogations Fairstein oversaw led to four of the five boys falsely confessing to the crime, resulting in lengthy prison sentences—until 2002 when a man named Matias Reyes confessed to the rape and his DNA supported his confession. Richardson, Santana, McCray, Salaam, and Wise were exonerated.

Now, Fairstein's role in the convictions is being reexamined. After *When They See Us* was released last weekend, #CancelLindaFairstein started trending on Twitter, with users calling for a boycott of the prosecutor-turned-novelist's books. Last week, her publisher Dutton told the Associated Press it had "terminated its relationship" with Fairstein. And now, her literary agency has reportedly dropped her, as well.

*ADVERTISEMENT - CONTINUE READING BELOW*

Here's what to know about Fairstein's involvement in the case, the backlash it sparked, and what she's said about it all.

P-APP003043

ADVERTISEMENT - CONTINUE READING BELOW

## Fairstein led the sex crimes unit of Manhattan's district attorney's office.

When jogger Trisha Meili was attacked in Central Park in 1989, Fairstein ran the city's sex crimes unit. She'd "earned a reputation as a fierce advocate for victims," according to a 2002 *New Yorker* profile. "Despite her long career in government, no one ever mistook Fairstein for a dull bureaucrat. She wore flashy clothes, socialized with the city's wealthy and powerful, and developed a profitable sideline as the author of best-selling legal thrillers."

Before the Central Park jogger case, Fairstein was involved in the much-publicized case of Robert Chambers, the so-called "Preppy killer," who was convicted of a murder on Manhattan's tony Upper East Side.

ADVERTISEMENT - CONTINUE READING BELOW

## She continued to accuse the men of involvement in the jogger case.

After three decades of service, Fairstein left the D.A.'s office and focused on writing novels.

P-APP003044

Fairstein has continued to defend her work on the Central Park jogger case. In fact, after Reyes confessed to the crimes and DNA supported his confession, Fairstein told the *New Yorker*, "I think Reyes ran with that pack of kids. He stayed longer when the others moved on. He completed the assault. I don't think there is a question in the minds of anyone present during the interrogation process that these five men were participants, not only in the other attacks that night but in the attack on the jogger."

**Prosecutor Linda Fairstein pictured in 1990.**

New York Daily News Archive / Getty Images

P-APP003045

ADVERTISEMENT - CONTINUE READING BELOW

The men and their lawyers have fiercely denied any involvement, and they were awarded a $41 million settlement from the city of New York in 2014.

Just last year, Fairstein defended the prosecution, writing in the New York Law Journal: "The confessions were not coerced ... The questioning was respectful, dignified, carried out according to the letter of the law and with sensitivity to the young age of the men."

## Today, Fairstein is a novelist.

Fairstein lives in Manhattan and Martha's Vineyard and has written a series of books about the protagonist Alexandra Cooper, a fictional Manhattan assistant district attorney. Her most recent, *Blood Oath*, was released just last month. Her books have been *New York Times* bestsellers and have been translated to 12 languages. She's also written Devlin Quick Mysteries for kids.

ADVERTISEMENT - CONTINUE READING BELOW

P-APP003046

**Today, Fairstein is a novelist.**

Robin Platzer / Getty Images

In 2018, the Mystery Writers of America awarded her their prestigious Grand Master title, a lifetime achievement award. But just two days later, the group rescinded the award for the first time after the decision was met with fierce backlash from other authors because of Fairstein's involvement in the so-called Central Park Five case.

ADVERTISEMENT - CONTINUE READING BELOW

Writer Attica Locke tweeted: "As a member and 2018 Edgar winner, I am begging you to reconsider having Linda Fairstein serve as a Grand Master in next year's awards

P-APP003047

ceremony. She is almost singlehandedly responsible for the wrongful incarceration of the Central Park Five."

> .@EdgarAwards As a member and 2018 Edgar winner, I am begging you to reconsider having Linda Fairstein serve as a Grand Master in next year's awards ceremony. She is almost singlehandedly responsible for the wrongful incarceration of the Central Park Five. 1/
>
> — attica locke (@atticalocke) November 27, 2018

ADVERTISEMENT - CONTINUE READING BELOW

"After profound reflection, the Board has decided that M.W.A. cannot move forward with an award that lacks the support of such a large percentage of our members," the group said.

## After backlash, Fairstein was dropped by her publisher and literary agency.

A week after the series' premiere, Fairstein's publisher Dutton announced it had ended its relationship with the novelist, after days of backlash. A week later, Deadline reported ICM Partners, Fairstein's literary agency, had dropped her, as well.

The hashtag #CancelLindaFairstein began trending after the series premiered, and a change.org petition called for publishers and booksellers to stop the production and sales of Fairstein's novels. As of this writing, more than 120,000 have signed it. The boycott has the support of at least two of the men she prosecuted, as well.

ADVERTISEMENT - CONTINUE READING BELOW

> In 1989 - I was 14. This movie has me so triggered. This could have happened to me and my friends and @LindaFairstein would have treated us the same. Everyone needs to see this movie and donate to @innocence project. #CancelLindaFairstein pic.twitter.com/t7ZU1MRBLX

P-APP003048

— Gregg Bishop (@GreggBishopNYC) June 3, 2019

"The truth comes out," Santana told TMZ about the backlash against Fairstein. "Even if it's 30 years later, she has to pay for her crime."

Amazon & all other book retailers : Linda Fairstein Central Park five book removal - Sign the Petition! https://t.co/B4tZTIUl8Z via @Change

— Yusef Abdus Salaam (@dr_yusefsalaam) June 5, 2019

ADVERTISEMENT - CONTINUE READING BELOW

## Ava DuVernay reached out to Fairstein about the mini-series.

Filmmaker DuVernay reached out to Fairstein when she was working on the miniseries. And Fairstein tried to control how she was portrayed, according to DuVernay.

P-APP003049

**Felicity Huffman as Fairstein in "When They See Us."**
Netflix

ADVERTISEMENT - CONTINUE READING BELOW

"Yes, I reached out to [victim] Ms. [Trisha] Meili, I reached out to Ms. Fairstein, I reached out to [prosecutor] Ms. [Elizabeth] Lederer, I reached out to [detective] Mr. [Mike] Sheehan—a lot of the key figures on the other side," DuVernay told The Daily Beast. "I informed them that I was making the film, that they would be included, and invited them to sit with me and talk with me so that they could share their point of view and their side of things so that I could have that information as I wrote the script with my co-writers. Linda Fairstein actually tried to negotiate.

"She tried to negotiate conditions for her to speak with me, including approvals over the script and some other things. So you know what my answer was to that, and we didn't talk."

Fairstein accused DuVernay of orchestrating the public campaign against her in a separate interview with The Daily Beast.

ADVERTISEMENT - CONTINUE READING BELOW

"She's behind it," Fairstein told The Daily Beast. "Her lies are behind it all."

She called the series "a basket of lies," and "a totally and completely untrue picture of events and my participation."

P-APP003050

# Fairstein wrote an op-ed in the Wall Street Journal about her portrayal in the series.

In a piece titled "Netflix's False Story of the Central Park Five," Fairstein wrote: "Ms. DuVernay's film attempts to portray me as an overzealous prosecutor and a bigot, the police as incompetent or worse, and the five suspects as innocent of all charges against them. None of this is true."

ADVERTISEMENT - CONTINUE READING BELOW

A lawyer who represented four of the five men in their settlements responded in an interview with Esquire.

"We know Matias Reyes committed the crime because his DNA confirmed it. When the DA reinvestigated the case, they concluded that he acted alone. One, it was his modus operandi for his nine rapes and murders that he committed in that part of New York in winter and spring of 1989," Jonathan Moore told me. "By definition, those statements [in the op-ed] are false."

# In response to the backlash, Fairstein has stepped down from her roles on various boards.

This week, Fairstein stepped down from her role on the board at Safe Horizon, a nonprofit supporting victims of domestic violence, *Esquire* has confirmed.

ADVERTISEMENT - CONTINUE READING BELOW

"I do not want to become a lightning rod to inflict damage on this organization, because of those now attacking my record of fighting for social justice for more than 45 years," Fairstein told the *New York Post*. She added that she was "sorry that the staff [of Safe Horizon], through their CEO Ariel Zwang, declined to meet with me to learn the truths behind the inflammatory and false narrative."

P-APP003051

She told the paper she has also stepped down from roles at God's Love We Deliver, the Joyful Heart Foundation, and her alma mater, Vassar College. The president of Vassar confirmed in a statement that Fairstein left the position on the board, "given the recent widespread debate over her role in the Central Park case."

Fairstein didn't respond to *Esquire*'s multiple requests for comment.

---

**KATE STOREY**   Senior Staff Writer

Kate is a writer for Esquire covering culture, politics, style, and lifestyle.

---

# Want more politics news and less politics noise?
## Our newsletter is your antidote.

| Enter your email address. | I'M IN. |
|---|---|

Watch Next

---

MORE FROM

# TV

P-APP003052

How To Navigate Kimmy Schmidt's Adventure

Trial By Media Re-Examines Scott Amedure's Murder

ADVERTISEMENT - CONTINUE READING BELOW

Jerry Stiller Broke His 'Seinfeld' Co-Stars

How Jerry Stiller's Frank Costanza Was Born

P-APP003053

## 'Seinfeld' Actor Jerry Stiller Has Died at 92

## 'The Last Dance' Finally Gave Us 'Space Jam'

## The Best 'Last Dance' Tweets for Episodes 7 and 8

## James Jordan's Death Caused Mass Speculation

## The True Story of the 'Waco' Siege

## Trump Saluted the 'Class of Covid-19' on 'SNL'

P-APP003054

| TV | ENTERTAINMENT | THE CENTRAL PARK FIVE ARE GOING TO THE EMMYS |
|---|---|---|

AVA DUVERNAY'S 'WHEN THEY SEE US' IS STILL TIMELY    'WHEN THEY SEE US' AND FALSE CONFESSIONS

WHERE ARE THE CENTRAL PARK FIVE NOW?    WHEN THEY SEE US IS NETFLIX'S MOST-WATCHED SHOW

LINDA FAIRSTEIN RESPONDS TO BACKLASH

## Esquire

f  t  P  instagram  YouTube  t

Newsletter

About Us

Press Room

Community Guidelines

Customer Service

Other Hearst Subscriptions

Events & Promotions

Digital Editions

Media Kit

Contact Us

Advertise Online

Subscribe

Give a Gift

Giveaways



Hearst Men's and Enthusiast Media Group - A Part of Hearst Digital Media

A Part of Hearst Digital Media

Esquire participates in various affiliate marketing programs, which means we may get paid commissions on editorially chosen products purchased through our links to retailer sites.

©2020 Hearst Magazine Media, Inc. All Rights Reserved.

Privacy Notice    Your California Privacy Rights    Interest-Based Ads    Terms of Use    Site Map

Do Not Sell My Info

P-APP003055

**SUNDAY, JUNE 28, 2020**     SIGN IN / JOIN

Sharing Black Life, Statewide   www.flcourier.com

ENTERTAINMENT   HEALTH   FOOD   TECHNOLOGY   FLORIDA'S FINEST   SPORTS   POLITICS   WORLD

ABOUT US   CONTACT US   OUR SISTER SITES ▫   TRIBUTE TO OUR FOUNDER ▫

Home ▫ ENTERTAINMENT ▫ DuVernay responds to Trump's latest Central Park Five comments

# DUVERNAY RESPONDS TO TRUMP'S LATEST CENTRAL PARK FIVE COMMENTS

June 19, 2019



**ATSUSHI NISHIJIMA**/NETFLIX/TNS
Ava DuVernay is shown with actor Jharrel Jerome on the set of "When They See Us."

BY **ASHLEY LEE**

*LOS ANGELES TIMES/TNS*

## FLORIDA COURIER ARCHIVES

**JUNE 2020** (81)

**MAY 2020** (110)

**APRIL 2020** (102)

**MARCH 2020** (133)

**FEBRUARY 2020** (140)

**JANUARY 2020** (118)

**DECEMBER 2019** (92)

**NOVEMBER 2019** (79)

**OCTOBER 2019** (151)

**SEPTEMBER 2019** (175)

**AUGUST 2019** (167)

**JULY 2019** (192)

**JUNE 2019** (168)

**MAY 2019** (158)

**APRIL 2019** (170)

**MARCH 2019** (159)

**FEBRUARY 2019** (108)

**JANUARY 2019** (69)

**NOVEMBER 2018** (1)

Ava DuVernay is not the least bit surprised that President Trump has doubled down on his stance regarding the men collectively labeled the Central Park Five, whose wrongful conviction in the 1989 rape and assault of Trisha Meili, and later exoneration, are recounted in the Netflix docudrama "When They See Us."

"It's expected," she said with a shrug on Tuesday night, after a Women in Entertainment and Writers Guild of America West screening in Hollywood. "There's nothing he says or does in relation to this case or the lives of Black people or people of color that has any weight to it. It's not our reality, there's no truth to it."

DuVernay — who created the limited series, and directed all four parts — made the comments in response to Trump's remarks earlier Tuesday, in which he refused to admit their innocence, or to apologize for placing full-page ads in four newspapers at the time that called for the executions of five teenagers of color: Antron McCray, Kevin Richardson, Yusef Salaam, Raymond Santana and Korey Wise.

"You have people on both sides of that — they admitted their guilt," he told reporters at the White House. "If you look at Linda Fairstein and if you look at some of the prosecutors, they think the city should have never settled that case. So, we'll leave it at that."

## TWEET LATER THAN EXPECTED

After DuVernay responded lightheartedly to moderator Jemele Hill's question about Trump — "I'm surprised it took so long, I was waiting every day to get a tweet!" — she asserted that the five men were always innocent, and are free today. Therefore, the focus should be "so much more than rage-tweeting back and participating in the negativity that's so unproductive."

**OCTOBER 2018** (3)

**SEPTEMBER 2018** (1)

**APRIL 2018** (17)

**MARCH 2018** (121)

**FEBRUARY 2018** (81)

**JANUARY 2018** (89)

**DECEMBER 2017** (107)

**NOVEMBER 2017** (86)

**OCTOBER 2017** (60)

**SEPTEMBER 2017** (95)

**AUGUST 2017** (131)

**JULY 2017** (107)

**JUNE 2017** (132)

**MAY 2017** (109)

**APRIL 2017** (104)

**MARCH 2017** (126)

**FEBRUARY 2017** (84)

**JANUARY 2017** (96)

**DECEMBER 2016** (114)

**NOVEMBER 2016** (86)

**OCTOBER 2016** (93)

**SEPTEMBER 2016** (100)

**AUGUST 2016** (97)

**JULY 2016** (113)

**JUNE 2016** (89)

**MAY 2016** (95)

**APRIL 2016** (101)

**MARCH 2016** (124)

**FEBRUARY 2016** (98)

**JANUARY 2016** (104)

**DECEMBER 2015** (116)

**NOVEMBER 2015** (93)

**OCTOBER 2015** (113)

**SEPTEMBER 2015** (94)

**AUGUST 2015** (94)

**JULY 2015** (117)

**JUNE 2015** (97)

**MAY 2015** (130)

**APRIL 2015** (108)

**MARCH 2015** (98)

"I wish I had a more juicy sound bite, but I don't care," she added, speaking alongside Robin Swicord and Attica Locke, who wrote episodes of the miniseries with DuVernay, Michael Starrbury and Julian Breece.

"When They See Us" spans 25 years, beginning with the teens' first interrogations in 1989, featuring their 2002 exoneration, and culminating with the settlement reached with the city of New York in 2014.

Michael K. Williams, Vera Farmiga, John Leguizamo, Felicity Huffman, Niecy Nash, Blair Underwood and Joshua Jackson are among the ensemble cast.

## FALLOUT FOR AUTHORITIES

The four-part Netflix project debuted on May 31 to critical acclaim and soon led to real-world fallout for the authorities involved.

Fairstein, the head of the sex crimes unit in the Manhattan district attorney's office at the time of the case, and who had prospered in her second career as a crime novelist, was dropped by her book publisher and her agency after a viewer-led petition went viral. (It currently has more than 200,000 signatures.)

She also resigned from her board positions at Vassar College and charitable organizations God's Love We Deliver and Safe Horizon.

Fairstein subsequently penned a Wall Street Journal op-ed calling "When They See Us" "a series so full of distortions and falsehoods as to be an outright fabrication. … Ms. DuVernay does not define me, and her film does not speak the truth."

Similarly, Elizabeth Lederer, the lead prosecutor in the case, was fired

from her teaching post at Columbia Law School, after a petition by the Columbia University Black Students' Organization calling for her removal received nearly 10,000 signatures.

Students previously pressed the university to remove Lederer in 2013, without success.

Why are such steps of "restorative justice" only happening now, even though the Central Park Five were exonerated by DNA evidence and a confession from the true perpetrator in 2002 and were the subject of a well-received Ken Burns documentary in 2012?

## WHY DOCUMENTARY RESONATES

Locke explained that this project in particular might be resonating with audiences to the point of demanding action because of its detailed exploration of gaslighting.

"We are living in a time of cognitive dissonance, which is how you have Linda Fairstein's ass talking all the stuff she's talking about," Locke said. "Lies [are] so easily bent to where you question your own sanity," she continued. "That's another reason why I think it resonates in this particular time: We are living in another time where we are being gaslit on a daily … basis."

"This exact thing could happen, and things that are very similar to this are happening right now as we sit here," Swicord added.

DuVernay also shared that she has grown close to the five free men, texting them almost daily.

"They're all different, they're all beautiful, and they've taught me so much over the years," she said. "It's an honor to know them. It's a privilege."

Previous article

'WHEN THEY SEE US' NOW
THE MOST-WATCHED
NETFLIX SERIES

Next article

HARRIS SPEAKING TO
SISTERS THROUGH NEW
ESSENCE COLUMN

**LEAVE A REPLY**

P-APP003060

Save my name, email, and website in this browser for the next time I comment.

Sign me up for the newsletter!

FOLLOW US ON INSTAGRAM @FLCOURIER









Your credible, reliable resource of news and information affecting African-American communities across the state of Florida, USA.

Contact us: news@flcourier.com



**FLORIDA COURIER ARCHIVES**

**JUNE 2020**

**MAY 2020**

**APRIL 2020**

**MARCH 2020**

**FEBRUARY 2020**

**JANUARY 2020**

**DECEMBER 2019**

**NOVEMBER 2019**

**OCTOBER 2019**

**SEPTEMBER 2019**

**AUGUST 2019**

**JULY 2019**

**JUNE 2019**

**MAY 2019**

P-APP003062

APRIL 2019

MARCH 2019

FEBRUARY 2019

JANUARY 2019

NOVEMBER 2018

OCTOBER 2018

SEPTEMBER 2018

APRIL 2018

MARCH 2018

FEBRUARY 2018

JANUARY 2018

DECEMBER 2017

NOVEMBER 2017

OCTOBER 2017

SEPTEMBER 2017

AUGUST 2017

JULY 2017

JUNE 2017

MAY 2017

APRIL 2017

MARCH 2017

FEBRUARY 2017

JANUARY 2017

DECEMBER 2016

NOVEMBER 2016

OCTOBER 2016

SEPTEMBER 2016

AUGUST 2016

JULY 2016

JUNE 2016

MAY 2016

APRIL 2016

P-APP003063

MARCH 2016

FEBRUARY 2016

JANUARY 2016

DECEMBER 2015

NOVEMBER 2015

OCTOBER 2015

SEPTEMBER 2015

AUGUST 2015

JULY 2015

JUNE 2015

MAY 2015

APRIL 2015

MARCH 2015

© Copyright 2017, Central Florida Communicators Group LLC

P-APP003064

Case 2:20-cv-00180-JLB-MRM   Document 46-22   Filed 07/01/20   Page 23 of 97 PageID 4055

**The New York Times**    https://nyti.ms/3385Wwg

# Obama on Call-Out Culture: 'That's Not Activism'

The former president challenged young activists for being judgmental. "You should get over that quickly," he said.

By Emily S. Rueb and Derrick Bryson Taylor

Oct. 31, 2019

Former President Barack Obama made a rare foray into the cultural conversation this week, objecting to the prevalence of "call-out culture" and "wokeness" during an interview about youth activism at the Obama Foundation summit on Tuesday.

For more than an hour, Mr. Obama sat onstage with the actress Yara Shahidi and several other young leaders from around the world. The conversation touched on "leadership, grass roots change and the power places have to shape our journeys," the Obama Foundation said, but it was his remarks about young activists that have ricocheted around the internet, mostly receiving praise from a cohort of bipartisan and intergenerational supporters.

"This idea of purity and you're never compromised and you're always politically 'woke' and all that stuff," Mr. Obama said. "You should get over that quickly."

"The world is messy; there are ambiguities," he continued. "People who do really good stuff have flaws. People who you are fighting may love their kids, and share certain things with you."

Mr. Obama spoke repeatedly of the role of social media in activism specifically, including the idea of what's become known as "cancel culture," which is much remarked upon, but still nebulously defined. It tends to refer to behavior that mostly plays out on the internet when someone has said or done something to which others object. That person is then condemned in a flurry of social media posts. Such people are often referred to as "canceled," a way of saying that many others (and perhaps the places at which they work) are fed up with them and will have no more to do with them.

[*What's cancel culture really like? Ask a teenager. They know.*]

Mr. Obama talked about conversations he's had with his daughter Malia, who is a student at Harvard with Ms. Shahidi.

P-APP003065

Case 2:20-cv-00180-JLB-MRM   Document 46-22   Filed 07/01/20   Page 24 of 97 PageID 4056

"I do get a sense sometimes now among certain young people, and this is accelerated by social media, there is this sense sometimes of: 'The way of me making change is to be as judgmental as possible about other people,'" he said, "and that's enough."

"Like, if I tweet or hashtag about how you didn't do something right or used the wrong verb," he said, "then I can sit back and feel pretty good about myself, cause, 'Man, you see how woke I was, I called you out.'"

Then he pretended to sit back and press the remote to turn on a television.

"That's not activism. That's not bringing about change," he said. "If all you're doing is casting stones, you're probably not going to get that far. That's easy to do."

The audience erupted in applause, which was echoed by conservative pundits like Ann Coulter.

"Good for Obama," Ms. Coulter tweeted on Wednesday night, adding a parenthetical: "Not sarcastic!"

Tomi Lahren, a conservative political commentator, said on "Fox & Friends" on Wednesday that Mr. Obama's comments made him look like "the voice of reason" and that "that's when you know the Democratic Party has gotten this bad."

"What's really nice to hear is Barack Obama standing up for our rights and our values of the First Amendment," Ms. Lahren said. "Just remember that we used to think Barack Obama was bad."

Tulsi Gabbard, a Democratic presidential candidate and a congresswoman from Mr. Obama's home state of Hawaii, seized on his words as a campaign message for her supporters.

"In a nutshell, Obama is saying we all need a little more aloha spirit," she tweeted. "Being respectful & caring for one another. Not being so quick to judge. Not seeing everything as black/white. I hope you'll join me in bringing the spirit of aloha to the White House."

Another Democratic presidential candidate, Andrew Yang, also championed the message on Twitter.

"He is right on all counts," Mr. Yang said.

Others called out the 44th president for being "paternalistic."

P-APP003066

Michael Arceneaux, the author of "I Can't Date Jesus: Love, Sex, Family, Race, and Other Reasons I've Put My Faith in Beyoncé," said he didn't "need lessons about 'being woke' and 'cancel culture'" in an op-ed for The Independent.

"I am never quite sure if Obama really thinks this naïvely or if he's trying to convince certain sects of the population — notably young black folks, whom he just loves to lecture — that it's better to coddle white people about their prejudices with the hopes of growth rather than speak our minds as we see fit," he said.

Since leaving office in January 2017, the former president has mostly remained out of the public fray. Most of his appearances have focused on discussing the integrity of the political system and similar themes.

Following tradition, Mr. Obama initially refrained from publicly criticizing his successor. But during the run-up to the 2018 midterms, he called President Donald J. Trump a threat to American values while speaking to students at the University of Illinois at Urbana-Champaign.

He has occasionally returned to the campaign trail to rally black voters and, more recently, has been working behind the scenes to advise Democratic presidential hopefuls. But he has yet to make an endorsement.

Jonah Engel Bromwich contributed reporting

P-APP003067

Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

**attica locke** ✓
@atticalocke

We get justice where we can...



'When They See Us' Sparked a Boycott Against Central Park Five Prosecutor L...
#CancelLindaFairstein has led to the prosecutor-turned-novelist to be dropped
by her book publisher, literary agency, and to step down from the boards of ...
🔗 esquire.com

9:55 AM · Jun 4, 2019 · Twitter Web Client

**20** Retweets  **49** Likes

**Alex Carbonneau** 🌱 @AlexCarbonneau · Jun 4
Replying to @atticalocke
Its not enough

**Valerie Robinson** @vrobin5577 · Jun 4
Replying to @atticalocke







Book Companies donate YOUR PROFITS made by Disgraced Central ...
Unscrupulous Prosecutor Linda Fairstein should have been FIRED.
Instead, she was able to parlay her career as head of sex crimes unit ...
🔗 campaigns.organizefor.org

♡ 1

**linda wimbley** @lindawimbley2 · Jun 9
Replying to @atticalocke and @TMZ
That's still not good enough she needs to be investigate and she should
be disbarred along with many others who were involved that new the truth

♡ 1

**Tuesday Love** @LoveTuesday5 · Jun 6
Replying to @atticalocke and @TMZ
Exactly FOH

**Arjuna** 💙💙💙 @Arjuna65367879 · Jun 7
Replying to @atticalocke and @TMZ
What she should see it the big sign that says Karma is a *****.

This Tweet is unavailable.

**Ms Love**👑 @SofieLove20 · Jun 7
Everyone involved that lied n knew. Needs to pay!

♡ 2

**Olga Shaginyan** @Dotusho · Jun 5
Replying to @atticalocke and @TMZ
Let's cancel #LenaDunham while we're at it too:

> ⚫ **Ava DuVernay** ✓ @ava · Dec 6, 2018
> Proud to have worked with the stellar @AuroraPerrineau this year. She
> is a wonderful, focused actor. I hope other directors + producers
> remember this about her - and not this mess. She is the opposite of
> how she was initially publicly painted by this ordeal. That must be said.
> twitter.com/Independent/st…
>
> ♡ 2

**Sally A** @LadyLushLashes · Jun 6
Replying to @atticalocke and @TMZ
a Mob of whypipo trying to incarcerate black children is what it was

♡ 3

**romonasnell** @romonasnell57 · Jun 7
Replying to @atticalocke and @TMZ
That's what she had against those boys a MOB MENTALITY

**Deirdre franklin** @deirdrefrankl11 · Jun 8
Replying to @atticalocke and @TMZ
She should pay these men two of her first book sales money for
destroying their lives   She's a trumpster that needs to be persecuted

**Sukhbir Singh** @sheerarai · Jun 9
Replying to @atticalocke and @TMZ
Heartless!

**More replies**

P-APP003071

**Akel dimis** @AkelDimis · Jun 7
Replying to @atticalocke and @TMZ
You better believe it's a 'mob mentality' the same lynch mob you sent after children. It hit's differently when is directed to your 'pig-headed' self, doesn't it? #CancelLindaFairstein #BoycottLindaFairstein #boycottamazon #FireElizabethLederer

GIF

♡ 1    ⟲ 1    ♡ 1

; @twentiextwo · Jun 8
#FireElizabethLederer

**Sammy Laz** @Sammy_Laz · Jun 6
Replying to @atticalocke and @TMZ
Let everyone know what kind of person is her! Not a single sign of sympathy towards this woman. Go shed your white tears somewhere else. #Cancellindafairstein

♡ 1

**usedwasshername** @SophieLydiaaa · Jun 7
Replying to @atticalocke and @TMZ
She Is Hideous 🤣🤣 I Guess If You're Ugly On The Inside It'll Eventually Show On The Outside 😭😭😭

**mexuscenter** @mexuscenter · Jun 6
Replying to @atticalocke and @TMZ
She's nothing but a bully and a racist, and her time has come. All conservatives people are HYPOCRITE S when faced themselves in a mirror.

People like her always act like victims instead of taking responsibility for their actions that their nasty and putrefied souls told themm

♡ 1

**Gettothamoney67** @gettothamoney67 · Jun 7
Replying to @atticalocke and @TMZ
ALL MY NEW YORKERS NEED TO CATCH THAT RAGGEDY BITCH LACKING AND BEAT TF OUTTA HER. I WANT TO SEE BLOOD PERIODDT.

GIF

♡ 2

**Huddy** @Mhuddycuddybudy · Jun 6
Replying to @atticalocke and @TMZ
She is a racist pig who should be put behind bars @LindaFairstein

P-APP003072

# change.org

☰



# #CancelLindaFairstein Justice for the Central Park 5



P-APP003073



**2,289 have signed.** Let's get to 2,500!



**Jemima Gordon** signed 19 hours ago



**Liz Parody** signed 1 week ago



P-APP003074



**Ramani Wilson** started this petition to Barnes & Noble and 2 others

Prosecutor Linda Fairstein coerced and convicted five innocent black boys of a crime they did not commit in 1989. The Central Park jogger criminal case involved the assault and rape of a Caucasian woman Trisha Meili, and was one of the most widely publicized cases of the decade. Fairstein accused five boys ranging from ages 14 to 16 of the rape and assault, and abused their legal rights as she manipulated them without the presence of their guardians. Korey Wise, Yusef Salaam, Raymond Santana, Antron McCray and Kevin Richardson were wrongfully convicted in 1989 and served sentences that ranged from 6 to 14 years in the system. Despite a serial rapist confessing to the crime and their records being exonerated, Fairstein still profits off of the promotion and sale of her many books as an author. In Netflix's recent film When They See Us (2019), Ava DuVernay highlights the lives that were dehumanized for decades because of this woman. We are asking Barnes and Noble, Amazon, Audible and any other outlets that allow this woman to profit through their organizations to remove her books from their platforms. Show consumers of color what our rights and stories mean to you!

**Start a petition of your own**

**Start a petition of your own**

This petition starter stood up and took action. Will you do the same?

Start a petition

## Updates

8 months ago
2,000 supporters
1 year ago

P-APP003075

Ramani Wilson started this petition

## Reasons for signing



**Jewel Watts**·1 year ago

Linda Fairstein is a racist who is profiting off the Central Park 5. She should be jailed.

11·

Report

P-APP003076



**stephanie whittaker**·1 year ago

how do you support a racist fraud.linda and her crime unit should be punished. any cases that she was involved in should be reopened this not the first time they coerced someone. how many innocent people of color have been incarcerated.they should be stripped of pension,book sales $ and all of them should be tried in court.central park 5 and their family should be their judge and jury..si... Read more

9·

Report

**View all reasons for signing**

Report a policy violation

## Complete your signature

P-APP003077

First name

Last name

Email

New York, 10010
  United States

☑ Display my name and comment on this petition

Sign this petition

By signing, you accept Change.org's Terms of Service and Privacy Policy, and agree to receive occasional emails about campaigns on Change.org. You can unsubscribe at any time.

---

## Today: Ramani is counting on you

Ramani Wilson needs your help with "**#CancelLindaFairstein Justice for the Central Park 5**". Join Ramani and 2,305 supporters today.

Sign this petition

---

Sign this petition

---

## Petitions promoted by other Change.org users

**Promoted by 37 supporters**

P-APP003078

## Spoon Jackson - A Poet 42 years in Prison is Seeking Redemption

Seeking Forgiveness - Seeking Redemption Stanley "Spoon" Jackson was barely out of his teens when in 1977 he took the life of another person. Spoon says: "I have been incarcerated 42 years for murder with special circumstances. I had just turned 20 when I committed this crime. I take full ownership of and responsibility for my actions, which resulted in the death of a fellow human being. I offer the inform... Read more

Sign the petition

**Promoted by 247 supporters**

## Recall Tony Evers

Tony Evers has proposed to give illegal aliens state issued identification and also calling for new gun laws, both violating his constitutional oath of office to protect citizens of Wisconsin, and uphold the US Constitution.  I want one million signatures to recall him from the office of governor.

Sign the petition

**Promoted by 375 supporters**

P-APP003079

## Cancellation of "Comedian" Kurt Metzger's (Public, Digital, and Social Media) Appearances

During a public, virtual interview with 3 other comedians, comedian Kurt Metzger vehemently expressed that the Armenian Genocide of 1915 was a good thing and he is glad that it happened. The world community, the Armenian community of the United States, and human rights advocates across the country are cal... Read more

Sign the petition

**Promoted by 327 supporters**

P-APP003080

## Please Let Massachusetts Play Tennis!

We support the leadership of Governor Baker's COVID-19 "Stay at Home" order that has made a big difference in reducing the Coronavirus infections. Recently, the Governor opened up Golf courses and for similar reasons we think it is imperative that tennis courts be opened as well. Massachusetts residents are eager to find ways to stay healthy, get some exercise, and enjoy recreation with their family all the while practicing sa... Read more

Sign the petition

**Promoted by 5 supporters**

## Free Gen. Mike Flynn! Judge Sullivan must dismiss the case today or resign!

DC District Court Emmet Judge Sullivan has announced that he wants input about AG Barr's recommendation to dismiss the prosecution against Gen. Mike Flynn. All Americans should tell Judge Sullivan to "dismiss the case today." Too much evidence has been presented that the prosecutors did not reveal the truth about what was happening.

Sign the petition

P-APP003081

**Promoted by 201 supporters**

## Funding from the Federal government to the State of New York

On behalf of the family members and advocates of New Yorkers with intellectual and developmental disabilities (I/DD), we at the undersigned associations write to urge you to provide additional and meaningful funding from the federal government for the State of New York. The I/DD system is supported by more than 90 percent Medicaid funding, which provides the essential services that New Yorkers with I/DD rely on. New Y... Read more

Sign the petition

**Promoted by 323 supporters**

P-APP003082

## Yosemite National Park Employee Demands: COVID-19

We are in unprecedented times due to COVID-19. In the middle of a pandemic the employees, of Aramark, which is corporation that leases the park, have been given a two-week notice to leave a place that many of them have called home for more than 10 years. Within this year-round tourist destination there is also community members who live in the park and call it their year-around home. These employees hol... Read more

Sign the petition

**Promoted by 10 supporters**

## Save the Oregon State Student Pharmacy

Against the wishes of all pharmacy staff, Oregon State University has made the decision to close the on-campus pharmacy in June. Access to a pharmacy on campus can play a major role in a prospective student's decision to enroll at Oregon State University. Elimination of pharmacy services sends a disturbing message to potential students: Money is of greater priority than their health. This decision puts the health of t... Read more

Sign the petition

P-APP003083

Case 2:20-cv-00180-JLB-MRM   Document #6-22   Filed 07/01/20   Page 42 of 97 PageID 4074

**Promoted by 181 supporters**

## Re-Opening the Equestrian Industry

The horse world is a large but small community, and many are suffering through this pandemic and crisis. We have come up with many solutions and suggestions to get barns reopened and trainers teaching again all with safety and health in mind. Horse barn owners and trainers have found that they are not eligible for unemployment, SBA loans and the payment protection program yet their bills also piling up. Thes... Read more

Sign the petition

**Promoted by 5 supporters**

P-APP003084

## Release all nonviolent inmates before its too late & covid-19 determines their fate!!!

"Our lives matter too" The covid-19 pandemic seems to be a joking matter to some of the local officials currently responsible for making some rather serious decisions. One being possible life or death, when it comes to the issue of leaving nonviolent and traffic offenders sitting in jail. We all know its not a matter of i… Read more

Sign the petition

**Promoted by 108 supporters**

## Protect Public Safety: Stop Them From Closing the Marina Sheriff's Station!

IMPORTANT: Please do not donate via the change.org prompt as we are not able to claim those funds. Instead, if you would like to make a donation directly to our efforts to keep the station open, please use this link. On Monday, May 4th, Los Angeles County Sheriff Alex Villanueva announced his plan to close the Marina del Rey Sheriff's Station as of July 1st due to budget restrictions imposed on the Los Angeles County Sheri… Read more

P-APP003085

Sign the petition

**Promoted by 116 supporters**

## Keep Saint Anne School, Fair Lawn, NJ, open.

Pleasantries. We say this with all divine creation of profound respect, though we must voice our prevailing opinion. We in common are 8th graders of the Class of 2020 at Saint Anne School in Fair Lawn, NJ. Some of us have been brilliant students of Saint Anne School for 11 productive years. Currently, Saint Anne School has shut down because of a humble opinion of the Archdiocese of Newark during a pandemic. These opinio... Read more

Sign the petition

**Promoted by 12 supporters**

P-APP003086

## Reschedule Graduation

Kids spend K-12 looking forward to walk across the stage to receive their diplomas. Since this pandemic seniors have been ripped of some of their best moments in their life! FWCS has chosen not to reschedule or taken any effort to reschedule graduation and prom. Leo high school has reschedule theirs in July!!! As Governor Holcomb said, "Our goal is to have all areas of the state reach Stage 5 beginning July 4th. Even in ... Read more

Sign the petition

**Promoted by 68 supporters**

## To allow visitors back in hospitals

Please allow visitors back in hospitals! I have a 14 year old son who has a severe brain injury. I also have a very extensive family traveling from all over who want to see him. Please make this happen.

P-APP003087

Sign the petition

**Promoted by 18 supporters**

## Student Loan Forgiveness for Nurses

We request that members of Congress create a bill to automatically provide loan forgiveness at 100% for all practicing nurses. We propose that 25% of the loan balance would be forgiven for every year of service provided, up to a total of four years. This would apply to all practicing nurses, nurse educators who are working to prepare future healthcare providers, and advanced practice nurses. Current loan forgiveness p... Read more

Sign the petition

**COMPANY**

About

Impact

Careers

Team

**SUPPORT**

**COMMUNITY**

Blog

Press

**CONNECT**

P-APP003088

Help                                             Twitter

Guides                                           Facebook

Privacy

Policies

| English (United States) | ▼ |
|---|---|

---

**© 2020, Change.org, PBC**  Certified B Corporation

This site is protected by reCAPTCHA and the Google [Privacy Policy](#) and [Terms of Service](#) apply.

P-APP003089

Skip to main content

- 
- - [Start a petition](#)
  - [My petitions](#)
  - [Browse](#)
  - [Membership](#)

- [Start a petition](#)
- [Membership](#)
- [Browse](#)
- [Search](#)

- [Log in or sign up](#)

Log in

# Log in

Don't have an account? Sign up



Log in with Facebook

**or**

Email
Password
Forgot password?
Log in

By joining, or logging in via Facebook, you accept Change.org's [Terms of Service](#) and [Privacy Policy](#).

Case 2:20-cv-00180-JLB-MRM   Document 46-22   Filed 07/01/20   Page 49 of 97 PageID 4081



# Linda Fairstein Central Park five book removal



**239,863 have signed.** Let's get to 300,000!

P-APP003091



[**Ryan Swink**](#) started this petition to [**Amazon & all other book retailers**](#) and 1 other

Linda Fairstein achieved her fame & fortune through her wild imagination & at the expense of five INNOCENT children's pain... let's start off with why this petition was started , Linda Fairstein led a witch hunt against five teenage boys even though the physical evidence didn't support her theory she raged on with one goal in mind & that was to get a conviction at any expense even the lives of teenage boys... she led the hunt that fundamentally changed these men's lives forever & unfairly tarnished their reputation , you could almost say she hunted these boys for their lives & after securing the conviction she wanted & the spotlight being off the case Linda decided to do what she does best tell story's , she became a fictional true crime writer once again using that imagination. I believe it to be fact that she's led this whole entire crusade out of the aspiration of financial gain knowing the media coverage the case would generate & knowing if she secured a conviction regardless of the evidence her book career on true crime ( her career field ) would flourish... I believe her actions were led by her greed & desire to relevant maybe even famous & I believe these character flaws of hers led her to KNOWINGLY & WRONGFULLY hunt these boys into a conviction & because of her shameful past I am starting a petition to ask ALL retailers & book publishers to stop selling Linda Fairstein books or any product that has ties to her ...

**Start a petition of your own**
This petition starter stood up and took action. Will you do the same?
[Start a petition](#)

**Start a petition of your own**

This petition starter stood up and took action. Will you do the same?

## Updates

[Great news publisher drops Fairstein](#)

linda fairsteins book published has announced they will be terminating her & that's great news because our petition was likely a factor in that decision & that means we effectively made lasting change in some form hopefully , I honestly believe Linda Fairstein has dues to pay for her direct involvement in this unjust atrocity & what those young men has to endure especially being convicted not only in the court but in the form of public opinion I believe what we are doing is right , I think people should know what type of person Fairstein is & she absolutely deserves the criticism & backlash she's receiving because me & hundreds of thousands of people agree she's a terrible human being & just a flat out scumbag!! & her legacy should be viewed as such .. & considering her publisher finally took a stand we'd like amazon to remove all books written by her off their website immediately , do the right thing for once amazon & show your company has some kind of morals by removing her products immediately.

Great news publisher drops Fairstein

linda fairsteins book published has announced they will be terminating her & that's great news because our petition was likely a factor in that decision & that means we effectively made lasting change in some form hopefully , I honestly believe Linda Fairstein has dues to pay for her direct involvement in this unjust atrocity & what those young men has to ...

P-APP003092



**Ryan Swink**
11 months ago
**View all updates**

## Reasons for signing



**ollie williams** · 11 months ago

I am signing the Petition to remove her books from Amazon and all other book retailers because Fairstein committed the criminal act of being a thief who stole the childhood of FIVE innocent children. She knowingly and willingly framed them for a crime that they did not commit and proceeded to profit financially from her crime by writing books further slandering these innocent children!!!!

- 
- 344

·

Share

·

Tweet

·

Report

P-APP003093



**NiEva Satcher**· 11 months ago

I'm disgusted by Linda's transgressions against the Central Park Five. She needs to pay restitution to these innocent men and be locked away for leading the witch hunt to falsely accuse and coerced these innocent boys. Justice needs to be served.

- •
- • 279

.

Share

.

Tweet

.

Report

**View all reasons for signing**

Report a policy violation

## Complete your signature

**239,863 have signed.** Let's get to 300,000!



**Geet Sukhwani** signed 2 hours ago



**Noah Mcgrotty** signed 6 hours ago

First name

Last name

Email

New York, 10010
United States

United States ▼

P-APP003094



New York

NY ▾

10010

☑ Display my name and comment on this petition

Sign this petition

By signing, you accept Change.org's Terms of Service and Privacy Policy, and agree to receive occasional emails about campaigns on Change.org. You can unsubscribe at any time.

Sign this petition

---

## Today: Ryan is counting on you

Ryan Swink needs your help with "**Amazon & all other book retailers : Linda Fairstein Central Park five book removal**". Join Ryan and 239,885 supporters today.

Sign this petition

## Today: Ryan is counting on you

Ryan Swink needs your help with "**Amazon & all other book retailers : Linda Fairstein Central Park five book removal**". Join Ryan and 239,885 supporters today.

Sign this petition

---

## Petitions promoted by other Change.org users

**Promoted by 81 supporters**



**Amazon: Allow Users to Filter by Made in USA, and Require Country of Origin**

We want to buy Made in USA products. Amazon has not listened. The problem is simple: for those of us who use Amazon, there is no reliable way to filter products by country of origin to support local manufacturers and businesses in the United States. Whether the goal is to support local businesses and jobs… Read more

Sign the petition

**Promoted by 37 supporters**

P-APP003095



### [Spoon Jackson - A Poet 42 years in Prison is Seeking Redemption](#)

Seeking Forgiveness - Seeking Redemption Stanley "Spoon" Jackson was barely out of his teens when in 1977 he took the life of another person. Spoon says: "I have been incarcerated 42 years for murder with special circumstances. I had just turned 20 when I committed this crime. I take full… Read more

Sign the petition



[Promoted by 39 supporters](#)



### [Keep Nordstrom Annapolis Open](#)

Nordstrom Annapolis has been a part of the Annapolis community for over twenty years.  With John Nordstrom cultivating a culture of excellence that the world has seldom seen, naturally, the store and its service took off in the local market.  Loyal clients stepped up to support the store which offered… Read more

Sign the petition

[Promoted by 76 supporters](#)



P-APP003096

Case 2:20-cv-00180-JLB-MRM   Document 46-22   Filed 07/01/20   Page 55 of 97 PageID 4087

### Reclassification of Pilates Studios and Micro Gyms

As a small business owner, my boutique fitness studio/microgym employs numerous team members and supports clients to become healthy, a need more important now than ever.  I have become increasingly concerned that my boutique fitness studio/micro-gym has been classified as a fitness center… Read more

Sign the petition

**Promoted by 4 supporters**



### Adjust the tuition for the Fall 2020 semester at CSULB!

Tuition Tuition Fee: $2871 Facility: $5 Associated Students Inc: $68 Instructionally Related Activities: $25 University Student Union: $201 Student ID Card: $5 Student Excellence Fee: $173 Student Health Center: $75 Student Representation Fee (Optional): $2 Total: $3425   Above is a breakdown of the CSULB… Read more

Sign the petition

**Promoted by 86 supporters**



### Recall PA Governor Tom Wolf

PA State Governor Tom Wolf has used the threat of the COVID-19 virus to enact Emergency Powers in order to effectively usurp both the Federal and PA State Constitutions, as well as deny the Citizens of Pennsylvania the basic common Rights deemed "unalienable" by our founding fathers. These include the… Read more

Sign the petition

**Promoted by 301 supporters**

P-APP003097



## Rose-Penmar Beautification & Safety Project

The goal of this petition is to urge the City of Los Angeles to move the jurisdiction of the public walk path on the South Side of Penmar golf course to the Los Angeles Recreation and Parks Department. Once the strip of land's jurisdiction is changed, it becomes park land and illegal to camp upon[1]. Our community… Read more

Sign the petition

**Promoted by 50 supporters**



## Por los que no tienen voz

En esta situación de emergencia no solo los humanos sufrimos las consecuencias, sino en todo sentido los seres vivos más desprotegidos. Ya nos conoces y sabes cuál es nuestra misión, somos Rescate Nefertíti una fundación de rescate animal sin fines de lucro. En verdad es muy triste y lamentable ver cómo… Read more

Sign the petition

**Promoted by 4 supporters**



## Reproduction Jem and the Holograms Line

P-APP003098

In 1985, Hasbro Toys created a concept for a totally 80's Pop Star to come to life in the form of a fabulous fashion doll, with friends, playsets, vehicles, clothing, licensed products and a smash hit TV series that ran until 1988. In the subsequent years, the Jem brand has kept a diehard fanbase, while attracting… Read more

Sign the petition

**Promoted by 50 supporters**



**Inclusion of Physical Therapists in the Healthcare Workforce Resilience Act/ S.3599**

Many foreign born physical therapists who are also schedule A workers; currently working in the United States on temporary visas with approved immigrant petitions and have been stuck in green card backlog for decades. Physical therapists are licensed and regulated by states and work in various settings… Read more

Sign the petition

**Promoted by 88 supporters**



**LET ATHLETES PRACTICE SAFELY in Pennsylvania**

Many adults do not understand the impact COVID-19 has had on children, especially those that use sports as an outlet. Many teen athletes are mentally struggling during the PA COVID-19 statewide "stay in, stay safe" order. We understand why we need to stay in. We are not underestimating the severity of… Read more

Sign the petition

**Promoted by 80 supporters**

P-APP003099



[Save Minor League Baseball In Small Towns](#)

You do not need to chip in at the end; please just sign and share! At the end of the 2020 baseball season, a contract between Major (MLB) and Minor League Baseball (MILB) expires. The new Major League Baseball proposal would eliminate 42 teams from the Minor League Baseball system. Most of these teams… Read more

Sign the petition
[Promoted by 147 supporters](#)



[NYC Landlords Unite! Demand Property Tax Relief For Struggling Landlords.](#)

 This has been kicked around informally.. but we don't see any unified approach on the landlord side against tenants not paying their rent. We all know that there are tenants that can pay their rent, many of whom are getting severance, all of whom are getting stimulus checks and increased unemployment. They… Read more

Sign the petition
[Promoted by 55 supporters](#)



P-APP003100

Case 2:20-cv-00180-JLB-MRM   Document 46-22   Filed 07/01/20   Page 59 of 97   PageID 4091

**Allow WV High School Baseball to play June through July**

COVID-19 upended a critical baseball season for many, if not all, high school baseball players. For our senior players, it may have been the last time they would be able to step out onto a baseball field; for other players, it was the season to get noticed by college prospects. It would be a season of lasts for some and… Read more

Sign the petition

**Promoted by 460 supporters**



**Save the City of Philadelphia Office of Arts, Culture, and the Creative Economy**

Philadelphia Mayor Jim Kenney released a revised budget for fiscal year 2021 in response to the coronavirus COVID-19 pandemic on May 1, 2020. Businesses have been closed and workers have been off the job for weeks, reducing the city's tax revenue significantly. The Office of the Department of Finance… Read more

Sign the petition

---

**COMPANY**

About

Impact

Careers

Team

**COMMUNITY**

Blog

Press

**SUPPORT**

Help

Guides

Privacy

Policies

**CONNECT**

P-APP003101

Twitter

Facebook

| English (United States) | ▾ |
| --- | --- |

© 2020, Change.org, PBC  Certified B Corporation

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Sign this petition

P-APP003102



*Los Angeles Times*

LOG IN

ADVERTISEMENT



**No Contact** Junk Removal
All you have to do is point.

Book now

**BOOKS**

# Central Park Five film sparks call to boycott ex-prosecutor Linda Fairstein's books



Author Linda Fairstein attends the 12th annual Authors In Kind Literary Luncheon at The Metropolitan Club on April 14, 2015, in New York City. A petition to urge booksellers and Fairstein's publishers to drop her books has gained traction on the website Change.org. (Stephen Lovekin / Getty Images)

By MICHAEL SCHAUB

JUNE 6, 2019 | 10:49 AM

  

P-APP003103

Critics of former New York City prosecutor Linda Fairstein are calling for a boycott of the attorney's mystery novels after a new Netflix drama series reignited controversy about her prosecution of the Central Park Five in 1990.

CNN reports that a petition to urge booksellers and Fairstein's publishers to drop her books has gained traction on the website Change.org.

"Linda Fairstein led a witch hunt against five teenage boys even though the physical evidence didn't support her theory she raged on with one goal in mind & that was to get a conviction at any expense even the lives of teenage boys," reads the petition, written by Ryan Swink. "I am starting a petition to ask ALL retailers & book publishers to stop selling Linda Fairstein books or any product that has ties to her."

Fairstein was the head of the sex crimes unit of the Manhattan district attorney's office, and led the prosecution of five New York teenagers who were charged with the brutal rape and beating of Trisha Meili, a woman who was attacked while jogging in Central Park. Four of the arrested teens were African American and one was Latino.

Four of the five youths confessed to the crime, but retracted their confessions shortly thereafter, saying they were coerced. All five were found guilty but their convictions were vacated in 2002 after an imprisoned rapist and murderer admitted he was the one who attacked Meili.

**Writer Linda Fairstein's past as a prosecutor overseeing the Central Park Five case causes award controversy »**

The case has always been controversial, but it returned to the headlines recently after the debut of "When They See Us," a miniseries based on the trial written and directed by Ava DuVernay and featuring actress Felicity Huffman as Fairstein.

After the trial, Fairstein became a novelist, writing over 20 crime novels, most of which feature the character Alexandra Cooper, a New York prosecutor.

ADVERTISEMENT

While "When They See Us" has returned the case to the national spotlight, Fairstein has been criticized for years by supporters of the Central Park Five who maintain that the prosecutor ignored the lack of any physical evidence tying the teenagers to the assault, and relied on false and coerced confessions to prosecute the youths.

In November, the Mystery Writers of America announced it was withdrawing its planned Grand Master award for Fairstein, following criticism from authors like Attica Locke, the mystery novelist, who objected to the honor on Twitter.

"I am begging you to reconsider having Linda Fairstein serve as a Grand Master in next year's awards ceremony. She is almost singlehandedly responsible for the wrongful incarceration of the Central Park Five," Locke wrote. "Just because she has a flourishing publishing career does not mean we should ignore her past — or her continued unwillingness to accept responsibility for ruining five innocent men's lives."

Supporters of the boycott of Fairstein's books took to Twitter to voice their opinions of the ex-prosecutor, using the hashtag #CancelLindaFairstein:

ADVERTISEMENT

 **Vanessa**
@V_Marie3

Can you imagine how many others were wrongfully convicted because of @LindaFairstein . She doesn't deserve to have any of her books in stores! #CancelLindaFairstein

322   2:58 PM - Jun 2, 2019

101 people are talking about this

 **Davon Clark**
@DClark_World

 **HP** ⁷ 히나 🐼 💜 🐳
@HP_heart_7

Linda and the other detectives should be sent to jail themselves. An individual, even if supposedly acting on behalf of the law, should be held accountable. #CancelLindaFairstein and boycott her books. How dare she live lavish after ruining so many lives. #WhenTheySeeUs

and DNA supported his confession, Fairstein told the *New Yorker*, "I think Reyes ran with that pack of kids. He stayed longer when the others moved on. He completed the assault. I don't think there is a question in the minds of anyone present during the interrogation



Fairstein lives in Manhattan and Martha's Vineyard and has written a series of books about the protagonist Alexandra Cooper, a fictional Manhattan assistant district attorney. Her most recent, *Blood Oath*, was released just last month. Her books have been *New York Times*

124   7:39 PM - Jun 3, 2019

50 people are talking about this

BOOKS

✉

## Love a good book?

Get the latest news, events and more from the Los Angeles Times Book Club, and help us get L.A. reading and talking.

Enter Email Address

SIGN ME UP

P-APP003106

**Simon & Schuster: Drop Central Park Five Prosecutor Linda Fairstein**

# Sign the Petition

Name*

Email address*

ZIP Code*

Mobile phone

Would you be willing to record a 30 second video calling for justice for Bre? We'll use these videos on social media to create public pressure!

○ Yes  ○ Unsure, please send me more information  ○ No

Your personal comment: (optional)

Your personal comment (optional)

*required**

By taking action, you will also receive periodic communications from ColorOfChange. By providing your mobile number you consent to receive cell phone and text communications from ColorOfChange and its affiliated entities concerning news and action opportunities. Message and data rates may apply. You can unsubscribe at any time by texting STOP to 55156.

P-APP003107





# Simon & Schuster: Drop Central Park Five Prosecutor Linda Fairstein



P-APP003108

**\*\*UPDATE: 6/7/2019\*\* Dutton, a division of Penguin Random House, announced they will no longer be publishing books by Linda Fairstein and dropped their publishing contract. Simon & Schuster still has not made public comment.**

\*\*\*\*\*\*\*\*

**Linda Fairstein was one of the top prosecutors of the Central Park Five case and oversaw the young boys' interrogation.** She falsely prosecuted these young innocent Black boys and lied and altered evidence illegally to gain convictions and false confessions. But that's not all. Fairstein was also instrumental in covering up Harvey Weinstein's sexual misconduct and worked directly as a consultant with his legal team to have the case dead in weeks. Now, retired from her position as prosecutor and head of sex crimes unit for the Manhattan District Attorney, a position she held from 1976-2002, she is profiting off her years as corrupt prosecutor by writing best-selling crime novels with the publishing houses Simon & Schuster and Penguin Random House. **Despite Fairstein's long history of corruption in the Manhattan DA's office she has still been able to publish over ten books with Simon & Schuster publishing house.**

Antron McCray, Kevin Richardson, Yusef Salaam, Raymond Santana, and Korey Wise, all of whom were between the age of 14-16 years old, spent between 7-14 years in a cage for a crime they didn't commit. And Linda Fairstein made, and continues to make, thousands of dollars writing and selling crime novels with Simon & Schuster and Random House based on her experiences as a corrupt prosecutor. **Fairstein has built a false persona as a crusader for sexual assault victims when in reality she allowed real predators, like Harvey Weinstein, to walk free while making fake convictions against young innocent Black people.** Fairstein does not deserve to have a platform and should not be making money off the backs of young Black people who's lives she ruined.

**This isn't the first time Simon & Schuster has been pushed to drop racist writers from their roster.** In 2017 they gave white supremacist Milo Yiannopoulos a six-figure book deal to express his racist, misogynistic, anti-Trans and xenophobic beliefs. However, Color Of Change, along with the support of our members, was able to get Milo's book deal canceled. We can win again if we stand together. Join us in demanding Simon & Schuster and Penguin Random House drop Linda Fairstein.

**Will you sign the petition?**

This petition will be delivered to Simon & Schuster:

**Here is the Petition:**

" Linda Fairstein was one of the top prosecutors and oversaw the interrogation of the Central Park Five case. She falsely prosecuted young innocent Black boys and lied and altered evidence illegally to gain conviction and false confessions. Now, retired from her position as prosecutor and head of sex crimes unit for the Manhattan District Attorney, a position she held from 1976-2002, she is profiting off her years as a corrupt prosecutor by writing best-selling crime novels with your publishing house. We urge you to immediately drop Linda Fairstein.

The coerced confessions that Fairstein unjustly secured resulted in the wrongful convictions of the Central Park Five, Antron McCray, Kevin Richardson, Yusef Salaam, Raymond Santana, and Korey Wise, all of whom were between the age of 14-16 years old and had to serve between 6 months to 13 years in prison for a crime they had nothing to do with. Now, 30 years later, all of the men are free and received $41 million from New York City for malicious and false prosecution, racial discrimination, and emotional distress--much of this is due to the racist and malicious work of Linda Fairstein who still refuses to apologize and claims the men to be guilty, despite all know evidence that they are innocent.

Racist prosecutors like Linda Fairstein should not be normalized, their experiences ruining the lives of Black people should not be glamorized and turned into best selling fiction novels, and they shouldn't be offered platforms by publishing houses. This is why we demand that you drop Linda Fairstein.

Thank you,



# Publisher drops Central Park Five prosecutor Linda Fairstein

**By Associated Press**
Posted Jun 8, 2019 at 8:57 AM

NEW YORK — Linda Fairstein has been dropped by her publisher as fallout continues for the former Central Park Five prosecutor over the wrongful conviction of five teens for the 1989 rape and beating of a female jogger.

On Friday, Dutton spokeswoman Amanda Walker confirmed a statement that the publisher's customer service line has been giving to inquiring callers, saying that it had "terminated its relationship" with the best-selling crime novelist. The publicist declined further comment.

Fairstein's most recent book, "Blood Oath," came out in March. Her other books, many featuring the sex crimes prosecutor Alex Cooper, include "Deadfall," "Killer Look" and "Devil's Bridge."

In a statement issued through Laura Rossi Public Relations, Fairstein said Friday that she and Dutton had "decided to terminate their relationship." The statement also says that "Fairstein is the author of 24 books, including 16 New York Times bestselling crime novels, as well as a nonfiction work that was a New York Times Notable Book of the Year."

Reached on her cell phone Friday, Fairstein declined further comment.

There has been renewed outcry regarding Fairstein's role in the racially divisive case following the release last month of Netflix's "When They See Us," a miniseries directed by Ava DuVernay that dramatizes the events surrounding the trial.

Fairstein had already resigned from at least two nonprofit boards as backlash intensified and a #CancelLindaFairstein movement spread on social media.

P-APP003111



Last year, the Mystery Writers of America took the rare step of withdrawing a lifetime achievement after other authors protested, citing Fairstein's role in the Central Park case.

Fairstein was the top Manhattan sex crimes prosecutor when five black and Latino teenagers were charged with the attack on the white jogger, which became a symbol of the city's soaring crime in the late 1980s. Donald Trump, then known as a real estate developer, took out full-page newspaper ads calling for the death penalty.

The teens said their confessions were coerced and their convictions were overturned in 2002 after convicted murderer and serial rapist Matias Reyes confessed to committing the crime alone. DNA linked him to it.

Fairstein observed the boys' 1989 interrogation, conducted by another prosecutor and police. She didn't personally try the case.

Since its collapse, she has denied the teens were coerced and has defended authorities' conduct in the case, explored in a 2013 documentary by Ken Burns.

The city reached a roughly $41 million settlement with the five the next year, while not admitting any wrongdoing.

P-APP003112

P-APP003113

# Publisher drops Central Park Five prosecutor Linda Fairstein

By HILLEL ITALIE    June 7, 2019



NEW YORK (AP) — Linda Fairstein has been dropped by her publisher as fallout continues for the former Central Park Five prosecutor over the wrongful conviction of five teens for the 1989 rape and beating of a female jogger.

On Friday, Dutton spokeswoman Amanda Walker confirmed a statement that the publisher's customer service line has been giving to inquiring callers, saying that it had "terminated its relationship" with the best-selling crime novelist. The publicist declined further comment.

Fairstein's most recent book, "Blood Oath," came out in March. Her other books, many featuring the sex crimes prosecutor Alex Cooper, include "Deadfall," "Killer Look" and "Devil's Bridge."

In a statement issued through Laura Rossi Public Relations, Fairstein said Friday that she and Dutton had "decided to terminate their relationship." The statement also says that "Fairstein is the author of 24 books, including 16 New York Times bestselling crime novels, as well as a nonfiction work that was a New York Times Notable Book of the Year."

Reached on her cell phone Friday, Fairstein declined further comment.

There has been renewed outcry regarding Fairstein's role in the racially divisive case following the release last month of Netflix's "When They See Us," a miniseries directed by Ava DuVernay that dramatizes the events surrounding the trial.

ADVERTISEMENT

Fairstein had already resigned from at least two nonprofit boards as backlash intensified and a #CancelLindaFairstein movement spread on social media.

Last year, the Mystery Writers of America took the rare step of withdrawing a lifetime achievement after other authors protested, citing Fairstein's role in the Central Park case.

Fairstein was the top Manhattan sex crimes prosecutor when five black and Latino teenagers were charged with the attack on the white jogger, which became a symbol of the city's soaring crime in the late 1980s. Donald Trump, then known as a real estate developer, took out full-page newspaper ads calling for the death penalty.

The teens said their confessions were coerced and their convictions were overturned in 2002 after convicted murderer and serial rapist Matias Reyes confessed to committing the crime alone. DNA linked him to it.

P-APP003115

Fairstein observed the boys' 1989 interrogation, conducted by another prosecutor and police. She didn't personally try the case.

Since its collapse, she has denied the teens were coerced and has defended authorities' conduct in the case, explored in a 2013 documentary by Ken Burns.

The city reached a roughly $41 million settlement with the five the next year, while not admitting any wrongdoing.

ADVERTISEMENT

P-APP003116

HOME · CELEBRITY

# Linda Fairstein Dropped By Hollywood Literary Agency Amid 'When They See Us' Backlash

THE FORMER PROSECUTOR OF THE CENTRAL PARK FIVE CASE
CONTINUES TO EXPERIENCE THE FALLOUT OF THE CRITICALLY
ACCLAIMED NETFLIX SERIES.



PATRICK MCMULLAN/PATRICK MCMULLAN VIA GETTY IMAGES

P-APP003117

BY PAULA ROGO  ·  JUNE 12, 2019

Former prosecutor Linda Fairstein has been dropped by her Hollywood literary agency ICM Partners, another blow in the fallout of Netflix's *When They See Us.*

The Ava Duvernay-directed dramatization of the Central Park Five jogger case includes a damaging portrayal of Feinstein's botched investigation of the five innocent Black boys wrongfully convicted of raping Trisha Meili, who was jogging alone in New York City's Central Park in April 1989.

*Deadline* confirmed that ICM Partners cut ties with Fairstein after several successful years as the Hollywood agency ran her post-prosecution career as a bestselling author.

The agency's move comes a day after Fairstein defended her involvement in the case with a tone-deaf op-ed for the *Wall Street Journal*, calling DuVernay's depiction of the case "full of distortions and falsehoods."



**Ava DuVernay reflects on the Central Park 5 incident from 1989**

…

Fairstein has been the main focus of the backlash from the four-part series, which highlights the case's racist investigation. After losing their innocence and spending six to 13 years in prison each for the crimes, a serial rapist confessed to the crime, freeing the young men and exonerating them. Antron McCray, Yusef Salaam, Korey Wise, Raymond Santana, and Kevin Richardson eventually received a $41 million settlement from the city of New York in 2014.

P-APP003118

The former prosecutor has already been forced to shut down her social media accounts and resigned from three non-profit boards. She was also recently dropped from her publisher and her *Glamour* magazine Woman of the Year award from 1993 was rescinded.

ICM Partners has yet to comment on their decision to drop Fairstein.

TOPICS:

NEWS    AVA DUVERNAY    LINDA FAIRSTEIN    WHEN THEY SEE US

P-APP003119



START ORGANIZING

LOGIN OR SIGNUP

# Reopen Linda Fairstein's Cases NOW

## ⊕ CY VANCE, MANHATTAN DISTRICT ATTORNEY'S OFFICE



### 43,180 Signatures Collected

Only 8,020 more until our goal of 51,200

### SIGN THIS PETITION

First Name

Last Name

Email *

Zip/Postal Code *

Not in the US?

Text Input

placeholder

Would you be willing to record a 30-second video calling for Linda Fairstein's cases to be reopened? If so, check the box below and we'll be in touch with more information!

P-APP003120

- ○ Yes
- ○ Unsure, please send me more information
- ○ No

Comments

ADD YOUR NAME

You may receive updates from *Color Of Change, The Gathering for Justice, BYP100, Daily Kos, CREDO Action, VOCAL-NY, and Movement Alliance Project,* the sponsors of this petition.

Edit Subscription Preferences

⚐ Flag As Spam



Linda Fairstein, the prosecutor responsible for the false prosecution of the 'Exonerated Five' (fka "the Central Park Five"), oversaw hundreds of cases during her tenure in the Manhattan DA's office. **And there's no telling how many of those convictions should be overturned too.**

P-APP003121

Linda Fairstein committed a cruel act of injustice when she fought to prosecute the 5 innocent boys for a crime they did not commit. **Linda used her power as a prosecutor to pursue these false convictions even though there was no physical evidence tying the boys to the rape.** Even after the true rapist confessed, prompting a thorough investigation that illuminated every single place where the DA's office went wrong--including that none of the boys' coerced confessions actually matched the facts of the crime--Fairstein still to this day maintains that they were guilty of "something." This brazen denial of hard facts and evidence calls her judgment into question and the 30 years she wielded unchecked prosecutorial discretion and power.

**That's why we're joining Justice League NYC and other partners across the country to demand that DA Cy Vance immediately reopen all of Fairstein's cases and conduct an independent audit.** Ava Duvernay's powerful 4-part series *When They See Us* has brought Fairstein's wretched practices back out into the open and sparked new outrage. Prompted by the series, Linda has been forced to step down from the boards of 3 nonprofit organizations, Vassar College, dropped from one of her publishing companies, and have had awards rescinded. **It's not enough just to affect Fairstein's ability to profit from this injustice--we have to make sure ALL of her past harms are undone.** If there are any other people wrongfully convicted, like the 'Exonerated Five', then we must go back and clear their records. Will you join us in calling on Manhattan DA Cy Vance to do the right thing and review all of Fairstein's convictions?

**SPONSORED BY**

P-APP003122



## COLOR OF CHANGE
Oakland, CA

**ADDITIONAL SPONSORS**



## THE GATHERING FOR JUSTICE
New York, NY



## BYP100



## DAILY KOS



## CREDO ACTION



## VOCAL-NY
New York, NY



## MOVEMENT ALLIANCE PROJECT
Philadelphia, PA

**To: Cy Vance, Manhattan District Attorney's Office
From: [Your Name]**

Dear Manhattan District Attorney Cy Vance,

I am calling on you to reopen every case Linda
Fairstein was assigned during her tenure as Deputy
District Attorney in the Manhattan office from 1972 to
2002 with an independent investigation and audit.
During her tenure, Linda was responsible for securing

P-APP003123

the false convictions of 5 young innocent Black and Latino boys. Despite their case later being overturned and the men being completely exonerated due to DNA evidence, Linda has insisted that the men are still guilty. Her commitment to the false convictions she secured shows her commitment to injustice. You must reopen her cases to ensure there are not other people who've been wrongfully convicted of crimes at the hands of an overzealous prosecutor.

It is your responsibility now as Manhattan DA to ensure that your office was not responsible for false convictions. We urge you to immediately hire an independent investigator to reopen all of Linda's cases.

Action Network is an open platform that empowers individuals and groups to organize for progressive causes. We encourage responsible activism, and do not support using the platform to take unlawful or other improper action. We do not control or endorse the conduct of users and make no representations of any kind about them.

This website uses cookies for personalisation. Click here to learn more or change your cookie settings. By continuing to browse and submitting your information, you agree to our use of cookies.

Maps powered by Mapbox.

US zip codes to cities powered by SimpleMaps.com.

Real-time campaign data for partners powered by HVR.

GET HELP

P-APP003124

Full documentation, knowledge base, and tutorial videos are available here.

**GET IN TOUCH**

Send us an email with your name and your message at support@actionnetwork.org and we'll get back to
you as soon as possible.

**WANT TO PARTNER WITH US?**

Action Network partners get access to our full range of tools, including the ability to upload activists and
subscribe them to your list, create custom-branded email and page wrappers, and more. Join
organizations large and small who've made the switch!

Learn more about our partnerships →

| GET AROUND | ORGANIZE |
|---|---|
| Home | Create Petition |
| Our Toolset | Create Event |
| Partnerships | Create Ticketed Event |
| FAQ | Create Form |
| About Us | Create Fundraiser |
| Find A Group | Create Letter Campaign |
| Help & Videos | Create Call Campaign |
| Trainings | Create Email |
| Billing FAQ | Create Mobile Message |
| API Documentation | Mobile Message Inbox |
| SQL Mirror Documentation | Create Report |
| oEmbed Documentation | Create Query |
| Found a bug? | Search & Add Activists |
| Contact Us | Add Files |
| Release Notes | Create Group |
| Renewable Energy | |
| Translators | |
| Blog | |

P-APP003125

Privacy Notice

Cookies Notice

Terms Of Service

Acceptable Use Policy

SOCIALIZE WITH US

 

P-APP003126

**FREE TRIAL**

**U.S.**

# Central Park Five: Decision Not to Re-Open Linda Fairstein Case Blasted as a 'Disgrace'

BY **ALFRED JOYNER** ON 6/18/19 AT 12:50 PM EDT



P-APP003127



SHARE

U.S.    CENTRAL PARK FIVE    CYRUS VANCE    NETFLIX    AVA DUVERNAY

A ctivists have called the decision not to re-open the case history of the two prosecutors involved in the wrongful conviction of the Central Park Five "a disgrace."

Manhattan District Attorney Cyrus Vance announced in a letter on Friday that he will not review the thousands of cases handled by former New York Assistant D.A. Linda Fairstein during her time as chief of the office's Sex Crime unit from 1976 to 2002, as well as those by veteran prosecutor Elizabeth Lederer. He has also declined activists' calls for Lederer, who still works as an assistant D.A. in Vance's office, to be fired.

Both Fairstein and Lederer were involved in the prosecution and wrongful conviction of five black teenagers dubbed the Central Park Five, who were accused of the rape and assault of 28-year-old Trisha Meili in New York's Central Park in 1989.

ADVERTISEMENT



**Your Multicloud Solutions Experts**

SPONSORED BY RACKSPACE

TECHNOLOGY

Find order in chaos. Simplify complex
systems. Put your cloud technology to
work. #SolvingTogether is possible wi…

**See More**



Linda Fairstein attends Safe Horizon's 2014 Champion Awards at Pier Sixty at Chelsea Piers on April 30,
2014 in New York City. There has been an outcry following the release of "When They See Us" over her
involvement in the wrongful conviction of the Central Park Five.

GETTY/NOAM GALAI

The five youths, Antron McCray, Kevin Richardson, Yusef Salaam, Raymond
Santana and Korey Wise, were pressured into giving false confessions by a

prosecution spearheaded by Fairstein and Lederer, before being sentenced for a crime they did not commit.

The group spent a number of years behind bars and were only exonerated of the crime in 2002 when serial rapist and murderer Matias Reyes confessed to attacking Meili. The following year they sued New York City for malicious prosecution, racial discrimination and emotional distress, with the case being settled for $41 million in 2014.

ADVERTISEMENT

The plight of the five has been brought back under the public spotlight following the release on Netflix of Ava DuVernay's miniseries *When They See Us*, which dramatizes how the five were wrongfully prosecuted and convicted for a crime they did not commit.

Following the news that Vance will not re-open the cases of Fairstein and Lederer, activist and public advocate Jumaane Williams, who put in the initial request, told Newsweek, "I was extremely disappointed. The response was a disgrace to the office [of Manhattan D.A.] and for justice to the Central Park Five."

P-APP003130

ADVERTISEMENT

"I firmly believe Elizabeth Lederer should be fired but I understand that may take more time. But the fact there wasn't even a re-opening of the cases handled by Fairstein—that is atrocious. If Vance won't review it then he is part of the problem that we see in *When They See Us*," he added.

The wrongfully convicted Central Park Five, clockwise from the top - Kevin Richardson (top left), Yusef Salaam (top right), Raymond Santana (bottom right), Korey Wise (bottom center) and Antron McCray (bottom left).
GETTY IMAGES

### RELATED STORIES

- How Long Were the Central Park Five Incarcerated?
- Who is Korey Wise? Tragic Victim From Netflix Series 'When They See Us'
- Who Is Matias Reyes? Serial Rapist and Murderer in 'When They See Us'

Williams said that he and his fellow activists would not give up their efforts to have the cases reviewed and that they were working out their next steps.

"Myself and other advocates hope he reconsiders this. We will ask either the governor for an executive order for the cases to be re-opened or ask for the state to get involved," he said.

"This is not a local story, or a national story, but an international story. Everyone is talking about this travesty of justice and if it happens once, it can happen again," added Williams.

ADVERTISEMENT

*When They See Us* has become a national sensation since it first aired on the web streaming platform on May 31, with Netflix announcing on June 12 that the drama has been their most watched series on Netflix in the U.S. every day since it premiered.

The airing of the show has led to a backlash against Fairstein and Lederer. Seventy-two-year-old Fairstein, who has gone on to become a successful crime novelist, was dropped by her publisher following an outcry over her involvement in the prosecution of the Central Park Five. Lederer has also left her job at Columbia Law School following a petition asking the school to fire her.

Writing for the *Wall Street Journal*, Fairstein called *When They See Us* an "outright fabrication."

ADVERTISEMENT

**REQUEST REPRINT & LICENSING**, **SUBMIT CORRECTION** OR **VIEW EDITORIAL GUIDELINES**

SPONSORED CONTENT





Do not pay your next car insurance bill until you read this...

New York Drivers With No DUI's Are Getting a Big Pay Day in June

# Petition Delivery: Tell DA Cy Vance to Reopen Linda Fairstein's Cases NOW

# Enter Your Info

Name*

Email address*

ZIP Code*

Mobile phone*

Will you attend?
○ Yes

○ No

○ Maybe

*required**

By taking action, you will also receive periodic communications from ColorOfChange. By providing your mobile number you consent to receive cell phone and text communications from ColorOfChange and its affiliated entities concerning news and action opportunities. Message and data rates may apply. You can unsubscribe at any time by texting STOP to 55156.





# Petition Delivery: Tell DA Cy Vance to Reopen Linda Fairstein's Cases NOW



On Wednesday, September 25, Color Of Change and The Gathering for Justice will deliver over 42,000 petition signatures to the office of Manhattan District Attorney Cy Vance. We are demanding that DA Cy Vance immediately reopen Central Park Five then-prosecutor Linda Fairstein's cases.

P-APP003134

**WHEN:** Wednesday, September 25th at 11:00am EST

**WHERE:** Manhattan District Attorney's Office - 100 Centre St., New York, NY 10013

**Linda Fairstein, responsible for the false prosecution of the 'Exonerated Five' (fka "the Central Park Five), oversaw hundreds of cases during her tenure in the Manhattan DA's office. And there's no telling how many of those convictions should be overturned too.** We refuse to stand by idly while even one person is unjustly incarcerated or languishes in the criminal legal system due to Linda's failure as a prosecutor. With all that we know of Fairstein's past as a prosecutor, DA Cy Vance should use his authority, stand on the side of justice, and reopen Linda's cases so his office isn't responsible for another false prosecution.

We need to keep the pressure up and remind Cy Vance that we will not give up and will continue to hold him accountable for the past actions of his office's prosecutors.

**Will you join us in calling on DA Cy Vance to reopen her cases?**



# Remove Linda Fairstein From Vassar College Board of Trustees



P-APP003136

**57,175 have signed.** Let's get to 75,000!



**Jordan Limner** signed this petition



**Brittany Armstrong** signed this petition



P-APP003137



**Mari Robles started this petition to Vassar College Board of Trustees Vassar College**

Linda Fairstein is currently sitting on the board of trustees of Vassar College. She oversaw the prosecution of the Central Park jogger case as portrayed by actress Felicity Huffman on the miniseries *When They See* Us, which exposes our broken U.S. legal system.

During a trial hearing in 1993, Yousef Salaam said he "was concerned about a criminal justice system that would tolerate the conduct of the prosecutor, Linda Fairstein, who deliberately engineered the 15-year-old's confession ... Fairstein wanted to make a name. She didn't care." Salaam still maintains that she blocked his mother, aunt, and Big Brother mentor from seeing him during his interrogations and wrote that the police did not let him have food or sleep for more than 24 hours.

As of July 2018, she still maintains that her team did nothing wrong and that "the questioning [of the Central Park Five] was respectful, dignified, carried out according to the letter of the law and with sensitivity to the young age of the men."

Other organizations have recognized her central involvement in the case and have rescinded awards in the past such as the Grand Master Award given to writers of mystery fiction.

As a member of the Vassar community, I do not wish for the college to be formally associated with her. The boys she wrongfully helped imprison are our neighbors, brothers, sons. They are now men that have been robbed of a life. I am writing this petition because I was emboldened by Vassar to do so. I remember the words of Van Jones, CEO of Reform Alliance, this past commencement. I have been taught to fight against injustice by my amazing professors and classmates. I call on Vassar alums and current students to demand that she be taken off the board of trustees.

**Start a petition of your own**

**Start a petition of your own**

P-APP003138

This petition starter stood up and took action. Will you do the same?

Start a petition

## Updates

Petition to Hold Elizabeth Lederer Accountable

The Columbia University Black Students' Organization, demands that Elizabeth Lederer step down from her position at Columbia University Law School. They also demand that the Columbia University School of Medicine revoke Linda Fairstein's Award of Excellence. I have added the link to their petition to this update. Please take the time to read their full statement and sign.

Petition to Hold Elizabeth Lederer Accountable

The Columbia University Black Students' Organization, demands that Elizabeth Lederer step down from her position at Columbia University Law School. They also demand that the Columbia University School of Medicine revoke Linda Fairstein's Award of Excellence. I have added the link to their petition to this update. Please take the time to read their f...

P-APP003139