# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

| | |
|---|---|
| LINDA FAIRSTEIN, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:20-cv-00180 |
| ) | |
| v. ) | |
| ) | |
| NETFLIX, INC., AVA DUVERNAY, and ) | |
| ATTICA LOCKE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## AGREED MOTION REQUESTING LEAVE
## TO FILE REPLY BRIEFS IN EXCESS OF FIFTEEN PAGES

For the reasons set forth herein, Defendants respectfully move this Court for leave to file reply briefs in support of their Motions to Dismiss slightly in excess of the fifteen (15) pages allowed by this Court's May 18 Order. (ECF No. 33.) Defendants Ava DuVernay and Attica Locke's proposed filing in support of their Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, Joint Motion with Netflix, Inc. to Dismiss for Improper Venue or Transfer will not exceed eighteen (18) pages, excluding captions and signatures. Defendant Netflix, Inc.'s proposed filing in support of its Motion to Dismiss for Failure to State a Claim will not exceed twenty (20) pages, excluding captions and signatures. Plaintiff consents to Defendants' request.

## MEMORANDUM OF LAW

This Court previously granted, pursuant to the parties' joint request, leave for Netflix to file a Motion to Dismiss not to exceed forty (40) pages and for Plaintiff to file an opposition not to exceed forty (40) pages. (ECF No. 23.) Netflix filed its thirty-five (35) page motion on May 18, 2020. (ECF No. 28.) On July 1, 2020, Plaintiff filed its thirty-seven (37) page opposition to Netflix's Motion to Dismiss (ECF No. 45) and accompanying twenty-six (26) part appendix

totaling more than 3,200 pages (ECF No. 46).  In order to fully respond to Plaintiff's detailed brief and voluminous appendix, and given the complexity and importance of the Constitutional and common law issues pertinent to the motion, Netflix requests five (5) additional pages for its reply in support of its Motion to Dismiss.

Additionally, Individual Defendants DuVernay and Locke filed a twenty-five (25) page brief combining three related but separate motions—(1) Motion to Dismiss DuVernay and Locke for Lack of Personal Jurisdiction; (2) Motion to Dismiss All Defendants for Improper Venue; and (3) Motion to Transfer the Entire Action to the Southern District of New York.  (ECF No. 26.)  Plaintiff filed a twenty (20) page opposition to the combined motion (ECF No. 41), with ten (10) supporting declarations.  In order to fully respond to Plaintiff's submissions, DuVernay and Locke request three (3) additional pages for their reply brief.

WHEREFORE, for the foregoing reasons, the parties respectfully request that this Court grant its motion and allow Netflix to file an over-length Reply in Support of its Motion to Dismiss which shall not exceed twenty (20) pages and DuVernay and Locket to file an over-length Reply in Support of their Motion to Dismiss which shall not exceed eighteen (18) pages.

## Local Rule 3.01(g) Certification

Counsel for the parties communicated on July 17, 2020 and agree to the relief requested herein.

Dated: July 20, 2020

Respectfully submitted,

/s/ Natalie J. Spears

Natalie J. Spears (pro hac vice)
Gregory R. Naron (pro hac vice)
Jacqueline A. Giannini (pro hac vice)
Dentons US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
Phone: (312) 876-8000
natalie.spears@dentons.com
gregory.naron@dentons.com
jacqui.giannini@dentons.com

Kelley Geraghty Price (Florida Bar #889539)
Eric S. Olson (Florida Bar #99079)
Dentons Cohen & Grigsby P.C.
Mercato - Suite 6200
9110 Strada Place
Naples, Florida 34108
Phone: (239) 390-1913
kelley.price@dentons.com
eric.olson@dentons.com

Kiran Patel (pro hac vice)
Dentons US LLP
1221 Avenue of the Americas
New York, New York 10020
Phone: (212) 768-6700
kiran.patel@dentons.com

*Attorneys for Defendants Netflix, Inc., Ava DuVernay and Attica Locke*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of July, 2020 a copy of the foregoing was filed electronically via the ECF filing system.

/s/ Natalie J. Spears