# EXHIBIT 3



**1 OF 1 RECORD(S)**

Date:7/19/2020
Report processed by:
Dentons US LLP

| Full Name | Address | County | Phone |
|---|---|---|---|
| FARRELL, JOHN N | | SUFFOLK | |
| | LINDENHURST, NY 11757-5320 | | |
| | SUFFOLK COUNTY | | |

**ADDITIONAL PERSONAL INFORMATION**



**1 OF 1 RECORD(S)**

Date:7/18/2020
Report processed by:
Dentons US LLP

| Full Name | Address | County | Phone |
|---|---|---|---|
| CUFFEE, GRACIE | ███████████<br>VALLEY STREAM, NY 11580-7016<br>NASSAU COUNTY | NASSAU | ███████ |

**ADDITIONAL PERSONAL INFORMATION**





**1 OF 1 RECORD(S)**

Date:7/18/2020
Report processed by:
Dentons US LLP

| **Full Name** | **Address** | **County** | **Phone** |
|---|---|---|---|
| BLACK, ANGELA LYNEA | ███████████<br>WESTBURY, NY 11590-2303<br>NASSAU COUNTY | NASSAU | ███████ |

**ADDITIONAL PERSONAL INFORMATION**



**1 OF 1 RECORD(S)**

Date:7/17/2020
Report processed by:
Dentons US LLP

| Full Name | Address | County | Phone |
|---|---|---|---|
| SALAAM, SHARONNE SHARON | NEW YORK, NY 10029-3125 NEW YORK COUNTY | NEW YORK | |

**ADDITIONAL PERSONAL INFORMATION**



**1 OF 1 RECORD(S)**

███████████████████████

Date:7/18/2020
Report processed by:
Dentons US LLP

| **Full Name** | **Address** | **County** | **Phone** |
|---|---|---|---|
| SANTANA, RAYMOND | ███████████ <br> NEW YORK, NY 10029-2689 <br> NEW YORK COUNTY | NEW YORK | ███████ |

**ADDITIONAL PERSONAL INFORMATION**

████████████████████████████████████