# EXHIBIT 8

ORIGINAL

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------------------X
 3   In re McCray, Richardson,
     Santana, Wise and Salaam
 4
 5          Case No: 03 Civ. 9685(DAB)(RLE)
 6   ------------------------------------------X
 7
 8                      Date: December 14, 2012
 9                      Time: 10:41 A.M.
10
11
12            CONTINUED VIDEOTAPED EXAMINATION BEFORE TRIAL
13   of the Plaintiff, ANGELA BLACK, taken by the Defendants,
14   pursuant to Notice and to the Federal Rules of Civil
15   Procedure, held at the Offices of the New York City
16   Law Department, 100 Church Street, New York, New York
17   10007, before a Notary Public of the State of New York.
18
19
20
21
22
23
24
25
```

DIAMOND REPORTING, INC. 718-624-7200 info@diamondreporting.com

NYCLD_052319

A. BLACK

1  Q. At any point on April -- well, at any point at
2  -- at the Central Park Precinct or that second or third
3  precinct, did you ever see Assistant District Attorney
4  Arthur Tim Clemons?
5  A. I -- I don't know who that is.
6  Q. Did you ever speak at any time during that
7  period to a male District Attorney that you know of?
8  A. Not that I recall.
9  Q. At any point at those precincts, did you speak
10 to -- or did you see a -- well, withdrawn. Sorry.
11       At any point at the Central Park
12 Precinct, at the second precinct or the third precinct,
13 did you see Assistant District Attorney Linda Fairstein?
14 A. Yes.
15 Q. And do you recall on how many occasions you
16 saw her?
17 A. No.
18 Q. Do you recall whether you saw her more than
19 once?
20 A. Yes.
21 Q. You did see her more than once?
22 A. Yes.
23 Q. Did you ever speak to ADA Fairstein?
24 A. Yes.
25 Q. Do you recall at what time you spoke to

A. BLACK

1  ADA Fairstein?

2      A.   It was while the video tape was being done.
3  So, maybe 4 o'clock -- 4 o'clock in the morning.

4      Q.   Do you recall whether you initiated the
5  conversation or whether she initiated the conversation?

6      A.   I walked up to her.

7      Q.   Why did you go up to her to speak to her?

8      A.   Because I wanted to know how much longer it
9  would be before we could go home.

10     Q.   Do you recall exactly what you asked her when
11 you approached her?

12     A.   I said something to that effect.

13     Q.   Wondering when you could go home?

14     A.   Like, how much longer will it be before we
15 could go home.

16     Q.   Did you ever say anything to her about your
17 brother, Kevin Richardson, not being involved in the
18 crimes that occurred in the park?

19     A.   No, I did not.

20     Q.   Do you recall testifying at the Suppression
21 Hearing that you said to her that your brother, Kevin
22 Richardson, was not involved in the rape of the female
23 jogger?

24     A.   I don't recall that right now.

25     Q.   Do you recall what ADA Fairstein said to you?

256

A. BLACK

1  A. I remember she told me that there was a woman
2  who was found beaten with her head bashed in and she
3  might not make it through the night. And I need to pray
4  that she doesn't die. And to have a seat.
5  Q. Do you know whether there -- those were her
6  exact words?
7  A. To my recollection, yes.
8  Q. After that conversation, did you continue
9  speaking to ADA Fairstein?
10 A. No.
11 Q. After that conversation, did you ever speak to
12 her again?
13 A. No.
14 Q. After the fact -- well, at any time after your
15 time at the precinct, did you ever speak to Kevin
16 Richardson about what actually occurred in the park on
17 April 19, 1989?
18 A. Not until he was in Spofford.
19 Q. And was that during a -- an occasion where you
20 visited him at Spofford?
21 A. Yes. We didn't see him until maybe two days
22 later in Spofford.
23 Q. And was anyone else there when you visited
24 Kevin Richardson at Spofford?
25 A. My whole family would go.

DIAMOND REPORTING, INC. 718-624-7200 info@diamondreporting.com