# EXHIBIT 9

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------------------X
 3
     In re McCray, Richardson, Santana, Wise and Salaam
 4   Litigation,
 5                    Case No.: 03 Civ. 9685(DAB)(RLE)
 6
     ------------------------------------------X
 7
 8                    DATE: June 12, 2013
 9                    TIME: 10:20 a.m.
10
11
12            CONTINUED DEPOSITION of a Non-Party Witness,
13   MICHAEL P. JOSEPH, taken by the Respective Parties,
14   pursuant to Subpoena and to the Federal Rules of Civil
15   Procedure, held at the offices of the New York City Law
16   Department, 100 Church Street, New York, New York 10007,
17   before a Notary Public of the State of New York.
18
19
20
21
22
23
24
25
```

M. JOSEPH

1    But I feel safe in saying that I would have thought that.
2        Q.    Did you ever request that the district attorney
3    revisit their response or supplement their response in any
4    way?
5        A.    I have no recollection.
6        Q.    Did you ever ask the court to compel production
7    from the district attorney?
8        A.    To what?
9        Q.    Compel production?
10       A.    I don't know if I made an official motion.  I
11   know that discovery did not end with these documents, that
12   there was ongoing discovery up until just the beginning of
13   the trial as I recall, which included DNA -- I have some
14   recollection that Judge Galligan, and I don't know why this
15   sticks in my head, but I have some recollection that he was
16   not happy with the People that had in a short period of
17   time before the trial, they found -- they say they found
18   more stains.  I don't know if it was blood or what it was,
19   that they wanted to do a DNA test.
20             And I have some recollection of Judge Galligan
21   not being happy with the People.  And there were
22   discussions with regard to discovery issues on the record
23   I'm sure with regard to various things.
24       Q.    Could you take a look at the next paragraph
25   that's marked F, the response.