# EXHIBIT 11



Pantry   Find a Gift   Gift Cards   Prime Video   Jacqui's Amazon.com   Customer Service   Get fit at home

Buy a Kindle   Kindle eBooks   Kindle Unlimited   Prime Reading   Best Sellers & More   Kindle Book Deals   Kindle Singles   Newsstand



+ Follow

Follow to get new release updates and improved recommendations

**About Linda Fairstein**

Linda Fairstein was chief of the Sex Crimes Unit of the district attorney's office in Manhattan for more than two decades and is America's foremost legal expert on sexual assault and domestic violence. Her Alexandra Cooper novels are international bestsellers and have been translated into more than a dozen languages. She lives in Manhattan and on Martha's Vineyard. www.lindafairstein.com

Read less

# Linda Fairstein

   

$9.99   $7.99   $9.99   $9.99
Kindle Edition   Kindle Edition   Kindle Edition   Kindle Edition

## Author Updates

| Blog post<br>Kate White on She Reads shared that Blood Oath is in her TBR pile and says that she loved you Alexandra Cooper series!<br>READ NOW!<br><br>1 year ago   Read more | Blog post<br>Watch this 5-STAR video (VIDEO) review of BLOOD OATH by CRAIG HART of THE GAMES AND WRITERS SHOW<br><br><br>1 year ago   Read more | Blog post<br>Outnumbere<br>Oath in a rou<br>to Your<br>List." Cl<br><br>1 year ago |

## Books By Linda Fairstein

**Customers Also Bought Items By**



James Patterson   David Baldacci



John Sandford   Michael Connelly



Jonathan Kellerman   Maxine Paetro

Read more

**Are you an author?**

Help us improve our Author Pages by updating your bibliography and

All Formats   **Kindle Edition**   Audible Audiobook   Paperback   Hardcover   See more

Sort by: Popularity



**Blood Oath (Alexandra Cooper Book 20)** Sep 30, 2019
by Linda Fairstein

( 181 )

$9.99

New York Times bestselling author Linda Fairstein explores the depths of Manhattan's

Read more

Other Formats: Hardcover , Paperback , Audio CD

Buy now with 1-Click ®

Sold by: Amazon.com Services LLC

**FaceOff** Jun 3, 2014
by Lee Child , Michael Connelly , John Sandford , Lisa Gardner , Dennis Lehane , Steve Berry , Jeffery Deaver , Douglas Preston , Lincoln Child , James Rollins ,

Buy now with 1-Click ®

Sold by: Simon and Schuster Digital Sales Inc