UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LINDA FAIRSTEIN,

    Plaintiff,

    v.

NETFLIX, INC., AVA DUVERNAY,
and ATTICA LOCKE,

    Defendants.

Case No. 2:20-cv-180

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

☐    IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as provided below:

☑    IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen (14) days after appearance of the party.

Dated: August 2, 2020

                              Respectfully submitted,

                              CHEFFY PASSIDOMO, P.A.

By: /s/  KIMBERLY D. SWANSON
        Edward K. Cheffy
        Florida Bar No. 393649
        Rachael S. Loukonen
        Florida Bar No. 668435
        Kimberly D. Swanson
        Florida Bar No. 1018219
        821 Fifth Avenue South, Suite 201
        Naples, Florida 34102
        (239) 261-9300
        ekcheffy@napleslaw.com
        rloukonen@napleslaw.com
        kdswanson@napleslaw.com

-and-

NESENOFF & MILTENBERG, LLP

By: /s/  ANDREW MILTENBERG
        Andrew Miltenberg
        (*pro hac vice* admission pending)
        Kara Gorycki
        (*pro hac vice* admission pending)
        363 Seventh Avenue, Fifth Floor
        New York, New York 10001
        (212) 736-4500
        amiltenberg@nmllplaw.com
        kgorycki@nmllplaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 2, 2020, a true and correct copy of the foregoing was served by CM/ECF on all counsel or parties of record on the service list.

/s/ KIMBERLY D. SWANSON