UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LINDA FAIRSTEIN,

    Plaintiff,

v.                                               Case No.:   2:20-cv-180-FtM-66MRM

NETFLIX, INC., AVA DUVERNAY and
ATTICA LOCKE,

    Defendants.

| **Judge:** | Mac R. McCoy | **Counsel for Plaintiff** | Kara L. Gorycki<br>Kimberly Swanson<br>Edward Cheffy |
|---|---|---|---|
| **Deputy Clerk:** | Jackie Clay | **Counsel for Defendant:** | Kelley Price<br>Jackie Giannini<br>Natalie Spears |
| **Court Reporter** | Digital | **Interpreter** | N/A |
| **Date/Time** | August 4, 2020<br>10:34 AM-10:49 AM | **Total Time** | 15 Minutes |

**Preliminary Pretrial Conference**

Court discussed case management and scheduling deadlines and other issues regarding case management, including E-Discovery, Confidentiality Agreements, Settlement Conference before a Magistrate Judge and disclosure of expert reports.

Defendants have not filed a notice of related cases. By oral motion, the Defendants request an extension of time to file this notice by (8/5/2020).

The Court grants the motion by oral order. The notice of related cases will be due by 8/5/2020.

The Court addresses selection of mediator within 14 days of the case management scheduling order.

Scheduling Order to issue.