**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

| | |
|---|---|
| LINDA FAIRSTEIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 20-cv-00180 |
| | ) |
| NETFLIX, INC., AVA DUVERNAY, and ATTICA LOCKE, | ) ) |
| | ) |
| Defendants. | ) |

**JOINT NOTICE OF SELECTING MEDIATOR**

Pursuant to the Case Management and Scheduling Order dated August 4, 2020 (ECF Doc. 59), the parties hereby provide notice of their selection of Jay M. Cohen, P.O. Box 2210, Winter Park, FL 32790-2210, (407) 644-1181 to serve as mediator in this action.  Mr. Cohen is a certified mediator with the United States District Court Middle District of Florida.

Respectfully Submitted,

By: /s/  KIMBERLY D. SWANSON
Edward K. Cheffy
Florida Bar No. 393649
Rachael S. Loukonen
Florida Bar No. 668435
Kimberly D. Swanson
Florida Bar No. 1018219
CHEFFY PASSIDOMO, P.A
821 Fifth Avenue South, Suite 201
Naples, Florida 34102
(239) 261-9300
ekcheffy@napleslaw.com
rloukonen@napleslaw.com
kdswanson@napleslaw.com

-and-

>Andrew Miltenberg (*pro hac vice*)
>Kara Gorycki (*pro hac vice*)
>NESENOFF & MILTENBERG, LLP
>363 Seventh Avenue, Fifth Floor
>New York, New York 10001
>(212) 736-4500
>amiltenberg@nmllplaw.com
>kgorycki@nmllplaw.com
>
>*Attorneys for Plaintiff Linda Fairstein*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2020, a true and correct copy of the foregoing was filed and served by CM/ECF on all counsel or parties of record on the service list.

/s/  KIMBERLY D. SWANSON